IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:23-CV-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
| | § | |
| *Defendant.* | § | |

# DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

**TO THE UNITED STATES DISTRICT CHIEF JUDGE DAVID C. GODBEY:**

Defendant Santander Consumer USA Inc. ("Santander") hereby files this Certificate of Interested Persons.

## I.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules 3.2(e), 7.4, 81.1(a)(4)(D), and 81.2, Santander is a nongovernmental corporate party. Santander's parent company is Santander Consumer USA Holdings Inc. No publicly-held corporation owns 10% or more of Santander's stock.

## II.

Pursuant to LR 7.4 and LR 3.2(e) of the Local Rules of the Northern District of Texas, Santander lists as follows all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

> Reena S. Matthew                                                *Plaintiff*
> 1355 Valley Vista Drive
> Irving, Texas 75063

| | |
|---|---|
| Donald E. Uloth<br>DONALD E. ULOTH, P.C.<br>18208 Preston Road, Suite D-9 #261<br>Dallas, Texas 75248 | *Plaintiff's Counsel* |
| Santander Consumer USA Inc.<br>1601 Elm Street, Suite 800<br>Dallas, Texas 75201 | *Defendant* |
| Monte K. Hurst<br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202 | *Defendant's Counsel* |
| Kristen A. Brumbalow<br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202 | *Defendant's Counsel* |
| Clayton S. Carter<br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202 | *Defendant's Counsel* |

Respectfully submitted,

Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142

By:  *Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Brumbalow
State Bar No. 24076499
KBrumbalow@hallettperrin.com

Clayton S. Carter
State Bar No. 24120750
CCarter@hallettperrin.com

*Counsel for Defendant
Santander Consumer USA Inc.*

**CERTIFICATE OF SERVICE**

On August 11, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served the following counsel, as follows, electronically or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure:

Mr. Donald E. Uloth
Donald E. Uloth, P.C.
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75248
Don.Uloth@uloth.pro

*Monte K. Hurst*
Monte K. Hurst