LAW OFFICE OF DONALD E. ULOTH
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252

---

DONALD E. ULOTH                                            Phone: (214) 989-4396
Attorney                                                   Email: don.uloth@uloth.pro

---

June 3, 2024

Donna Hocker Beyer
U.S. District Court, N.D. Texas
1100 Commerce Street, Room 1504
Dallas, Texas 75242-1003

    Re:    *Mathew v. Santander Consumer USA Inc.*, case no. 3:23-cv-01494

Dear Ms. Hocker:

    I am writing to ask you to set a motion on Judge Godbey's expedited discovery hearing docket.

    The motion I want to set is Doc. 14, Plaintiff's Motion to Compel, and I would like to have it set for hearing on Monday, June 17, 2024.

    Thank you, and please let me know if there is anything else I need to do at this time.

Very truly yours,

/s/ Donald E. Uloth

Donald E. Uloth

cc:    Monte K. Hurst