IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S MATHEW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

It is hereby ordered that an expedited discovery hearing is scheduled in this case on Monday, June 17, 2024, at 3:00 p.m. on Plaintiff's motion to compel [14]. Defendant's response should be filed on or before June 14, 2024, at 12:00 noon.

It is further ordered that no reply brief will be permitted. If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order.

Call-in instructions will be emailed to the parties for the conference call.

Signed June 5, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE