IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
|     Defendant | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff moves for an order granting an extension of time to file her response to Defendant's motion for summary judgment.

1.      In the Court's scheduling order, the Court set a deadline for filing motions.  The deadline was 90 days before the October 7, 2024 trial date, so the motions deadline was July 9, 2024.

2.      At Defendant's request, Plaintiff agreed to extend the motions deadline twice.  After the second extension, that deadline was August 22, 2024.

3.      On the last day, August 22, 2024, at 11:52 p.m., Defendant filed a motion for summary judgment.  Doc. 23.

4.      On August 23, 2024, at 12:52 and 12:54 a.m. respectively, Defendant filed the supporting brief and appendix.  Docs 23 and 24.

5.      Defendant has not sought leave from this Court to file its untimely brief and supporting appendix.  It is therefore unclear whether any response is required.

1

6.      Nevertheless, the undersigned calendared September 12, 2024 as the due date for her response.  This is 21 days after the motion was filed, and only 20 days after the brief and appendix were filed.

7.      Plaintiff has asked for an agreed extension of time until Friday, September 20, 2024 to file her response.  Defendant will not agree to the extension.  However, Defendant does not oppose this motion for an extension.

8.      The extension is being requested due to an unexpected surge of activity in the undersigned counsel's ongoing and incoming cases.  Counsel will meet the current deadline if no extension is granted, but the final product is likely to be better and more readable if an extension is granted.  An order granting an extension would have the added benefit of clarifying whether any response is required, since the motion that was filed failed to comply with local rules requiring that the motion be supported by a timely-filed brief and appendix.  Alternatively, if an extension is denied, Plaintiff requests an order clarifying that she has until September 13, 2024 to respond to the motion for summary judgment.

WHEREFORE, Plaintiff respectfully requests an order allowing Plaintiff to file a response to Defendant's motion for summary judgment on or before September 20, 2024.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Law Office of Donald E. Uloth
Texas Bar No. 20374200
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

CERTIFICATE OF CONFERENCE

On September 10, 2024, I conferred with counsel for Defendant via email.  Monte Hurst, counsel for Defendant, has stated that Defendant does not oppose the relief being requested herein.

/s/ Donald E. Uloth
Donald E. Uloth

CERTIFICATE OF SERVICE

I certify that on September 10, 2024 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth