IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
|    Defendant | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Reena S. Mathew hereby responds, opposing Defendant's motion for summary judgment.

The matters required by Local Rule 56.4(a) are set forth in the supporting brief filed along with this response, and an appendix containing the materials supporting this motion and the brief is being filed separately.

                                                      Respectfully submitted,

                                                      /s/ Donald E. Uloth
                                                      Donald E. Uloth
                                                      Law Office of Donald E. Uloth
                                                      Texas Bar No. 20374200
                                                      18208 Preston Rd. Suite D-9 # 261
                                                      Dallas, Texas 75252
                                                      Phone: (214) 989-4396
                                                      Email: don.uloth@uloth.pro
                                                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that on September 20, 2024 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

      /s/ Donald E. Uloth
      Donald E. Uloth