**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **REENA S. MATHEW,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 3:23-cv-01494-N** |
| | § | |
| **SANTANDER CONSUMER USA INC.,** | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT'S APPENDIX IN SUPPORT OF
ITS RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL & BRIEF IN SUPPORT**

# TABLE OF CONTENTS

| Document | Page(s) |
|---|---|
| 2015 Annual Performance Review of Reena Mathew | APP001–APP008 |
| 2015 Mid-Year Performance Review of Reena Mathew | APP009–APP013 |
| 2015 Mid-Year Performance Review of Hortensia Perez | APP014–APP020 |

Respectfully submitted,

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142


By:     *Monte K. Hurst*
        Monte K. Hurst
        State Bar No. 00796802
        Monte.Hurst@hallettperrin.com

        Kristen A. Laster
        State Bar No. 24076499
        KBrumbalow@hallettperrin.com

        Clayton S. Carter
        State Bar No. 24120750
        CCarter@hallettperrin.com

        *Counsel for Defendant*
        *Santander Consumer USA Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that, on October 18, 2024, I served the foregoing document on Plaintiff's counsel, as follows, electronically or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure:

Mr. Donald E. Uloth
DONALD E. ULOTH, P.C.
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75248
Don.Uloth@uloth.pro


*Monte K. Hurst*
Monte K. Hurst

**Mathew, Reena Sara**

HR Business Partner
Manager: Yessica Perez (Terminated)
Evaluated By: Yessica Perez (Terminated)

**2015 Annual Performance Review (IC)**

Organization: Supervisory (inactive)
Location: Lewisville (inactive)
01/01/2015 - 12/31/2015

## Overall 2015 Annual Performance Rating

### Manager Overall Evaluation

Rating:     Consistently Met Expectations

Comment:    Reena is a tenured associate with a strong knowledge base, and her positive demeanor makes her approachable to both our HR team and business units.  However, Reena has struggled throughout the year in adhering to her schedule. She is constantly asking to leave early and many times only provides same day notifications,  which has impacted her team and workload.  This has resulted negatively in her work product as her project completions are delayed, DA's are not handled in a timely manner, and her peers/management need to assist in order to handle all pending items. In addition, delivered work is not thorough and lacks follow through.  Moreover, in recent events Reena has struggled in making correct judgment calls which have led to potential risk events. It is essential Reena correct her attendance,  handle all assigned/objectives in a timely manner and inform/consult with management when making business decisions.
During the time frame that this was written a number of issues arose that have been communicated to Reena. Due to the fact that these were addressed  late, in fairness we felt we needed to assess a Meets Expectations. However, an action plan has been communicated to Reena which addresses the concerns. Bi-weekly one on ones have been established, we will work together to resolve and we fully expect that Reena with a concerted effort can be successful..

### Employee Overall Evaluation

Comment:    I feel confident about this year in achieving my goals and continue to strive to be a better HRBP each and every day. I have developed some strong relationships with the AVP's and Site Director here in Lewisville and will continue to try and deepen the relationship so that it is always synergistic and we can bounce ideas off of each other to make the best possible decision in every situation.

## Acknowledgement

### Manager

Entered by:     Yessica Perez (Terminated)          Date:     02/11/2016

Status:         Acknowledge Review

Comment:        Performance Review Discussed on 02/05/2015
As discussed, while the rating is Meets Expectations it is noted that near the timeframe  this was written a number of issues that were identified that have been communicated.  Due to the fact these issues arose so late, in fairness we felt we needed to assess a Meets Expectations Rating.  An action plan has been communicated to address these concerns, we are both working together and have scheduled a biweekly 1:1 to review progress.  We fully expect with a concerted effort Reena will be successful.

### Employee

Entered by:     Reena Mathew (Terminated)          Date:     02/17/2016

Status:         Acknowledge Review

Comment:        I read over the review and disagree with many of the items listed (some are completely false). Communication of any type of deficiency was poorly executed and I was only made aware (of

sale deficiencies) at the end of the year during my review.

I have never had any performance issues in my five years at SCUSA and to have a Manager start later in the year and make unfair/inaccurate statements/assessment of my work without prior knowledge is unacceptable. On numerous occasions throughout the year, I mentioned we may need another HRBP because of increasing workload and was penalized for asking instead of someone looking at the workload. I've even had business partners of mine ask if we were going to get another HRBP because of growth here in Lewisville.

I had to escalate this specific issue because of the number of inaccuracies and lack of any type of Coaching which moved me to a Met Expectations and I was able to receive a merit increase/bonus which I worked hard for throughout the year,  just as anyone else did.

## Goals

### Actively drive, support and enforce risk management standards

Ensure all Advocacy business processes, policies and procedures support regulatory mandates and reduce unnecessary risk to the Associate and the business. Support all compliance related initiatives in relation to Advocacy, Identify potential compliance concerns and surface to HR Compliance, Ensure that my team responds to all Compliance related requests timely and accurately

| Due Date: | 11/30/2015 | Status: | Complete | Completion Date: | 11/30/2015 |
|---|---|---|---|---|---|
| Weight: | 20 | | | | |

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | **Consistently Met Expectations** | Rating: | **Exceeded Expectations** |
| Comment: | Reena has completed all her compliance training in a timely manner and sends reminders to her business units to ensure their completion as well. She responds to all compliance request, but needs to also identify potential compliance issues in order to avoid these. | Comment: | *As compliance issues come up, we as Advocacy stay on top of these and are extra attentive since these types of issues are what can affect the business in a very negative way. This may include Information Security, compliance with regulatory training or even I9's.* |
| | | | *Continue to monitor  the business initiatives when it comes to compliance training  and leadership following policy and procedure. Ensuring leadership knows how to pull reports via ELDC to monitor associates' progress. Also, ensuring I9's are completed in a timely manner. Follow up on any requests from Compliance, ie  Potential data loss emails.* |

### Create and share reporting to educate business partners on HR trends

Create spreadsheet (using "Get In The Know" format) on a quarterly basis to review trends and any areas of concern regarding demographics, salary and turnover. Once information is compiled, present it to the business.

| Due Date: | 12/31/2015 | Status: | Complete | Completion Date: | 11/30/2015 |
|---|---|---|---|---|---|
| Weight: | 20 | | | | |

SC000937

| Manager Evaluation | Employee Evaluation |
|---|---|
| **Rating:** Consistently Met Expectations | **Rating:** Consistently Met Expectations |

| | |
|---|---|
| **Comment:** Initially, Reena struggled with her GIK project. Though she demonstrated gradual improvement every quarter to Meets Expectations.  By partnering with her peers and seeking additional resources she will be able to enhance her product.  Also, would like to see this valuable information being shared amongst business units. | **Comment:** In the process of starting this quarter's GITK. Now that we are aware of how to pull the data, we need to extract questions from business to see what all they would like to see as well.

Pulled data for GITK third quarter and is in progress to present to the business. As we continue to compile data each quarter, the information gets better each time due to being more familiar with pivot tables and how to pull information and process. Able to see different trends such as demographics, salary, disciplinary actions and terminations. Will be presenting to the business to discuss and where we go in 2016. |

## Develop processes to develop the skill set of our leaders.

Meet with new managers who become part of SCUSA (either through promotion or external hires) and sit in on side by sides, attend jumpstarts during their first 3-6 months in role. Follow up with HR management/Talent Development and department leadership at the end of each quarter to discuss strengths/weaknesses, concerns, and recommendations.

**Due Date:** 12/31/2015   **Status:** Complete   **Completion Date:** 11/30/2015

**Weight:** 20

| Manager Evaluation | Employee Evaluation |
|---|---|
| **Rating:** Below Expectations | **Rating:** Consistently Met Expectations |

| | |
|---|---|
| **Comment:** Our Lew site had promoted many members whom did not have prior management experience, therefore it was necessary for Reena to have increased her floor presence through side by sides, attending jumpstarts - in support of these teams.  In her March recap she only had 2 side by sides, in April none, and July only held 1 side by side. She held a training session in September, however she was not consistent in following up to ensure information was being implemented and applied correctly. | **Comment:** Early Stage here in Lewisville just hired four managers and will start initiating side by sides, attending their jumpstarts and even provide quick training if needed ie Kronos, WD etc. We also had one newer manager who was struggling for a period of time and was able to get them in touch with Performance Development and has seen some progress in their leadership.

Sat in with most new managers/internal transfers and have gone over day to day duties as well as if they had any questions regarding HR. Was able to go over Kronos, Workday and answer benefit questions the Manager may have had. Held new leadership training on 9/25 for all new managers and discussed in more detail the SCUSA Home Page, Benergy and best practices among the |

managers.

## Develop updated investigation matrix along with taskforce team.

Create investigation matrix that will be used internally via HR to determine who would be involved in regards to management in different issues/scenarios per the DA matrix. Matrix will also specify HR involvement and who the issue would be escalated to in the case it needed to be investigated.

| Due Date: | 12/31/2015 | Status: | Complete | Completion Date: | 12/31/2015 |
|---|---|---|---|---|---|
| Weight: | 20 | | | | |

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Below Expectations | Rating: | Exceeded Expectations |
| Comment: | The matrix was assigned early in the year and its completion was a result of our HR Directors constant guidance, additional HRBP partners, and HRM's assistance. In September 2015, upon my arrival to the team, I asked Reena where this stood. She stated it was with Stephanie for the past couple months, it is my expectation that with Reena's background and experience she is able to get projects moving forward until their completion.  Although the matrix was recently completed, the late timing of it has not allowed for implementation and fine tuning in order to establish a final result. It is important to have a set project plan formalized with timelines and use all resources in order to individually complete projects in a timely manner. | Comment: | We are in the final phase of wrapping up the document that is part of Isight to ensure that the HR team is communicating as much as possible with the business when it comes to specific issues/investigations that come up.

Tina and I have completed the matrix and it appears it turned out well as far as giving a guideline for initiating an investigation. We added details and streamlined the process so that it is more user friendly and both assists the business and HR in determining who can handle what and if HR is to assist what steps they should take in having a complete and thorough investigation. |

## Initiate rollout of anti-bullying campaign along with taskforce team.

Formulate rollout of anti-bullying campaign and the different facets including presentation, guest speaker, maintenance-- post rollout. Find a motivational speaker who is able to speak to the topic of bullying and the impact it has not only to the company, but to employee morale and ultimately our bottom line.

| Due Date: | 07/31/2015 | Status: | Complete | Completion Date: | 11/30/2015 |
|---|---|---|---|---|---|
| Weight: | 20 | | | | |

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Consistently Met Expectations | Rating: | Consistently Met Expectations |
| Comment: | This goal has been placed on hold, however set expectations for Q1 and Q2 were successfully met. | Comment: | We've definitely made progress on this project as far as coming up with a theme, time (August/2015) and possible guest speaker. Upon announcing the roll out in a manager meeting, management was very excited to hear about the project and expressed interest in assisting as well. |

The taskforce met a few times and determine the name we could use for our campaign, Santander Cares, and also was able to locate guest speakers and overall theme. This goal has been put on hold until further notice, but I also pulled all the information regarding how many terms/DA's that were related to bullying and we were able to analyze those numbers. I added a few Anti-Harassment slides to our NHO presentation and received positive feedback from both the class and HR. We have definitely seen a decrease in the number of issues we've had here in Lewisville and I believe that is in part due to the hard stance we take on zero tolerance policy for any type of bullying or harassing behavior.

---

Section Summary

| Manager Evaluation | Employee Evaluation |
| --- | --- |
| Rating: Consistently Met Expectations | Rating: Consistently Met Expectations |
| Comment: | Comment: |

## Competencies

### Results Orientation

For a description of Results Orientation, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
| --- | --- |
| Rating: Below Expectations | Rating: Exceeded Expectations |
| Comment: | Comment: |

### Collaboration

For a description of Collaboration, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
| --- | --- |
| Rating: Below Expectations | Rating: Consistently Met Expectations |
| Comment: | Comment: |

### Interpersonal Savvy

For a description of Interpersonal Savvy, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
| --- | --- |
| Rating: Consistently Met Expectations | Rating: Exceeded Expectations |
| Comment: | Comment: |

---

Section Summary

| Manager Evaluation | Employee Evaluation |
| --- | --- |
| Rating: Below Expectations | Rating: Exceeded Expectations |
| Comment: Reena has good interpersonal skills and is | Comment: For the Lewisville site I try and be the best I |

SC000940

approachable. ==Her business units have expressed concerns with her timeliness, vague responses, and have questioned how certain investigations are being handled. This has been expressed from multiple units including credit cards and servicing. Reena has expressed concerns with her workload, but analysis support to include HRM and HRG, show headcount comparable to other HRBPS.  A DA report was conducted, that showed the number of DA's entered by Reena is far less than others on the team. Reena constantly struggles with her work load and relies on the assistance of others in order to get tasks completed.==  Reena collaborates well with her peers for information sharing, however the dependency on them to fulfill work responsibilities has skewed collaboration efforts.

can regarding the above competencies. We try and achieve results in every area whether it be providing items to our Business Partners in a timely manner or getting projects done when they are due. As we can all probably attest to, SCUSA is a fast pace environment where results are expected quickly. This is inclusive of providing DA's to the management staff all the way to running reports within our own HR department. As a whole, we also try and collaborate with all of our team members when we have questions we may not have the answers to as well as share information we become privy to. We all share information on our HRBP calls as well as our weekly team meeting. As an HRBP we have to consistently have interactions with our Business Partners as well as our internal peers and be able to gauge what they are needing so I believe interpersonal savvy is key everyday which I strive to meet in every situation possible.

## Risk Objectives

### Risk Objective: Policies/Procedures (Operating)

Adheres to standard operating procedures and raises issues or concerns when gaps exist in processes, procedures, policies, etc.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | ==Below Expectations== | Rating: | Consistently Met Expectations |
| Comment: | | Comment: | |

### Risk Objective: Policies/Procedures (Organizational - Self)

Adheres to all organizational policies and procedures applicable to their role in SCUSA (Assigned Compliance, HR, etc.)

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Consistently Met Expectations | Rating: | Exceeds Expectations |
| Comment: | | Comment: | |

### Risk Objective: Compliance Training (Self)

Completes all assigned SCUSA compliance training within established time-frames.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Consistently Met Expectations | Rating: | Consistently Met Expectations |
| Comment: | | Comment: | |

Section Summary

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Rating: | Consistently Met Expectations | Rating: | Exceeds Expectations |
| Comment: | Reena completes all assigned compliance tranining in a timely manner. The HRBP role | Comment: | Now that we are under more scrutiny, it is even more imperative that we meet the |

requires we mitigate risk for our business units through our ability to make solid business decisions, in two instances Reena's judgment calls have created possible risk events (investigation procedures)  it is important to be thorough in our processess in order to avoid this in the future.

I debated this rating, but because Reena and I have discussed this and are working together to improve thought process- I have given her the benefit of the doubt.  This has resulted in the higher rating of consistently meets.  From our discussions, Reena understands this as an area of needed improvement.

deadlines for all risk training. I try and complete all courses in a timely manner and ensure the business does the same.. Also if we see any gaps in the business that could be a potential risk or could cause us negative impact, we are quick to bring that management's attention to see how we can best resolve the issue and  follow best practices. We are always in constant communication with leadership/Security to minimize risk whether that is having associates complete compliance training in a timely manner or if we see issues with the building to address those to physically minimize risk.

## Development

### Long term: Breaking down barriers

**Additional Information:**   Continue to work on identifying issues at different levels of the business and being able to problem solve whether that be a Facilities issue or a strategic operations issue. Being able to adapt to all levels and foresee issues/change.

**Status:**   In Progress

### Long term: Sr. HR Business Partner

**Additional Information:**   Become more HR savvy in order to take the next step of growth which would be a Sr. HR Business Partner. Became PHR certified and am now ready for the next step professionally.

**Status:**   In Progress

### Short Term: Attend more HR meetings outside of SCUSA

**Additional Information:**   Attend more Dallas HR meetings/SHRM meetings in order to be abreast of laws and changes that are being made to the HR industry.

**Status:**   In Progress                     **Relates To:**  Collaboration

### Short term: Attend more Internal meetings

**Additional Information:**   Attend more internal meetings such as jumpstarts and side by sides to get a better understanding of the business and to learn more about the auto finance industry as a whole.

**Status:**   In Progress                     **Relates To:**  Collaboration

Section Summary

### Manager Evaluation

**Comment:**   Reena attended the HR SW conference this year, and then shared this knowledge with other HRBPs. I would like to see Reena take the initiative in finding beneficial HR courses and then sharing the highlights amongst her peers.

Reena and I have discussed an action plan to

### Employee Evaluation

**Comment:**   The above goals are currently in progress. I continue to strive to be a Sr. HR Business Partner in trying to find ways in becoming more strategic. One example of that this year was to work with Brad Denetz in creating a Perfect Attendance proposal that could ultimately affect not only employee morale but

build her abilities in judgment/thought process, planning for time-off, and being more efficient in providing timely, quality work.  These are the areas she needs to focus her efforts on now.

improve retention and also give associates more incentive to strive to be here at work. Our number one issue with DA's/terms are attendance so we hope to minimize this by implementing something to counter that. I've continued to attend more meetings with AVP's/ Managers and jumpstarts in order to learn the business more and to see what can be improved. Have met with almost all new managers for side by sides (have a few more to go) and to train them with different systems that they may not be aware of. Also held a new leadership class on 9/25/15 where are new managers internal/external had the opportunity to ask questions and have an open discussion on best practices since some managers have been here longer. Have attended more external meetings (luncheons) through Dallas HR including the HRSW conference. I am  continually trying to grow knowledge wise and professionally and also plan to get my SHRM-CP by the end of this year.

APP008

SC000943



# Mathew, Reena Sara

HR Business Partner
Manager: Angelina Hullum
Evaluated By: Angelina Hullum

### 2015 Mid-Year Review (Non-Managers)

Organization: Angelina Hullum Supervisory
Location: Lewisville
Jan 1, 2015 - Dec 31, 2015

## Overall

### Manager Overall Evaluation

Comment:   Continue to push herself to be better. Look for ways to make the LEW site more efficient, train the new managers,and look for trends in the GITK.

### Employee Overall Evaluation

Comment:   Continue to monitor daily activities and ensure they align with overall goals such as maintaing compliance, reducing risk and pressing towards career growth goal. In order to do this keep regular pulse with the business whether that is attending meetings or having one on ones. Also, provide comprehensive and timely follow up for any issues/inquiries that arise. Continue to look at processes/policies/GITK (for patterns) and see how they can be streamlined or if on the other hand there are things that are lacking, what can we do to improve the business.

## Acknowledgment

### Manager

| Entered by: | Angelina Hullum | Date: | Jul 8, 2015 5:25 PM |
|---|---|---|---|
| Status: | Acknowledge Review | | |
| Comment: | completed | | |

### Employee

| Entered by: | | Date: | |
|---|---|---|---|
| Status: | | | |
| Comment: | | | |

## Goals

### Actively drive, support and enforce risk management standards

Ensure all Advocacy business processes, policies and procedures support regulatory mandates and reduce unnecessary risk to the Associate and the business. Support all compliance related initiatives in relation to Advocacy, Identify potential compliance concerns and surface to HR Compliance, Ensure that my team responds to all Compliance related requests timely and accurately

Due Date:   Dec 31, 2015   Status:   In Progress   Completion Date:

Manager Evaluation

Reena stays on top of all compliance issues and is timely when returning any risk event information back to Compliance

Employee Evaluation

*As compliance issues come up, we as Advocacy stay on  top of these and are extra attentive since these*

APP009

SC001484

*types of issues are what can affect the business in a very negative way. This may include Information Security, compliance with regulatory training or even I9's.*

## Create and share reporting to educate business partners on HR trends

Create spreadsheet (using "Get In The Know" format) on a quarterly basis to review trends and any areas of concern regarding demographics, salary and turnover. Once information is compiled, present it to the business.

Due Date:   Dec 31, 2015      Status:   In Progress         Completion Date:

Manager Evaluation

==Would like to see Reena pull information in order to become more strategic with her business partners and identify trends.== With her tenure and knowledge, she can provide valueable recommendations to the business leaders.

Employee Evaluation

In the process of starting this quarter's GITK. Now that we are aware of how to pull the data, we need to extract questions from business to see what all they would like to see as well. *what did they say*

## Develop processes to develop the skill set of our leaders.

Meet with new managers who become part of SCUSA (either through promotion or external hires) and sit in on side by sides, attend jumpstarts during their first 3-6 months in role. Follow up with HR management/Talent Development and department leadership at the end of each quarter to discuss strengths/weaknesses, concerns, and recommendations.

Due Date:   Dec 31, 2015      Status:   In Progress         Completion Date:

Manager Evaluation

==Would like to see more progress in this area. We have many new managers that need training and guideance. Reena needs to spend more time on the floor with all managers.==

Employee Evaluation

Early Stage here in Lewisville just hired four managers and will start initiating side by sides, attending their jumpstarts and even provide quick training if needed ie Kronos, WD etc.

*Is there a log to the I.I.'s training?*

## Develop updated investigation matrix along with taskforce team.

Create investigation matrix that will be used internally via HR to determine who would be involved in regards to management in different issues/scenarios per the DA matrix. Matrix will also specify HR involvement and who the issue would be escalated to in the case it needed to be investigated.

Due Date:   Jun 30, 2015      Status:   In Progress         Completion Date:

Manager Evaluation

This goal is almost complete. Looking forward to the final product.

Employee Evaluation

We are in the final phase of wrapping up the document that is part of Isight to ensure that the HR team is communicating as much as possible with the business when it comes to specific issues/investigations that come up.

## Initiate rollout of anti-bullying campaign along with taskforce team.

*where does it stand, not much time left*

Formulate rollout of anti-bullying campaign and the different facets including presentation, guest speaker, maintenance--post rollout. Find a motivational speaker who is able to speak to the topic of bullying and the impact it has not only to the company, but to employee morale and ultimately our bottom line.

Due Date:   Jul 31, 2015      Status:   In Progress         Completion Date:

| Manager Evaluation | Employee Evaluation |
|---|---|
| We have made progress, but have a lot more work to do in this area. would like to see more ideas and progress in this area now that we have more HR support. | We've definitely made progress on this project as far as coming up with a theme, time (August/2015) and possible guest speaker. Upon announcing the roll out in a manager meeting, management was very excited to hear about the project and expressed interest in assisting as well. |

*status?*

Section Summary

## Manager Evaluation

Reena does a great job with her day to day duties. I would like to see her spend more time training our managers and working on her projects.

## Employee Evaluation

## Competencies

### Results Orientation

For a description of Results Orientation, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
|---|---|
| | Ensure we are getting the results we desire by partnering with the business and providing them the customer service and the follow up that they need. Continually communicating and completing tasks such as reports, investigations, answering inquiries and assisting with DA/terminations if applicable. |

### Collaboration

For a description of Collaboration, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
|---|---|
| Reena does a good job collaborating with members of our team. I would like to see her branch out to other members of HR advocacy. | Collaboration is a daily task whether it be with Payroll, Benefits, or HRIS or other team members. We are constantly collaborating in ways to streamline processes or communicating with one another in our own department for best practices. |

### Interpersonal Savvy

For a description of Interpersonal Savvy, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
|---|---|
| Reena does an excellent job of building rapport with all levels of employees. She is trusted and always professional. | In order to collaborate, it's important that you have interpersonal skills to compliment that collaboration. On a daily basis we are in constant communication whether that's with the site director, eachother or one of our associates answering an inquiry. Building rapport on a daily basis, we try and build an atmosphere of trust and integrity so that each interaction with HR brings more credibility. |

*wonderful! completely agree.*

Section Summary

Manager Evaluation _____    Employee Evaluation _____

## Risk Objectives

### Risk Objective: Policies/Procedures (Operating)

Adheres to standard operating procedures and raises issues or concerns when gaps exist in processes, procedures, policies, etc.

Manager Evaluation _____    Employee Evaluation _____

### Risk Objective: Policies/Procedures (Organizational – Self)

Adheres to all organizational policies and procedures applicable to their role in SCUSA (Assigned Compliance, HR, etc.)

Manager Evaluation _____    Employee Evaluation _____

### Risk Objective: Compliance Training (Self)

Completes all assigned SCUSA compliance training) within established time-frames.

Manager Evaluation _____    Employee Evaluation _____

— Section Summary

**Manager Evaluation** _____

**Employee Evaluation** _____

| Manager Evaluation | Employee Evaluation |
|---|---|
| Reena maintains consitancy when applying policy/procedure. She completes her compliance training as scheduled. She works with Compliance to minimize risk when necessary. | Being a part of financial company which has now gone public, it's imperative that we keep abreast of federal laws/regulations that keep our company compliant. Being in the HR department is a vital part of that compliance whether it be maintaining consistency from an HR standpoint, being familiar with our policies and procedures and regular mandatory participation in quarterly compliance courses. On target for these objectives and adhere to them on a daily basis. |

## Development

### Long term: Breaking down barriers

Additional Information:    Continue to work on identifying issues at different levels of the business and being able to problem solve whether that be a Facilities issue or a strategic operations issue. Being able to adapt to all levels and foresee issues/change.

Status:  **In Progress**    Supports:

### Long term: Sr. HR Business Partner

Additional Information:    Become more HR savvy in order to take the next step of growth which would be a Sr. HR Business Partner. Became PHR certified and am now ready for the next step professionally.

Status:  **In Progress**    Supports:

### Short Term: Attend more HR meetings outside of SCUSA

Additional Information:    Attend more Dallas HR meetings/SHRM meetings in order to be abreast of laws and changes that are being made to the HR industry.

Status:  **In Progress**    Supports:  Collaboration

## Short term: Attend more Internal meetings

Additional Information:    Attend more internal meetings such as jumpstarts and side by sides to get a better
understanding of the business and to learn more about the auto finance industry as a whole.

*[handwritten: what is the current frequency.]*

Status:  In Progress        Supports:   Collaboration

---

Section Summary

### Manager Evaluation

Reena can continue her growth this year by focusing on helping new managers develop and by working on completing her goals/projects. I encourage her to step out of her comfort zone and find ways to take herself to the next level

### Employee Evaluation

Building rapport with different parts of the business and continually trying to improve and enhance relationships. Taking on extra projects to try and learn new areas of the business as well as enhance knowledge of HR for long term career growth. Attended meetings via Dallas HR to obtain additional knowledge and learn about the current laws and updates and addtionally network with other HR professionals. Have been consistently attending jumpstart/AVP/manager meetings in order to answer any questions as well as learn the business from different perspectives and to have a better understanding of the overall operations of our department.

APP013

SC001488

# Perez, Hortensia E

HR Business Partner
Manager: Yessica Perez (Terminated)
Evaluated By: Yessica Perez (Terminated)

# 2015 Mid-Year Review (Non-Managers)

Organization: Hanah Albrecht Supervisory (inactive)
Location: 8585 Old Corporate (inactive)
01/01/2015 - 12/31/2015

## Overall

### Manager Overall Evaluation

Comment:    Tensya demonstrates consistently solid performance in all aspects of her work. She has accepted and puts into action any feedback given and is eager to continue learning and growing within the SCUSA family. She is highly motivated for greater opportunities, by her continued work in her overall comm skills (written, facilitations, conversations) - she will excel.

### Employee Overall Evaluation

Comment:    The past six months in the role have been extremely eventful and busy. I've learned so much in the past six months and look forward to continue learning to expand my growth at SCUSA.

## Acknowledgement

### Manager

Entered by:    Yessica Perez (Terminated)          Date:      07/01/2015
Status:        Acknowledge Review
Comment:       Met with Tensya on 06/30/2015 to discuss mid year review performance and discussed ongoing goals/objectives.

### Employee

Entered by:                                        Date:
Status:
Comment:

## Goals

### FUNCTIONAL OBJECTIVE: Ensure the successful completion of project management initiatives within the specified deadlines set forth by HR leadership and assigned business units.

- Identify and propose projects/solutions to improve the overall effectiveness of the HR Advocacy team.
- Engage in, complete and apply Project Management tools and best practices provided by your leadership team and those that you might access through your personal professional network.
-Create, monitor and drive project plan to ensure timely and measureable completion of objectives.
- Collaborate with peers across the Talent Management organization to ensure that the appropriate team members are aware of initiatives and advised, involved and responsible for action items as appropriate.
- Milestone: Practice and maintain time management to ensure deadlines provided are met. (Daily)
- Milestone: Lead and participate on HRBP/HRG Meetings (Monthly)
- Milestone: Side by Side with other HRBPs to ensure consistency (Quarterly)

Due Date:    12/31/2015        Status:    In Progress         Completion Date:

Manager Evaluation                                 Employee Evaluation

Comment:   Tensya is consistent and dependable in carrying out all assigned responsibilities/projects.  She partners with her peers and is keen in using her resoures to ensure deadlines are met. Examples of completed tasks/projects for Q1 and Q2 include: GIK, Kronos Training, weekly HRBP reports, implementation of operational attendance, and DA process training.

Comment:
- Completed Get In The Know project prior to deadline and shared data with peers.
- Patnered with peers to updated DA forms to reflect new operational attendance policy.
- Provided topics to discuss during HRBP/HRG meetings.
- Joined Anti-Bullying committee with other HRBPs to assist with corporate initiative to roll out in August

## FUNCTIONAL OBJECTIVE: Support and sustain development of corporate culture via collaborative efforts within Talent Management and Business Leadership to appropriately address retention of high potential employees

- Build and maintain strategic partnerships with leaders in your assigned business unit by providing effective and timely guidance and by maintaining regular proactive communications/meetings
- Maintain awareness of trends in your assigned business units that might indicate risk to retention, engagement, HR compliance, etc.
- Work with leadership team and assigned business leaders to identify and address potential areas of concern based on the HR metric data to business leaders i.e. attrition of top performers, performance issues
-Support the development and implementation of plans as initiated by Senior Business leadership and HR Advocacy
-Maintain established environment of open communication and information sharing

- Milestone:  Continue working on GITK project to provide accurate data to business units(Quarterly)
- Milestone:  Continue Side by Side with front line managers in business areas to identify trends (Quarterly)
- Milestone : Walk the floor to assist associates/leadership with any questions and have HR presence(Weekly)

Due Date:   12/31/2015      Status:   In Progress      Completion Date:

### Manager Evaluation

Comment:   Tensya has excelled with her follow through/up with her business units which has led to her successful collaboration efforts with them.  Through her GIK project, she was able to pinpoint red flags among hiring trends. She shared that feedback and strategies were put in place.  In addition, she is quick to respond with any inquiry  and always makes herself available to the business (1:1s, training sessions). Tensya has built and maintained positive working relationships with the leadership group of her business units, I'd like for her to expand on this ability by working on communication strategies during difficult circumstances

### Employee Evaluation

Comment:

SC001360

- • Collaborated with front line management and senior leadership to research turnover and feedback provided in Exit Interviews.• Credit established roundtables for their group with their SVP after the turnover and exit feedback was provided.
- • Review/Approve all transfers and promotions accordingly
- • Attended team jump starts and meetings to provide organizational/HR updates
- • Funding SVP has set consistency as a high expectation from both Lines of Business - Core/CC.
- • Shared Get in the Know finding with leadership that assisted with improving equal hiring practices.
- • Collaborated with T&D to identify High Potential managers for FMS course.
- • Walk the floors daily to assist with any HR related questions from management or front line associates
- • Assist Benefits department with partnering with business leaders to determine possible ADA accommodations for high potential associates

## FUNCTIONAL OBJECTIVE: Work to improve the overall effectiveness of the HR Advocacy team through identification, implementation and execution of best practices, continuous process improvement, and the use of HCM metrics to support recommendations and to measure results.

- Identify opportunities for improvement within the business units that you support though physical observation, partnership with business contacts and analysis of HCM metrics.
- Network with peers inside and outside of SCUSA and utilize professional resources to identify and share industry best practices that might apply to SCUSA's Talent Management operations.
-Collaborate with peers on the HR Advocacy team to ensure consistency in practices.
-Identify process gaps and areas of efficiency loss, propose solutions to leadership team.
-Participate in the regular review of case studies by team to drive consistency and knowledge sharing.
-Complete and meet standards/tasks set forth by Individual Development Plan
- •   Milestone: Continue HRBP/HRG monthly meetings to share thoughts/ideas and feedback to be consistent. (Monthly)
- •   Milestone: Network with other HRBPs to discuss trends and solutions. (Quarterly)

| Due Date: | 12/31/2015 | Status: | In Progress | Completion Date: |
| --- | --- | --- | --- | --- |

| Manager Evaluation | Employee Evaluation |
| --- | --- |
| Comment:   Tensya is contantly communicating with her peers/TD teams to share updates and best practices.  She is a strong voice within our HRBP meetings where she provides meaningful insights and has led | Comment:   • Consistently sharing and discussing best practices with HRBP/HRGs<br>• Attended Thompson Coe conference for HR Best Practice |

several case study discusssions.  Tensya attended the Thompson Coe conference for HR professionals, it is important she continue these type of initiatives for her personal development and growth within our HR field.

- Partnered with HRBPs to share thoughts/ feedback on GITK project
- Provide business leaders with objective, accurate and concise recommendations
- Scheduled monthly case studies

## LEADERSHIP OBJECTIVE: Support the implementation of Talent Management initiatives as they related to assigned business units.

- Build and maintain an in-depth understanding of business units that you support.
- Proactively identify how TM initiative will impact the your assigned business units-
- Partner with business leaders to ensure appropriate communication, understanding and implementation of  initiatives and processes
-Provide guidance to Managers and Associates as it relates to the implementation of and adherence to TM initiatives and standards
-Complete project-related tasks as assigned in a timely manner
- Milestone: Continue Ops Manager/HR meetings for consistent message (Monthly)
- Milestone: Disseminate accurate information to business areas in a timely manner (As needed)
- Milestone: Attend business driven meetings as observation to better understand their business

Due Date:   12/31/2015          Status:   In Progress          Completion Date:

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment:   There have been several intiatives that took place in Q1 and Q2, such as the transition of credit team/ underwriters to non exempt status and then the implementation of the Ops Attendance Policy. WIth all these initiatives, Tensya was quick to provide support through floor presence, held several training sessions, and then followed up with one on ones for the managers whom had difficulty.  In addition, Tensya facilitates a monthly manager training where process details and questions are answered.  These meetings have been extremely successful and are now being implemented within our credit groups. | Comment:   • Upheld and assisted with rolling out new operational attendance policy and progressive DA Policy<br>• Ops Management/HR meetings conducted monthly<br>• Attend weekly and monthly meetings with front line managers and senior management<br>• Provide assistance when deficiencies are identified<br>  •  Assisted payroll/HRIS with calculating Overtime pay out during bad weather days<br>  •  Partnered with Benefits/Payroll/HRIS to transition Credit and Fleet Services to Operational Attendance Policy |

## RISK OBJECTIVE: Actively drive, support and enforce risk management standards

-Respond to audit findings/recommendations within designated deadline.
-Investigate Information Security findings related to DLP incidents
-Ensure compliance to established process and procedures
-Support and enforce timely completion of required compliance training across business area.
-Support first line of defense efforts within Talent Management by ensuring adherence to established processes and procedures and identification and reporting of all process failures or gaps.

Milestone: Encourage and promote associate to complete compliance prior to due date (Quarterly)
Milestone: Complete my Compliance courses within first week of roll out (Quarterly)
Milestone: Continue conversations and discussion with managers and teams about Info security expectations

Due Date:   12/31/2015          Status:   In Progress          Completion Date:

SC001362

| Manager Evaluation | Employee Evaluation |
|---|---|
| **Comment:** Tensya has completed all assigned Compliance tasks ahead of schedule, and she also sends reminders to the business units on impending deadlines.  She also periodically checks other HRIS systems for accuracy (kronos). During these audits, she found several discrepencies within a business group.  She took the initiave to create a interactive kronos training where she had participants find and correct kronos errors using a mock account.  We received many positive remarks from these sessions!  Job well done. | **Comment:** • Follow up with all audits conducted to maintain compliance<br>• Informations Security issues reveiwed and addressed in a timely manner<br>• Ensure HR systems reflect accurate and updated information<br>• Partner with senior leadership to ensure quarterly compliance is completed |

---

Section Summary

| Manager Evaluation | Employee Evaluation |
|---|---|
| **Comment:** Tensya has been meeting all functional objectives and goals set in place.  She is on par with meeting her milestones, and works at encompassing objectives set and valued by our organization. | **Comment:** |

## Competencies

### Results Orientation

For a description of Results Orientation, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
|---|---|
| **Comment:** Tensya has proven her ability in efficiently and effectively achieving all assigned tasks. | **Comment:** The Get in the Know project provided data that was beneficial to share with my business areas.  It assited with enhancing the hiring thought process. |

### Collaboration

For a description of Collaboration, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
|---|---|
| **Comment:** Tensya has established strong working relationships with her peers, HR groups (TA/TD), and her business units. This rapport allows for successfull collaboration efforts with projects and day to day business issues. | **Comment:** Consistently reaching out to peers, other managers, business partners to maintain consistency amongst all HR. |

### Interpersonal Savvy

For a description of Interpersonal Savvy, please refer to the Competency Description link above.

| Manager Evaluation | Employee Evaluation |
|---|---|
| **Comment:** Tensya is able to work well with all levels of the business. | **Comment:** Always making a connection with associate level up to senior management level.  Consistently walking the floor to assist as |

APP018

SC001363

neeeded.

---

Section Summary

### Manager Evaluation

**Comment:** Tensya's has displayed solid work results, strong collaboration efforts, and maintained positive interpersonal relationships.

### Employee Evaluation

**Comment:**

## Risk Objectives

### Risk Objective: Policies/Procedures (Operating)

Adheres to standard operating procedures and raises issues or concerns when gaps exist in processes, procedures, policies, etc.

Manager Evaluation

Comment:

Employee Evaluation

Comment:
- Identified discrepancies regarding Kronos updates and implemented training
- Assisted front line managers with understanding updated Operational attendance policy

### Risk Objective: Policies/Procedures (Organizational - Self)

Adheres to all organizational policies and procedures applicable to their role in SCUSA (Assigned Compliance, HR, etc.)

Manager Evaluation

Comment: All assigned compliance courses and tasks have been completed in a timely manner. Tensya has always abided by our DA matrix and established HR policy when making recommendations for disciplinary actions.

Employee Evaluation

Comment:
- Complete and Current on all compliance courses
- Follow policy and procedure according to handbook and DA Matrix
- Make recommendations in alighnment to policy and procedures

### Risk Objective: Compliance Training (Self)

Completes all assigned SCUSA compliance training within established time-frames.

Manager Evaluation

Comment: All courses completed on a timely manner.

Employee Evaluation

Comment:
- Completed all courses in timely manner

---

Section Summary

### Manager Evaluation

**Comment:** Tensya takes compliance/risk initiative seriously, assigned trainings are always done ahead of schedule. In regards to DA, investigations, other ER issues she always abides by established rules.

### Employee Evaluation

**Comment:**

## Development

Enhance my public speaking skills during meetings and training sessions. Articulating a thought

SC001364

**effectively while speaking or in written com**

Additional Information:   Become more comfortable with presenting training/meetings to large groups including Sr. Leadership.  Attend seminars and read/research  how to improve this skill set.  Schedule meeting(s) with TD team for feedback and development.

Status:   In Progress

---

Section Summary

## Manager Evaluation

Comment:   Tensya shows a strong interest in professional development, she will continue to seek courses/resources for her personal growth.

## Employee Evaluation

Comment:
- Conducted Monthly Ops Manager/HR Meetings effectively
- Conducted Kronos Training to front line managers, HR manager and HRG
- Dicuss HR topics with Sr management

APP020

SC001365