IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW,<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC.,<br>    Defendant | §<br>§<br>§ | |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Reena S. Mathew submits the following (attached) list of the exhibits she plans to offer into evidence at trial, or before trial should the Court decide to pre-admit exhibits:

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Donald E. Uloth, P.C.
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that on December 7, 2024 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
|     Defendant | § | |

**PLAINTIFF'S EXHIBIT LIST**

| No. | Description |
|---|---|
| 1. | Offer letter<br>SC 771-772 |
| 2. | Progressive Discipline Policy 2013<br>SC 10464-10470 |
| 3. | Job description, Human Resources Business Partner<br>SC 8348-8350 |
| 4. | 2012 Annual Objectives<br>SC 987-990 |
| 5. | 2014 Santander Performance Review (Reena Mathew)<br>SC 121-138 |
| 6. | 2015 Mid-Year Review<br>Mathew 5-9 |
| 7. | Email re Confidential - Performance Review Feedback<br>SC 44-45 |
| 8. | Emails re Termination Tyrone Wilson<br>SC 1449-50 |
| 9. | IMs between Mathew and Hullum<br>SC 2732 |
| 10. | Emails re Byron N.<br>SC 1013-1014 |
| 11. | Emails re 2015 goals<br>SC 3093-3094 |
| 12. | Emails re Perfect Attendance Question<br>SC 4015-4017 |
| 13. | Email Hullum to Mathew re Reallocation of duties<br>SC 758-759 |
| 14. | Emails re HR Business Partner Model<br>SC 4138-4139 |
| 15. | IMs between Mathew and Hullum |

|     |                                                                                                                                   |
| --- | --------------------------------------------------------------------------------------------------------------------------------- |
|     | M 256-257                                                                                                                         |
| 16. | Email re HR Org Chart – Updated (plus the attached chart)<br>SC 10106-10111                                                       |
| 17. | Elad broadcast email re HR Org Change Announcement<br>SC 8380-8381                                                                |
| 18. | Outlook calendar documents scheduling an introductory meeting between Mathew and Adriano for 8/26/15<br>SC 3993 and SC 3994       |
| 19. | Email Mathew to Adriano re PTO Request<br>6972                                                                                    |
| 20. | Email from Yessica Adriano re Team Meeting Recap<br>5719                                                                          |
| 21. | Emails re New Leadership<br>SC 5763-5764                                                                                          |
| 22. | Emails re Perfect Attendance Proposal, plus attachment<br>SC 3244-3246                                                            |
| 23. | Emails re Perfect Attendance Proposal<br>SC 5798                                                                                  |
| 24. | Emails re Perfect Attendance Proposal plus attachment<br>SC 5709-5710                                                             |
| 25. | Emails re Perfect Attendance Proposal<br>SC 7518                                                                                  |
| 26. | Emails re Perfect Attendance Proposal<br>Mathew 3-4                                                                               |
| 27. | Email re DA's<br>SC 4074                                                                                                          |
| 28. | IMs between Mathew and Adriano<br>ECF Doc. 25, App.174 [this page has no Bates number]                                            |
| 29. | Emails re Investigation Checklist (5)<br>SC 5492                                                                                  |
| 30. | Emails re Perfect Attendance Proposal<br>Mathew 282-284                                                                           |
| 31. | Emails re Investigation Template<br>SC 5910-5913                                                                                  |
| 32. | IMs between Mathew and Adriano<br>SC 2773                                                                                         |
| 33. | IMs between Mathew and Adriano<br>SC 2752                                                                                         |
| 34. | Emails re Loss Recovery Team - LEW<br>SC 9926                                                                                     |
| 35. | Email Elad to Blackburn re Reena Mathew - Confidential<br>SC 1690                                                                 |
| 36. | Email Elad to Whatley (no subject)<br>SC 7514                                                                                     |
| 37. | Emails re Reena: Workload<br>SC 6293-6294                                                                                         |

| 38. | Email Adriano to Elad re Time Line of Events (plus attachment) SC 5252-5255 |
|---|---|
| 39. | Emails re PTO Mathew 17-18 |
| 40. | Email Hullum to Adriano re Reena SC 7444-7456 |
| 41. | Email Adriano to Elad re Reena PIP SC 5408-5409 |
| 42. | Performance Improvement Plan SC 1154-1156 |
| 43. | Email Adriano to Elad re Reena SC 1056-1057 |
| 44. | Email Elad to Blackburn re Reena Mathew SC 1691 |
| 45. | Email Adriano to Elad re Time Line of Events SC 7206-7209 |
| 46. | Email Mathew to Elad re Meeting SC 3927 |
| 47. | Emails re Reena SC 7441 |
| 48. | Email Mathew to Watley re Hello SC 1709 |
| 49. | Emails re Herman Mathew 34-37 |
| 50. | Emails re Hello. SC 1710-1711. |
| 51. | Emails re Reena Mathew – Confidential SC 1702-1703 |
| 52. | Email Mathew to Shaffer re Thank You Mathew 38-39 |
| 53. | Emails re Leave Early Requests SC 1119 |
| 54. | Email Mathew to Adriano re Recap of Conversation with Deirdre Crouch SC 3215 |
| 55. | Emails between Mathew and Blackburn re Hello SC 3123-3124 |
| 56. | Email from Elad to Blackburn re Meeting with Reena - Notes SC 1120-1121 |
| 57. | Emails between Elad and Hullum re Reena SC 1118 |
| 58. | Email Adriano to Mathew re Follow up SC 1153 |
| 59. | Emails re Reena Notes SC 928-930 |
| 60. | Emails re Thank You SC 2909-2910 |

| | | |
|---|---|---|
| 61. | Emails re Reena Mathew SC 4970-4972 | |
| 62. | Emails between Blackburn and Shaffer re Default Deadline Reminder SC 4984-4985 | |
| 63. | Email Adriano to Elad re D. Crouch - Investigation Summary SC 5429-31 | |
| 64. | Emails re Investigation Material SC 8463 | |
| 65. | Emails re Investigation Material SC 4801 | |
| 66. | Emails re D. Crouch - Investigation Summary- CONFIDENTIAL SC 9897-9899 | |
| 67. | Emails re Perfect Attendance Proposal SC 3530-3531 | |
| 68. | Emails re Reena – Dr. Appt. SC 757 | |
| 69. | Email from Shaffer re Reena SC 5112 | |
| 70. | Final Report for HR. SC 21-30 | |
| 71. | Emails re Holiday Pay Mathew 42-44 | |
| 72. | Emails re Holiday Pay SC 4058-4060 | |
| 73. | Emails re Approval FMLA for Reena Mathew EMPID 103696 SC 666-668 | |
| 74. | Emails re Reena Mathew SC 4983 | |
| 75. | Emails re R. Mathew SC 14-15 | |
| 76. | Emails re Update and next steps regarding your issues SC 3410 | |
| 77. | Emails re: Headcount SC 9165-9166 | |
| 78. | Emails re 8585 Coverage SC 6502 | |
| 79. | Email Adriano to Elad re Updated PIP and Action Plan- Use this one SC 6306 | |
| 80. | Email Adriano to Elad re Updated PIP and Action Plan- Use this one SC 6306 | |
| 81. | Emails between Adriano and Elad re Reena – Docs SC 6892 | |
| 82. | 90 Day Action Plan (a draft) SC 10330 | |
| 83. | 90 Day Action Plan Mathew 47-48 | |

| 84. | Performance Improvement Plan and Timeline of Events<br>Mathew 49-55 |
| --- | --- |
| 85. | Emails re Meeting you requested (plus attachment)<br>SC 4169-4176 |
| 86. | Emails re Reena Meeting Recap 01/15/16<br>SC 1053-1054 |
| 87. | Emails re Last Chance to Register for February Monthly Luncheon<br>SC 747-750 |
| 88. | Emails re Perfect Attendance Proposal<br>SC 6481-6482 |
| 89. | Email Shaffer to Mathew re Reminder<br>SC 5102 |
| 90. | Emails Mathew to Adriano re Appts/Time Off<br>Mathew 84-85 |
| 91. | Emails re Summary of our conversation from last Wednesday<br>SC 275-281 |
| 92. | Letter from Gabrielle Klepper to Monte Hurst<br>Mathew 81-83 |
| 93. | Email Mathew to Adriano re Summary of Meeting<br>SC 4104 |
| 94. | Emails re Summary of Meeting<br>SC 6812-6813 |
| 95. | Email Adriano to Mathew re Example of Investigation summary- confidential<br>SC 6694-6696 |
| 96. | Letter from Monte Hurst to Gabrielle Klepper<br>Mathew 86 |
| 97. | Investigation Notes re Rosalinda Coronado interview<br>SC 2971 |
| 98. | Email Mathew to Adriano re Investigation Summary<br>SC 2955-2956 |
| 99. | IMs between Mathew and Adriano<br>SC 2648-2649 |
| 100. | Emails re Reena Meeting Recap 01/15/16<br>SC 662-664 |
| 101. | Emails re Term<br>SC 9264-9265 |
| 102. | Emails to Catessa Malone<br>SC 6838, 6606-6607, 6550-2, 6276, 5919, 5484-5486, 4776 |
| 103. | Emails re Investigation Summary<br>SC 8291-8293 |
| 104. | Email Mathew to Adriano re Recap<br>SC 3260 |
| 105. | Emails between Mathew and Adriano re Recap<br>SC 1079-1080 |
| 106. | Emails re Recap<br>SC 2937-2940 |

| 107. | Emails re Recap<br>SC 4026-4028 |
|---|---|
| 108. | Emails re Recap<br>SC 687-689 |
| 109. | Emails re Reena 90 Day Action Plan<br>SC 6415 |
| 110. | Emails re Reena 90 Day Action Plan<br>SC 9172-9173 |
| 111. | Emails re Revised<br>SC 6503-6504 |
| 112. | 30 Day Review<br>6924-6932 |
| 113. | Email Mathew to Adriano re Recap of Meeting<br>SC 2100 |
| 114. | Emails re Attendance Recognition Program<br>SC 9502-0503 |
| 115. | Emails re Attendance Recognition Program<br>SC 6781-6783 |
| 116. | Emails re Attendance Recognition Program<br>SC 2215-2216 |
| 117. | Emails re Attendance Recognition Program<br>SC 6385-6386 |
| 118. | Emails re Attendance Report<br>SC 2177-2178 |
| 119. | Emails re Attendance Report<br>SC 657-658 |
| 120. | Emails re Attendance Report<br>SC 7005-7007 |
| 121. | Emails re Attendance Report<br>SC 6575-6582 |
| 122. | Emails re Attendance Report<br>Mathew 291-296 |
| 123. | Emails re Recap of Meeting<br>SC 10116-10117 |
| 124. | Emails re Recap of Meeting<br>SC 8015-8016 |
| 125. | Emails re Recap of Meeting<br>SC 5971-5972 |
| 126. | Emails re Recap of Meeting<br>SC 9550-9552 |
| 127. | Emails re Recap of Meeting<br>SC 5740-5471 |
| 128. | Email Mathew to Adriano re Recap<br>SC 2148-2149 |
| 129. | Emails re Attendance Report.<br>M 297-305 |

| | | |
|---|---|---|
| 130. | Emails re Recap SC 6937-6938 | |
| 131. | Emails re Recap SC 5685-5686 | |
| 132. | Emails re Recap 4th biweekly, Y sent her comments to Holly Hanes SC 5259-5260 | |
| 133. | Emails re Recap SC 6633-6634 | |
| 134. | Emails re Attendance Recognition Program SC 2038 | |
| 135. | Emails between Elad and Shaffer re Reena SC 9308 | |
| 136. | Emails re Attendance Recognition Program SC 2515-2516 | |
| 137. | Email Adriano to Elad re LEW Crew SC 5211 | |
| 138. | IMs between Mathew and Adriano SC 4245 | |
| 139. | Email Adriano to Elad SC 5759 | |
| 140. | IMs between Mathew and Adriano SC 2635-2636 | |
| 141. | Email Mathew to Adriano re Investigation Summary--Brittany Brodie M 320-321 | |
| 142. | Emails re Investigation Summary--Brittany Brodie SC 4461-4462 | |
| 143. | Email Adriano to Elad re Investigation Summary--Brittany Brodie SC 6687-6688 | |
| 144. | Email Adriano to Elad re Investigation Summary--Brittany Brodie SC 6353-6354 | |
| 145. | Emails re Brittanny Brodie- Term Recommendation SC 7979-7981 | |
| 146. | Emails between Elad and Shaffer re Reena Mathew SC 8785 | |
| 147. | Email Adriano to Hanes re Rev. Reena 90 Day Action Plan - 90 Day Check In SC 6452 | |
| 148. | March 23, 2016 Meeting Recap SC 2422-2427 | |
| 149. | 90 Day Review SC 717-719 | |
| 150. | Emails re Reena Mathew 1736 | |
| 151. | Emails Mathew to Blackburn, Burns re Hello, plus the attachments M 322-24 [this is just the email – all of the attachments have been produced and they are Bates numbered, and the attachments will be included in this exhibit] | |

| | |
|---|---|
| 152. | Mathew's comments added to the March 23, 2016 Meeting Recap and the 90 Day Review<br>SC 3544-3551 |
| 153. | Termination letter<br>SC 5631 |
| 154. | EEOC Charge of Discrimination<br>SC 102 |
| 155. | EEOC Determination<br>Mathew 168-169 |
| 156. | EEOC Conciliation Failure and Notice of Rights<br>SC 103-106 |
| 157. | Headcount emails and the attached spreadsheets (the pages included in ECF Doc. 35 and numbered App. 310-385) |
| 158. | Documents showing YEI points awarded to Mathew<br>M 25-6 |
| 159. | YEI points charts from each party's summary judgment appendix<br>ECF Doc. 25, App. 071-108<br>ECF Doc. 35, App. 386-387 |
| 160. | Plaintiff may designate one or more pages from the medical records produced by Defendant on December 7, 2024. |