IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
| | § | |
| Defendant. | § | |

# DEFENDANT'S EXHIBIT LIST

**TO THE CHIEF UNITED STATES DISTRICT JUDGE DAVID C. GODBEY:**

Pursuant to the Court's Order Resetting Trial [Doc. No. 31], Defendant Santander Consumer USA Inc. ("Santander") hereby submits the following Exhibit List:

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 1 | 8/22/24 | Declaration of Yessica Perez | | | | |
| 2 | 8/22/24 | Declaration of Sabrina Boyd | | | | |
| 3 | 8/22/24 | Declaration of Stephanie Elad | | | | |
| 4 | 8/22/24 | Declaration of Tina Mohan | | | | |
| 5 | 3/2/22 | Declaration of Fatma Rizvan | SC000165–166 | | | |
| 6 | 3/7/22 | Declaration of Nicole Prior | SC000210–212 | | | |
| 7 | 3/7/22 | Declaration of Christina Stout | SC000203–205 | | | |
| 8 | 3/7/22 | Declaration of Whitney Andres | SC000167–169 | | | |
| 9 | 2013 | Excerpts of Santander 2013 Associate Handbook | SC000860–906 | | | |
| 10 | 2015–2016 | Santander You Earned It Tenure Audits | SC010411 | | | |
| 11 | 9/5/13 | Instant Message Exchange Between Mathew and Hortensia Perez | SC011277–278 | | | |
| 12 | 2/14/14 | Instant Message Exchange Between Mathew and Ms. Turilli | SC002847 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 13 | 3/13/14 | Instant Message Exchange Between Mathew and Hortensia Perez | SC011279 | | | |
| 14 | 11/21/14 | Instant Message Exchange Between Mathew and Ms. Turilli | SC002655 | | | |
| 15 | 12/1/14 | Instant Message Exchange Between Mathew and Mr. Vinson | SC011280 | | | |
| 16 | 1/22/15 | E-mail Exchange Between Ms. Elad and Ms. Turilli | SC001449–1450 | | | |
| 17 | 1/22/15 | E-mail Exchange Between Mathew and Ms. Turilli | SC000042–43 | | | |
| 18 | 2/15–12/15 | Addendum Timeline of Mathew Events | SC004172–4176 | | | |
| 19 | 4/1/15 | Instant Message Exchange Between Mathew and Ms. Hullum | SC002732 | | | |
| 20 | 4/5/15 | E-mail Exchange Between Ms. McDonnell and Ms. Hullum | SC000802–803 | | | |
| 21 | 4/3/15 | E-mail Exchange Between Mr. Holt and Ms. Hullum | SC000810–814 | | | |
| 22 | 4/6/15 | E-mail Message From Ms. Andres to Ms. Hullum | SC000799–800 | | | |
| 23 | 4/9/15 | E-mail Exchange Between Mathew and Ms. Hullum | SC003720–3721 | | | |
| 24 | 4/9/15 | E-mail Exchange Between Mathew and Ms. Hullum | SC003862–3863 | | | |
| 25 | 5/18/15 | E-mail Message From Mathew to Ms. Hullum | SC003416 | | | |
| 26 | 12/17/15 | E-mail Exchange Between Ms. Hullum and Ms. Lagunes | SC001332 | | | |
| 27 | 7/10/15 | E-mail Exchange Between Mathew and Ms. Hullum | SC003731–3732 | | | |
| 28 | 8/12/15 | E-mail Exchange Between Mathew and Mr. Wiener | SC003077–3079 | | | |
| 29 | 8/13/15 | E-mail Message From Mathew to Ms. Hullum | SC004392–4393 | | | |
| 30 | 2/15/15 | E-mail Exchange Between Ms. Perez and Ms. Malone | SC006276 | | | |
| 31 | 9/15–10/15 | Mathew Outlook Calendar Invites to Ms. Perez | SC003002–3003, 3012–3013, 4180–4181, 4098–4099 | | | |
| 32 | 9/9/15 | E-mail Message From Ms. Perez to Ms. Boyd, Mathew, and Ms. Perez | SC005719 | | | |
| 33 | 9/15 | Ms. Hullum's 2015 Mid-Year Review of Reena Mathew | SC001484–1495 | | | |
| 34 | 9/17/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002656 | | | |
| 35 | 9/25/15 | E-mail Message From Ms. Perez to Ms. Elad | SC007192 | | | |
| 36 | 10/29/15 | E-mail Message From Ms. Perez to Ms. Elad | SC006640 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 37 | 10/29/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002730 | | | |
| 38 | 11/2/15 | E-mail Message From Ms. Elad to Ms. Perez | SC007323 | | | |
| 39 | 11/16/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002773 | | | |
| 40 | 11/20/15 | Instant Message Exchange Between Mathew and Mr. Dieckmann | SC010471 | | | |
| 41 | 11/20/15 | E-mail Exchange Between Mathew and Ms. Boyd | SC011275–011276 | | | |
| 42 | 11/21/15 | E-mail Message From Ms. Crouch to Ms. Kelch | SC009007–9008 | | | |
| 43 | 11/24/15 | E-mail Exchange Between Ms. Elad and Ms. Perez | SC008392 | | | |
| 44 | 11/21/15 | E-mail Message From Ms. Elad to Ms. Blackburn | SC001067 | | | |
| 45 | 11/24/15 | E-mail Exchange Between Ms. Elad and Ms. Whatley | SC007514 | | | |
| 46 | 11/24/15 | E-mail Exchange Between Ms. Elad and Ms. Perez | SC008392–8393 | | | |
| 47 | 11/25/15 | E-mail Exchange Between Ms. Elad and Ms. Hanes | SC009619–9620 | | | |
| 48 | 12/1/15 | Santander Consumer USA, Inc. Performance Improvement Plan | SC005409–5412 | | | |
| 49 | 12/8/15 | E-mail Exchange Between Ms. Perez and Ms. Elad | SC006128–6129 | | | |
| 50 | 12/10/15 | E-mail Message From Ms. Elad to Ms. Blackburn | SC001120–1121 | | | |
| 51 | 12/10/15 | E-mail Message From Ms. Hullum to Ms. Elad | SC001118, 1152 | | | |
| 52 | 12/15/15 | E-mail Message From Ms. Perez to Ms. Elad | SC005429–5431 | | | |
| 53 | 12/22/15 | E-mail Exchange Between Mr. Shaffer and Ms. Elad | SC000004–5 | | | |
| 54 | 12/28/15 | E-mail Exchange Between Mathew and Ms. Perez | SC004058–4060 | | | |
| 55 | 12/31/15 | E-mail Exchange Between Ms. Blackburn and Ms. Elad | SC000014–15 | | | |
| 56 | 1/13/16 | E-mail Exchange Between Ms. Perez and Ms. Elad | SC000009 | | | |
| 57 | 2016 | Santander Consumer USA, Inc. 90 Day Performance Improvement Plan | SC000708–716 | | | |
| 58 | 1/18/16 | E-mail Exchange Between Ms. Elad and Ms. Perez | SC001053–1054 | | | |
| 59 | 1/27/16 | E-mail Message from Mathew to Mathew | SC002926–2932 | | | |
| 60 | 1/27/16 | E-mail Exchange Between Mathew and Mr. Shaffer | SC005140–5145 | | | |
| 61 | 2016 | Mr. Shaffer Final Report of Reena Mathew | SC000021–30 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 62 | 2/1/16 | E-mail Message from Mathew to Ms. Perez | SC004104 | | | |
| 63 | 2/15–12/15 | Addendum Timeline of Events - Mathew | SC004172–4176 | | | |
| 64 | 2/23/16 | E-mail Exchange Between Ms. Elad and Mathew | SC001047–1049, 9650–9652 | | | |
| 65 | 3/29/16 | E-mail Exchange Between Ms. Elad and Ms. Hanes | SC000931–933 | | | |
| 66 | 4/14/16 | E-mail Exchange Between Mr. Shaffer and Ms. Elad | SC008785–8786, 717–719 | | | |
| 67 | 11/24/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002752 | | | |
| 68 | 3/28/16 | E-mail Exchange Between Ms. Perez and Ms. Elad | SC006633–6634 | | | |
| 69 | 3/21/16 | E-mail Exchange Between Ms. Perez and Ms. Hanes | SC005961–5962 | | | |
| 70 | 2013 | Santander Consumer USA, Inc. Progressive Discipline Policy 2013 | SC010464–10470 | | | |
| 71 | 1/18/16 | E-mail Exchange Between Ms. Hullum and Ms. Elad | SC001105–1107 | | | |
| 72 | 10/11/24 | Declaration of Sabrina Boyd | | | | |
| 73 | 2012 | R. Mathew's 2012 Annual Objectives | SC000987–990 | | | |
| 74 | 7/30/15 | E-mail message from R. Mathew to A. Hullum | SC000837 | | | |
| 75 | 8/24/15 | HR Org. Change Announcement from S. Elad | SC008380–8381 | | | |
| 76 | 11/23/15 | E-mail message from R. Mathew to Y. Perez | SC004226–4227 | | | |
| 77 | 11/24/15 | E-mail message from R. Mathew to Y. Perez | SC004491–4492 | | | |
| 78 | 1/11/16 | E-mail message exchange between S. Elad, S. Shaffer, A. Hullum, and Y. Perez | SC008177–8179 | | | |
| 79 | 3/8/16 | Instant Message Exchange Between R. Mathew and S. Boyd | SC001799–1802 | | | |
| 80 | 4/8/16 | E-mail message from R. Mathew to Y. Perez | SC004212–4213 | | | |
| 81 | 1/18/16 | E-mail to Stephen Shaffer from Reena Mathew | SC004169–4176 | | | |
| 82 | 9/14/15 | Event: One on One | SC002358 | | | |
| 83 | 3/10/16 | E-mail to Reena Mathew from Yessica Adriano, Subject: FW: Investigation Summary-Jacqueline M. Smith | SC005273–5275 | | | |
| 84 | 4/1/24 | Plaintiff's Amended Answers to Defendant's First Set of Interrogatories | | | | |
| 85 | 2015 | Activity at a Glance | SC000852–853 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 86 | 11/5/15 | E-mail to yadriano from YouEarnedIt | SC007909–007910 | | | |
| 87 | 3/3/2015 | E-mail to Angeline Hullum from Reena Mathew, Subject: RE: Annette Williams | SC000018 | | | |
| 88 | 7/2/2015 | E-mail dated to Hortensia Perez from Yessica Adriano, Subject: RE: Associate Cedric Phillips | SC005321–323 | | | |
| 89 | 11/18/2015 | E-mail dated to Yessica Adriano from Angeline Hullum, Subject: RE: Reena and Sabrina Annual Review | SC009280 | | | |
| 90 | 12/8/2015 | E-mail 2015 to Yessica Adriano from Jeffrey Wiener, Subject Summary of HR Conversation | SC007933–934 | | | |
| 91 | 12/10/2015 | E-mail to Stephanie Elad from Yessica Adriano, Subject: FW: Leave Early Requests | SC001119 | | | |
| 92 | 8/20/13 | Instant message exchange from Mathew to Ms. Hullum | SC002616 | | | |
| 93 | 11/16/15 | Instant message exchange from Mathew to Ms. Perez | SC0011282 | | | |
| 94 | 9/5/13 | Instant message exchange from Mathew to Hortensia Perez | SC011277–278 | | | |
| 95 | 1/1/14 | Instant message exchange from Mathew to Mr. Vinson | SC011280 | | | |
| 96 | 3/22/16 | E-mail exchange between Ms. Perez and Mathew | SC005740–741 | | | |
| 97 | 3/11/16 | E-mail exchange between Ms. Elad and Mathew | SC002071–2072 | | | |
| 98 | 3/24/16 | E-mail exchange between Mathew and Ms. Perez | SC006355–6356 | | | |
| 99 | 4/19/16 | E-mail message from Ms. Blackburn to Mr. Shaffer | SC001738–1739 | | | |
| 100 | 4/1/16 | Instant message exchange between Mathew and Ms. Boyd | SC002901–2905 | | | |
| 101 | 4/18/16 | E-mail message from Ms. Perez to Ms. Elad | SC005630 | | | |
| 102 | 4/19/16 | E-mail exchange including e-mail messages in which Mathew sent to Ms. Blackburn, Mr. Burns and to her personal e-mail account and attachments | SC003542–3543, 3552, 3553, 3544, 2027, 2177, 4234, 4245, 4212, 3190, 3556, 3133 | | | |
| 103 | 2014 | Santander's Information Security Policy | SC004548–4557 | | | |
| 104 | 1/28/16 | E-mail message from Mathew to her personal e-mail address | SC003062 | | | |
| 105 | 2015 | Mathew's 2015 Annual Performance Review | SC000936–000943 | | | |
| 106 | 2024 | No records affidavit for Mathew's Baylor Scott & White | SC011292–303 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| | | Obstetrics & Gynecology – Frisco medical records | | | | |
| 107 | 2024 | No records affidavit for Mathew's Baylor Scott & White Obstetrics & Gynecology – Frisco billing records | SC011304–314 | | | |
| 108 | 2024 | Mathew's medical records from Baylor Scoot & White Dallas Diagnostic Association - Plano | SC011330–397 | | | |
| 109 | 5/5/16 | Facebook messages between Mathew and Heather Hutto-Leon | Mathew 336–338 | | | |
| 110 | 2016-2019 | Facebook messages between Mathew and Demetrice Vasquez-Patton | Mathew 340–43 | | | |
| 111 | 8/28/16 | Facebook messages between Mathew and Lyndy Parnell | Mathew 355–356 | | | |
| 112 | 5/12/16 | Texas Workforce Commission Unemployment Benefits file of Mathew | Mathew 209-250 | | | |
| 113 | 1/18/16 | E-mail message from Mathew to her personal e-mail address | Mathew 011 | | | |
| 114 | 1/18/16 | E-mail message from Mathew to her personal e-mail address | Mathew 012–013 | | | |
| 115 | 12/8/15 | E-mail message from Mathew to her personal e-mail address | Mathew 014–015 | | | |
| 116 | 12/6/15 | E-mail message from Mathew to her personal e-mail address | Mathew 017–018 | | | |
| 117 | 12/1/15 | E-mail message from Mathew to her personal e-mail address | Mathew 023–024 | | | |
| 118 | 12/5/15 | E-mail message from Mathew to her personal e-mail address | Mathew 028–029 | | | |
| 119 | 1/19/16 | E-mail message from Mathew to her personal e-mail address | Mathew 042–044 | | | |
| 120 | 2/19/16 | E-mail message from Mathew to her personal e-mail address | Mathew 087–089 | | | |
| 121 | 3/1/16 | E-mail message from Mathew to her personal e-mail address | Mathew 090–091 | | | |
| 122 | 2011–2016 | Demonstrative exhibit regarding the timeline of events related to Mathew's employment | | | | |
| 123 | | Demonstrative exhibit regarding "You Earned It" points | | | | |

Respectfully submitted,

**HALLETT & PERRIN, P.C.**
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142


By:   *Monte K. Hurst*
     Monte K. Hurst
     State Bar No. 00796802
     Monte.Hurst@hallettperrin.com

     Clayton S. Carter
     State Bar No. 24120750
     CCarter@hallettperrin.com

     *Counsel for Defendant, Santander Consumer USA Inc.*


## CERTIFICATE OF SERVICE

On December 7, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served Plaintiff's counsel as follows electronically or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure:

Mr. Donald E. Uloth
DONALD E. ULOTH, P.C.
18208 Preston Road, Suite D-9 #261
Dallas, Texas 75248
Don.Uloth@uloth.pro


     *Monte K. Hurst*
     Monte K. Hurst