IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REENA S. MATHEW,　　　　　　　§<br>　　　　　　　　　　　　　　　　§<br>　　Plaintiff,　　　　　　　　　　 §<br>　　　　　　　　　　　　　　　　§<br>v.　　　　　　　　　　　　　　　 §<br>　　　　　　　　　　　　　　　　§<br>SANTANDER CONSUMER USA,　  §<br>INC.,　　　　　　　　　　　　　  §<br>　　　　　　　　　　　　　　　　§<br>　　Defendant.　　　　　　　　　 § | Civil Action No. 3:23-CV-01494-N |

## **ORDER**

This Order addresses Defendant Santander Consumer USA, Inc.'s ("Santander") motion for leave to file supplemental evidence in support of its motion for summary judgment [47]. The Court grants Santander's motion for leave and directs the Clerk of Court to file Exhibit A of Santander's motion [47-1] as its supplemental appendix in support of its motion for summary judgment. Additionally, the Court grants Santander leave to file supplemental briefing within fourteen (14) days of the date of this Order, grants Plaintiff Reena S. Mathew twenty-one (21) days from the date on which Santander files its supplemental briefing to respond with supplemental evidence and briefing, and grants Santander fourteen (14) days from the date on which Mathew files her supplemental evidence and briefing to reply. Further, the Court vacates the current trial setting and will reset the trial setting in a separate scheduling order.

ORDER – PAGE 1

Signed December 9, 2024.

_____
David C. Godbey
Chief United States District Judge

ORDER – PAGE 2