IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
|    Defendant | § | |

**AGREED MOTION FOR EXTENSION OF DEADLINES
SET BY COURT ORDER DATED DECEMBER 5, 2024**

By order dated December 5, 2024 (Doc. 58), this Court directed Plaintiff to submit a request for an award of reasonable expenses within fourteen days (12/19/24), and directed Defendant to file any objection within seven days of Plaintiff's filing of her request (12/26/24). The parties hereby ask the Court for extensions of time making Plaintiff's request due on December 23, 2024, and Defendant's objection due on January 3, 2025.

WHEREFORE, Plaintiff and Defendant respectfully request an order granting the extensions of time.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Law Office of Donald E. Uloth
Texas Bar No. 20374200
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

and

1

**HALLETT & PERRIN, P.C.**
1445 Ross Avenue, Suite 2400 Dallas, Texas 75202
214.953.0053
(f) 214.922.4142

By: /s/ Monte K. Hurst
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Clayton S. Carter
State Bar No. 24120750
CCarter@hallettperrin.com

*Counsel for Defendant, Santander Consumer USA Inc.*

CERTIFICATE OF SERVICE

    I certify that on December 18, 2024 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth