**HALLETT&PERRIN**

**MONTE K. HURST**
Board Certified – Labor and Employment Law
Texas Board of Legal Specialization
**D** 214.922.4111  **F** 214.922.4142
monte.hurst@hallettperrin.com

December 23, 2024

The Honorable David C. Godbey                                                           Via e-file
Chief United States District Judge
1100 Commerce Street, Room 1504
Dallas, Texas 75242-1003

  Re: Civil Action No. 3:23-cv-01494-N
    Our File No.: 39272/40
    *Reena S. Mathew v. Santander Consumer USA Inc.*

Dear Chief District Judge Godbey:

  I am writing on behalf of Defendant Santander Consumer USA Inc. ("Santander"), in response to His Honor's December 9, 2024, Order (the "Order") [Doc. 70] Granting Santander's Motion for Leave to Submit Supplemental Evidence in Support of its Motion for Summary Judgment (the "Motion") [Doc. 47].

  In the Order, His Honor directed the Clerk of the Court to file Exhibit A of Santander's Motion [Doc. 47-1] as Santander's Supplemental Appendix in support of its Motion for Summary Judgment. The Order further grants Santander leave to file supplemental briefing within fourteen (14) days of the Order, grants Plaintiff Reena S. Mathew ("Mathew") twenty-one (21) days from the date on which Santander files its supplemental briefing to respond with supplemental evidence and briefing, and grants Santander fourteen (14) days from the date on which Mathew files her supplemental evidence and briefing to reply.

  Santander's Reply in Support of its Motion for Summary Judgment (the "Reply") [Doc. 48] contains Santander's briefing on the additional evidence which has now been filed pursuant to the Order as a supplemental appendix. Santander included briefing pertaining to this evidence in its Reply in anticipation of obtaining leave of the Court. To avoid inundating the Court with the same arguments regarding the supplemental evidence contained in the Reply, Santander asks the Court to consider its Reply to serve as its supplemental briefing related to the evidence contained in the supplemental appendix.

The Honorable David C. Godbey
December 23, 2024
Page 2

      Santander reserves its right to file a reply pursuant to the briefing schedule set by His Honor in the Order in the event Mathew chooses to file a response to Santander's supplemental briefing within twenty-one (21) days of this letter as prescribed by the Order.

      Very truly yours,

      *Monte K. Hurst*

      Monte K. Hurst

MKH:es

cc:    Mr. Donald E. Uloth            Via e-mail: Don.Uloth@uloth.pro
       LAW OFFICE OF DONALD E. ULOTH
       18208 Preston Road, Suite D-9 #261
       Dallas, Texas 75248