IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
| Defendant | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S REQUEST
FOR AN AWARD OF REASONABLE EXPENSES**

<u>Page Nos.</u>    <u>Description</u>

3-5        Declaration of Donald E. Uloth

6-8        Resume of Donald E. Uloth

9-11       Donald E. Uloth's time records

12-249     2023 Attorneys' Fees Hourly Rates Yearbook

250-255    Declaration of Kyla Gail Cole

256-258    Declaration of Barry S. Hersh

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Fax: (972) 777-6951
Email: don.uloth@uloth.pro
Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 23, 2024, I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

REENA S. MATHEW,                    §
    Plaintiff                     §
                                  §
v.                                  §          Civil Action No. 3:23-cv-01494-N
                                  §
SANTANDER CONSUMER USA INC.,        §
    Defendant                     §

### DECLARATION OF DONALD E. ULOTH

    1.    My name is Donald E. Uloth.  I am over twenty-one (21) years of age, and I am competent to make this Declaration.  I have personal knowledge of the facts set forth herein, and they are all true and correct.

    2.    I am an attorney licensed to practice law in the State of Texas continuously since 1989. From then until now, over 35 years, I have worked as a trial lawyer in the Dallas-Fort Worth area. Attached as Exhibit A is a copy of my resume.

    3.    Over my 35-plus year career, I have worked on more employment cases than all other types of cases combined, well over 65% of my overall experience.  During the last thirteen years, most of my practice (over 90%) has been spent representing employees and former employees, mostly in federal court lawsuits.

    4.    In each one of my cases, I make and keep contemporaneous time records describing the work I performed each day, and the time spent on each task.

    5.    I drafted and filed the Motion to Compel (Doc. 40) and the reply brief that was filed in support of the motion (Doc. 52).  Attached to this Declaration as Exhibit B are true and correct copies of my time entries for all work reasonably necessary to prepare and file the motion, the reply, and Plaintiff's Request for Reasonable Expenses.

1

6.      The time entries total 19.3 hours, after deductions for any work that was excessive, duplicative, or unnecessary.  This accurately reflects the billable attorney time reasonably and necessarily spent in pursuit of the motion to compel and the application for an award of reasonable expenses.

7.      In my opinion, the amount of time listed for each of the services described in my time records was reasonable.  It is also my opinion that, for all of the services for which there is an amount of time listed in the far right-hand column, the services were necessary to effectively present the Motion to Compel.

8.      I am familiar with the hourly rates customarily charged in Dallas and surrounding counties for employment litigation.  I sometimes talk to other lawyers about their level of experience and what they charge, so I can fulfill my ethical obligation to charge reasonable fees, and to make sure I am charging enough to be competitive without selling myself short.  Also, when I see a case in which a court has awarded fees, I sometimes check to see who the lawyers are, to see how their backgrounds and experiences compare to mine. I stay current on both state and federal law requirements on recovering attorney fees by reading cases, articles, and attending CLEs on the subject of proving up and recovering attorney fees.

9.      My opinion regarding the reasonable hourly rate for this matter is also based in part on a survey prepared by the Texas Employment Lawyers Association (TELA).  This is a collection of court-awarded attorney fees, and other court filings that show rates actually being billed by lawyers handling employment lawsuits.  A copy of this survey is attached to my Declaration as Exhibit C.

10.     In my opinion, an attorney fee of $650 per hour is a reasonable and customary fee in the counties within the Northern District of Texas, Dallas Division for the performance of

Declaration of Donald E. Uloth – page 2

similar legal services by an attorney whose skills, expertise, experience, and reputation are comparable to mine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2024.

_____
Donald E. Uloth, Declarant

Declaration of Donald E. Uloth – page 3

Exhibit A
Resume of Donald E. Uloth

App. 006

# Donald E. Uloth

18208 Preston Rd. Ste. D-9 #261                       (214) 989-4396
Dallas, Texas 75252                            don.uloth@uloth.pro

## SUMMARY

Over 35 years of experience representing clients in lawsuits, arbitrations, and appeals.

## WORK HISTORY

**LAW OFFICE OF DONALD E. ULOTH**                      Dallas, TX
Sole practitioner                             June 2012 - present
Representing businesses and individuals in employment litigation and general civil/commercial litigation. I handle lawsuits in both state and federal courts, claims in arbitration and before administrative agencies, and I also do appellate work.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**         Dallas, TX
Of Counsel                            March 2007 - June 2012
Management-side employment law practice primarily involving disputes in litigation (mostly federal court) arising under state and federal employment statutes. Also handled several commercial litigation matters, and served as the utility man for the firm's Dallas office, handling client needs that were not traditional employment work.

**ULOTH & PEAVLER, LLP**                           Dallas, TX
Partner                             April 2002 - February 2007
Similar to work experience while at Ogletree but with much more commercial litigation, and I also did some plaintiff's employment cases.

**THE LAW OFFICE OF DONALD E. ULOTH**               Dallas, TX
Sole practitioner                    September 2001 - March 2002
Employment litigation (both plaintiff and defense) and commercial litigation.

**LOCKE PURNELL RAIN HARRELL/**
**LOCKE LIDDELL & SAPP, LLP**                      Dallas, TX
Associate/Partner              September 1989 - September 2001
Commercial litigation; insurance coverage and bad-faith claims; employment litigation (defense only, except for prosecution and enforcement of covenants not to compete).

## SAMPLE ACCOMPLISHMENTS

- U.S. Fifth Circuit Court of Appeals reversed summary judgment, rendered judgment for plaintiff in a disabilities discrimination (ADA) case.
- Won a jury verdict for employer in a breach of contract case where a highly-paid commissioned sales employee sought millions in unpaid commissions.

- Prevailed in a jury trial and appeal in state court on multiple breach of contract and breach of fiduciary duties claims against president of corporation who had engaged in undisclosed self-dealing transactions.
- Jury trials of employment discrimination cases, some representing plaintiff and some as counsel for employer, including claims of disabilities discrimination, retaliation, violations of the Family and Medical Leave Act, and pregnancy discrimination.
- Defend trial lawyer sued by former client for professional negligence.
- Won an arbitration case for a publicly-traded consulting firm sued by company's founder and CEO on multiple claims after the board terminated him as CEO.
- Noncompete cases seeking to enforce or defend against enforcement, including several multi-day evidentiary hearings on plaintiff's application for a temporary injunction.
- Won a federal court jury trial for a software publisher sued by one of its resellers for breach of contract and tortious interference.
- Won a state court jury trial defending company CFO accused of sexual harassment and intentional infliction of emotional distress by multiple female employees.
- Won an Equal Pay Act arbitration case for a female sales employee paid less than the men.
- Won a state court jury trial on a retaliation claim for a female sales employee.
- Numerous other jury and bench trials in state and federal court, arbitrations, administrative hearings, and appeals in both state and federal court.

## EDUCATION

➢ J.D. 1989, The University of Texas School of Law
➢ B.A. (History) 1984, The University of Texas at Austin

## OTHER

AV rated by Martindale-Hubble
Admitted in all federal district courts in Texas, and the U.S. Fifth Circuit Court of Appeals
Qualified as an Attorney-Mediator in 2002
Served as 2016 Chair of the Solo and Small Firm Section, Dallas Bar Association
Member of the Texas State Bar's Litigation Section and Employment Law Section
Member of the Texas Employment Lawyers Association

Exhibit B
Donald E. Uloth's time records

# LAW OFFICE OF DONALD E. ULOTH

18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252

DONALD E. ULOTH
Attorney

Phone: (214) 989-4396
Email: don.uloth@uloth.pro

---

## Attorney Time Entries

Client:        Reena S. Mathew
Matter:        Mathew v. Santander Consumer USA Inc.
Timekeeper(s) and Hourly Rate:  All time entries are for attorney Donald E. Uloth, hourly rate is
$650 per hour

| Date | Description | Hrs. |
|------|-------------|------|
| 8/22/24 | Draft and send email to Monte Hurst asking if Santander has other HRBP performance review scores. | 0.2 |
| 8/29/24 | Outline facts to include in a motion to compel compliance with Rule 30(b)(6). | 0.5 |
| 8/30/24 | Telephone call with Monte Hurst for the mandatory pre-motion conference to try and resolve the issues concerning the two topics on which Defendant's 30(b)(6) witnesses were unprepared. | 0.2 |
| 8/30/24 | Email to Monte Hurst asking again about other HRBP performance review scores and confirming Defendant's opposition to a motion to compel. | 0.2 |
| 9/23/24 | Read Perez deposition testimony concerning topic 5. | 0.5 |
| 9/23/24 | Read the pages of Sabrina Boyd's deposition discussing topic 7 and add relevant information to the facts section of the motion. | 0.3 |
| 9/23/24 | Legal research concerning a corporation's duty to prepare a 30(b)(6) witness with information readily available to the corporation; and read the cases that are most directly on point. | 2.3 |
| | *Deduction from the foregoing entry for time spent on tangential and unrelated case law.* | -0.3 |
| 9/23/24 | Draft the background facts section of a motion to compel compliance with Rule 30(b)(6). | 1.5 |
| 9/24/24 | Identify the documents and discovery responses needed to support the facts section of the motion; and incorporate the information concerning these documents into the narrative of facts. | 1.0 |
| 9/24/24 | Compare the HRBPs identified in Santander's interrogatory answer to the performance reviews that were produced to identify potentially missing reviews; and create a chart to include in the motion to compel. | 0.8 |
| 9/24/24 | Review the Perez deposition to identify pages to include in the appendix supporting the motion to compel. | 0.3 |

| | | |
|---|---|---|
| 9/24/24 | Review the Boyd deposition to identify pages to include in the appendix supporting the motion to compel. | 0.2 |
| 9/24/24 | Add key quotations and facts from the depositions to the motion to compel and incorporate them into the narrative. | 0.7 |
| 9/25/24 | Draft the legal argument section of the motion to compel. | 1.8 |
| | *Deduction from the foregoing entry for inefficiency during this process.* | -0.3 |
| 9/26/24 | Research the sanctions and remedies a court can award for a failure to comply with Rule 30(b)(6); evaluate what is appropriate in this case. | 0.7 |
| 9/26/24 | Further legal research concerning the corporation's obligations when it does not have the information. | 0.5 |
| 9/27/24 | Rewrite the motion to compel, check all citations, and draft the prayer for relief. | 0.9 |
| 9/27/24 | Draft a proposed order granting the motion to compel. | 0.3 |
| 10/23/24 | Read Defendant's response to the motion to compel and outline points to make in a reply brief to rebut. | 0.5 |
| 10/24/24 | Draft, edit, and revise the reply in support of plaintiff's motion to compel. | 1.4 |
| 12/17/24 | Legal research to determine the standard courts use measure attorney fee award pursuant to Rule 37(a)(5)(A), and to find sample motions for such fees to use as a head start. | 1.0 |
| 12/18/24 | Confer with other local attorneys regarding the hourly rates they charge and/or seek when submitting fee applications, and request declarations in support of the request to be filed in this case. | 0.6 |
| 12/18/24 | Draft the request for an award of reasonable expenses. | 1.8 |
| 12/20/24 | Review my time entries for this case and copy the entries relevant to this fee request into a chart to attach to my declaration. | 0.5 |
| 12/20/24 | Draft a declaration (update from a prior case) to submit in support of the request for fees. | 0.5 |
| 12/23/24 | Revise and edit the request for reasonable fees. | 0.4 |
| 12/23/24 | Revise and edit my declaration. | 0.3 |
| | Total: 19.3 hours x $650 per hour = **$12,545.00** | 19.3 |

Exhibit C

2023 Attorneys' Fees Hourly Rates Yearbook

# 2023

## Attorneys' Fees Hourly Rates

**Labor and Employment Law**



## *Yearbook*

Published by the Texas Employment Lawyers Association

word searchable .pdf here: mytela.org/feeyearbook

# 2023 | Attorneys' Fees Hourly Rates

This collection is drawn from court rulings, jury verdicts, arbitrations, and actual rates billed. Unlike summaries of anonymous surveys, it names the lawyers and cites sources. To compare quantity of experience, it is grouped by ten-year classes—like a yearbook groups classes from seniors to freshmen. It is organized by geographic regions corresponding with the four federal districts in Texas. It accounts for inflation to the end of 2022 via the U.S. Bureau of Labor Statistics' data for legal services. It is limited to labor and employment law work in Texas.

## Yearbook

# *Demographics*



# 108,816*

## **Texas lawyers**

Most are in the Houston and Dallas metropolitan statistical areas—31.98% in the Houston–The Woodlands–Sugar Land MSA and 30.89% in the Dallas–Fort Worth–Arlington MSA.

# 3,218

## **Members of the SBOT**
## **Labor & Employment Law Section**

# 666

## **Board-certified L&E Specialists**

**\* Sources:**

State Bar of Texas Membership: Attorney Statistical Profile (2021-22) and
State Bar of Texas Attorney Population Density by Metropolitan Statistical Area: 2021–2022.

# "Civil rights laws don't enforce themselves."[1]

By design, they rely on private attorneys general to prosecute violations. Fee shifting is a basic part of making federal and state employment laws work.[2] This collection is intended to show "prevailing market rates in the relevant community" within the meaning of *Blum v. Stenson*, 465 U.S. 886 (1984). The focus here is Texas.

# "Reasonableness is a range, not a point."[3]

The idea is to light the edges, to mark the averages and medians. Collecting labor and employment law rates here reveals the "customary fee for similar work in the community" and "awards in similar cases."[4] The idea is to help gauge reasonableness.

---

[1] Samuel R. Bagenstos, *Mandatory Pro Bono and Private Attorneys General*, 101 NW. U. L. REV. COLLOQUY 182, 183 (2007).

[2] *See id.* at 187 ("Because the private attorney general system is essential to civil rights enforcement, and fee shifting is the engine that drives the system, judicial rulings regarding the availability of statutory attorneys' fees are likely to have extremely significant effects on the vindication of civil rights in practice.").

The legislative history of the Civil Rights Attorney's Fees Awards Act of 1976 has a robust discussion of the private attorneys' general concept, and a compilation of that history is here: https://ufdc.ufl.edu/AA00026686/00001/1.

[3] *United States v. Cunningham*, 429 F.3d 673, 679 (7th Cir. 2005) (Judge Posner addressing sentencing ranges).

[4] *See Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 718-19 (5th Cir. 1974) (listing guidelines which include "[t]he customary fee for similar work in the community" and "[a]wards in similar cases"); *Arthur Andersen & Co. v. Perry Equip. Corp.*, 945 S.W.2d 812, 818 (Tex. 1997) ("Factors that a factfinder should consider when determining the reasonableness of a fee include . . . the fee customarily charged in the locality for similar legal services") (omission added).

# Inflation

## "Legal services priced at $200 in 1990 → $651.15 in 2022"

"According to the U.S. Bureau of Labor Statistics, prices for legal services were **225.58%** higher in **2022** versus **1990** (a $410.93 difference in value)."

"**Between 1990 and 2022:** Legal services experienced an average inflation rate of 3.76% per year. This rate of change indicates significant inflation. In other words, legal services costing $200 in the year 1990 would cost $651.15 in 2022 for an equivalent purchase. Compared to the overall inflation rate of 2.55% annually during this same period, inflation for legal services was higher."

Source:

https://www.officialdata.org/Legal-services/price-inflation/1990-to-2022?amount=200

# Inflation + Experience



How *inflation* changes the price of legal services.

| 1990 | 2000 | 2010 | 2022 |
|------|------|------|------|
| $ 200.00 | $ 308.97 | $ 470.18 | $ 651.15 |

"But the passage of time not only triggers inflation adjust-ments, it represents additional time in which the attorney has gained more experience and skill, justifying higher rates."

— **Judge Nelva Gonzales Ramos**



How *more experience and skill* changes the price of legal services.

Both inflation and more experience and skill are relevant—this book *only* adjusts older rates for inflation.



$???.??/hr



North Texas



NDTX† summary of rates listed for
labor and employment law work:

# 104 lawyers: $1,414.90 to $262.46

| Rate | Name / JD Year | Rate | Name / JD Year |
|---|---|---|---|
| $1,414.90* | Amy A. Null (JD 1991) | $595.11* | Trey Branham (JD 1999) |
| $1,413.89* | Shane M. Tucker (JD 1999) | $595.11* | Jeffrey Goldbarb (JD 1994) |
| $1,230.00* | Laura Petroff (JD 1980) | $591.71* | Joseph H. Gillespie (JD 2002) |
| $1,210.50* | Steven Stodghill (JD 1987) | $590.53* | Robert G. "Bobby" Lee (JD 1993) |
| $1,189.48 | Laura E. Schneider (JD 1992) | $586.21* | Kyla Cole (JD 2001) |
| $1,157.95* | John E. Fitzsimmons (JD 1995) | $570.22* | Michael A. McCabe (JD 1998) |
| $1,131.92* | Andrew Stauber (JD 2010) | $570.22* | David L. Wiley (JD 1996) |
| $1,125.49* | Cathryn Le Regulski (JD 1999) | $570.22* | Amy E. Gibson (JD 1995) |
| $1,105.00* | Lindsay F. Ditlow (JD 2006) | $567.30* | Arrissa K. Meyer (JD 2010) |
| $1,082.20* | Rogge Dunn (JD 1983) | $553.96* | Brent Walker (JD 2004) |
| $1,057.50* | Geoffrey Harper (JD 1995) | $546.99* | Jason Smith (JD 1992) |
| $1,055.18* | Patrick S. Casey (JD 1984) | $541.42* | Howard L. Steele, Jr. (JD 1996) |
| $1,039.50* | Thomas Walsh (JD 1992) | $540.00* | Andrew M. Gould (JD 1994) |
| $1,038.67* | Charla Aldous (JD 1985) | $538.93* | Peter A. Milianti (JD 1997) |
| $954.00* | Mike Gaddis (JD 2009) | $530.58* | Breegan Mayrant (JD 2017) |
| $938.91* | Marc D. Katz (JD 1994) | $525.00* | Douglas B. Welmaker (JD 1993) |
| $900.72* | Hal K. Gillespie (JD 1972) | $520.00* | Christopher Collins (JD 1999) |
| $895.50* | Cardelle Spangler (JD 1997) | $514.80* | Kimberly Williams (JD 2005) |
| $886.50* | Alexandra Aurisch (JD 2014) | $512.99* | Jordan Campbell (JD 2013) |
| $878.91* | Susan Hutchison (JD 1987) | $503.08* | Daniel E. Farrington (JD 1998) |
| $875.18* | Crystal Jamison Woods (JD 2009) | $493.30* | Brandon Shelby (JD 2004) |
| $872.04* | Joel M. Fineberg (JD 1991) | $493.30* | David Langenfeld (JD 1992) |
| $870.00* | Cristell Fortune (JD 2018) | $493.09* | James D. Sanford (JD 2005) |
| $864.92* | Norlynn B. Price (JD 1984) | $492.29* | Ashley Tremain (JD 2008) |
| $863.28* | Russell W. Budd (JD 1979) | $492.29* | Carmen Artaza (JD 2006) |
| $854.69* | Matthew R. Scott (JD 1995) | $492.29* | Christine Hopkins (JD 2005) |
| $847.83* | Allison A. Reddoch (JD 2011) | $486.99* | John M. Barcus (JD 2002) |
| $847.83* | Isabel A. Crosby (JD 2005) | $483.00* | Kimberly Williams (JD 2005) |
| $809.54* | Micala Bernardo (JD 2007) | $473.37* | M. Jeanette Fedele (JD 2003) |
| $809.54* | Michael W. Massiatte (JD 2000) | $470.00* | Molly Jones (JD 2009) |
| $804.96* | Stuart L. Cochran (JD 2000) | $464.94* | Gavin S. Martinson (JD 2005) |
| $801.62* | Brian P. Sanford (JD 1986) | $456.30* | Monica Velazquez (JD 2002) |
| $781.41* | Danielle Alexis Matthews (JD 2000) | $450.00* | Paul Vitanza (JD 2000) |
| $762.61* | Kate Marcom (JD 2016) | $441.84* | David Norris (JD 2011) |
| $734.56* | Todd Mobley (JD 2010) | $438.50* | Corinna Chandler (JD 2009) |
| $722.02* | Britney J. P. Prince (JD 2015) | $438.50* | Todd Goldberg (JD 2009) |
| $696.79* | Karen C. Denney (JD 2002) | $438.50* | Jamie Gilmore (JD 2006) |
| $695.00* | Christian S. Dennie (JD 2004) | $437.59* | Jay Forester (JD 2013) |
| $694.67* | Betsey A. Boutelle (JD 2014) | $409.28* | Theanna Bezney (JD 2015) |
| $692.45* | Brian Lauten (JD 2001) | $400.00* | Elizabeth Sanford (JD 2017) |
| $670.80* | Richard E. Norman (JD 1993) | $382.89* | Jeff T. Leslie (JD 2015) |
| $662.11* | John Roger Herring (JD 2008) | $382.31* | Barrett Robin (JD 2015) |



NDTX† summary of rates listed for
labor and employment law work:

# 104 lawyers: $1,414.90 to $262.46

| | | | |
|---|---|---|---|
| $652.50* | Claire Dial (JD 2019) | $365.00* | Dana Hilzendager (JD 2017) |
| $652.50* | Dylan French (JD 2019) | $351.93* | Megan Dixon (JD 2012) |
| $650.16* | Eric Halpern (JD 2019) | $351.93* | Melinda Arbuckle (JD 2011) |
| $650.16* | Ashley Wright (JD 2018) | $351.73* | Jennifer McCoy (JD 2016) |
| $639.50* | Christine Neill (JD 1996) | $340.00* | Ryan Toomey (JD 2011) |
| $639.50* | Jane Legler (JD 1992) | $308.31* | Benjamin Michael (JD 2013) |
| $634.17* | Barry S. Hersh (JD 1998) | $308.31* | Michael L. Parsons (JD 2011) |
| $633.45* | J. Derek Braziel (JD 1995) | $287.99* | Matthew F. Amos (JD 2015) |
| $624.10* | John Jansonius (JD 1980) | $276.15* | Jennifer Birdsall (JD 2017) |
| $610.46* | Robert E. McKnight, Jr. (JD 1992) | $262.46* | Hannah P. Parks (JD 2014) |

† Courts note the relevant community for fees is district-wide—not by city or division. *See, e.g., Lewallen v. City of Beaumont*, 394 Fed. Appx. 38, 46 (5th Cir. 2010); *Treadway v. Otero*, No. 2:19-CV-244 (Doc. 157) at p. 9 (S.D. Tex. Oct. 6, 2020) (citing cases and concluding: "When it comes to parsing between divisions, it appears that it is the district, rather than the division, that should govern the decision.").



## Classes of the 1970s: The Rates

# Hal K. Gillespie (JD 1972)

**$900.72***



# Russell W. Budd (JD 1979)



**$863.28***

# *Classes of the 1970s: The Work*



**\* Hal K. Gillespie (class of '72):** Mr. Gillespie works in Dallas. His online biography states that he "represents individual clients, corporate executives and unions in arbitration, mediation, civil trials, and appeals involving discharge, discrimination, sexual harassment, breach of contract, and employment matters." On March 2, 2012, Judge Ken Molberg (now Justice Molberg of the Dallas Court of Appeals) ruled $685.00 per hour was a "reasonable" rate for Mr. Gillespie in a Dallas employment retaliation case. *See Rush Truck Centers of Texas, L.P. v. Fitzgerald*, No. DC-09-15958-D (95th District Court for Dallas County, Texas) ("Order on Attorney Fees") at p. 5 (95th District Court for Dallas County, Texas) ("a reasonable fee for the necessary services of Fitzgerald's attorneys, as established by the evidence, should be computed in the following manner: . . . *Hal Gillespie*: $127,410 (186 hours at the rate of $685 per hour) . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $215.72 difference).[1] So, adjusted *only* for such inflation from the year of Judge Molberg's ruling (2012) to the end of 2022, that $685.00 hourly rate for Mr. Gillespie is $900.72.

**\* Russell W. Budd (class of '79):** Mr. Budd works in Dallas. His online biography notes that he "devoted his entire career to championing the rights of people and communities harmed by corporate malfeasance." On May 8, 2015, Judge Jane Boyle ruled Mr. Budd's requested hourly rate of $700.00 was reasonable in a Dallas FLSA case. *See Olibas v. Native Oilfield Servs., LLC*, No. 3:11-cv-2388-B (Doc. 302) at pp. 29-30, PageID 12795-96 (N.D. Tex. Dallas) ("Russell Budd . . . Hourly Rate . . . $700 . . . Nor do Defendants challenge the reasonableness of the hourly rates claimed by each of Plaintiffs' attorneys, which the Court finds to be reasonable based on the declarations submitted in support."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $163.28 difference).[2] Adjusted *only* for such inflation from the date of Judge Boyle's 2015 ruling to the end of 2022, that $700.00 hourly rate for Mr. Budd is $863.28.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=685

[2] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=700

# *Classes of the 1980s*



# 9 lawyers listed

# $976.23

**average rate**

# $1,038.67

**median rate**



# *Classes of the 1980s: The Rates*

**$1,230.00**[*]



Laura Petroff (JD 1980)

**$1,055.18**[*]



Patrick S. Casey (JD 1984)

**$864.92**[*]



Norlynn B. Price (JD 1984)

**$1,210.50**[*]



Steven Stodghill (JD 1987)

**$1,038.67**[*]



Charla Aldous (JD 1985)

**$801.62**[*]



Brian P. Sanford (JD 1986)

**$1,082.20**[*]



Rogge Dunn (JD 1983)

**$878.91**[*]



Susan Hutchison (JD 1987)

**$624.10**[*]




John Jansonius (JD 1980)

# *Classes of the 1980s: The Work*



**\* Laura Petroff (class of '80):** Ms. Petroff works in Los Angeles. Her online biography states that she has "more than 30 years of experience as a labor and employment litigator and counselor . . . ." In 2022, her law firm sought fees at the rate of $1,230 per hour for her work in a Dallas bankruptcy case. *See In re: Fore Mach.*, No. 22-40487 (Doc. 627-2) at p. 2 (Bankr. N.D. Tex. May. 16, 2022) ("Laura Petroff . . . Position with Winston and Practice Area . . . Partner — Labor & Employment . . . Hourly Billing Rate . . . $1,230.00"). On November 14, 2022, Judge Mark X. Mullin approved the fee request. *See id.* (Doc. 630).

**\* Steven Stodghill (class of '87):** Mr. Stodghill works in Dallas. His online biography states that he has "a broad range of experience in complex commercial litigation, representing both plaintiffs and defendants in . . . employment litigation . . . ." In 2022, his law firm billed $1,210.50 per hour (representing his hourly rate of $1,345.00 per hour minus a 10% discount) for his work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 199, PageID 11595 (N.D. Tex. Fort Worth) (law firm invoice dated April 22, 2022, attached to Declaration of Geoffrey S. Harper: "S. Stodghill . . . Rate . . . 1,345.00"); *see id.* at p. 198, Page ID 11594 ("Less 10% Discount").

**\* Rogge Dunn (class of '83):** Mr. Dunn works in Dallas. His online biography notes that he handles employment matters and is a board-certified specialist in labor and employment law. On September 11, 2020, he testified that he regularly charges $1,000.00 per hour for his work. *See* Affidavit of Rogge Dunn in Support of Motion for Default Judgment and Proving Up Attorneys' Fees at p. 4, ¶ 10 in *Rogge Dunn Group, PC v. Gross*, No. CC-20-01746-D (County Court at Law No. 4 for Dallas County, Texas) ("The hourly fee for such work that I regularly charge is $1,000.00 per hour, which in my opinion is reasonable for such work done in Dallas County, Texas."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $82.20 difference).[1] Adjusted

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1000

*only* for such inflation from the year of this billing rate (2020) to the end of 2022, that $1,000.00 hourly rate for Mr. Dunne is $1,082.20.

* **Patrick S. Casey (class of '84):** Mr. Casey works in Chicago. His online biography notes that "[f]or more than 30 years, he has practiced in all aspects of labor and employment law." In 2021, his law firm sought fees at the rate of $990.00 per hour (representing his hourly rate of $1,100.00 per hour minus a 10% discount) for his work in a Dallas bankruptcy case. *See In re: Highland Capital Mgmt., L.P.*, No. 19-34054-sgj11 (Doc. 2904) at pp. 7, 9 (Bankr. N.D. Tex. Dallas Oct. 8, 2021) ("Patrick S. Casey . . . Senior Counsel Labor/Employment . . . Hourly Billing Rate . . . $1,100 . . . 10% Discount"). On November 29, 2021, Judge Stacey G. C. Jernigan approved the fee request. *See id.* (Doc. 3057). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $65.18 difference).[2] Adjusted *only* for such inflation from the year of this discounted rate billed (2021) to the end of 2022, that $990.00 discounted hourly rate for Mr. Casey is $1,055.18.

* **Charla Aldous (class of '85):** Ms. Aldous works in Dallas. On July 27, 2010, Judge Jane Boyle awarded Ms. Aldous a rate of $750.00 per hour in a Dallas employment retaliation case. *See Nassar v. University of Texas Southwestern Medical Center*, No. 3:09-CV-1337 (Doc. 160) at pp. 8–10, PageID 2245–47 (N.D. Tex. Dallas) ("Defendant argues that Dr. Nassar has not met his burden and that the rates requested ($400 per hour for Mr. Walker, $500 per hour for Mr. Lauten, $500 per hour for Ms. Lauten, and $750 per hour for Ms. Aldous) are excessive. . . . In light of the degree of success obtained and the evidence submitted, the Court finds that the lodestar may be calculated using the requested rates, with one exception [applicable to Ms. Lauten]."), *reversed on other grounds.* According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010 (a $288.67 difference).[3] Adjusted *only* for such inflation from the year of Judge Boyle's ruling (2010) to the end of 2022, that $750.00 hourly rate for Ms. Aldous is $1,038.67.

* **Susan Hutchison (class of '87):** Ms. Hutchison works in Fort Worth. Her online biography notes that she focuses her practice on employment and personal injury matters. On April 14, 2022, Judge Melody Wilkinson awarded Ms. Hutchison fees requested based, in part, on a rate of $878.91 per hour for prosecuting an employment discrimination and retaliation case. *See Mott v.*

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=990

[3] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=750

*Tesmec USA, Inc.*, Cause No. 017-304893-18 (17th Judicial District Court for Tarrant County, Texas) (*compare* Final Judgment dated April 14, 2022 at p. 3, ¶ 5, awarding "[t]he sum of $285,894.11 as reasonable and necessary Plaintiff's attorney's fees in this case through the date of the Judgment for the prosecution of this case, . . . ." *with* Plaintiff's Motion for Attorneys' Fees, Expert Fees, and Costs filed March 30, 2022, with attached Exhibit 1 Affidavit for Attorney's Fees at pp. 4-5, "Plaintiff seeks fees for work at an hourly rate of $878.91 per hour for me from March 15, 2020 through appeal . . . we are asking the Court to award $286,906.61 as the attorney's fees through the trial of this case, . . . .").

\* <span style="color:red">Norlynn B. Price (class of '84):</span> Ms. Price previously worked in Dallas. In 2016, she billed $725.00 per hour in a Dallas FLSA case. *See Areiaga v. ADW Corp.*, No. 3:14-cv-2899 (Doc. 94-2) at p. 6, PageID 1057 (N.D. Tex. Dallas) (law firm invoice dated February 10, 2016, attached to Declaration of Danielle Alexis Matthews: "Norlynn B. Price . . . Rate . . . $725"). *See generally id.* (Doc. 7) (Brief in Support of ADW Corporation's Motion to Dismiss Plaintiff's Original Complaint: discussing nature of the case). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $139.92 difference).[4] Adjusted *only* for such inflation from the year of this billing rate (2016) to the end of 2022, that $725 hourly rate for Ms. Price is $864.92.

\* <span style="color:red">Brian P. Sanford (class of '86):</span> Mr. Sanford works in Dallas and specializes in employment law. On December 28, 2015, <span style="color:red">Judge Barbara M. G. Lynn</span> awarded $650.00 per hour for Mr. Sanford's time prosecuting a Dallas employment retaliation case — based, in part, on the recommendation of <span style="color:red">Magistrate Judge David L. Horan</span>. *See Kostić v. Texas A&M Univ.–Commerce*, No. 3:10-cv-02265-M (Doc. 282) (N.D. Tex. Dallas) (Order Accepting Findings and Recommendation of the United States Magistrate Judge); *id.* (Doc. 281) at pp. 6 & 10, PageID 8215 & 8219 ("Findings, Conclusions, and Recommendation of the United States Magistrate Judge") ("Plaintiff seeks $420,732.00 for work done by his lead counsel, Brian P. Sanford, for 637.28 hours at an hourly billing rate of $650.00 ($414,232.00) for work done prior to the filing of the original motion for fees and 10 hours at an hourly billing rate of $650.00 ($6,500.00) for work done after the original motion was filed. . . . Defendant does not challenge the hourly rates charged by Plaintiff's attorneys, the costs of court, or postjudgment interest request."). On November 15, 2018, <span style="color:red">Judge Mark Greenberg</span> ruled in a bench trial on fees that Mr. Sanford's requested rate of $725.00 per hour was reasonable for work he did in *Carpenter v. Southwest Housing Dev. Co., Inc.*, Cause No. CC-08-2072-E (Dallas County Court at Law No. 5) (read into record at trial on fees)—a Dallas unlawful employment practices case involving refusal to pay earned

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=725

compensation. Judge Greenberg then applied a 1.5 multiplier to fees. On May 30, 2017, Judge Ken Molberg (now Justice Molberg of the Dallas Court of Appeals) awarded Mr. Sanford $685.00 per hour for his work in trying *Clark v. Everlight Americas, Inc.*, No. DC-15-05538 (95th District Court for Dallas County, Texas)— a Dallas employment discrimination and retaliation case. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (the year of Judge Lynn's ruling) — a $151.62 difference.[5] Adjusted *only* for such inflation from the year of Judge Lynn's ruling (2015) to the end of 2022, that $650.00 hourly rate for Mr. Sanford is $801.62.

## John Jansonius (class of '80): Mr. Jansonius works in Dallas and specializes in employment law. On October 18, 2018, Magistrate Judge David L. Horan ruled that the requested hourly rate of $565 was reasonable for Mr. Jansonius's time defending against a *pro se* motion to compel in a Dallas employment discrimination case. *See Stancu v. Hyatt Corp.*, No. 3:17-cv-675-S-BN (Doc. 119) at pp. 9-10, PageID 1998-99 (N.D. Tex. Dallas) (". . . Mr. Jansonius's billing rate in this case was $565 per hour . . . The Court further finds that the hourly rates are reasonable and within the market rate for attorneys . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (the year of Magistrate Judge Horan's ruling) — a $59.10 difference.[6] Adjusted *only* for such inflation from the year of that ruling (2018) to the end of 2022, that $565.00 hourly rate for Mr. Jansonius is $624.10.

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=650

[6] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=565

# *Classes of the 1990s*



# 31
**lawyers listed**

# $761.79
**average rate**

# $633.45
**median rate**



# Classes of the 1990s: The Rates

 **$1,414.90*** Amy A. Null (JD 1991)

 **$895.50*** Cardelle Spangler (JD 1997)

 **$610.46*** Robert E. McKnight, Jr. (JD 1992)

 **$541.42*** Howard L. Steele, Jr. (JD 1996)

 **$1,413.89*** Shane M. Tucker (JD 1999)

 **$872.04*** Joel M. Fineberg (JD 1991)

 **$595.11*** Trey Branham (JD 1999)

 **$540.00*** Andrew M. Gould (JD 1994)

 **$1,189.48*** Laura E. Schneider (JD 1992)

 **$854.69*** Matthew R. Scott (JD 1995)

 **$595.11*** Jeffrey Goldfarb (JD 1994)

 **$538.93*** Peter A. Milianti (JD 1997)

 **$1,157.95*** John E. Fitzsimmons (JD 1995)

 **$670.80*** Richard E. Norman (JD 1993)

 **$590.53*** Robert G. "Bobby" Lee (JD 1993)

 **$525.00*** Douglas B. Welmaker (JD 1993)

 **$1,125.49*** Cathryn Le Regulski (JD 1999)

 **$639.50*** Christine Neill (JD 1996)

 **$570.22*** Michael A. McCabe (JD 1998)

 **$520.00*** Christopher Collins (JD 1999)

 **$1,057.50*** Geoffrey Harper (JD 1995)

 **$639.50*** Jane Legler (JD 1992)

 **$570.22*** David L. Wiley (JD 1996)

 **$503.08*** Daniel E. Farrington (JD 1998)

 **$1,039.50*** Thomas Walsh (JD 1992)

 **$634.17*** Barry S. Hersh (JD 1998)

 **$570.22*** Amy E. Gibson (JD 1995)

 **$493.30*** David Langenfeld (JD 1992)

 **$938.91*** Marc D. Katz (JD 1994)

 **$633.45*** J. Derek Braziel (JD 1995)

 **$546.99*** Jason Smith (JD 1992)

# *Classes of the 1990s: The Work*



\* <span style="color:red">Amy A. Null (class of '91):</span> Ms. Null works in Boston. Her online biography states that she "has broad experience advising employers and financial industry service providers on ERISA, federal income tax law, and other rules and regulations concerning employee benefit plans." In 2021, her law firm sought fees at the rate of $1,327.50 per hour (representing her hourly rate of $1,475 per hour minus a 10% discount) for this sort of work she did in a Dallas bankruptcy case: "Review of deferred bonus plan and consider termination of same; communication with Mr. Stauber re same; call with client and Mr. Stauber re approach to termination/forfeiture of bonus payments." *See In re: Highland Capital Mgmt.*, No. 19-34054 (Doc. 2907) at p. 61 (Bankr. N.D. Tex. Dallas Oct. 8, 2021); *id.* at pp. 70-72 ("Timekeeper . . . Null, Amy A. . . . Rate . . . 1,475.00 . . . Less 10% Discount"). On November 22, 2021, <span style="color:red">Judge Stacey G. C. Jernigan</span> approved the fee request containing Ms. Null's discounted rate and time. *Compare id.* (Doc. 2907) at p. 2 ("Amount of Final Fees sought as Actual, Reasonable and Necessary[]: $2,645,729.72[]") *with* (Doc. 3048) at p. 3 ("WilmerHale is granted final allowance of compensation in the amount of $2,645,729.72 for the Final Compensation Period."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services were 6.58% higher in 2022 versus 2021 (a $87.40 difference).[1] Adjusted *only* for such inflation from the year this discounted rate was court-approved (2021) to the end of 2022, that discounted $1,327.50 hourly rate for Ms. Null is $1,414.90.

\* <span style="color:red">Shane M. Tucker (class of '99):</span> Mr. Tucker works in Dallas. His online biography states that he "advises employers, executives, and management teams on the tax and securities law implications of compensatory arrangements . . . also advises clients on the design and administration of retirement plans, welfare plans, and payroll practices." In 2018, his law firm sought fees at the rate of $1,280.00 per hour for this sort of work in a Dallas bankruptcy case: "Telephone conference with David Meyer regarding separation and employment agreements (.5); review employment agreements (1.0); review and revise consulting and separation agreement (3.3) . . . Review and revise separation and consulting agreements." *See In re: Taco Bueno Restaurants, Inc.*, No. 18-33678 (Doc. 308) at pp.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=1327.50

100–01 (Bankr. N.D. Tex. Dallas Feb. 14, 2019) (listing rate as "$1280.00"). On March 28, 2019, Judge Stacey G. C. Jernigan approved the fee request. *See id.* (Doc. 338). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services were 10.46% higher in 2022 versus 2018 (a $133.89 difference).[2] Adjusted *only* for such inflation from the year of this rate billed (2018) to the end of 2022, that $1,280.00 hourly rate for Mr. Tucker is $1,413.89.

* Laura E. Schneider (class of '92): Ms. Schneider works in Boston. Her online biography states that she "counsels clients on all aspects of labor and employment law." In 2021, her law firm sought fees at the rate of $1,116.00 per hour (representing her hourly rate of $1,240.00 per hour minus a 10% discount) for this work in a Dallas bankruptcy case: "Telephone from Mr. Stauber regarding termination." *See In re: Highland Capital Mgmt.*, No. 19-34054 (Doc. 2907) at p. 58 (Bankr. N.D. Tex. Dallas Oct. 8, 2021); *id.* at pp. 70-72 ("Timekeeper . . . Schneider, Laura E. . . . Rate . . . 1,240.00 . . . Less 10% Discount"). On November 22, 2021, Judge Stacey G. C. Jernigan approved the fee request containing Ms. Schneider's discounted rate and time. *Compare id.* (Doc. 2907) at p. 2 ("Amount of Final Fees sought as Actual, Reasonable and Necessary[]: $2,645,729.72[]") *with* (Doc. 3048) at p. 3 ("WilmerHale is granted final allowance of compensation in the amount of $2,645,729.72 for the Final Compensation Period."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services were 6.58% higher in 2022 versus 2021 (a $73.48 difference).[3] Adjusted *only* for such inflation from the year this discounted rate was court-approved (2021) to the end of 2022, that discounted $1,116.00 hourly rate for Ms. Schneider is $1,189.48.

* John E. Fitzsimmons (class of '95): Mr. Fitzsimmons works in California. His online biography states that he "concentrates in defense of employers in wrongful termination, employment discrimination, harassment, retaliation and other employment-related litigation in state and federal courts." In 2020, Mr. Fitsimmons billed the rate of $1,070.00 for employment law work done in a Dallas bankruptcy case. *See In re: Trivascular Sales LLC*, No. 20-31840 (Doc. 436-4) at p. 2 and (Doc. 436-7) at pp. 140–43, 172 (Bankr. N.D. Tex. Dallas Oct. 31, 2020) (Exhibit D [Summary of Hourly Fees by Professionals and Paraprofessionals] and Exhibit G [Invoices for the Compensation Period] attached to First and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for (I) the Period from July 5, 2020 through October 1, 2020; and (II) the

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=1280

[3] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=1116

Post-Effective Date Period) (for work such as "Strategize regarding employee complaint, departing HR employee, and potential internal investigation; exchange correspondence with Susan Hanstad regarding same; review anonymous complaint and outline questions for more specific information; review IM communications with departing HR employee and strategize regarding same; review employee handbook regarding relevant policies."). On December 3, 2020, Judge Stacey G. C. Jernigan approved the fee request with a Trustee stipulated reduction. *See id.* (Docs. 454 & 458). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $87.95 difference).[4] Adjusted *only* for such inflation from the year of this rate billed (2020) and awarded to the end of 2022, that $1,070.00 hourly rate for Mr. Fitzsimmons is $1,157.95.

* ## Cathryn Le Regulski (class of '99): Ms. Regulski works in Washington D.C. Her online biography states that her "practice has a particular emphasis on handling complex employee issues resulting from mergers and acquisitions (both buy-side and sell-side), financings, spinoffs and divestitures, and public offerings.")." In 2020, when she was based in Virginia, she billed the rate of $1,040.00 for employment work done in a Dallas bankruptcy case. *See In re: Trivascular Sales LLC*, No. 20-31840 (Doc. 436-4) at p. 2 and (Doc. 436-7) at pp. 72–73, 121 (N.D. Tex. Bankruptcy Oct. 31, 2020) (Exhibit D [Summary of Hourly Fees by Professionals and Paraprofessionals] and Exhibit G [Invoices for the Compensation Period] attached to First and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for (I) the Period from July 5, 2020 through October 1, 2020; and (II) the Post-Effective Date Period) (for work such as "Email correspondence with Reyna Fernandez regarding leave issues" and "Teleconference with Reyna Fernandez and Steffanie Cook regarding leave and job protection" and "Review and analyze noncompete agreement for Kevin Cofran and prior communications regarding same (0.2); teleconference with Steffanie Cook regarding cease and desist letters (0.2); attention to drafting of cease and desist letters (0.2)"), fee request approved with Trustee stipulated reduction in (Docs. 454 & 458). On December 3, 2020, Judge Stacey G. C. Jernigan approved the fee request with a Trustee stipulated reduction. *See id.* (Docs. 454 & 458). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $85.49 difference).[5] Adjusted *only* for such inflation from the year this rate was billed and awarded (2020) to the end of 2022, that $1,040.00 hourly rate for Ms. Regulski is $1,125.49.

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1070

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1040

* Geoffrey Harper (class of '95): Mr. Harper works in Dallas. His online biography states that he "is a trial lawyer who concentrates his practice on [various areas, including] employment disputes." In 2022, his law firm billed $1,057.50 per hour (representing his hourly rate of $1,175.00 per hour minus a 10% discount) for his work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 199, PageID 11595 (N.D. Tex. Fort Worth) (law firm invoice dated April 22, 2022, attached to Declaration of Geoffrey S. Harper: "G. Harper . . . Rate . . . 1,175.00"); *see id.* at p. 198, Page ID 11594 ("Less 10% Discount").

* Thomas Walsh (class of '92): Mr. Walsh works in Dallas. His online biography states that he is an accomplished trial lawyer. In 2022, his law firm billed $1,039.50 per hour (representing his hourly rate of $1,155.00 per hour minus a 10% discount) for his work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 88, PageID 11484 (N.D. Tex. Fort Worth) (law firm invoice dated January 11, 2022, attached to Declaration of Geoffrey S. Harper: "T. Walsh . . . Rate . . . 1,155.00"); *see id.* ("Less 10% Discount").

* Marc D. Katz (class of '94): Mr. Katz works in Dallas. His online biography says he "has a broad-based and sophisticated management-side labor and employment litigation practice." He billed for work on a motion to dismiss in an alleged theft of trade secrets case in Dallas involving former employees of a company, in *Medoc Health Servs., LLC v. Nguyen*, No. DC-18-0822 (14th District Court for Dallas County, Texas). An invoice dated March 23, 2018, lists his rate as $850.00 per hour in that year. *See* Exhibit C attached to Plaintiff's Motion for Attorneys' Fees, filed on November 20, 2020, at p. 55. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $88.91 difference).[6] Adjusted *only* for such inflation from the year of this rate billed (2018) to the end of 2022, that $850.00 hourly rate for Mr. Katz is $938.91.

* Cardelle Spangler (class of '97): Ms. Spangler works in Chicago. Her online biography states that she "has concentrated her practice on employee relations litigation and counseling matters." In 2022, her law firm billed $895.50 per hour (representing her hourly rate of $995.00 per hour minus a 10% discount) for her work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 199, PageID 11595 (N.D. Tex. Fort Worth) (law firm invoice dated April

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=850

22, 2022, attached to Declaration of Geoffrey S. Harper: "C. Spangler . . . Rate . . . 995.00"); *see id*. at p. 198, Page ID 11594 ("Less 10% Discount").

* **Joel M. Fineberg (class of '91):** Mr. Fineberg works in Dallas. On August 4, 2011, Judge Royal Furgeson determined that the rate of $650.00 per hour was a reasonable one for work Mr. Fineberg did in a Dallas FLSA case. *See Spence v. Irving Holdings, Inc.*, No. 3:10-cv-142-F (Doc. 201) at p. 4, PageID 2414 (N.D. Tex. Dallas) ("Based on documentation provided by the parties, the number of hours worked by Plaintiffs' counsel and personnel, which is not disputed, amounts to over 2,250 hours, including 500 hours at a $650/hour rate by Joel Fineberg; . . . . The Court finds these rates to be reasonable and consistent with hourly rates charged by comparable attorneys in the community for similar work."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $222.04 difference).[7] Adjusted *only* for such inflation from the year of this rate awarded (2011) to the end of 2022, that $650.00 hourly rate for Mr. Fineberg is $872.04.

* **Matthew R. Scott (class of '95):** Mr. Scott works in Dallas and is a board-certified labor and employment law specialist. On December 4, 2013, in an employment discrimination case, Mr. Scott testified that his standard billing rate was $650.00 per hour. *See* Declaration of Matthew R. Scott in *Ratra v. Dean Foods Co.*, No. 3:12-cv-1854 (Doc. 85-1) at p. 3 ¶ 25, PageID 2170 (N.D. Tex. Dallas) ("my standard hourly billing rate today at KLG is $650"). On January 30, 2015, in an employment discrimination case, Mr. Scott also testified that his standard billing rate was $650.00 per hour. *See* Declaration of Matthew R. Scott in *Patton v. ADESA Texas, Inc.*, No. 3:14-cv-3692 (Doc. 30-1) at p. 2 ¶ 22, PageID 1108 (N.D. Tex. Dallas) ("My standard hourly billing rate at KLG is $650, and that has been my billing rate since June 2012"). On January 16, 2014, Judge Phyllis Lister Brown ruled that $600.00 per hour was a reasonable rate for Mr. Scott's work in a disability discrimination in employment case. *See Green v. Dallas County Schools*, No. DC-12-09857 (Order of January 16, 2014) at p. 1 (162d District Court for Dallas County, Texas) ("The Court approves and awards Plaintiff reasonable attorney's fees of $337,750.00, which represents 404.9 hours of Matthew R. Scott's time at a reasonable hourly rate of $600 per hour, . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012—the year Mr. Matthews testified that his standard hourly billing rate in 2012 was $650 while at former Judge Joe Kendall's law firm (a $204.69

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=650

difference).[8] Adjusted *only* for such inflation from 2012 to the end of 2022, that $650.00 hourly rate for Mr. Scott is $854.69.

* **Richard E. Norman (class of '93):** Mr. Norman works in Houston. On August 4, 2011, Judge Royal Furgeson determined the rate of $500.00 per hour was a reasonable one for work Mr. Norman did in a Dallas FLSA case. *See Spence v. Irving Holdings, Inc.*, No. 3:10-cv-142-F (Doc. 201) at p. 4, PageID 2414 (N.D. Tex. Dallas) ("Based on documentation provided by the parties, the number of hours worked by Plaintiffs' counsel and personnel, which is not disputed, amounts to over 2,250 hours, including . . . ; 284.1 hours at a $500/hour rate by Richard Norman. . . . The Court finds these rates to be reasonable and consistent with hourly rates charged by comparable attorneys in the community for similar work."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011—the year Judge Furgeson determined that $500 rate was reasonable (a $170.80 difference).[9] Adjusted *only* for such inflation from the year of this rate awarded (2011) to the end of 2022, that $500.00 hourly rate for Mr. Norman is $670.80.

* **Christine Neill (class of '96):** Ms. Neill works in Dallas. Her online biography states that she "limits her practice to representing and advising employee side clients in matters including unlawful termination." On April 20, 2021, former Magistrate Judge Jeff Kaplan served as arbitrator and awarded $600 for Ms. Neill's work prevailing in a Dallas age discrimination in employment case. *See Golden v. Sunridge Mgmt. Group, Inc.*, Cause No. DC-19-09796 (95th Judicial District Court for Dallas County, Texas) (Motion to Confirm Arbitration Award and Brief in Support filed June 14, 2021) (Exhibit B: JAMS Arbitration Final Award, JAMS Arbitration No. 1310024814 at p. 21: "the arbitrator determines that $600.00 is a reasonable hourly rate for Legler and Neill and $550.00 is a reasonable hourly rate for Cole."). On July 22, 2021, Judge Monica Purdy confirmed the arbitration award. *See id.* (Order Confirming Arbitration Award). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—the year Judges Kaplan and Purdy determined that $600 rate was reasonable (a $39.50 difference).[10] Adjusted *only* for such inflation from the year of this rate awarded (2021) to the end of 2022, that $600.00 hourly rate for Ms. Neill is $639.50.

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=650

[9] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=500

[10] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=600

\* Jane Legler (class of '92): Ms. Legler works in Dallas. Her online biography states that she "has extensive experience exclusively representing employees in employment related disputes." On April 20, 2021, former Magistrate Judge Jeff Kaplan served as arbitrator and awarded $600 for Ms. Legler's work prevailing in a Dallas age discrimination in employment case. *See Golden v. Sunridge Mgmt. Group, Inc.*, Cause No. DC-19-09796 (95th Judicial District Court for Dallas County, Texas) (Motion to Confirm Arbitration Award and Brief in Support filed June 14, 2021) (Exhibit B: JAMS Arbitration Final Award, JAMS Arbitration No. 1310024814 at p. 21: "the arbitrator determines that $600.00 is a reasonable hourly rate for Legler and Neill and $550.00 is a reasonable hourly rate for Cole."). On July 22, 2021, Judge Monica Purdy confirmed the arbitration award. *See id.* (Order Confirming Arbitration Award). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—the year Judges Kaplan and Purdy determined that $600 rate was reasonable (a $39.50 difference).[11] Adjusted *only* for such inflation from the year of this rate awarded (2021) to the end of 2022, that $600.00 hourly rate for Ms. Legler is $639.50.

\* Barry S. Hersh (class of '98): Mr. Hersh works in Dallas. His online biography states that he "dedicates 100 percent of his practice to representing employees and small businesses in employment law matters." On September 7, 2021, Judge David C. Godbey granted $595.00 per hour for Mr. Hersh's work in a Dallas FLSA case. *See Boatright v. Grey*, No. 21-cv-00835-N (Doc. 18) at p. 9, PageID 180 (N.D. Tex. Dallas) ("shall have and recover from such Defendant reasonable attorneys' fees . . . attorney time at $595 per hour; . . ."). On December 28, 2015, Judge Barbara M. G. Lynn awarded $450.00 per hour for Mr. Hersh's time helping select a jury in a Dallas employment retaliation case—based, in part, on the recommendation of Magistrate Judge David L. Horan. *See Kostić v. Texas A&M Univ.–Commerce*, No. 3:10-cv-02265-M (Doc. 282) (N.D. Tex. Dallas) (Order Accepting Findings and Recommendation of the United States Magistrate Judge); *id.* (Doc. 281) at pp. 8 & 10, PageID 8217 & 8219 ("Findings, Conclusions, and Recommendation of the United States Magistrate Judge") ("Plaintiff seeks $2,610.00 for work done by Barry S. Hersh of Hersh Law Firm, P.C., who helped with jury selection and mock trial, for 5.8 hours at an hourly billing rate of $450.00. . . . Defendant does not challenge the hourly rates charged by Plaintiff's attorneys, the costs of court, or postjudgment interest request."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—the year Judge Godbey determined that $595 rate was reasonable (a $39.17

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=600

difference).[12] Adjusted *only* for such inflation from the year of this rate awarded (2021) to the end of 2022, that $595.00 hourly rate for Mr. Hersh is $634.17.

**\* J. Derek Braziel (class of '95):** J. Derek Braziel works in Dallas. On February 28, 2013, Judge Jane Boyle ruled that $495.00 per hour was "reasonable" and "warranted" for J. Derek Braziel in a Dallas FLSA case, *Owens v. Marstek, LLC*, No. 3:11-cv-01435-B (Doc. 26) (N.D. Tex. Dallas) (adopting fees requested in Doc. 24). On February 20, 2014, Magistrate Judge David L. Horan ruled that $495.00 per hour was "reasonable" for Mr. Braziel and "within the market rate for attorneys handling this type of litigation in the Dallas area" in *Farasat v. RP Managing Partners, LLC*, No. 3:13-cv-00270-L (Doc. 46) (N.D. Tex. Dallas)—a Dallas FLSA case. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 27.97% higher in 2022 versus 2013—the year Judge Boyle ruled that $495.00 per hour was reasonable (a $138.45 difference).[13] Adjusted *only* for such inflation from the year of Judge Boyle's ruling (2013) to the end of 2022, that $495.00 hourly rate for Mr. Braziel is $633.45.

**\* Robert E. McKnight, Jr. (class of '92):** Mr. McKnight works in Victoria, Texas. His online biography notes that he "practices in the areas of labor and employment law (including employee rights and benefits, ERISA, wage and hour, and civil rights in employment) and civil rights in housing." On December 28, 2015, Judge Barbara M. G. Lynn awarded $495.00 per hour for Mr. McKnight's time working on attorneys' fees issues in a Dallas employment retaliation case—based, in part, on the recommendation of Magistrate Judge David L. Horan. *See Kostić v. Texas A&M Univ.–Commerce*, No. 3:10-cv-02265-M (Doc. 282) (N.D. Tex. Dallas) (Order Accepting Findings and Recommendation of the United States Magistrate Judge); *id.* (Doc. 281) at pp. 8 & 10, PageID 8217 & 8219 ("Findings, Conclusions, and Recommendation of the United States Magistrate Judge") ("Plaintiff seeks $13,711.50 for work done by Robert E. McKnight, Jr., of counsel to the law firm of Marek, Griffin & Knaupp, who helped prepare the motion for fees and costs, for 14.30 hours at an hourly rate of $495.00 ($7,078.50) for work done prior to the filing of original motion and 13.40 hours at an hourly rate of $495.00 ($6,633.00) for work done after the original motion was filed. . . . Defendant does not challenge the hourly rates charged by Plaintiff's attorneys, the costs of court, or postjudgment interest request."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $115.46

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=595

[13] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2022?amount=495

difference).[14] Adjusted *only* for such inflation from the year of this ruling (2015) to the end of 2022, that $495.00 hourly rate is $610.46.

**\* Trey Branham (class of '99):** Mr. Branham works in Dallas. On April 9, 2014, Judge Jorge Solis found a rate of $475.00 per hour was "reasonable for this locality" for the work Mr. Branham did in prosecuting a Dallas FLSA case. *See Parker v. ABC Debt Relief, Ltd.,* No. 3:10-cv-1332-P (Doc. 241) at p. 4, PageID 7059 (N.D. Tex. Dallas) ("Plaintiffs also request that attorneys Branham and Jeffrey Goldfarb be compensated at an hourly rate of $475, . . . . The Court finds that the hourly rates requested by Plaintiffs are reasonable for this locality."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $120.11 difference).[15] Adjusted *only* for such inflation from the year of this ruling (2014) to the end of 2022, that $475.00 hourly rate is $595.11.

**\* Jeffrey Goldfarb (class of '94):** Mr. Goldfarb works in Dallas. On April 9, 2014, Judge Jorge Solis found a rate of $475.00 per hour was "reasonable for this locality" for the work Mr. Goldfarb did in prosecuting a Dallas FLSA case. *See Parker v. ABC Debt Relief, Ltd.,* No. 3:10-cv-1332-P (Doc. 241) at p. 4, PageID 7059 (N.D. Tex. Dallas) ("Plaintiffs also request that attorneys Branham and Jeffrey Goldfarb be compensated at an hourly rate of $475, . . . . The Court finds that the hourly rates requested by Plaintiffs are reasonable for this locality."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $120.11 difference).[16] Adjusted *only* for such inflation from the year of this ruling (2014) to the end of 2022, that $475.00 hourly rate is $595.11.

**\* Robert G. "Bobby" Lee (class of '93):** Mr. Lee works in Dallas. His online biography notes that he "specializes in employment law, representing employers, executives, and other employees in all facets of the employment relationship." On June 14, 2016, Judge Reed O'Connor found a rate of $495.00 per hour for Mr. Lee's work in prosecuting a Fort Worth employment discrimination and retaliation case was "reasonable given the community standards" and Mr. Lee's experience. *See Calahan v. BMJ Food Corp.*, No. 4:15-cv-00251-O (Doc. 29) at p.12, PageID 177 (N.D. Tex. Fort Worth) ("Plaintiff's attorney suggests that associate Megan Leigh Dixon rate of $295 dollars an hour and Robert G. Lee's rate at $495 an hour are reasonable hourly rates. . . . The Court finds that

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=495

[15] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=475

[16] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=475

Plaintiff's rates are reasonable given the community standards and Dixon and Lee's experience."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $95.53 difference).[17] Adjusted *only* for such inflation from the year of Judge O'Connor's ruling (2016) to the end of 2022, that $495.00 hourly rate is $590.53.

\* **Michael A. McCabe (class of '98):** Mr. McCabe works in Dallas. His online biography states that he is Co-Chair of the Employment Litigation section of his law firm. An invoice from his firm for some commercial litigation shows his rate was $495.00 per hour in 2017. *See* Firm Invoice dated May 23, 2017, attached to Declaration of Michael A. McCabe accompanying motion for award of fees filed on July 27, 2018, at pp. 284–87, in *Valtech Servs., Inc. v. Cornerstone Staffing Solutions, Inc.*, No. DC-16-10346 (116th Judicial District Court for Dallas County, Texas). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $75.22 difference).[18] Adjusted *only* for such inflation from the year of this billing (2017) to the end of 2022, that $495.00 hourly rate is $570.22.

\* **David L. Wiley (class of '96):** Mr. Wiley works in Dallas and focuses his practice on employment law. On May 30, 2017, Judge Ken Molberg (now Justice Molberg of the Dallas Court of Appeals) awarded Mr. Wiley $495.00 per hour for his work in helping select a jury in *Clark v. Everlight Americas, Inc.*, No. DC-15-05538 (95th District Court for Dallas County, Texas)—a Dallas employment discrimination and retaliation case. On December 12, 2019, a Taylor County jury in Abilene, Texas, awarded Mr. Wiley $500.00 per hour for his work in prosecuting *Chad Carter v. City of Abilene, Texas*, No. 10138-D (350th Judicial District Court for Taylor County, Texas)—an Abilene whistleblower case. *See* Jury Verdict at pp. 6-8, Question 4 ("What is a reasonable attorneys' fee for necessary services provided in this case, stated in dollars and cents? . . . Answer: $764 hours x $500 = $382,000"). On November 15, 2018, Judge Mark Greenberg ruled in a bench trial on fees that Mr. Wiley's requested rate of $495.00 per hour was reasonable for his work in prosecuting *Carpenter v. Southwest Housing Dev. Co., Inc.*, Cause No. CC-08-2072-E (Dallas County Court at Law No. 5) (read into record at trial on fees)—a Dallas unlawful employment practices case involving refusal to pay earned compensation. Judge Greenberg then applied a 1.5 multiplier to fees. *See id.* According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher

---

[17] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=495

[18] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=495

in 2022 versus 2017—the year of the 2017 *Everlight* decision awarding a $495 per hour rate (a $75.22 difference).[19] Adjusted *only* for such inflation from the year of this decision (2017) to the end of 2022, that $495.00 hourly rate is $570.22.

**\* Amy E. Gibson (class of '95):** Ms. Gibson works in Dallas and focuses her practice on employment law. On May 30, 2017, Judge Ken Molberg (now Justice Molberg of the Dallas Court of Appeals) awarded Ms. Gibson $495.00 per hour for her work in helping select a jury in *Clark v. Everlight Americas, Inc.*, No. DC-15-05538 (95th District Court for Dallas County, Texas)—a Dallas employment discrimination and retaliation case. On December 28, 2015, Judge Barbara M. G. Lynn awarded $450.00 per hour for Ms. Gibson's time helping select a jury in a Dallas employment retaliation case—based, in part, on the recommendation of Magistrate Judge David L. Horan. *See Kostić v. Texas A&M Univ.–Commerce*, No. 3:10-cv-02265-M (Doc. 282) (N.D. Tex. Dallas) (Order Accepting Findings and Recommendation of the United States Magistrate Judge); *id.* (Doc. 281) at pp. 7-8 & 10, PageID 8216-17 & 8219 ("Findings, Conclusions, and Recommendation of the United States Magistrate Judge") ("Plaintiff seeks $720.00 for work done by Amy E. Gibson of Gibson Wiley PLLC, who helped with jury selection, for 1.6 hours of work at an hourly rate of $450.00. . . . Defendant does not challenge the hourly rates charged by Plaintiff's attorneys, the costs of court, or postjudgment interest request."). On December 12, 2019, a Taylor County jury in Abilene, Texas, awarded Ms. Gibson $500.00 per hour for her work as lead counsel in prosecuting *Chad Carter v. City of Abilene, Texas*, No. 10138-D (350th Judicial District Court for Taylor County, Texas)—an Abilene whistleblower case. *See* Jury Verdict at pp. 6-8, Question 4 ("What is a reasonable attorneys' fee for necessary services provided in this case, stated in dollars and cents? . . . Answer: $764 hours x $500 = $382,000"). On November 15, 2018, Judge Mark Greenberg ruled in a bench trial on fees that Ms. Gibson's requested rate of $495.00 per hour was reasonable for her work as lead counsel prosecuting *Carpenter v. Southwest Housing Dev. Co., Inc.*, Cause No. CC-08-2072-E (Dallas County Court at Law No. 5) (read into record at trial on fees)—a Dallas unlawful employment practices case involving refusal to pay earned compensation. Judge Greenberg then applied a 1.5 multiplier to fees. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017—the year of the 2017 *Everlight* decision awarding a $495 per hour rate (a $75.22 difference).[20] Adjusted *only* for such inflation from the year of this decision (2017) to the end of 2022, that $495.00 hourly rate is $570.22.

---

[19] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=495

[20] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=495

\* **Jason Smith (class of '92):** Mr. Smith works in Fort Worth. His online biography notes that he "has developed an expertise as a trial lawyer handling employment, personal injury and insurance cases." On July 23, 2019, Judge Dale Tillery ruled that $500.00 per hour was a "reasonable" hourly fee for his work prosecuting a Dallas employment retaliation case. *See* Findings of Facts and Conclusions of Law in *Benavides v. Macy's Retail Holdings, Inc.*, No. DC-18-10796 at p. 4, ¶ 42 (134th Judicial District Court for Dallas County, Texas) ("$500 is a reasonable hourly fee for Jason Smith in this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $46.99 difference).[21] Adjusted *only* for such inflation from the year of this decision (2019) to the end of 2022, that $500.00 hourly rate is $546.99.

\* **Howard L. Steele, Jr. (class of '96):** Mr. Steele worked in Houston. He was board certified in labor and employment law. On March 8, 2017, Judge Reed O'Connor ruled $470.00 per hour was a "reasonable" rate for Mr. Steele's work in a Forth Worth FLSA case. *See Pereyra v. Navika Capital Group LLC*, No. 4:15-CV-00615-O (Doc. 83) at p. 4, PageID 3298 (N.D. Tex. Fort Worth) ("In connection with their work performed in the Western District case and this instant case Pereyra seeks hourly rates of $470.00 for partner Howard Steele; . . . . The Court finds that these rates are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $71.42 difference).[22] Adjusted *only* for such inflation from the year of Judge O'Connor's finding (2017) to the end of 2022, that $470.00 hourly rate is $541.42.

\* **Andrew M. Gould (class of '94):** Mr. Gould works in Dallas. His online biography states that he "represents companies in the defense of federal wage and hour claims, federal and state employment discrimination claims, wrongful discharge claims, unfair labor practice claims under the National Labor Relations Act, contract negotiations, and denial of benefit claims under the Employee Retirement Income Safety Act." On October 7, 2022, Magistrate Judge David L. Horan awarded $540.00 per hour for his work defending a Dallas FLSA case. *See Jorge v. Atlantic Housing Foundation, Inc.*, No. 3:20-cv-02782-N (Doc. 213) at p. 13, PageID 2944 (N.D. Tex. Dallas) ("[B]ased on the Court's review of the submitted materials, the Court finds the appropriate lodestar here to be calculated as a total fee of $22,842.50 based on a total of 53.3 hours of work consisting of 1) 9.4 hours by attorney Andrew Gould at an hourly rate of $540, for a total of $5,076.00; . . . ."); *see also id.* (Doc. 201) at p. 4, ¶ 5, PageID 2876 (Declaration of

---

[21] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=500

[22] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=470

Molly M. Jones: "Mr. Gould's billing rate for this matter is a *reduced rate* of $540 per hour.").

* **Peter A. Milianti (class of '97):** Mr. Milianti works in Chicago. His online biography states that his "practice focuses on labor and employment litigation with an emphasis on discrimination lawsuits of all types and whistle-blower retaliation claims." On December 23, 2015, Magistrate Judge David L. Horan found $437.00 per hour was within a reasonable range for Mr. Milianti's work in a Dallas employment discrimination case. *See McAfee v. Schneider Nat'l Carriers, Inc.*, No. 3:14-cv-1500-P (Doc. 52) at p. 12, PageID 200 (N.D. Tex. Dallas) ("The Court finds Mr. Milianti's $437.00 hourly rate to be within the proper range for the prevailing market rate in this legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 22.33% higher in 2021 versus 2015 (a $101.93 difference).[23] Adjusted *only* for such inflation from the year of Magistrate Judge Horan's finding (2015) to the end of 2022, that $437.00 hourly rate is $538.93.

* **Douglas B. Welmaker (class of '93):** Mr. Welmaker works in Longview. His online biography notes that "[i]n the last 10 years, he has limited his practice to representing employees who have been wrongfully denied overtime pay in violation of the Fair Labor Standards Act." On January 10, 2022, Magistrate Judge Renee Harris Toliver found that $525.00 per hour was a reasonable rate for Mr. Welmaker's time prosecuting a Dallas FLSA case. *See Hardy v. SDM Hospitality, LLC*, No. 20-cv-3157-S-BK (Doc. 11) at p. 11, PageID 87 (N.D. Tex. Dallas) ("Further, the undersigned finds that counsel's requested hourly rate of $525.00 is reasonable for an attorney practicing in the field of employment law with comparable experience.").

* **Christopher Collins (class of '99):** Mr. Collins works in Fort Worth. His online biography notes that he "is a general civil trial and appellate practitioner" whose practice areas include "Employment Law." On July 18, 2022, Judge Karen Gren Scholer found the requested rate of $520.00 per hour was reasonable for work prosecuting an ERISA benefits case. *Compare Cloud v. The Bert Bell/Pete Rozelle NFL Player Retirement Plan*, No. 3:20-cv-01277-S (Doc. 262) at p. 4, PageID 31755 (N.D. Tex. Dallas) ("the Court finds that the hourly rates set forth in the Billing Records are reasonable.") *with id.* (Doc. 253) at p. 9, PageID 31276 ("In the billing records attached hereto as Exhibit '3-A', Mr. Collins is referenced as 'CDC'. . . . Mr. Collins's hourly rate is $520.00 per hour.").

---

[23] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=437

\* **Daniel E. Farrington (class of '98):** Mr. Farrington works in Washington, D.C. His online biography states that he "has extensive experience with claims involving discrimination, wage and hour law violations, accommodations for disabled employees, the Family and Medical Leave Act, and non-competition agreements." In 2022, he testified that he billed his *discounted* rate of $472.00 per hour after January of 2021 for his work in an alleged employment discrimination case. *See Corrica v. American Airlines*, No. 3:20-cv-00679-B (Doc. 67-1) at pp. 2-3, ¶¶ 6 & 10, PageID 387-88 (N.D. Tex. Dallas) ("My discounted billing rate on this matter from the time this case opened through January 2021 was $440.00 per hour, after which date my discounted billing rate for this matter was $472.00 per hour. . . . Fisher & Phillips LLP has charged Defendant for all of the fees cited above."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $31.08 difference).[24] Adjusted *only* for such inflation from the year Mr. Farrington began billing this discounted rate in this matter (2021) to the end of 2022, that $472.00 hourly rate is $503.08.

\* **David Langenfeld (class of '92):** Mr. Langenfeld works in Austin. His online biography states: "David Langenfeld is Board Certified as a Specialist in Labor and Employment Law. Mr. Langenfeld represents executives, professionals, management-level employees, and businesses in employment-related, general business, and administrative law matters." In 2015, Magistrate Judge Irma Ramirez recommended his firm receive $400.00 per hour for Mr. Langenfeld's work in prosecuting an FLSA case in Dallas, and Judge Sam A. Lindsay approved that recommendation. *See Mauricio v. Phillip Gaylen, P.C.*, No. 3:14-cv-00064-L (Doc. 41) at p. 3, PageID 286 (N.D. Tex. Dallas Dec. 3, 2015) (Magistrate Judge Irma Ramirez) ("Here, Plaintiffs seek hourly rates of $400 for Douglas B. Welmaker, $400 for David Langenfeld, and . . . . The hourly rates are consistent with the prevailing market rates in this area, . . . ."), *report and recommendation adopted in* (Doc. 44), 2016 WL 1273337, 2016 Wage & Hour Cas. 2d (BNA) 99,007 (N.D. Tex. Dallas Mar. 30, 2016) (Judge Sam A. Lindsay). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $93.30 difference).[25] Adjusted *only* for such inflation from the year of Magistrate Judge Ramirez's ruling (2015) to the end of 2022, that $400.00 hourly rate is $493.30.

---

[24] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=472

[25] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=400

## Classes of the 2000s



# 30 lawyers listed

# $618.70

### average rate

# $534.38

### median rate



# Classes of the 2000s:
## The Rates

 **$1,105.00\***
Lindsay F. Ditlow (JD 2006)

 $696.79\*
Karen C. Denney (JD 2002)

 $493.30\*
Brandon Shelby (JD 2004)

 $464.94\*
Gavin S. Martinson (JD 2005)

 $954.00\*
Mike Gaddis (JD 2009)

 $695.00\*
Christian S. Dennie (JD 2004)

 $493.09\*
James D. Sanford (JD 2005)

 $456.30\*
Monica Velazquez (JD 2002)

 $875.18\*
Crystal J. Woods (JD 2009)

 $692.45\*
Brian Lauten (JD 2001)

 $492.29\*
Ashley Tremain (JD 2008)

 $450.00\*
Paul Vitanza (JD 2000)

 $847.83\*
Isabel A. Crosby (JD 2005)

 $662.11\*
John Roger Herring (JD 2008)

 $492.29\*
Carmen Artaza (JD 2006)

 $438.50\*
Corinna Chandler (JD 2009)

 $809.54\*
Micala Bernardo (JD 2007)

 $591.71\*
Joseph H. Gillespie (JD 2002)

 $492.29\*
Christine Hopkins (JD 2005)

 $438.50\*
Todd Goldberg (JD 2009)

 $809.54\*
Michael W. Massiatte (JD 2000)

 $586.21\*
Kyla Cole (JD 2001)

 $486.99\*
John M. Barcus (JD 2002)

 **$438.50\***
Jamie Gilmore (JD 2006)

 $804.96\*
Stuart L. Cochran (JD 2000)

 $553.96\*
Brent Walker (JD 2004)

 $473.37\*
M. Jeanette Fedele (JD 2003)

 $781.41\*
Danielle Alexis Matthews (JD 2000)

$514.80\*
Kimberly Williams (JD 2005)

$470.00\*
Molly Jones (JD 2009)

## Classes of the 2000s: The Work



* **Lindsay F. Ditlow (class of '06):** Ms. Ditlow works in New York. Her online biography states that she is "experienced in all aspects of employment law, including litigation, counselling, and corporate transactions." She billed at the rate of $1,105.00 per hour in a Fort Worth bankruptcy case—for work such as "Review EEOC charge of discrimination and correspondence with client re: same." *See In re: Red River Waste Solutions, LP*, No. 21-42423 (Doc. 1230-3) at p. 2 (Bankr. N.D. Tex. Fort Worth) ("Lindsay F. Ditlow . . . Hourly Billing Rate . . . $1,105); *id.* (Doc. 1230-6) at p. 262 (bills describing time). On December 27, 2022, Judge Edward L. Morris approved the request for fees. *See id.* (Doc. 1288).

* **Mike Gaddis (class of '09):** Mr. Gaddis works in Dallas. His online biography notes that he has represented companies and individuals in employment disputes. In 2022, his law firm billed $954.00 per hour (representing his hourly rate of $1,060.00 per hour minus a 10% discount) for his work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 199, PageID 11595 (N.D. Tex. Fort Worth) (law firm invoice dated April 22, 2022, attached to Declaration of Geoffrey S. Harper: "M. Gaddis . . . Rate . . . 1,060.00"); *see id.* at p. 198, Page ID 11594 ("Less 10% Discount").

* **Crystal Jamison Woods (class of '09):** Ms. Woods works in Dallas. Her online biography states that she "has a diverse legal practice involving labor and employment . . . with a primary focus on litigating disputes and counseling on matters implicating trade secrets, restrictive covenants and fiduciary duties." She billed at the rate of $800.00 per hour for work in a Dallas bankruptcy case. *See In re: 4 West Holdings, Inc.*, No. 18-30777 (Doc. 1429) at pp. 5, 9, 69, 72, 74, 88, 149, 166 (Bankr. N.D. Tex. Dallas) (Summary of Combined Third Interim and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through February 13, 2019 and the final period from March 6, 2018 through February 13, 2019) (for work such as "evaluate and advise on dispute relating to deposition location," "attention to issues relating to motion to compel," "assist with deposition preparations," "assist with hearing preparation,"

"attention to case status and anticipated litigation needs") (firm invoices dated February 6, 2019, and February 7, 2019). On May 2, 2019, Judge Harlin D. Hale approved the request for fees. *See id.* (Doc. 1485). Ms. Woods billed for work in an alleged theft of trade secrets case in Dallas involving former employees of a company, in *Medoc Health Servs., LLC v. Nguyen*, No. DC-18-0822 (14th District Court for Dallas County, Texas). An invoice dated March 23, 2018, lists her rate as $685.00 per hour. *See* Exhibit C attached to Plaintiff's Motion for Attorneys' Fees in that case filed on November 20, 2020, at p. 55. On May 24, 2021, Judge Eric V. Moyé awarded fees based, in part, on this rate for Ms. Woods's work. *See id.* (Revised Order) at p. 2 ("this Court finds that Plaintiffs incurred legal fees in the amount of $261,632.82 related to . . . . The Court finds that Plaintiffs' recovery of these fees is legally authorized, that the requested attorneys' fees were reasonable and necessary for Plaintiffs' legal representation, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—a $75.18 difference from the $800 rate listed.[1] Adjusted *only* for such inflation from the year this rate was court-approved (2019) to the end of 2022, that $800.00 hourly rate for Ms. Woods is $875.18.

* Isabel A. Crosby (class of '05): Ms. Crosby works in Dallas. Her prior online biography says she "is a trusted advisor at all stages of the employment relationship." She billed for work on an alleged theft of trade secrets case in Dallas involving former employees of a company, in *Medoc Health Servs., LLC v. Nguyen*, No. DC-18-0822 (14th District Court for Dallas County, Texas). An invoice dated March 7, 2019, lists her rate as $775.00 per hour. *See* Exhibit C attached to Plaintiff's Motion for Attorneys' Fees in that case filed on November 20, 2020, at p. 138. On May 24, 2021, Judge Eric V. Moyé awarded fees based, in part, on this rate for Ms. Crosby's work. *See id.* (Revised Order) at p. 2 ("this Court finds that Plaintiffs incurred legal fees in the amount of $261,632.82 related to . . . . The Court finds that Plaintiffs' recovery of these fees is legally authorized, that the requested attorneys' fees were reasonable and necessary for Plaintiffs' legal representation, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $72.83 difference).[2] Adjusted *only* for such inflation from the year this rate was billed (2019) to the end of 2022, that $775.00 hourly rate for Ms. Crosby is $847.83.

* Micala Bernardo (class of '07): Ms. Bernardo works in Dallas. Her online biography states that her "practice focuses on counseling clients on

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=800

[2] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=775

labor and employment matters . . . brought by individuals or on a class-wide basis." She billed at the rate of $740.00 per hour in a Dallas bankruptcy case, for work such as "attention to review of exhibits for deposition." *See In re: 4 West Holdings, Inc.*, No. 18-30777 (Doc. 1429) at pp. 6, 181, 191 (Bankr. N.D. Tex. Dallas) (Summary of Combined Third Interim and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through February 13, 2019 and the final period from March 6, 2018 through February 13, 2019). On May 2, 2019, Judge Harlin D. Hale approved the request for fees. *See id.* (Doc. 1485). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—a $69.54 difference from the $740.00 rate listed.[3] Adjusted *only* for such inflation from the year this rate was court-approved to the end of 2022, that $740.00 hourly rate for Ms. Bernardo is $809.54.

* **Michael W. Massiatte (class of '00):** Mr. Massiatte works in Dallas. His online biography states that he "focuses his practice on labor and employment matters[.]" He billed at the rate of $740.00 per hour for in a Dallas bankruptcy case, for work such as "Attention to review of exhibits for deposition." *See In re: 4 West Holdings, Inc.*, No. 18-30777 (Doc. 1429) at pp. 9, 181 (Bankr. N.D. Tex. Dallas) (Summary of Combined Third Interim and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through February 13, 2019 and the final period from March 6, 2018 through February 13, 2019) (e.g., "Attention to review of exhibits for deposition"). On May 2, 2019, Judge Harlin D. Hale approved the request for fees. *See id.* (Doc. 1485). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—a $69.54 difference from the $740.00 rate listed.[4] Adjusted *only* for such inflation from the year this rate was court-approved to the end of 2022, that $740.00 hourly rate for Mr. Massiatte is $809.54.

* **Stuart L. Cochran (class of '00):** Mr. Cochran works in Dallas. On August 4, 2011, Judge Royal Furgeson determined the rate of $600.00 per hour was a reasonable one for work Mr. Cochran did in a Dallas FLSA case. *See Spence v. Irving Holdings, Inc.*, No. 3:10-cv-142-F (Doc. 201) at p. 4, PageID 2414 (N.D. Tex. Dallas) ("Based on documentation provided by the parties, the number of

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=740

[4] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=740

hours worked by Plaintiffs' counsel and personnel, which is not disputed, amounts to over 2,250 hours, including . . . ; 750 hours at a $600/hour rate by Stuart Cochran; . . . . The Court finds these rates to be reasonable and consistent with hourly rates charged by comparable attorneys in the community for similar work."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $204.96 difference).[5] Adjusted *only* for such inflation from the year of Judge Ferguson's determination (2011) to the end of 2022, that $600.00 hourly rate for Mr. Cochran is $804.96.

**\* Danielle Alexis Matthews (class of '00):** Ms. Matthews works in Dallas. Her online biography notes "[h]er practice focuses on representing employers in workplace law matters, including preventive advice and counseling." In 2016, she billed her client at a rate of $655.00 per hour in a Dallas FLSA case. *See Areizaga v. ADW Corp.*, No. 3:14-cv-2899 (Docs. 94-1) at p. 2, ¶ 4, PageID 1050 (N.D. Tex. Dallas) (Declaration of Danielle Alexis Matthews: "The attorneys on this matter billed at the following hourly rates: Danielle M. Matthews, Senior Counsel, $625 in 2015; $655 in 2016"). Magistrate Judge David L. Horan declined to grant this requested rate. *See id.* (Doc. 130) at p. 12 (Memorandum Opinion and Order). But it was a rate actually billed for employment work in the North Texas community. *See id.* (Doc. 94-1) at p. 3, PageID 1051 ("Fulbright charged ADW its standard hourly rate for each of the attorneys who worked on the matter . . . "); *id.* (Doc. 94-2) at p. 6, PageID 1057 (listing $655 as the rate for Ms. Matthews on the firm's February 10, 2016, invoice). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $126.41 difference).[6] Adjusted *only* for such inflation from the year this rate was billed (2016) to the end of 2022, that $655.00 hourly rate for Ms. Matthews is $781.41.

**\* Karen C. Denney (class of '02):** Ms. Denney works in Fort Worth. Her online biography notes that she "is a partner in the Labor and Employment Practice Group and is board certified in labor and employment law by the Texas Board of Legal Specialization." In a Dallas employment discrimination case, her declaration and accompanying client invoice dated April 14, 2015, show her rate charged for work billed in that case was $565.00 per hour (prior to an across-the-board 10% discount). *See Garofalo v. Taco Bueno, LP*, No. 3:14-cv-02616-M-BH (Doc. 43) at p. 11, PageID 377 (N.D. Tex. Dallas) (for work such as "revise and finalize designation of expert witnesses for filing" and "revise required

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=600

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=655

scheduling proposal"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (an $131.79 difference).[7] Adjusted *only* for such inflation from the year this rate was billed (2015) to the end of 2022, that $565.00 hourly rate for Ms. Denney is $696.79.

**\* Christian S. Dennie (class of '04):** Mr. Dennie works in Dallas. His online biography lists among his practice areas, "Labor & Employment." On July 18, 2022, Judge Karen Gren Scholer found the requested rate of $495.00 per hour was reasonable for work prosecuting an ERISA benefits case—then applied a $200 enhancement to that rate. *Compare Cloud v. The Bert Bell/Pete Rozelle NFL Player Retirement Plan*, No. 3:20-cv-01277-S (Doc. 262) at p. 4, 14, PageID 31755, 31765 (N.D. Tex. Dallas) ("the Court finds that the hourly rates set forth in the Billing Records are reasonable. Indeed, very reasonable, as many law firms bill associates with no courtroom experience at higher rates than that of Plaintiff's lead counsel. . . . the Court awards an upward enhancement of $200 to Plaintiff's lead counsel's hourly rate, . . . .") *with id.* (Doc. 253-3) at p. 7, ¶ 15, PageID 31304 ("I have been lead counsel in this Case since its inception. . . . My hourly rate is $495.00 per hour.").

**\* Brian Lauten (class of '01):** Mr. Lauten works in Dallas. On July 27, 2010, Judge Jane Boyle awarded Mr. Lauten a rate of $500.00 per hour rate for his work in prosecuting a Dallas employment retaliation case. *See Nassar v. University of Texas Southwestern Medical Center*, No. 3:09-CV-1337 (Doc. 160) at pp. 8–10, PageID 2245–47 (N.D. Tex. Dallas) ("Defendant argues that Dr. Nassar has not met his burden and that the rates requested ($400 per hour for Mr. Walker, $500 per hour for Mr. Lauten, $500 per hour for Ms. Lauten, and $750 per hour for Ms. Aldous) are excessive. . . . In light of the degree of success obtained and the evidence submitted, the Court finds that the lodestar may be calculated using the requested rates, with one exception [applicable to Ms. Lauten].") *reversed on other grounds*. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010 (a $192.45 difference).[8] Adjusted *only* for such inflation from the year of Judge Boyle's award (2010) to the end of 2022, that $500.00 hourly rate for Mr. Lauten is $692.45.

**\* John R. Herring (class of '08):** Mr. Herring works in Dallas. In 2016, he billed his client at a rate of $555.00 per hour in a Dallas FLSA case. *See Areizaga v. ADW Corp.*, No. 3:14-cv-2899 (Docs. 94-1) at p. 2, ¶ 4, PageID 1050

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=565

[8] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=500

(N.D. Tex. Dallas) (Declaration of Danielle Alexis Matthews: "The attorneys on this matter billed at the following hourly rates: . . . John R. Herring, Senior Associate, $510 in 2015; $555 in 2016"). Magistrate Judge David L. Horan declined to grant this requested rate. *See id.* (Doc. 130) at p. 12 (Memorandum Opinion and Order). But it was a rate actually billed for employment work in the North Texas community. *See id.* (Doc. 94-1) at p. 3, PageID 1051 ("Fulbright charged ADW its standard hourly rate for each of the attorneys who worked on the matter . . . "); *id.* (Doc. 94-2) at pp. 6, 10, 14 (for work such as "conference with litigation team" and "prepare ADW Corporation's brief seeking discovery of Plaintiff's electronically stored information" and listing "$555.00" as the rate for Mr. Herring on several of his firm's invoices). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $107.11 difference).[9] Adjusted *only* for such inflation from the year this rate was billed (2016) to the end of 2022, that $555.00 hourly rate for Mr. Herring is $662.11.

**\* Joseph H. Gillespie (class of '02):** Mr. Gillespie works in Dallas. His online biography notes he "focuses his practice on labor and employment advice, litigation, and trials." On August 24, 2012, Judge Ed Kinkeade ruled that— for Mr. Gillespie's work in a Dallas FLSA case—the rate of $450 per hour was "consistent with the hourly wages of similarly situated attorneys in the Dallas area." *See Black v. Settlepou, P.C.*, No. 3:10-CV-1418-K (Doc. 133) at p. 8, PageID 2610 (N.D. Tex. Dallas) ("Although Defendant SettlePou, P.C. contests the reasonableness of Betty Black's counsels' hourly rates, the Court has determined that hourly rates of $450 per hour for Mr. Gillespie and $375 per hour for Mr. Sanford are consistent with the hourly wages of similarly situated attorneys in the Dallas area."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $141.71 difference).[10] Adjusted *only* for such inflation from the year of Judge Kinkeade's determination (2012) to the end of 2022, that $450.00 hourly rate for Mr. Gillespie is $591.71.

**\* Kyla Cole (class of '01):** Ms. Cole works in Dallas. Her online biography notes that she started her career representing employees in discrimination litigation and continues to represent employees in discrimination litigation. On April 20, 2021, former Magistrate Judge Jeff Kaplan served as arbitrator and awarded $550.00 for Ms. Cole's work prevailing in a Dallas age discrimination in employment case. *See Golden v. Sunridge Mgmt. Group, Inc.*, Cause No. DC-19-09796 (95th Judicial District Court for Dallas County, Texas) (Motion to Confirm

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=555

[10] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=450

Arbitration Award and Brief in Support filed June 14, 2021) (Exhibit B: JAMS Arbitration Final Award, JAMS Arbitration No. 1310024814 at p. 21: "the arbitrator determines that $600.00 is a reasonable hourly rate for Legler and Neill and $550.00 is a reasonable hourly rate for Cole."). On July 22, 2021, Judge Monica Purdy confirmed the arbitration award. *See id.* (Order Confirming Arbitration Award). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—a $36.21 difference from the $550.00 rate listed.[11] Adjusted *only* for such inflation from the year this rate was court-awarded and approved (2021) to the end of 2022, that $550.00 hourly rate for Ms. Cole is $586.21.

\* **Brent Walker (class of '04):** Mr. Walker works in Dallas. On July 27, 2010, Judge Jane Boyle awarded Mr. Walker a rate of $400.00 per hour for his work in prosecuting a Dallas employment retaliation case. *See Nassar v. University of Texas Southwestern Medical Center*, No. 3:09-CV-1337 (Doc. 160) at pp. 8–10, PageID 2245–47 (N.D. Tex. Dallas) ("Defendant argues that Dr. Nassar has not met his burden and that the rates requested ($400 per hour for Mr. Walker, $500 per hour for Mr. Lauten, $500 per hour for Ms. Lauten, and $750 per hour for Ms. Aldous) are excessive. . . .  In light of the degree of success obtained and the evidence submitted, the Court finds that the lodestar may be calculated using the requested rates, with one exception [applicable to Ms. Lauten]."), *reversed on other grounds*. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010 (a $153.96 difference).[12] Adjusted *only* for such inflation from the year of Judge Boyle's fee ruling to the end of 2022, that $400.00 hourly rate for Mr. Walker is $553.96.

\* **Kimberly F. Williams (class of '05):** Ms. Williams works in Dallas. Her online biography states that she "is a 'full service' labor and employment attorney, representing employers across the spectrum of labor and employment litigation and counseling." In 2021, Ms. Williams billed at a rate of $483.00 per hour for work defending against a *pro se* plaintiff. *See Montgomery v. Southern Methodist Univ.*, No. 3:20-cv-03521-E-BN (Doc. 18-1) at pp. 14-15, PageID 154-55 (N.D. Tex. Dallas) (listing rate as "$483.00" and describing work such as "Review and revise Reply in Support of Motion to Dismiss or, in the Alternative, Remand."). On September 8, 2021, Magistrate Judge David L. Horan recommended fees be awarded to her client for work on a remand issue, but at the rate of $459.17 for Ms. Williams's work—using an average for her rates over different years. *See id.* (Doc. 22) at pp. 11-12 ("SMU seeks to recover fees averaging $459.17 an hour

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=550

[12] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=400

for Ms. Williams, . . . the undersigned finds that these rates are reasonable and within the market rate for attorneys handling this type of litigation in the Dallas area."). On October 4, 2021, Judge Ada Brown adopted that recommendation. *See id.* (Doc. 23). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $31.80 difference—from the $483.00 rate billed).[13] Adjusted *only* for such inflation from the year of billing (2021) to the end of 2022, that $483.00 hourly rate for Ms. Williams is $514.80.

\* Brandon Shelby (class of '04): Mr. Shelby works in Sherman. His online biography states that he litigates "on behalf of municipalities and government entities in a wide variety of disputes ranging from employment to property matters, . . . ." In 2015, in an alleged defamation case brought by a former government employee in Wichita Falls, Mr. Shelby testified that his standard hourly rate is $400.00 per hour. *See Scruggs v. City of Bowie*, No. 7:14-cv-00123 (Doc. 60) at pp. 32–35, PageID 797 (N.D. Tex. Wichita Falls) (Declaration of Brandon Shelby: "My standard rate is $400 per hour for my services"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $93.30 difference).[14] Adjusted *only* for such inflation from the year of this testimony (2015) to the end of 2022, that $400.00 hourly rate for Mr. Shelby is $493.30.

\* James D. Sanford (class of '05): Mr. Sanford works in Dallas. His online biography notes he "counsels and advocates for clients in the area of labor and employment law." On August 24, 2012, Judge Ed Kinkeade ruled that—for Mr. Sanford's work in a Dallas FLSA case—the rate of $375.00 per hour was "consistent with the hourly wages of similarly situated attorneys in the Dallas area." *See Black v. Settlepou, P.C.*, No. 3:10-CV-1418-K (Doc. 133) at p. 8, PageID 2610 (N.D. Tex. Dallas) ("Although Defendant SettlePou, P.C. contests the reasonableness of Betty Black's counsels' hourly rates, the Court has determined that hourly rates of $450 per hour for Mr. Gillespie and $375 per hour for Mr. Sanford are consistent with the hourly wages of similarly situated attorneys in the Dallas area."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $118.09 difference).[15] Adjusted *only* for such inflation from the year of Judge Kinkeade's determination (2012) to the end of 2022, that $375.00 hourly rate for Mr. Sanford is $493.09.

---

[13] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=483

[14] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=400

[15] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=375

\* **Ashley Tremain (class of '08):** Ms. Tremain works in Dallas. Her online biography notes that she "represent[s] individuals in all types of employment disputes, including informal negotiations, trial in the state and federal courts, arbitrations, appeals, and administrative proceedings before the TWC, EEOC, and NLRB." On June 27, 2019, Arbitrator Karen Fitzgerald awarded Ms. Tremain a rate of $450.00 per hour for work she did in prosecuting a Dallas Equal Pay Act case. *See Gardner v. Apple Texas Restaurants, Inc.*, AAA Case No. 01-17-0001-6323 at pp. 2-3 (American Arbitration Association Employment Arbitration Tribunal) ("I hereby adopt the parties' Stipulation on the Terms of the Final Award as the Final Award in the case, and issue the following award against Respondent Apple Texas Restaurants, Inc. and in favor of Claimant Ryan Gardner: . . . $110,924.37 award of attorney fees to Tremain Artaza, PLLC for 246.4986 attorney hours at a rate of $450 per hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $42.29 difference).[16] Adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $450.00 hourly rate for Ms. Tremain is $492.29.

\* **Carmen Artaza (class of '06):** Ms. Artaza works in Dallas and her online biography notes that she has "practiced employment law exclusively since graduating law school in 2006." On June 27, 2019, Arbitrator Karen Fitzgerald awarded Ms. Artaza a rate of $450.00 per hour for work she did in prosecuting a Dallas Equal Pay Act case. *See Gardner v. Apple Texas Restaurants, Inc.*, AAA Case No. 01-17-0001-6323 at pp. 2-3 (American Arbitration Association Employment Arbitration Tribunal) ("I hereby adopt the parties' Stipulation on the Terms of the Final Award as the Final Award in the case, and issue the following award against Respondent Apple Texas Restaurants, Inc. and in favor of Claimant Ryan Gardner: . . . $110,924.37 award of attorney fees to Tremain Artaza, PLLC for 246.4986 attorney hours at a rate of $450 per hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $42.29 difference).[17] Adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $450.00 hourly rate for Ms. Artaza is $492.29.

\* **Christine Hopkins (class of '05):** Ms. Hopkins works in Dallas. Her online biography notes she focuses her practice on employment matters. On June 27, 2019, Arbitrator Karen Fitzgerald awarded Ms. Hopkins a rate of $450.00 per hour for work she did in prosecuting a Dallas Equal Pay Act case. *See*

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=450

[17] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=450

*Gardner v. Apple Texas Restaurants, Inc.*, AAA Case No. 01-17-0001-6323 at pp. 2-3 (American Arbitration Association Employment Arbitration Tribunal) ("I hereby adopt the parties' Stipulation on the Terms of the Final Award as the Final Award in the case, and issue the following award against Respondent Apple Texas Restaurants, Inc. and in favor of Claimant Ryan Gardner: . . . $110,924.37 award of attorney fees to Tremain Artaza, PLLC for 246.4986 attorney hours at a rate of $450 per hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $42.29 difference).[18] Adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $450.00 hourly rate for Ms. Hopkins is $492.29.

\* **John M. Barcus (class of '02):** Mr. Barcus works in Dallas. His online biography notes that he does labor and employment law work. On December 18, 2020, in a Dallas case involving allegations of race discrimination in employment, he submitted a declaration noting that although he worked on a discount his standard hourly rate is $450.00. *See Ibarra v. Jacobs Eng. Group, Inc.*, No. 3:19-cv-01437-C (Doc. 41-1) at p. 12, PageID 2420 (N.D. Tex. Dallas) (Declaration of John M. Barcus) ("My *standard* hourly rate for 2020 is $450") (emphasis in original). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $36.99 difference).[19] Adjusted *only* for such inflation from the year of this testimony (2020) to the end of 2022, that $450.00 hourly rate for Mr. Barcus is $486.99.

\* **M. Jeanette Fedele (class of '03):** Ms. Fedele previously worked in Dallas. Her online biography states: "Her diverse practice is rooted in traditional labor law – representing unions in all matters from organizing to day-to-day contract administration issues to litigation." On March 2, 2012, Judge Ken Molberg [now Justice Molberg of the Dallas Court of Appeals] ruled $360.00 per hour was a "reasonable" rate in a Dallas employment retaliation case. *See Rush Truck Centers of Texas, L.P. v. Fitzgerald*, No. DC-09-15958-D ("Order on Attorney Fees") at p. 5 (95th District Court for Dallas County, Texas) ("a reasonable fee for the necessary services of Fitzgerald's attorneys, as established by the evidence, should be computed in the following manner: . . . *M. Jeanette Fedele*: $85,320 (237 hours at the rate of $360 per hour) . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $113.37

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=450

[19] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=450

difference).[20] Adjusted *only* for such inflation from the year of this court ruling to the end of 2022, that $360.00 hourly rate for Ms. Fedele is $473.37.

## * Molly Jones (class of '09): Ms. Jones works in Dallas. Her online biography states: "Although she has experience in a wide range of employment matters, Molly has developed a focus on the issues arising under the Family and Medical Leave Act and the Fair Labor Standards Act." On October 7, 2022, Magistrate Judge David L. Horan awarded $470.00 per hour for her work defending a Dallas FLSA case. *See Jorge v. Atlantic Housing Foundation, Inc.*, No. 3:20-cv-02782-N (Doc. 213) at p. 13, PageID 2944 (N.D. Tex. Dallas) ("[B]ased on the Court's review of the submitted materials, the Court finds the appropriate lodestar here to be calculated as a total fee of $22,842.50 based on a total of 53.3 hours of work consisting of . . . 2) 16.6 hours by attorney Molly Jones at an hourly rate of $470, for total of $7,802.00; . . . ."); *see also id.* (Doc. 201) at p. 4, ¶ 4, PageID 2876 (Declaration of Molly M. Jones: "My billing rate for this matter is a *reduced rate* of $470.00 per hour.").

## * Gavin S. Martinson (class of '05): Mr. Martinson works in Dallas. His online biography states that he "represents employers in all aspects of labor and employment law." On January 14, 2019, in a Dallas employment discrimination and retaliation case, he testified that his standard hourly rate was $425.00 per hour. *See Carmona v. Krammerer*, No. DC-17-13908 (298th District Court for Dallas County, Texas) (Declaration of Gavin S. Martinson, Exhibit A to Defendant's Request for Entry of Attorney's Fees: "The hourly rates that Mr. Leslie and I charged for this matter were discounted from our ordinary rates for matters such as this. Mr. Leslie's regular hourly rate is $350 and my regular hourly rate is $425"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $39.94 difference).[21] Adjusted *only* for such inflation from the year of this testimony (2019) to the end of 2022, that $425.00 hourly rate for Mr. Martinson is $464.94.

## * Monica Velazquez (class of '02): Ms. Velazquez works in Collin County and previously worked in Dallas. She is a board-certified labor and employment law specialist. On February 17, 2015, Ms. Velazquez testified that she billed $370 per hour for work on a motion to dismiss in a Dallas employment discrimination case. *See Killough v. American Airlines, Inc.*, No. DC-14-11368 (68th District Court for Dallas County, Texas) (Affidavit of Monica Velazquez: "In connection with the Motion to Dismiss to date, I billed 1.8 hours at an hourly rate of

---

[20] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=360

[21] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=425

$370[.] . . .”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $86.30 difference).[22] Adjusted *only* for such inflation from the year of this testimony (2015) to the end of 2022, that $370.00 hourly rate for Ms. Velazquez is $456.30.

\* **Paul Vitanza (class of '00):** Mr. Vitanza works in Fort Worth. On July 18, 2022, Judge Karen Gren Scholer found the requested rate of $450.00 per hour was reasonable for work prosecuting an ERISA benefits case. *Compare Cloud v. The Bert Bell/Pete Rozelle NFL Player Retirement Plan*, No. 3:20-cv-01277-S (Doc. 262) at p. 4, PageID 31755 (N.D. Tex. Dallas) ("the Court finds that the hourly rates set forth in the Billing Records are reasonable.") *with id.* (Doc. 253) at p. 9, PageID 31276 ("In the billing records attached hereto as Exhibit '3-A', Mr. Vitanza is referenced as 'PJV'. . . . Mr. Vitanza's hourly rate is $450.00 per hour.").

\* **Corinna Chandler (class of '09):** Ms. Chandler works in Dallas. On April 9, 2014, Judge Jorge Solis found a rate of $350.00 per hour was "reasonable for this locality" for the work Ms. Chandler did in prosecuting a Dallas FLSA case. *See Parker v. ABC Debt Relief, Ltd.,* No. 3:10-cv-1332-P (Doc. 241) at p. 4, PageID 7059 (N.D. Tex. Dallas) ("Plaintiffs also request . . . that attorneys Todd Goldberg and Corinna Chandler be compensated at an hourly rate of $350, . . . . The Court finds that the hourly rates requested by Plaintiffs are reasonable for this locality."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $88.50 difference).[23] Adjusted *only* for such inflation from the year of Judge Solis's finding (2014) to the end of 2022, that $350.00 hourly rate for Ms. Chandler is $438.50.

\* **Todd Goldberg (class of '09):** Mr. Goldberg works in Dallas. On April 9, 2014, Judge Jorge Solis found a rate of $350.00 per hour was "reasonable for this locality" for the work Mr. Goldberg did in prosecuting a Dallas FLSA case. *See Parker v. ABC Debt Relief, Ltd.,* No. 3:10-cv-1332-P (Doc. 241) at p. 4, PageID 7059 (N.D. Tex. Dallas) ("Plaintiffs also request . . . that attorneys Todd Goldberg and Corinna Chandler be compensated at an hourly rate of $350, . . . . The Court finds that the hourly rates requested by Plaintiffs are reasonable for this locality."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher

---

[22] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=370

[23] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=350

in 2022 versus 2014 (a $88.50 difference).[24] Adjusted *only* for such inflation from the year of Judge Solis's finding (2014) to the end of 2022, that $350.00 hourly rate for Mr. Goldberg is $438.50.

\* **Jamie Gilmore (class of '06):** Ms. Gilmore (formerly Ms. McKey) works in Dallas. Her online biography states: "While Jamie almost exclusively represents employees in employment law matters now, she has handled a variety of civil and criminal cases in her career." On January 16, 2014, Judge Phyllis Lister Brown ruled that $350.00 per hour was a reasonable rate for Ms. Gilmore (formerly McKey)'s work in a disability discrimination in employment case. *See Green v. Dallas County Schools*, No. DC-12-09857 (Order of January 16, 2014) at p. 1 (162d District Court for Dallas County, Texas) ("The Court approves and awards Plaintiff reasonable attorney's fees of $337,750.00, which represents 404.9 hours of Matthew R. Scott's time at a reasonable hourly rate of $600 per hour, 208.5 hours of Jamie J. McKey's time at a reasonable hourly rate of $350.00 per hour, . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2021 versus 2014 (a $88.50 difference).[25] Adjusted *only* for such inflation from the year of Judge Brown's ruling to the end of 2022, that $350.00 hourly rate for Ms. Gilmore is $438.50.

---

[24] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=350

[25] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=350

# *Classes of the 2010s*



# 32
**lawyers listed**

# $536.16
**average rate**

# $477.41
**median rate**



# Classes of the 2010s: The Rates


**$1,131.92\***
Andrew
Stauber
(JD 2010)


$886.50*
Alexandra
Aurisch
(JD 2014)


$870.00*
Cristell
Fortune
(JD 2018)


$847.83*
Allison A.
Reddoch
(JD 2011)

$762.61*
Kate
Marcom
(JD 2016)


$734.56*
Todd
Mobley
(JD 2010)

$722.02*
Britney
J.P. Prince
(JD 2015)

$694.67*
Betsey A.
Boutelle
(JD 2014)


$652.50*
Claire
Dial
(JD 2019)

$652.50*
Dylan
French
(JD 2019)


$650.16*
Eric
Halpern
(JD 2019)


$650.16*
Ashley
Wright
(JD 2018)


$633.11*
Amanda
Jereige
(JD 2018)


$567.30*
Arrissa K.
Meyer
(JD 2010)


$530.58*
Breegan
Mayrant
(JD 2017)

$512.99*
Jordan
Campbell
(JD 2013)


$441.84*
David
Norris
(JD 2011)


$437.59*
Jay
Forester
(JD 2013)


$409.28*
Theanna
Bezney
(JD 2015)


$400.00*
Elizabeth
Sanford
(JD 2017)


$382.89*
Jeff T.
Leslie
(JD 2015)


$382.31*
Barrett
Robin
(JD 2015)


$365.00*
Dana
Hilzendager
(JD 2017)


$351.93*
Megan
Dixon
(JD 2012)


$351.93*
Melinda
Arbuckle
(JD 2011)


$351.73*
Jennifer
McCoy
(JD 2016)


$340.00*
Ryan
Toomey
(JD 2011)


$308.31*
Benjamin
Michael
(JD 2013)


$308.31*
Michael L.
Parsons
(JD 2011)


$287.99*
Matthew F.
Amos
(JD 2015)


$276.15*
Jennifer
Birdsall
(JD 2017)

**$262.46\***
Hannah P.
Parks
(JD 2014)















# *Classes of the 2010s: The Work*



**\*  Andrew Stauber (class of '10):** Mr. Stauber works in Boston. His online biography states that he "is a leading labor and employment lawyer." In 2021, his law firm sought fees at the rate of $1,062.00 per hour (representing his hourly rate of $1,180.00 per hour minus a 10% discount) for this sort of work he did in a Dallas bankruptcy case: "Emails to/from and telephone conference with bankruptcy counsel regarding wrongful termination claim" and "Review emails relating to EPLI [employment practices liability insurance] coverage." *See In re: Highland Capital Mgmt.*, No. 19-34054 (Doc. 2907) at pp. 105 & 106 (Bankr. N.D. Tex. Dallas Oct. 8, 2021); *id.* at pp. 109 & 110 ("Timekeeper . . . Stauber, Andrew. . . . Rate . . . 1,180.00 . . . Less 10% Discount"). On November 22, 2021, Judge Stacey G. C. Jernigan approved the fee request containing Mr. Stauber's discounted rate and time. *Compare id.* (Doc. 2907) at p. 2 ("Amount of Final Fees sought as Actual, Reasonable and Necessary[]: $2,645,729.72[]") *with* (Doc. 3048) at p. 3 ("WilmerHale is granted final allowance of compensation in the amount of $2,645,729.72 for the Final Compensation Period."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services were 6.58% higher in 2022 versus 2021 (a $69.92 difference).[1] Adjusted *only* for such inflation from the year this discounted rate was court-approved (2021) to the end of 2022, that discounted $1,062.00 hourly rate for Mr. Stauber is $1,131.92.

**\*  Alexandra Aurisch (class of '14):** Ms. Aurisch works in Los Angeles—as a City Attorney. She previously worked for a law firm. In 2022, her prior law firm billed $886.50 per hour (representing her hourly rate of $985.00 per hour minus a 10% discount) for her work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 199, PageID 11595 (N.D. Tex. Fort Worth) (law firm invoice dated April 22, 2022, attached to Declaration of Geoffrey S. Harper: "A. Aurisch . . . Rate . . . 985.00"); *see id.* at p. 198, Page ID 11594 ("Less 10% Discount").

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=1062

* **Cristell Fortune (class of '18):** Ms. Fortune works in New York. Her online biography states that she "focuses her practice on global and domestic employment law matters." She billed at the rate of $870.00 per hour in a Fort Worth bankruptcy case—for work such as "Meeting to discuss EEOC charge of discrimination." *See In re: Red River Waste Solutions, LP*, No. 21-42423 (Doc. 1230-3) at p. 3 (Bankr. N.D. Tex. Fort Worth) ("Cristell Fortune . . . Hourly Billing Rate . . . $870.00); *id.* (Doc. 1230-6) at p. 263 (bills describing time). On December 27, 2022, Judge Edward L. Morris approved the request for fees. *See id.* (Doc. 1288).

* **Allison A. Reddoch (class of '11):** Ms. Reddoch works in Arlington and formerly focused on employment law in Dallas. In a bankruptcy case, her rate is listed as $775.00 per hour for her work in the employment practice group of her firm as an associate. *See In re: 4 West Holdings, Inc.*, No. 18-30777 (Doc. 1429) at p. 9 (Bankr. N.D. Tex. Dallas) (Summary of Combined Third Interim and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through February 13, 2019 and the final period from March 6, 2018 through February 13, 2019). On May 2, 2019, Judge Harlin D. Hale approved the request for fees. *See id.* (Doc. 1485). Ms. Reddoch billed for work in an alleged theft of trade secrets case in Dallas involving former employees of a company, in *Medoc Health Servs., LLC v. Nguyen*, No. DC-18-0822 (14th District Court for Dallas County, Texas). An invoice dated March 23, 2018, lists her rate as $625.00 per hour. *See* Exhibit C attached to Plaintiff's Motion for Attorneys' Fees in that case filed on November 20, 2020, at p. 55 (for such work as "[m]ake preparation for hearing on Dyer's Motion to Dismiss by reviewing and evaluating documents produced by Defendants and clients' documents; attention to discovery issues; continue preparing for Defendants' depositions by preparing deposition outlines"). On May 24, 2021, Judge Eric V. Moyé awarded fees based, in part, on this rate for Ms. Reddoch's work. *See id.* (Revised Order) at p. 2 ("this Court finds that Plaintiffs incurred legal fees in the amount of $261,632.82 related to . . . . The Court finds that Plaintiffs' recovery of these fees is legally authorized, that the requested attorneys' fees were reasonable and necessary for Plaintiffs' legal representation, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—a $72.83 difference from the $775.00 rate listed.[2] Adjusted *only* for such inflation from the year this rate was court-approved to the end of 2022, that $775.00 hourly rate for Ms. Reddoch is $847.83.

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=775

\* **Kate Marcom (class of '16):** Ms. Marcom works in Dallas. In 2021, her law firm billed $715.50 per hour (representing her hourly rate of $795.00 per hour minus a 10% discount) for her work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-2) at p. 63, PageID 11246 (N.D. Tex. Fort Worth) (law firm invoice dated June 25, 2021, attached to Declaration of Geoffrey S. Harper: "K. Marcom . . . Rate . . . 795.00"); *see id.* ("Less 10% Discount"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—a $47.11 difference from the $715.50 discounted rate listed for 2021.[3] Adjusted *only* for such inflation from that discounted rate charged in 2021 to the end of 2022, that $715.50 discounted hourly rate for Ms. Marcom is $762.61.

\* **Todd Mobley (class of '10):** Mr. Mobley works in Dallas. His online biography says he "represents employers in connection with a wide variety of collective and class action wage and hour disputes brought pursuant to the FLSA, as well as claims of discrimination, harassment, retaliation and wrongful discharge." He billed for work on an alleged theft of trade secrets case in Dallas involving former employees of a company, in *Medoc Health Servs., LLC v. Nguyen*, No. DC-18-0822 (14th District Court for Dallas County, Texas). An invoice dated March 23, 2018, lists his rate as $665.00 per hour. *See* Exhibit C attached to Plaintiff's Motion for Attorneys' Fees in that case, filed on November 20, 2020, at p. 55 (for work such as "research related to whether subpoena served by the government on third parties are confidential or whether they can be disclosed," "review agreed order," "review and analyze discovery requests," and "oversee service of objections and responses to discovery requests"). On May 24, 2021, Judge Eric V. Moyé awarded fees based, in part, on this rate for Mr. Mobley's work. *See id.* (Revised Order) at p. 2 ("this Court finds that Plaintiffs incurred legal fees in the amount of $261,632.82 related to . . . . The Court finds that Plaintiffs' recovery of these fees is legally authorized, that the requested attorneys' fees were reasonable and necessary for Plaintiffs' legal representation, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $69.56 difference from the $665.00 rate listed in 2018.[4] Adjusted *only* for such

---

[3]

[4] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=665

inflation from the year this rate was billed (2018) to the end of 2022, that $665.00 hourly rate for Mr. Mobley is $734.56.

\* Britney J. P. Prince (class of '15): Ms. Prince works in Irving. Her online biography states that she is an experienced employment attorney whose "practice includes involvement in federal and state administrative actions and investigations with agencies such as the Equal Employment Opportunity Commission ('EEOC'), the Texas Workforce Commission ('TWC'), the US Department of Labor, and both federal and state court actions." In a Dallas bankruptcy case, her rate is listed as $660.00 per hour and she was listed as "Associate; Employment." *See In re: 4 West Holdings, Inc.*, No. 18-30777 (Doc. 1429) at pp. 6, 10, 181, 191 (Bankr. N.D. Tex. Dallas) (Summary of Combined Third Interim and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through February 13, 2019 and the final period from March 6, 2018 through February 13, 2019). She billed at that $660.00 per hour rate for work such as "prepare deposition exhibits." *See id.* at p. 181 (time entry dated 01/03/19). On May 2, 2019, Judge Harlin D. Hale approved the request for fees. *See id.* (Doc. 1485). She billed for work in an alleged theft of trade secrets case in Dallas involving former employees of a company, in *Medoc Health Servs., LLC v. Nguyen*, No. DC-18-0822 (14th District Court for Dallas County, Texas). An invoice dated April 20, 2018, lists her rate as $475.00 per hour. *See* Exhibit C attached to Plaintiff's Motion for Attorneys' Fees in that case, filed on November 20, 2020, at p. 67. On May 24, 2021, Judge Eric V. Moyé awarded fees based, in part, on this rate for Ms. Prince's work. *See id.* (Revised Order) at p. 2 ("this Court finds that Plaintiffs incurred legal fees in the amount of $261,632.82 related to . . . . The Court finds that Plaintiffs' recovery of these fees is legally authorized, that the requested attorneys' fees were reasonable and necessary for Plaintiffs' legal representation, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—a $62.02 difference from the $660.00 rate used in the fee award the court approved in 2019.[5] Adjusted *only* for such inflation from the year of that ruling (2019) to the end of 2022, that $660.00 hourly rate for Ms. Prince is $722.02.

\* Betsey A. Boutelle (class of '14): Ms. Boutelle is currently an Assistant United States Attorney in California. She previously worked in Texas

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=660

and focused on employment law. In a Dallas bankruptcy case, her rate is listed as $635.00 per hour and she is listed as "Associate; Employment." *See In re: 4 West Holdings, Inc.*, No. 18-30777 (Doc. 1429) at p. 10 (Bankr. N.D. Tex. Dallas) (Summary of Combined Third Interim and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through February 13, 2019 and the final period from March 6, 2018 through February 13, 2019). On May 2, 2019, Judge Harlin D. Hale approved the request for fees. *See id.* (Doc. 1485). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—a $59.67 difference from the $635.00 rate listed.[6] Adjusted *only* for such inflation from the year this rate was court-approved (2019) to the end of 2022, that $635.00 hourly rate for Ms. Boutelle is $694.67.

* Clair Dial (class of '19): Ms. Dial works in Houston. Her online biography states that her "practice focuses primarily on complex commercial litigation matters, including business disputes, consumer products liability, and employment discrimination." In 2022, her law firm billed $652.50 per hour (representing her hourly rate of $725.00 per hour minus a 10% discount) for her work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 199, PageID 11595 (N.D. Tex. Fort Worth) (law firm invoice dated April 22, 2022, attached to Declaration of Geoffrey S. Harper: "C. Dial . . . Rate . . . 725.00"); *see id.* at p. 198, Page ID 11594 ("Less 10% Discount").

* Dylan French (class of '19): Mr. French works in Dallas. In 2022, his law firm billed $652.50 per hour (representing his hourly rate of $725.00 per hour minus a 10% discount) for his work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-3) at p. 199, PageID 11595 (N.D. Tex. Fort Worth) (law firm invoice dated April 22, 2022, attached to Declaration of Geoffrey S. Harper: "D. French . . . Rate . . . 725.00"); *see id.* at p. 198, Page ID 11594 ("Less 10% Discount").

* Eric Halpern (class of '19): Mr. Halpern works in Dallas. In 2021, his law firm billed $610.00 per hour for his work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care*

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=635

*Sys.*, No. 4:20-cv-01272-O (Doc. 138-2) at p. 128, PageID 11311 (N.D. Tex. Fort Worth) (law firm invoice dated August 16, 2021, attached to Declaration of Geoffrey S. Harper: "E. Halpern . . . Rate . . . 610.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—a $40.16 difference from the $610.00 rate listed for 2021.[7] Adjusted *only* for such inflation from that rate charged in 2021 to the end of 2022, that $610.00 hourly rate for Mr. Halpern is $650.16.

\* <span style="color:yellow">Ashley Wright (class of '18):</span> Ms. Wright works in Dallas. In 2021, his law firm billed $610.00 per hour for her work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-2) at p. 128, PageID 11311 (N.D. Tex. Fort Worth) (law firm invoice dated August 16, 2021, attached to Declaration of Geoffrey S. Harper: "A. Wright . . . Rate . . . 610.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—a $40.16 difference from the $610.00 rate listed for 2021.[8] Adjusted *only* for such inflation from that rate charged in 2021 to the end of 2022, that $610.00 hourly rate for Ms. Wright is $650.16.

\* <span style="color:yellow">Amanda Jereige (class of '18):</span> Ms. Jereige works in Southern California. She is a federal law clerk but previously worked for a law firm. In 2021, her previous law firm billed $594.00 per hour (representing her hourly rate of $660.00 per hour minus a 10% discount) for her work defending an alleged employment discrimination case in Fort Worth. *See Thomas v. Cook Children's Health Care Sys.*, No. 4:20-cv-01272-O (Doc. 138-2) at p. 163, PageID 11246 (N.D. Tex. Fort Worth) (law firm invoice dated June 25, 2021, attached to Declaration of Geoffrey S. Harper: "A. Jereige . . . Rate . . . 660.00"); *see id.* ("Less 10% Discount"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—a $39.11 difference from the $594.00 discounted rate listed for 2021.[9] Adjusted *only* for such inflation from that discounted rate charged in 2021 to the end of 2022, that $610.00 hourly rate for Ms. Jereige is $633.11.

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=610

[8] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=610

[9] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=594

\* **Arrissa K. Meyer (class of '10):** Ms. Meyer works in Dallas. Her online biography says that "[a]lthough she has significant experience in employment law, she focuses her practice on traditional labor law." In a Dallas employment discrimination case, a declaration and accompanying client invoice dated April 14, 2015, show her rate charged for work billed in that case was $460.00 per hour (prior to an across-the-board 10% discount) — and that, at the time, $460 per hour was her standard hourly rate. *See Garofalo v. Taco Bueno, LP*, No. 3:14-cv-02616-M-BH (Doc. 43) at pp. 7 & 11, PageID 373 & 377 (N.D. Tex. Dallas) (for work such as "Draft Designation of Expert Witnesses" and "Draft Defendant's Scheduling Proposal for Settlement Conference pursuant to April 3rd order"). On May 31, 2019, Judge Brian A. Jackson of the United States District Court for the Middle District of Louisiana awarded the requested rate of $358.75 for work Ms. Meyer did in an employment discrimination case. *See Brown v. Praxair*, No. 17-cv-00384-BAJ-RLB (Doc. 63) at pp. 9–11 (M.D. La.) (granting the amount of fees listed in the Affidavit of Ryan Griffitts attached to motion for fees, Doc. 34-5 at p.5). The request for fees in that case stated that $358.75 is "well below her standard rate"). *See* Affidavit of Ryan Griffitts in *Brown v. Praxair, Inc.*, No. 3:17-cv-00384 (Doc. 34-5) (M.D. La.) ("Her discounted rate in this matter is $358.75, which is well below her standard rate"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015—a $107.30 difference from the $460.00 rate listed for 2015.[10] Adjusted *only* for such inflation her standard rate in 2015 to the end of 2022, that $460.00 hourly rate for Ms. Meyer is $567.30.

\* **Breegan Mayrant (formerly O'Connor) (class of '17):** Ms. Mayrant works in Austin but previously worked in Dallas. Her online biography states that her practice "focuses on representing employers in employment-related litigation, including before federal and state courts, as well as arbitration panels. Her specific involvement includes drafting dispositive motions, pleadings, discovery and conducting legal research." In a Dallas bankruptcy case, her rate is listed as $485.00 per hour and she is listed as "Associate; Employment." *See In re: 4 West Holdings, Inc.*, No. 18-30777 (Doc. 1429) at pp. 6, 10, 72, 88 (Bankr. N.D. Tex. Dallas) (Summary of Combined Third Interim and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Interim Period from September 1, 2018 through February 13, 2019 and the final period from March 6, 2018 through February 13, 2019) (for work such as "[a]nalyze Texas federal law regarding the evidentiary standard for

---

[10] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=460

relevance" and "analyze Texas federal case law regarding waiver of privilege through the disclosure of the contents of a privileged document" on time entry dated 10/19/18). On May 2, 2019, Judge Harlin D. Hale approved the request for fees. *See id.* (Doc. 1485). She billed for work in an alleged theft of trade secrets case in Dallas involving former employees of a company, in *Medoc Health Servs., LLC v. Nguyen*, No. DC-18-0822 (14th District Court for Dallas County, Texas). An invoice dated March 23, 2018, lists her rate as $425.00 per hour. *See* Exhibit C attached to Plaintiff's Motion for Attorneys' Fees in that case, filed on November 20, 2020, at p. 55. On May 24, 2021, Judge Eric V. Moyé awarded fees based, in part, on this rate for Ms. Mayrant's work. *See id.* (Revised Order) at p. 2 ("this Court finds that Plaintiffs incurred legal fees in the amount of $261,632.82 related to . . . . The Court finds that Plaintiffs' recovery of these fees is legally authorized, that the requested attorneys' fees were reasonable and necessary for Plaintiffs' legal representation, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—an $45.58 difference from the $485.00 rate listed.[11] Adjusted *only* for such inflation from the year this rate was court-approved (2019) to the end of 2022, that $485.00 hourly rate for Ms. Mayrant is $530.58.

\* Jordan Campbell (class of '13): Mr. Campbell works in Dallas. In a Dallas FLSA case, a declaration was filed noting that in 2016 his firm billed its client for Mr. Campbell's work in that case at the rate of $430.00 per hour. *See Areizaga v. ADW Corp.*, No. 3:14-cv-2899 (Docs. 94-1 & 94-2) (N.D. Tex. Dallas) (Declaration of Danielle Alexis Matthews). Attached to that declaration are law firm billing records. *See id.* (Doc. 94-2). Those billing records list Mr. Campbell as having billed at a rate of $430.00 per hour in invoices dated February 10, 2016, March 15, 2016, and April 12, 2016. *See id.* (Doc. 94-2) at pp. 6, 10 & 14, PageID 1057, 1059 & 1061. This was for work including "Review, analyze, and revise Motion to Compel" and "prepare Appendix for Motion to Compel" and "review court's order regarding discovery issues." *See id.* Magistrate Judge David L. Horan declined to grant this requested rate. *See id.* Doc. 130 (Memorandum Opinion and Order) at pp. 12–13. But it was a rate actually billed for employment work in the North Texas community. *See id.* (Docs. 94-1) at p. 3, PageID 1051 ("Fulbright charged ADW its standard hourly rate for each of the attorneys who worked on the matter"); *see also id.* (Doc. 94-2) at pp. 6, 10 & 14, PageID 1057, 1061 & 1065 (listing $430 as the rate for Mr. Campbell on the firm's February 10, 2016, March 15, 2016, and April 12, 2016, invoices). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=485

legal services are 19.30% higher in 2022 versus 2016—a $82.99 difference from the $430.00 rate listed.[12] Adjusted *only* for such inflation from the year this rate was billed (2016) to the end of 2022, that $430.00 hourly rate for Mr. Campbell is $512.99.

* David Norris (class of '11): Mr. Norris previously worked in Dallas. His online biography noted that he "focuses his practice on employment and civil trial law, including all aspects of employment law, business transactions, and commercial litigation." On November 15, 2018, Judge Mark Greenberg ruled in a bench trial on fees that Mr. Norris's requested rate of $400.00 per hour was reasonable for his work in helping pick a jury in the prosecution of *Carpenter v. Southwest Housing Dev. Co., Inc.*, Cause No. CC-08-2072-E (Dallas County Court at Law No. 5) (read into record at trial on fees)—a Dallas unlawful employment practices case involving refusal to pay earned compensation. Judge Greenberg then applied a 1.5 multiplier to fees. On May 30, 2017, Judge Ken Molberg [now Justice Molberg of the Dallas Court of Appeals] awarded Mr. Norris $350.00 per hour for his work in helping prosecute *Clark v. Everlight Americas, Inc.*, No. DC-15-05538 (95th District Court for Dallas County, Texas)—a Dallas employment discrimination and retaliation case. On December 28, 2015, Judge Barbara M. G. Lynn awarded $250.00 per hour for Mr. Norris's time helping prosecute a Dallas employment retaliation case—based, in part, on the recommendation of Magistrate Judge David L. Horan. *See Kostić v. Texas A&M Univ.–Commerce*, No. 3:10-cv-02265-M (Doc. 282) (N.D. Tex. Dallas) (order accepting magistrate recommendation); *id.* (Doc. 281) at pp. 7 & 10, PageID 8216 & 8219 (magistrate recommendation) ("Plaintiff seeks $98,931.25 for work done by David B. Norris, . . . at an hourly rate of $250.00 . . . Defendant does not challenge the hourly rates charged by Plaintiff's attorneys, the costs of court, or postjudgment interest request."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (the year of the Judge Greenberg award)—a $41.84 difference using the rate *before* the court added its multiplier / enhancement.[13] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $400.00 hourly rate for Mr. Norris is $441.84.

* Jay Forester (class of '13): Mr. Forester works in Dallas. His law firm's online biography states that he and another member of his law firm

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=430

[13] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=400

"oversee[] the firm's unpaid wages and overtime practice and handle[] cases nationwide." On July 10, 2019, Judge Barbara M.G. Lynn found his hourly rate of $400.00 was fair and reasonable for his work in prosecuting an FLSA case in Dallas. *See Jeffery v. Lone Star PJS, LLC*, No. 3:18-cv-02901-M (Doc. 18) at p. 6, PageID 49 (N.D. Tex. Dallas) ("Plaintiff's counsel's affidavit states that he worked for 17.4 hours on this matter and his current rate is $400 per hour. . . . The Court finds that rate fair and reasonable in Dallas County, Texas."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (the year Judge Lynn ruled that $400.00 was fair and reasonable for him in Dallas)— a $37.59 difference.[14] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $400.00 hourly rate for Mr. Forester is $437.59.

* Theanna Bezney (class of '15): Ms. Bezney works in Dallas. Her online biography states that she "focuses her practice on all areas of employment law." In 2022, she testified that her billing rate was $384.00 per hour — after January of 2021 — for her work in an alleged employment discrimination case. *See Corrica v. American Airlines*, No. 3:20-cv-00679-B (Doc. 67-2) at p. 2, ¶¶ 6 & 10, PageID 434 (N.D. Tex. Dallas) ("My billing rate on this matter from the time this case opened through January 2021 was $335.00 per hour, after which date my billing rate for this matter increased to $384.00 per hour. . . . Fisher & Phillips LLP has charged Defendant for all of the fees cited above."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $25.28 difference).[15] Adjusted *only* for such inflation from the year Ms. Bezney began billing this rate in this matter (2021) to the end of 2022, that $384.00 hourly rate is $409.28.

* Elizabeth "BB" Sanford (class of '17): Ms. Sanford works in Dallas. She focuses her practice on employment law. In 2023, Arbitrator Gary Fowler found that a rate of $400.00 per hour was reasonable for her work in prosecuting an employment discrimination case. *See Patterson v. Moxe Health Corp.*, JAMS Arbitration No. Ref. # 5310000070 (Final Award March 7, 2023) at p. 22, ¶ 111 ("As to Ms. Sanford's rate, I find that the proposed hourly rate of $400 per hour is reasonable.").

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=400

[15] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=384

**\* Jeff T. Leslie (class of '15):** Mr. Leslie works in Dallas. His online biography states that he "represents employers in a variety of industries, . . . ." In 2019—in a Dallas employment discrimination and retaliation case—there was testimony that Mr. Leslie's regular hourly rate was $350.00 per hour. *See Carmona v. Krammerer*, No. DC-17-13908 (298th District Court for Dallas County, Texas) (Declaration of Gavin S. Martinson attached to Defendant's Request for Entry of Attorneys' Fees filed January 14, 2019 at ¶ 5) ("The hourly rates that Mr. Leslie and I charged for this matter were discounted from our ordinary rates for matters such as this. Mr. Leslie's regular hourly rate is $350 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (the year of this testimony)—a $32.89 difference.[16] Adjusted *only* for such inflation from the year of this testimony (2019) to the end of 2022, that $350.00 hourly rate for Mr. Leslie is $382.89.

**\* Barrett Robin (class of '15):** Mr. Robin works in Dallas. His online biography notes he is a trial lawyer. In 2015, his firm billed his time for work at the rate of $310.00 per hour in a Dallas FLSA case. *See Areizaga v. ADW Corp.*, No. 3:14-cv-2899 (Docs. 94-1) at p. 2, PageID 1050 (N.D. Tex. Dallas) (Declaration of Danielle Alexis Matthews) ("The attorneys on this matter billed at the following hourly rates: . . . Barrett T. Robin, Associate, $310 in 2015 . . ."). Magistrate Judge David L. Horan declined to grant an award of fees at this requested rate. *See* Doc. 130 [Memorandum Opinion and Order] at pp. 12–13, PageID 1601–02. But it was a rate actually billed for employment work in the North Texas community. *See* Docs. 94-1 at p. 3, PageID 1051 ("Fulbright charged ADW its standard hourly rate for each of the attorneys who worked on the matter"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (the year of this referenced billing)—a $72.31 difference.[17] Adjusted *only* for such inflation from the year of this referenced billing (2015) to the end of 2022, that $310.00 hourly rate for Mr. Robin is $382.31.

**\* Dana Hilzendager (class of '17):** Ms. Hilzendager works in Dallas. Her online biography states that she "represents management in all aspects of labor and employment law, including employment litigation and counseling." On October 7, 2022, Magistrate Judge David L. Horan awarded $365.00 per hour for her work defending a Dallas FLSA case. *See Jorge v. Atlantic Housing*

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=350

[17] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=310

*Foundation, Inc.*, No. 3:20-cv-02782-N (Doc. 213) at pp. 13 & 14, PageID 2944 & 2955 (N.D. Tex. Dallas) ("[B]ased on the Court's review of the submitted materials, the Court finds the appropriate lodestar here to be calculated as a total fee of $22,842.50 based on a total of 53.3 hours of work consisting of . . . 3) 27.3 hours by attorney Dana Hilzendager at an hourly rate of $365, for total of $9,964.50 . . . "); *see also id.* (Doc. 201) at p. 4, ¶ 6, PageID 2876 (Declaration of Molly M. Jones: "Ms. Hilzendager's billing rate for this matter is a *reduced* rate of $365 per hour.").

\* Megan L. Dixon (class of '12): Ms. Dixon works in Dallas. Her online biography notes that she "focuses on providing efficient and effective representation in employment disputes." On June 14, 2016, in a Fort Worth employment discrimination and retaliation case, Judge Reed O'Connor ruled that $295.00 per hour was "reasonable given the community standards"—for her work in helping to prosecute that case. *See Calahan v. BMJ Food Corporation d/b/a Church's Chicken*, No. 4:15-CV-00251-O (Doc. 29) at p. 12, PageID 177 (N.D. Tex. Fort Worth) ("Plaintiff's attorney suggests that associate Megan Leigh Dixon rate of $295 dollars an hour and Robert G. Lee's rate at $495 an hour are reasonable hourly rates. . . . Plaintiff's rates are reasonable given the community standards and Dixon and Lee's experience.") (internal citations omitted). On April 27, 2015, in a Dallas FLSA case, Judge Eric Moyé issued a judgment granting all requested fees—that request included a rate of $250.00 per hour for work Ms. Dixon did in helping prosecute the case. *See Ramirez v. NTD Group, Inc.*, No. DC-14-03809 (14th Judicial District Court for Dallas County, Texas) (Final Judgment) (awarding "attorney fees in the amount of $23,234.00, . . .") *and* (Plaintiff's Motion and Exhibit A Affidavit of Robert (Bobby) Lee dated April 22, 2015) (listing hourly rate for Ms. Dixon as $250.00 per hour and seeking fees in the amount of $23,234.00). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (the year of Judge O'Connor's ruling referenced)—a $56.93 difference.[18] Adjusted *only* for such inflation from the year of Judge O'Connor's ruling (2016) to the end of 2022, that $295.00 hourly rate for Ms. Dixon is $351.93.

\* Melinda Arbuckle (class of '11): Ms. Arbuckle works in Dallas for "Wage and Hour Firm." On December 8, 2016, Judge Jane Boyle determined that $295.00 per hour was a reasonable rate for Ms. Arbuckle's work in helping prosecute a Dallas employment discrimination and FLSA case. *See Aguayo v. Bassem Odeh, Inc.*, No. 3:13-cv-2951-B (Doc. 146) at p. 32, PageID 7548 (N.D. Tex. Dallas) ("The Court has determined reasonable rates for Plaintiffs' counsel and

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=295

settled on a reasonable number of hours for their work. With those conclusions in mind, the Court calculates Plaintiffs' final lodestar value as follows: . . . Melinda Arbuckle . . . Rate . . . $295"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (the year of Judge Boyle's determination)—a $56.93 difference.[19] Adjusted *only* for such inflation from the year of Judge Boyle's determination (2016) to the end of 2022, that $295.00 hourly rate for Ms. Arbuckle is $351.93.

\* Jennifer McCoy (class of '16): Ms. McCoy works in Dallas. Her online biography states that her "practice includes . . . labor and employment matters." In 2021, Ms. McCoy's firm billed at a rate of $330.00 per hour for her work defending against a *pro se* plaintiff. *See Montgomery v. Southern Methodist Univ.*, No. 3:20-cv-03521-E-BN (Doc. 18-1) at pp. 14-15, PageID 154-55 (N.D. Tex. Dallas) (listing rate as "$330.00" and describing work such as "Continue to prepare SMU's Reply in Support of its Motion to Dismiss or, in the Alternative, Remand. . . Review and analyze Magistrate's Findings and Recommendations."). On September 8, 2021, Magistrate Judge David L. Horan recommended fees be awarded to her client for work on a remand issue, but at the rate of $296.14 for Ms. McCoy's work—using a requested average for her rates over different years. *See id.* (Doc. 22) at pp. 11-12 ("SMU seeks to recover fees averaging $459.17 an hour for Ms. Williams, . . . and $296.14 for Jennifer McCoy . . . the undersigned finds that these rates are reasonable and within the market rate for attorneys handling this type of litigation in the Dallas area."). On October 4, 2021, Judge Ada Brown adopted that recommendation. *See id.* (Doc. 23). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services were 6.58% higher in 2022 versus 2021 (a $21.73 difference).[20] Adjusted *only* for such inflation from the year this $330.00 per hour rate was actually billed to a client (2021) to the end of 2022, that $330.00 hourly rate for Ms. McCoy is $351.73.

\* Ryan Toomey (class of '11): Mr. Toomey works in Austin. On December 8, 2016, Judge Jane Boyle determined that $285.00 per hour was a reasonable rate for Mr. Toomey's work in helping prosecute a Dallas employment discrimination and FLSA case. *See Aguayo v. Bassem Odeh, Inc.*, No. 3:13-cv-2951-B (Doc. 146) at pp. 32–33, PageID 7548–49 (N.D. Tex. Dallas) ("The Court has determined reasonable rates for Plaintiffs' counsel and settled on a reasonable

---

[19] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=295

[20] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=330

number of hours for their work. With those conclusions in mind, the Court calculates Plaintiffs' final lodestar value as follows: . . . Ryan Toomey . . . Rate . . . $285"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (the year of Judge Boyle's determination)—a $55.00 difference.[21] Adjusted *only* for such inflation from the year of Judge Boyle's determination (2016) to the end of 2022, that $285.00 hourly rate for Mr. Toomey is $340.00.

\* **Benjamin Michael (class of '13):** Mr. Michael works in Austin. On November 23, 2015, Magistrate Judge David L. Horan recommended a rate of $250.00 per hour for Mr. Michael's work in helping prosecute a Dallas FLSA case. *See Henderson v. Fenwick Protection Inc.*, No. 3:14-cv-00505 (Doc. 56) at p. 14, PageID 285 (N.D. Tex. Dallas) ("Under the particular circumstances here, the undersigned finds that both Welmaker and Michael's rates are consistent with the prevailing rates in Dallas County for attorneys with their respective experience, skill, and ability. Therefore, the undersigned concludes, based on the information and record, including Welmaker's Affidavit, that the requested hourly rates of $400.00 and $250.00 are reasonable and within the market rate for attorneys handling this type of litigation in the Dallas area."). On December 28, 2015, Judge Barbara M. G. Lynn adopted that recommendation. *See id.* (Doc. 58) at p. 1. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (the year of these court determinations)—a $58.31 difference.[22] Adjusted *only* for such inflation from the year of these court determinations (2015) to the end of 2022, that $250.00 hourly rate for Mr. Michael is $308.31.

\* **Michael L. Parsons (class of '11):** Mr. Parsons works in Austin. On December 3, 2015, Magistrate Judge Irma Ramirez recommended his firm receive $250.00 per hour for Mr. Parsons's work in prosecuting an FLSA case in Dallas, and Judge Sam A. Lindsay later approved that recommendation. *See Mauricio v. Phillip Gaylen, P.C.*, No. 3:14-cv-00064-L (Doc. 41) at p. 3, PageID 286 (N.D. Tex. Dallas Dec. 3, 2015) (Magistrate Judge Irma Ramirez) ("Here, Plaintiffs seek hourly rates of . . . $250 for Michael Parsons. . . . The hourly rates are consistent with the prevailing market rates in this area, . . . ."), *report and recommendation adopted in* (Doc. 44), 2016 WL 1273337, 2016 Wage & Hour Cas. 2d (BNA) 99,007 (N.D. Tex. Dallas Mar. 30, 2016) (Judge Sam A. Lindsay). According

---

[21] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=285

[22] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=250

to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (the year of Magistrate Judge Ramirez's recommendation)—a $58.31 difference.[23] Adjusted *only* for such inflation from the year of Magistrate Judge Ramirez's ruling (2015) to the end of 2022, that $250.00 hourly rate for Mr. Parsons is $308.31.

* Matthew F. Amos (class of '15): Mr. Amos works in Dallas. On March 8, 2017, Judge Reed O'Connor ruled $250.00 per hour was a reasonable rate for Mr. Amos's work in a Fort Worth FLSA case. *See Pereyra v. Navika Capital Group LLC*, No. 4:15-CV-00615-O (Doc. 83) at p. 4, PageID 3298 (N.D. Tex. Fort Worth) ("In connection with their work performed in the Western District case and this instant case Pereyra seeks hourly rates of . . . $250.00 for associates Philip Segura and Matt Amos; . . . the court finds these rates are reasonable"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (the year of Judge O'Connor's ruling)—a $37.99 difference.[24] Adjusted *only* for such inflation from the year of Judge O'Connor's ruling (2017) to the end of 2022, that $250.00 hourly rate is $287.99.

* Jennifer Birdsall (class of '17): Ms. Birdsall works in Dallas. Her online biography states that her "experience includes fighting for employees who were wrongfully terminated, helping victims of serious personal injuries, and business litigation cases." On November 15, 2018, Judge Mark Greenberg ruled in a bench trial on fees that Ms. Birdsall's requested rate of $250.00 per hour was reasonable for her work in helping pick a jury in the prosecution of *Carpenter v. Southwest Housing Dev. Co., Inc.*, Cause No. CC-08-2072-E (Dallas County Court at Law No. 5) (read into record at trial on fees)—a Dallas unlawful employment practices case involving refusal to pay earned compensation. Judge Greenberg then applied a 1.5 multiplier to fees. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (the year of the Judge Greenberg award)—a $26.15 difference using the rate *before* the court added its multiplier / enhancement.[25] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $250.00 hourly rate for Ms. Birdall is $276.15.

---

[23] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=250

[24] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=250

[25] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=250

\* **Hannah P. Parks (class of '14):** Ms. Parks works in Fort Worth. Her online biography states that she now works in-house as a labor & employment law attorney—and previously practiced in that area for a law firm. On June 21, 2016, Magistrate Judge Clinton E. Averitte granted fees requested in an Amarillo FLSA case—which included fees for Ms. Parks's work at a rate of $220.00 per hour. *See Ogoke v. Globe Energy*, No. 2:15-cv-00358J-BB (Doc. 30) (N.D. Tex. Amarillo) (adopting fees requested in Doc. 25). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (the year of Magistrate Judge Averitte's ruling)—a $42.46 difference.[26] Adjusted *only* for such inflation from the year of Magistrate Judge Averitte's ruling (2016) to the end of 2022, that $220.00 hourly rate is $262.46.

---

[26] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=220

# South Texas





SDTX† summary of rates for
labor and employment law work:

# 133 lawyers: $1,385.21 to $298.25

| Rate | Name / JD Year | Rate | Name / JD Year |
|---|---|---|---|
| $1,385.21* | Lauren Leyden (JD 2005) | $689.08* | Rhonda Wills (JD 1994) |
| $1,326.97* | R.D. Kohut (JD 2003) | $681.79* | Alan J. Marcuis (JD 1998) |
| $1,260.76* | Peter J. Mee (JD 2009) | $676.55* | J. Marshall Horton (JD 2003) |
| $1,249.94* | Donna M. Mezias (JD 1983) | $674.04* | Rex Burch (JD 1997) |
| $1,206.65* | Nathan J. Oleson (JD 1999) | $665.00* | Stephen Romero (JD 2004) |
| $1,206.65* | Esther G. Lander (JD 1997) | $659.04* | Teresa Valderrama (JD 1988) |
| $1,169.24* | Edward Holzwanger (JD 2001) | $656.38* | Zenobia Harris Bivens (JD 2008) |
| $1,154.14* | Bryan M. O'Keefe (JD 2011) | $656.38* | Gregg M. Rosenberg (JD 1985) |
| $1,154.14* | Michael A. Schulman (JD 2011) | $647.46* | Jennifer L. Dotson (JD 1993) |
| $1,151.11* | Sydney Jones (JD 2014) | $639.85* | Katharine D. David (JD 2004) |
| $1,120.08* | Brian Glenn Patterson (JD 2006) | $639.50* | Eric J. Cassidy (JD 2001) |
| $1,048.29* | Joseph M. Sellers (JD 1979) | $639.50* | M. Todd Slobin (JD 1997) |
| $1,007.22* | Wes Benter (JD 2018) | $633.58* | Stephanie K. Osteen (JD 1997) |
| $984.80* | Joshua K. Sekoski (JD 2012) | $623.20* | Laura L. Ho (JD 1994) |
| $982.39* | Jennifer M. Trulock (JD 1997) | $610.46* | Marlene C. Williams (JD 1997) |
| $948.43* | Sean Michael Becker (JD 1998) | $610.46* | J. Derek Braziel (JD 1995) |
| $957.75* | Courtney L. Stahl (JD 2013) | $603.72* | Martin A. Shellist (JD 1993) |
| $939.65* | John H. McDowell, Jr. (JD 1982) | $601.68* | Michael A. Correll (JD 2009) |
| $939.12* | Steven B. Harris (JD 1982) | $600.00* | William Hommel (JD 1986) |
| $921.38* | Kenneth E. Broughton (JD 1981) | $595.11* | Alfonso Kennard, Jr. (JD 2002) |
| $919.87* | Scott L. Friedman (JD 2013) | $595.11* | Anthony C. Wills (JD 1997) |
| $910.05* | Christine E. Webber (JD 1991) | $585.80* | Stewart Hoffer (JD 1994) |
| $899.24* | Katherine A. Brooker (JD 2012) | $582.58* | Lauren C. Fabela (JD 2008) |
| $892.81* | Shauna Clark (JD 1994) | $575.98* | Scott Newar (JD 1989) |
| $877.01* | Phillip B. Dye, Jr. (JD 1985) | $575.98* | Dennis Herlong (JD 1982) |
| $858.21* | Martina E. Vandenberg (JD 2000) | $575.98* | Barbara Gardner (JD 1981) |
| $858.21* | Agnieszka Fryszman (JD 1996) | $574.33* | Emery Gullickson Richards (JD 2014) |
| $844.12* | Jamila Mensah (JD 2006) | $572.64* | Carolyn A. Russell (JD 1998) |
| $835.17* | Ann Marie Arcadi (JD 1993) | $564.89* | Caitlin E. Gernert (JD 2014) |
| $829.13* | Joseph Y. Ahmad (JD 1987) | $563.79* | Mark J. Oberti (JD 1994) |
| $829.13* | John Zavitsanos (JD 1987) | $554.97* | Nickolas G. Spiliotis (JD 2001) |
| $789.31* | Matthew G. Nielsen (JD 2001) | $554.97* | Salar Ali Ahmed (JD 1998) |
| $787.66* | Gregory J. Ossi (JD 1997) | $552.94* | J. Mark Jodon (JD 1980) |
| $783.04* | Mark D. Temple (JD 1995) | $545.00* | Charles M. Rosson (JD 2010) |
| $770.79* | Scott McLaughlin (JD 1994) | $541.10* | Austin Anderson (JD 2003) |
| $766.56* | Oswald B. Cousins (JD 1994) | $541.10* | R. Russell Hollenbeck (JD 1994) |
| $757.54* | Jeffrey M. Anapolsky (JD 1999) | $541.10* | Douglas Welmaker (JD 1993) |
| $749.37* | Mark L. Johansen (JD 1986) | $541.10* | Thomas C. Wright (JD 1980) |
| $748.78* | William J. Moore (JD 2005) | $535.66* | Jim Staley (JD 1998) |
| $716.55* | Cristin M. Obsitnik ( JD 1997) | $524.13* | Fran Shuman (JD 2005) |
| $706.94* | Fazila Issa (JD 2004) | $518.38* | Charles A. Sturm (JD 1997) |
| $702.70* | M. Scott McDonald (JD 1987) | $512.62* | Allan H. Neighbors, IV (JD 2001) |



SDTX† summary of rates for
labor and employment law work:

# 133 lawyers: $1,385.21 to $298.25

| | | | |
|---|---|---|---|
| $692.45* | David Borgen (JD 1981) | $511.60* | Adam D. Boland (JD 2004) |
| $690.93* | Scott K. Davidson (JD 1998) | $500.00* | Clif Alexander (JD 2008) |
| $500.00* | Aaron Johnson (JD 2008) | $426.65* | Christopher Willett (JD 2009) |
| $500.00* | Lakshmi Ramakrishnan (JD 2002) | $426.23* | Britney J. P. Prince (JD 2015) |
| $500.00* | Thomas H. Padgett (JD 1989) | $425.47* | Michael J. Woodson (JD 2012) |
| $500.00* | Josef F. Buenker (JD 1989) | $421.01* | Drew N. Herrmann (JD 2014) |
| $497.07* | Daryl Sinkule (JD 2002) | $415.71* | E. Steve Smith (JD 2015) |
| $493.09* | George R. Gibson (JD 1995) | $400.81* | Angeles Garcia Cassin (JD 2013) |
| $492.29* | Christopher R. Williams (JD 2016) | $400.00* | Nick Lawson (JD 2012) |
| $492.29* | Victoria Mery (JD 2012) | $400.00* | James M. Dore (JD 2008) |
| $495.62* | Soña Ramirez (JD 2002) | $395.00* | Colleen Mulholland (JD 2015) |
| $488.62* | Liane Noble (JD 2011) | $397.43* | Amanda E. Brown (JD 2013) |
| $486.99* | Trang Tran (JD 1995) | $389.07* | Sara C. Longtain (JD 2007) |
| $486.28* | Mike Seely (JD 2007) | $387.72* | Scot Clinton (JD 2004) |
| $478.06* | Michael Reed (JD 2012) | $381.76* | Samantha D. Seaton (JD 2013) |
| $476.17* | Nehal S. Anand (JD 2009) | $377.42* | Caitlin Boehne (JD 2012) |
| $474.30* | Benjamin D. Williams (JD 2010) | $363.81* | Jay Forester  (JD 2013) |
| $469.83* | Curtis Waldo (JD 2010) | $357.90* | Brenna R. Lermon (JD 2014) |
| $459.93* | Andrew Dunlap (JD 2011) | $357.90* | Genevieve Estrada (JD 2013) |
| $441.84* | Matt Heller (JD 2016) | $355.54* | Michael Adams-Hurta (JD 2015) |
| $438.29* | Evan D. Lewis (JD 2019) | $351.92* | DeAndrea C. Washington (JD 2009) |
| $432.88* | Lindsay Itkin (JD 2010) | $331.38* | Vijay Pattisapu (JD 2011) |
| $431.99* | Alysson Ford Ouoba (JD 2011) | $328.19* | Dorian Vandenberg-Rodes (JD 2013) |
| $432.88* | Richard Schreiber (JD 2006) | $298.25* | Ben Michael (JD 2013) |
| $432.88* | Lauren Braddy (JD 2010) | | |

† Courts note the relevant community for fees is district-wide—not by city or division. *See,
e.g.*, *Lewallen v. City of Beaumont*, 394 Fed. Appx. 38, 46 (5th Cir. 2010); *Treadway v.
Otero*, No. 2:19-CV-244 [Doc. 157] at p. 9 (S.D. Tex. Oct. 6, 2020) (citing cases and
concluding: "When it comes to parsing between divisions, it appears that it is the district,
rather than the division, that should govern the decision.").



## Classes of the 1970s: The Rates

# Joseph M. Sellers (JD 1979)



# $1,048.29*

# *Classes of the 1970s: The Work*



\* Joseph M. Sellers (class of '79): Mr. Sellers works in Washington, D.C. His online biography notes that he is co-chair of his firm's "Civil Rights & Employment practice." On November 30, 2017, Judge Keith P. Ellison determined Mr. Sellers's requested rate of $910.00 per hour was "fair and reasonable" for work he did in a Houston human trafficking [i.e., forced labor] case. *Adhikari v. Daoud & Partners*, No. 4:09-CV-1237 (Doc. 764) at pp. 28–29 (S.D. Tex. Houston) ("The requested rates, in descending order, are as follows: $910 for Sellers . . . The requested rates are fair and reasonable here too."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $138.29 difference).[1] So, adjusted *only* for such inflation from the year of Judge Ellison's determination to the end of 2022, that $910.00 hourly rate for Mr. Sellers is $1,048.29.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=910

## *Classes of the 1980s*



# 20

**lawyers listed**

# $723.36

**average rate**

# $675.74

**median rate**



# Classes of the 1980s: The Rates

 **$1,249.94***
Donna M. Mezias (JD 1983)

 **$749.37***
Mark L. Johansen (JD 1986)

 **$575.98***
Dennis Herlong (JD 1982)

 **$939.65***
John H. McDowell, Jr. (JD 1982)

 **$702.70***
M. Scott McDonald (JD 1987)

 **$575.98***
Barbara Gardner (JD 1981)

 **$939.12***
Steven B. Harris (JD 1982)

 **$692.45***
David Borgen (JD 1981)

 **$552.94***
J. Mark Jodon (JD 1985)

 **$921.38***
Kenneth E. Broughton (JD 1981)

 **$659.04***
Teresa Valderrama (JD 1988)

 **$541.10***
Thomas C. Wright (JD 1980)

 **$877.01***
Phillip B. Dye, Jr. (JD 1985)

 **$656.38***
Gregg M. Rosenberg (JD 1985)

 **$500.00***
Thomas H. "Tom" Padgett (JD 1989)

 **$829.13***
Joseph Y. Ahmad (JD 1987)

 **$600.00***
William Hommel (JD 1986)

 **$500.00***
Josef F. "Joe" Buenker (JD 1989)

 **$829.13***
John Zavitsanos (JD 1987)

 **$575.98***
Scott Newar (JD 1989)

## *Classes of the 1980s: The Work*



\* <span style="color:red">Donna M. Mezias (class of '83):</span> Ms. Mezias works in San Francisco. Her online biography states that she "[r]epresents clients in a wide range of employment issues." In 2020, her law firm billed her time at the rate of $1,155.00 per hour in a Houston bankruptcy case—for work such as: "Analyze WARN Act issues." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 59, 62, 614, 643 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Mazias, Donna M.. . . . Dept. . . . LAB . . . 2020 Rate . . . $1,155.00."). On July 28, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $94.94 difference).[1] So, adjusted *only* for such inflation from the year of this billing and court ruling (2020) to the end of 2022, that $1155.00 hourly rate for Ms. Mezias is $1,249.94.

\* <span style="color:red">John H. McDowell, Jr. (class of '82):</span> Mr. McDowell works in Dallas. His online biography notes that he is a trial lawyer. On October 24, 2016, Judge Lynn N. Hughes awarded fees for work Mr. McDowell did in a Houston ERISA severance benefits case—including for work done at the rate of $750.00 in 2014. *See Langley v. Howard Hughes Mgmt. Co.*, Civil Action No. H-13-3595 (Doc. 28) at p. 1 (S.D. Tex. Houston) (Order Awarding Attorneys' Fees: "Howard Hughes Management Co., LLC, takes $143,814.00 from William Langley as reasonable attorneys' fees."); *id.* (Doc. 22) at p. 7, ¶16 (Defendant's Motion for Attorneys' Fees: "As set forth in the affidavit of John H. McDowell, Jr., attached hereto as Exhibit 1, Defendant incurred reasonable and necessary attorneys' fees in the amount of $143,814.00 in defending against Plaintiff's meritless claims."); *id.* (Doc. 22-1) at p. 4, ¶8 (Declaration of John H. McDowell, Jr.: "Andrews Kurth sets its standard hourly rates at competitive levels to market for the services provided. During the pendency of this litigation, the applicable hourly rates charged by Andews Kurth LLP in this case range from $275.00 to $290.00 for paralegals, $290.00 to $540.00 for associate attorneys, and $550.00 to $750.00 for partners."). Mr. McDowell's

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1155

law firm's invoice shows time billed on February 28, 2014, was $9,150.00 for 12.20 hours—which equals a per hour rate of $750.00 for Mr. McDowell ($9,150.00 ÷ 12.20 = $750.00). *See id.* at p. 33 ("As of February 28, 2014 . . . Invoice . . . MCDOW-ELL, JR., J.H. . . . Hours . . . 12.20 . . . Value . . . $9,150.00"). This was for work such as "Conduct research" and "Continue to review record" and "Finalize, and file, Defendant's Cross-Motion for Summary Judgment and Response to Langley's Motion for Summary Judgment." *See id.* at pp. 29-33. The award of fees itself was reversed on other grounds in *Langley v. Howard Hughes Mgmt. Co.,* No. 16-20724 (5th Cir. June 1, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014—a $189.65 difference from the year of that billing (2014).[2] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $750.00 hourly rate for Mr. McDowell is $939.65.

\* <span style="color:red">**Steven B. Harris (class of '80):**</span> Mr. Harris works in Houston. His listed State Bar practice areas include labor and employment law. During 2011, he billed at a rate of $700.00 per hour in a Houston employment agreement case—for work such as "Attention to acknowledgement form for new hires relating to non-disclosure of former employer confidences" and "Review motion of Rob Das-cal for expedited trial setting and revise Sabine motion for expedited trial setting" and "Work on objections and responses to discovery requests filed by REG." *See Renewable Energy Group, Inc. v. Dascal,* No. 2011-51111 (190th Judicial District Court for Harris County, Texas) (Affidavit of Eric J. Cassidy at ¶ 8 and attached bills marked Defendant's Trial Exhibit 83 filed on December 23, 2011: "Sabine and Endicott agreed to compensate this firm based on an hourly fee rate. . . . Ste-ven Harris' rate is $700.00 per hour. . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $239.12 difference).[3] So, adjusted *only* for such inflation from the year of this billing (2011) to the end of 2022, that $700.00 hourly rate for Mr. Harris is $939.12.

\* <span style="color:red">**Kenneth E. Broughton (class of '81):**</span> Mr. Broughton works in Houston. His online biography notes he is an experienced litigator in a number of areas. On September 25, 2015, <span style="color:red">Judge Nancy F. Atlas</span> awarded fees requested for Mr. Broughton's work in a Houston ERISA case. *See Romano Woods Dialysis Ctr. v. Admiral Linen Serv., Inc.,* No. 4:14-cv-01125 (Doc. 67) at p. 16 (S.D. Tex. Hou-ston) ("Based on this review, and a clear recollection of the litigation of this law-suit, the Court finds that the $209,350.13 in attorneys' fees requested by Defend-ants is reasonable and appropriate.") (awarding all fees requested in Defendants'

---

[2]  https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=750

[3]  https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=700

Motion for Fees and Costs (Doc. 62)). The court-approved request for fees included work Mr. Broughton did at an hourly rate of $720.00—work done and billed on invoices in 2013 at that rate, which was a rate "discounted from the Firm's stand-ard hourly rates." *See* (Doc. 62-1) at pp. 3-4, 8 (Affidavit of Kenneth E. Broughton: for work such as "Analysis of claims and documents" on December 9, 2013). Ac-cording to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 27.97% higher in 2022 versus 2013—a $201.38 difference from the year that $720.00 per hour rate was billed.[4] So, adjusted *only* for such inflation from the year of this billing (2013) to the end of 2022, that $720.00 hourly rate for Mr. Broughton is $921.38.

\* <span style="color:red">**Phillip B. Dye, Jr. (class of '85):**</span> Mr. Dye works in Houston. His online biography notes he focuses his work on litigation and arbitration. On June 13, 2014, he submitted an affidavit and accompanying redacted bills showing his discounted rate of $700.00 per hour for his work in a Houston breach of employ-ment agreement case. *See Lotte Chem. Titan (M) Sendrian Berhad v. Wilder*, No. 4:14-cv-1116 (Doc. 16) at p. 2 (S.D. Tex. Houston) (Affidavit of Phillip B. Dye, Jr.: "My hourly rate for this matter is $700, which is discounted from my usual rate."). He billed this rate for work in 2014 such as "research issues on removal" and "review of correspondence from plaintiff's counsel with the settlement demand and other information." *See id.* (Doc. 16-6) at p. 7. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014—a $177.01 difference from the year that $700.00 per hour rate was billed.[5] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $700.00 hourly rate for Mr. Dye is $877.01.

\* <span style="color:red">**Joseph Y. Ahmad (class of '87):**</span> Mr. Ahmad works in Houston. His online biography notes that he represents executives in a variety of employ-ment matters. A 2016 attorney-client representation agreement shows that his billable rate for work in a Houston employment contract/severance negotiation case was $695.00 per hour. *See Bragg v. Zavitsanos*, No. 2019-15102 (270th Judi-cial District Court for Harris County, Texas) (Fee Schedule—2016 Attorney Hourly Rates attached to Engagement Agreement as Exhibit 1 to Response in Opposition to Plaintiff's Motion for Death Penalty Sanctions, filed on September 23, 2020). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $134.13 difference from the year of that stated

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2022?amount=720

[5] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=700

$695.00 per hour billable rate.[6] So, adjusted *only* for such inflation from the year of that agreement (2016) to the end of 2022, that $695.00 hourly rate for Mr. Ahmad is $829.13.

**\* John Zavitsanos (class of '87):** Mr. Zavitsanos works in Houston. His online biography states that he is a highly regarded trial lawyer. A 2016 attorney-client representation agreement shows that his billable rate for work in a Houston employment contract/severance negotiation case was $695.00 per hour. *See Bragg v. Zavitsanos*, No. 2019-15102 (270th Judicial District Court for Harris County, Texas) (Fee Schedule—2016 Attorney Hourly Rates attached to Engagement Agreement as Exhibit 1 to Response in Opposition to Plaintiff's Motion for Death Penalty Sanctions, filed on September 23, 2020). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $134.13 difference from the year of that stated $695.00 per hour billable rate.[7] So, adjusted *only* for such inflation from the year of that agreement (2016) to the end of 2022, that $695.00 hourly rate for Mr. Zavitsanos is $829.13.

**\* Mark L. Johansen (class of '86):** Mr. Johansen works in Dallas. His online biography states that he "has extensive experience in a wide variety of complex litigation matters [including] . . . labor and employment." In 2019, his law firm billed at the rate of $685.00 per hour for his work on a Houston employment commissions case. *See Trippie v. Workplace Solutions Inc.*, No. 201984986 (281st Judicial District Court for Harris County, Texas) (Defendant's Trial Exhibit 17, Bates Stamp No. WPS000948, for trial held April 1, 2021, Invoice 1/23/20 for work in 2019: "Mark L. Johansen . . . Rate . . . 685.00 / hr"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—an $64.37 difference from the year of that billed $685.00 hourly rate.[8] So, adjusted *only* for such inflation from the year that rate was billed (2019) to the end of 2022, that $685.00 hourly rate for Mr. Johansen is $749.37.

**\* M. Scott McDonald (class of '87):** Mr. McDonald works in Dallas. His online biography states that he "has represented clients in all areas of employment and labor law for more than 20 years." In 2017, he billed his time at the rate of $610.00 per hour for his work in a Houston misappropriation of trade secrets case against former employees of a company. *See Quantlab Technologies*

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=695

[7] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=695

[8] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=685

*Ltd. v. Godlevsky*, No. 4:09-cv-04039 (Doc. 884) at pp. 6–7, ¶ 19 (S.D. Tex. Houston) (Affidavit of Tim McInturf: "In fact, SKV and Littler have charged less to handle this matter than they often charge clients for similar matters . . . Littler's rates for its principal timekeepers increased incrementally by year as follows . . . Scott McDonald . . . 2017 . . . $610"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017—a $92.70 difference from the year of that billed $610.00 hourly rate.[9] So, adjusted *only* for such inflation from the year that rate was billed (2017) to the end of 2022, that $610.00 hourly rate for Mr. McDonald is $702.70.

**\* David Borgen (class of '81):** Mr. Borgen works in California. His online biography notes that he focused his practice on wage and hour cases. On January 13, 2010, Judge Keith P. Ellison ruled that $500.00 per hour for his work in a Houston FLSA case was "reasonable and consistent with hourly rates charged by comparable attorneys in the relevant legal community." *See Roussell v. Brinker Int'l, Inc.*, No. H-05-3733 (Doc. 373) at p. 6 (S.D. Tex. Houston). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010—a $192.45 difference from the year Judge Ellison ruled that $500 hourly rate was reasonable.[10] So, adjusted *only* for such inflation from the year of Judge Ellison's ruling (2010) to the end of 2022, that $500.00 hourly rate for Mr. Borgen is $692.45.

**\* Teresa Valderrama (class of '88):** Ms. Valderrama works in Houston. Her online biography states that she "has more than 25 years of experience representing employers in all aspects of workplace law." On October 29, 2013, in a Houston employment discrimination case, Ms. Valderrama testified that her usual hourly rate was $515.00 *See Anderson v. Houston Community College*, No. 2012-40596 (334th Judicial District Court for Harris County, Texas) (Affidavit of Teresa S. Valderrama at p. 2, ¶ 4: "My hourly rate is $515.00" though a specially negotiated discounted rate is mentioned). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 27.97% higher in 2022 versus 2013—a $144.04 difference from the year of this testimony.[11] So, adjusted *only* for such inflation from the year of this testimony (2013) to the end of 2022, that $515.00 hourly rate for Ms. Valderrama is $659.04.

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=610

[10] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=500

[11] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2022?amount=515

\* **Gregg M. Rosenberg (class of '85):** Mr. Rosenberg works in Houston. His online biography states that he "has been practicing employment law since 1985." On April 26, 2019, Judge Sim Lake granted fees that included Mr. Rosenberg's requested rate of $600.00 per hour for work in a Houston FLSA case. *See Dunphy v. Project Aristocrat Life Foundation*, No. 4:17-cv-1225 (Doc. 75) at p. 1 (S.D. Tex. Houston) ("Plaintiffs' requests for reasonable attorneys' fees and costs incurred in connection with the filing of this motion and the previously filed Motions to Compel [Dkts. 65 and 70] is also GRANTED. Defendants are ordered to pay Plaintiffs' attorneys fees' in the amount of $3,789.00 . . . ."); *id.* (Doc. 74-1) at p. 2, ¶8 (Affidavit of Gregg M. Rosenberg: "My hourly rate is $600.00 per hour. . . The fees related to drafting the Motions to Compel . . . at least $3,789.00 . . . "). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019—a $56.38 difference from the year of this ruling.[12] So, adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $600.00 hourly rate for Mr. Rosenberg is $656.38.

\* **William Hommel (class of '86):** Mr. Hommel works in Tyler. Rosenberg works in Houston. His online biography states that he "has handled hundreds of employment matters." On June 3, 2022, Magistrate Judge Julie K. Hampton concluded that $600.00 per hour was an appropriate rate for Mr. Hommel's work prosecuting a Corpus Christi employment discrimination case. *See Oden v. Wellfirst Tech., Inc.*, No. 2:20-cv-00034 (Doc. 119) at p. 19 (S.D. Tex. Corpus Christi) ("the Court concludes that a rate of $600 per hour is appropriate for Mr. Hommel in this case. While he is experienced and obtained a strong result for his client, the case was not particularly complicated and a sum closer to the lower mid-range of other employment cases and similar attorneys is appropriate.").

\* **Scott Newar (class of '89):** Mr. Newar works in Houston. His online biography states that "[o]ver the past 25 years, Newar has successfully represented thousands of workers and small companies" in a variety of employment disputes. On March 16, 2017, Judge Robert F. Schaffer concluded $500.00 per hour was a reasonable hourly rate for his work in an employment retaliation case. *See Davis v. Apache Corp.*, No. 2014-23898 (152nd Judicial District Court for Harris County, Texas) (Findings of Fact and Conclusions of Law Regarding Attorneys' Fee Award at p. 4: "The reasonable hourly rate for Davis' counsel is as follows . . . Scott Newar: $500.00/hour"), *affirmed as modified on other issues* 573 S.W.3d 475 (Tex. App.—Houston [14th Dist.] 2019, pet. denied, reh'g granted), *reversed on other grounds* No. 19-0410 (Tex. June 25, 2021). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=600

prices for legal services are 15.20% higher in 2022 versus 2017—a $75.98 difference from the year of this ruling.[13] So, adjusted *only* for such inflation from the year of this ruling (2017) to the end of 2022, that $500.00 hourly rate for Mr. Newar is $575.98.

\* **Dennis Herlong (class of '82):** Mr. Herlong works in Houston. His online biography notes that he "handles wrongful and retaliatory terminations and age, sex, and race discrimination." On March 16, 2017, Judge Robert F. Schaffer concluded $500.00 per hour was a reasonable hourly rate for his work in an employment retaliation case. *See Davis v. Apache Corp.*, No. 2014-23898 (152d Judicial District Court for Harris County, Texas) (Findings of Fact and Conclusions of Law Regarding Attorneys' Fee Award at p. 4: "The reasonable hourly rate for Davis' counsel is as follows . . . Dennis Herlong: $500.00/hour"), *affirmed as modified on other issues* 573 S.W.3d 475 (Tex. App.—Houston [14th Dist.] 2019, pet. denied, reh'g granted), *reversed on other grounds* No. 19-0410 (Tex. June 25, 2021). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017—a $75.98 difference from the year of this ruling.[14] So, adjusted *only* for such inflation from the year of this ruling (2017) to the end of 2022, that $500.00 hourly rate for Mr. Herlong is $575.98.

\* **Barbara Gardner (class of '81):** Ms. Gardner works in Houston, where she focuses her practice on employment law. On March 16, 2017, Judge Robert F. Schaffer concluded $500.00 per hour was a reasonable hourly rate for her work in an employment retaliation case. *See Davis v. Apache Corp.*, No. 2014-23898 (152nd Judicial District Court for Harris County, Texas) (Findings of Fact and Conclusions of Law Regarding Attorneys' Fee Award at p. 4: "The reasonable hourly rate for Davis' counsel is as follows . . . Barbara Gardner: $500.00/hour"), *affirmed as modified on other issues* 573 S.W.3d 475 (Tex. App.—Houston [14th Dist.] 2019, pet. denied, reh'g granted), *reversed on other grounds* No. 19-0410 (Tex. June 25, 2021). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017—a $75.98 difference from the year of this ruling.[15] So, adjusted *only* for such inflation from the year of this ruling (2017) to the end of 2022, that $500.00 hourly rate for Ms. Gardner is $575.98.

---

[13] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=500

[14] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=500

[15] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=500

\* G. Mark Jodon (class of '85): Mr. Jodon works in Houston. His online biography states that he "focuses his practice on employment-related litigation." In 2005, he testified that he charged his client a rate of $335.00 per hour for his work defending a Houston employment discrimination case. *See Renfrow v. Way Serv., Ltd.*, No. H-04-4470 (Doc. 17-6) at p. 2, ¶ 3 (S.D. Tex. Houston) ("In February 2005, my billing rate for services provided by me to Way Service in this matter increased to $335.00 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 65.06% higher in 2022 versus 2005—a $217.94 difference from the year of this testimony.[16] So, adjusted *only* for such inflation from the year of this testimony (2005) to the end of 2022, that $500.00 hourly rate for Mr. Jodon is $552.94.

\* Thomas C. Wright (class of '80): Mr. Wright works in Houston. His online biography notes that he "has extensive trial and appellate experience" in an number of areas. On March 25, 2020, Judge Andrew S. Hanen ruled a requested rate of $500.00 per hour was reasonable for his work helping prosecute an employment discrimination and retaliation case. *See Davis v. Fort Bend County*, No. 4:12-cv-00131 (Doc. 108) at pp. 5, 15 (S.D. Tex. Houston) ("The Court first begins with the hourly rates for Plaintiff's various attorneys and other professionals. . . . Those rates were: Thomas C. Wright: $500 per hour; . . .Wright's hourly rate is approved by the court, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $41.10 difference from the year of Judge Hanen's ruling.[17] So, adjusted *only* for such inflation from the year of this ruling (2020) to the end of 2022, that $500.00 hourly rate for Mr. Wright is $541.10.

\* Thomas H. Padgett, Jr. (class of '89): Mr. Padgett works in Houston. His online biography states that he is a civil rights lawyer. On January 5, 2023, Judge Peter Bray granted fees that included Mr. Padgett's requested rate of $500.00 per hour for work in a Houston FLSA case. *See Pimpanit v. Phumswarng, Inc.*, No. H-20-cv-00289 (Doc. 98) at p. 4-5 (S.D. Tex. Houston) ("The court court concludes that $500/hour for both Josef Buenker and Thomas Padgett is reasonable.").

\* Josef F. Buenker (class of '89): Mr. Buenker works in Houston. His online biography notes that he helps "workers that have been wronged in the

---

[16]  https://www.officialdata.org/Legal-services/price-inflation/2005-to-2022?amount=335

[17]  https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=500

workplace." On January 5, 2023, Judge Peter Bray granted fees that included Mr. Padgett's requested rate of $500.00 per hour for work in a Houston FLSA case. *See Pimpanit v. Phumswarng, Inc.*, No. H-20-cv-00289 (Doc. 98) at p. 4-5 (S.D. Tex. Houston) ("The court court concludes that $500/hour for both Josef Buenker and Thomas Padgett is reasonable.").

# *Classes of the 1990s*



# 36
**lawyers listed**

# $708.76
**average rate**

# $660.75
**median rate**



# Classes of the 1990s: The Rates

 **$1,206.65\*** Nathan J. Oleson (JD 1999)

 **$783.04\*** Mark D. Temple (JD 1995)

 **$647.46\*** Jennifer L. Dotson (JD 1993)

 **$572.64\*** Carolyn A. Russell (JD 1998)

 **$1,206.65\*** Esther G. Lander (JD 1997)

 **$770.79\*** Scott McLaughlin (JD 1994)

 **$639.50\*** M. Todd Slobin (JD 1997)

 **$563.79\*** Mark J. Oberti (JD 1994)

 **$982.39\*** Jennifer M. Trulock (JD 1997)

 **$766.56\*** Oswald B. Cousins (JD 1994)

 **$633.58\*** Stephanie K. Osteen (JD 1997)

 **$554.97\*** Salar Ali Ahmed (JD 1998)

 **$948.43\*** Sean Michael Becker (JD 1998)

 **$757.54\*** Jeffrey M. Anapolsky (JD 1999)

 **$623.20\*** Laura L. Ho (JD 1994)

 **$541.10\*** R. Russell Hollenbeck (JD 1994)

 **$910.05\*** Christine E. Webber (JD 1991)

 **$716.55\*** Cristin M. Obsitnik (JD 1997)

 **$610.46\*** Marlene C. Williams (JD 1997)

 **$541.10\*** Douglas Welmaker (JD 1993)

 **$892.81\*** Shauna Clark (JD 1994)

 **$690.93\*** Scott K. Davidson (JD 1998)

 **$610.46\*** J. Derek Braziel (JD 1995)

 **$535.66\*** Jim Staley (JD 1998)

 **$858.21\*** Agnieszka Fryszman (JD 1996)

 **$689.08\*** Rhonda Wills (JD 1994)

 **$603.72\*** Martin A. Shellist (JD 1993)

 **$518.38\*** Charles A. Sturm (JD 1997)

 **$835.17\*** Ann Marie Arcadi (JD 1993)

 **$681.79\*** Alan J. Marcuis (JD 1998)

 **$595.11\*** Anthony C. Wills (JD 1997)

 **$493.09\*** George R. Gibson (JD 1995)

 **$787.66\*** Gregory J. Ossi (JD 1997)

 **$674.04\*** Rex Burch (JD 1997)

 **$585.80\*** Stewart Hoffer (JD 1994)

 **$486.99\*** Trang Tran (JD 1995)

# *Classes of the 1990s: The Work*



* **Nathan J. Oleson (class of '99):** Mr. Oleson works in Washington D.C. His online biography states that his key experience "[f]ocuses on complex employment litigation and counseling." In 2020, his law firm billed his time at the rate of $1,115.00 per hour in a Houston bankruptcy case—for work such as: "Review research re pending FLSA matters." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 59, 62, 614, 643 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Oleson, Nathan J. . . . Dept. . . . LAB . . . 2020 Rate . . . $1,115.00."). On July 28, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $91.65 difference).[1] So, adjusted *only* for such inflation from the year of this billing and court ruling (2020) to the end of 2022, that $1,115.00 hourly rate for Mr. Oleson is $1,206.65.

* **Esther G. Lander (class of '97):** Ms. Lander works in Washington D.C. Her online biography states that her key experience "[f]ocuses on high-stakes workplace internal and government investigations and complex employment discrimination claims." In 2020, her law firm billed her time at the rate of $1,115.00 per hour in a Houston bankruptcy case—for work such as: "Analyze options and scenarios re WARN Act." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 59, 62, 614, 643 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Lander, Esther G. . . . Dept. . . . LAB . . . 2020 Rate . . . $1,115.00."). On July 28, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1115

(a $91.65 difference).[2] So, adjusted *only* for such inflation from the year of this billing and court ruling (2020) to the end of 2022, that $1115.00 hourly rate for Ms. Lander is $1,206.65.

### \* Jennifer M. Trulock (class of '97): Ms. Trulock works in Dallas. Her online biography states that she "counsels companies on how to manage workplace legal issues, conduct investigations into employee misconduct, and prevent employment lawsuits." In 2019, her firm billed her time at a rate of $898.00 per hour in a Houston bankruptcy case—for employment law work such as "Labor Issues" and "Review charge and discuss with M. Wersebe" and "provide advice for response to employee's attorney." *See In re: Bristow Group Inc.*, No. 19-3271 (Doc. 878) at p. 8, (Doc. 878-3) at p. 1, (Doc. 878-5) at Exhibit 5-V "Labor Issues," pp. 452–53 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Baker Botts L.L.P., Co-counsel to the Debtors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period May 11, 2019 through July 31, 2019, filed on August 21, 2019). On December 6, 2019, Judge David R. Jones approved her law firm's request for fees. *See id.* (Doc. 930). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $84.39 difference).[3] So, adjusted *only* for such inflation from the year of this billing and ruling (2019) to the end of 2022, that $898.00 hourly rate for Ms. Trulock is $982.39.

### \* Sean Michael Becker (class of '98): Mr. Becker works in Houston. His online biography states that he is "head of the Employment, Labor and OSHA practice" for his law firm. In 2016, his firm billed his time at a rate of $795.00 per hour in a Houston bankruptcy case—for work such as "Conference with David Meyer regarding new employment agreements." *See In re: Energy XXI LTD*, No. 16-31928 (Doc. 1897) at pp. 59, 65 and (Doc. 1899-4) at pp. 89, 90, 244 (Bankr. S.D. Tex. Houston) (Summary of the Final Fee Application (First Interim, Second Interim and Third Interim Fee Periods) of Vinson & Elkins LLP, Attorneys for the Debtors and Debtors in Possession, For the Period from April 14, 2016 through and including December 30, 2016). On March 7, 2017, Judge David R. Jones approved his law firm's request for fees. *See id.* at Doc. 1949 (March 7, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $153.43 difference from the year this rate was billed.[4] So,

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1115

[3] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=898

[4] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=795

adjusted *only* for such inflation from the year of this billing (2016) to the end of 2022, that $795.00 hourly rate for Mr. Becker is $948.43.

\* Christine E. Webber (class of '91): Ms. Webber works in Washington, D.C. Her online biography states that she "represents victims of discrimination and wage and hour violations in class and collective actions." On November 30, 2017, Judge Keith P. Ellison determined Ms. Webber's requested rate of $790.00 per hour was "fair and reasonable" for work she did in a Houston human trafficking [i.e., forced labor] case. *Adhikari v. Daoud & Partners*, No. 4:09-CV-1237 (Doc. 764) at pp. 28–29 (S.D. Tex. Houston) (The requested rates, in descending order, are as follows: . . . $790 for Webber . . . The requested rates are fair and reasonable here too."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $120.05 difference).[5] So, adjusted *only* for such inflation from the year of Judge Ellison's determination to the end of 2022, that $790.00 hourly rate for Ms. Webber is $910.05.

\* Shauna Clark (class of '94): Ms. Clark works in Houston. Her online biography states that she "provides strategic advice to employers on best practices, conducts management and employee training, and counsels clients on the full spectrum of employment issues." In 2020, Ms. Clark's law firm billed her time for work at the rate of $825.00 per hour in a Houston defamation/tortious interference case by a former employee against a former employer. *See Nath v. Baylor College of Medicine*, No. 2019-85080 (269th Judicial District Court for Harris County, Texas) (Declaration of Shauna J. Clark attached as Exhibit A to Defendant Baylor College of Medicine's Application for Attorneys' Fees, filed on June 30, 2020 at Tab 2, p. 4) ("Clark, S . . . Rate . . . 825.00). In 2018, Ms. Clark's law firm billed her time at the rate of $795.00 per hour in a Houston employment discrimination and ERISA case—for work such as "Meet with witnesses in preparation for deposition." *See Gonzales v. ConocoPhillips Co.*, No. 4:17-cv-2374 (Doc. 94-3) at pp. 27, 29 (S.D. Tex. Houston) (Exhibit 1 to Declaration of Fazila Issa, Invoice dated September 27, 2018: "Clark, S. . . . Rate . . . 795.00"). On June 26, 2019, Judge Kenneth M. Hoyt determined the fees Ms. Clark's firm sought for her work were reasonable—but only imposed 30% of them in his fee award. *See id.* (Doc. 108) at p. 1 ("The Court determines that the plaintiff's ability to pay an attorneys' fee is limited to his earned income and bonus(es), if any, resulting in an annual income in the range of $250,000. The Court is of the opinion that the fees and costs sought are reasonable. In light of this fact, the Court determines that an award equal to 30% of the requested attorneys' fees sought is reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=790

versus 2020—a $67.81 difference from that 2020 billed rate in *Nath*.[6] So, adjusted *only* for such inflation from the year of that billed rate (2020) to the end of 2022, that $825.00 hourly rate for Ms. Clark is $892.81.

\* **Agnieszka Fryszman (class of '96):** Ms. Fryszman works in Washington, D.C. Her online biography notes that she practices in human rights—forced and slave labor. On November 30, 2017, Judge Keith P. Ellison determined Ms. Fryszman's requested rate of $745.00 per hour was "fair and reasonable" for work she did in a Houston human trafficking [i.e., forced labor] case. *Adhikari v. Daoud & Partners*, No. 4:09-CV-1237 (Doc. 764) at pp. 28–29 (S.D. Tex. Houston) (The requested rates, in descending order, are as follows: . . . $745 for Fryszman . . . The requested rates are fair and reasonable here too."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $113.21 difference).[7] So, adjusted *only* for such inflation from the year of Judge Ellison's determination to the end of 2022, that $745.00 hourly rate for Ms. Fryszman is $858.21.

\* **Ann Marie Arcadi (class of '93):** Ms. Arcadi's works in Dallas. Her online biography states that she "regularly advises clients on compliance with state and federal labor & employment laws, assists with internal investigations, provides legal compliance and HR training, and represents clients before state and federal agencies with employment-related jurisdiction." On August 2, 2017, she testified that her rate for work in a Houston employment discrimination case was $725.00 per hour. *See Lyde v. The Boeing Co.*, No. 4:16-cv-3293 (Doc. 16-4) at p. 2, ¶ 4 (S.D. Tex. Houston) (Affidavit of Ann Marie Arcadi: "I have been involved in handling this case, and have done various legal work on this matter. My billing rate for this case was $725.00 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $110.17 difference).[8] So, adjusted *only* for such inflation from the year of this billing to the end of 2022, that $725.00 hourly rate for Ms. Arcadi is $835.17.

\* **Gregory J. Ossi (class of '97):** Mr. Ossi works in Washington, D.C. His online biography notes that he "counsels employers on a broad range of labor and employee benefits matters, . . . ." In 2019, his law firm billed his time at the rate of $720.00 per hour in a Houston bankruptcy case—for labor law work

---

[6]  https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=825

[7]  https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=745

[8]  https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=725

such as: "Prepare for and conduct negotiations with UMWA" and "Attend depositions of Joe M., Elizabeth M. and Doug G." *See In re: Westmoreland Coal Co.*, No. 18-35672 (Doc. 2147-4) at pp. 2, 6 (Bankr. S.D. Tex. Houston) (Exhibit D, Itemized Time Records of Professionals and Paraprofessionals January 7, 2019 – June 21, 2019 attached to First and Final Fee Application (WMLP Debtors) of Drinker Biddle & Reath LLP as Special Labor and Employment Benefits Counsel to the Debtors and Debtors in Possession for the Period of January 7, 2019 through June 21, 2019: "GJ Ossi . . . Partner . . . Rate . . . $720.00"). On August 14, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 2247). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $67.66 difference).[9] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2022, that $720.00 hourly rate for Mr. Ossi is $787.66.

\* Mark D. Temple (class of '95): Mr. Temple works in Houston. His online biography notes that he "focuses on high-stakes business disputes and complex employment litigation." On September 25, 2015, Judge Nancy F. Atlas awarded fees requested for Mr. Temple's work in a Houston ERISA case. *See Romano Woods Dialysis Ctr. v. Admiral Linen Serv., Inc.*, No. 4:14-cv-01125 (Doc. 67) (S.D. Tex. Houston) ("Based on this review, and a clear recollection of the litigation of this lawsuit, the Court finds that the $209,350.13 in attorneys' fees requested by Defendants is reasonable and appropriate.") (awarding all fees requested in Defendants' Motion for Fees and Costs (Doc. 62)). The court-approved request for fees documented work Mr. Temple did at an hourly rate of $625.00—including work done and billed on invoices in 2014 at that rate. *See id.* (Doc. 62-1) at pp. 4, 33–34 (Affidavit of Kenneth E. Broughton, for work such as "Analysis of outstanding issues" on September 16, 2014). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $158.04 difference).[10] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $625.00 hourly rate for Mr. Temple is $783.04.

\* Scott R. McLaughlin (class of '94): Mr. McLaughlin works in Houston. His online biography states that he "has extensive experience in conducting internal sexual harassment, discrimination, and fraud investigations, and provides day-to-day labor and employment advice and counsel to clients." On August 5, 2015, in a Corpus Christi employment discrimination and retaliation case, his law firm noted that his standard rate per hour was $625.00—though

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=720

[10] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=625

there was a lower negotiated effective rate per hour in that case. *See Arredondo v. Weatherford Int'l, LLC*, No. 2:14-cv-00170 (Doc. 89) at p. 1 (S.D. Tex. Corpus Christi) (Summary of Attorney Fees and Expenses: "Scott McLaughlin . . . STANDARD RATE PER HOUR . . . 625"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $145.79 difference).[11] So, adjusted *only* for such inflation from the year of this stated rate (2015) to the end of 2022, that $625.00 hourly rate for Mr. McLaughlin is $770.79.

* **Oswald B. Cousins (class of '94):** Mr. Cousins works in California. His online biography states that he "defends and advises clients on the full spectrum of complex employment law challenges." On November 28, 2007, Judge Ewing Werlein, Jr. gave his opinion that $500.00 per hour was reasonable for Mr. Cousins's work in a Houston employment discrimination case. *See Worrell v. GreatSchools, Inc.*, No. 4:07-cv-01100 (Doc. 17) at p. 10 (S.D. Tex. Houston) ("With all due respect to the rates ordinarily billed by Cousins in California for his experience and high level of competency, the Court is of the opinion that $500 an hour is reasonable to the circumstances of this case in this district."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 53.31% higher in 2022 versus 2007 (a $266.56 difference).[12] So, adjusted *only* for such inflation from the year of this ruling (2007) to the end of 2022, that $500.00 hourly rate for Mr. Cousins is $766.56.

* **Jeffrey M. Anapolsky (class of '99):** Mr. Anapolsky works in Houston. His online biography notes that he does restructuring and lender negotiation. On July 2, 2020, he testified that his billable rate was $700.00 per hour for his work in a Houston declaratory judgment case against a former employee—though he was willing to accept less in a fee motion. *See Anapolsky Advisors, Inc. v. Mangual*, No. 2020-11559 (127th Judicial District Court for Harris County, Texas) (Supplemental Declaration of Jeffrey M. Anapolsky, dated July 2, 2020 with bills attached, at p. 1, ¶ 3: "Although my billable rate for this matter is $700 per hour, I am willing to match the billable rate of Defendant's attorney, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $57.54 difference).[13] So, adjusted *only* for such inflation from the

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=625

[12] https://www.officialdata.org/Legal-services/price-inflation/2007-to-2022?amount=500

[13] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=700

year of this testimony (2020) to the end of 2022, that $700.00 hourly rate for Mr. Anapolsky is $757.54.

* **Cristin M. Obsitnik (class of '97):** Ms. Obsitnik works in Illinois. Her online biography notes that she concentrates her practice on "employee benefits law and executive compensation matters." In 2019, her previous law firm billed her time at the rate of $655.00 per hour in a Houston Bankruptcy case—for labor law work such as Review plan documents" and "Email exchanges with G. Ossi on treatment of pension plan after asset sale." *See In re: Westmoreland Coal Co.*, No. 18-35672 (Doc. 2147-4) at pp. 9–10 (S.D. Tex. Bankruptcy Houston) (Exhibit D, Itemized Time Records of Professionals and Paraprofessionals January 7, 2019 – June 21, 2019 attached to First and Final Fee Application (WMLP Debtors) of Drinker Biddle & Reath LLP as Special Labor and Employment Benefits Counsel to the Debtors and Debtors in Possession for the Period of January 7, 2019 through June 21, 2019). On August 14, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 2247). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $61.55 difference).[14] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2022, that $655.00 hourly rate for Ms. Obsitnik is $716.55.

* **Scott K. Davidson (class of '98):** Mr. Davidson works in Houston. His online profile notes he works as an in-house attorney, but previously worked for a law firm. On December 22, 2011, he testified that his law firm charged $515.00 per hour for his work in a Houston employment agreement/non-compete case. *See Renewable Energy Group, Inc. v. Dascal*, No. 2011-51111 (190th Judicial District Court for Harris County, Texas) (Affidavit of Scott K. Davidson in Support of Attorney's Fees at p. 1, ¶ 3: "I prosecuted this case in accordance with an hourly fee agreement entered into between Renewable Energy Group, Inc. and Locke Lord LLP. My firm charged Renewable Energy Group, Inc. $515.00 per hour for my work . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $175.93 difference).[15] So, adjusted *only* for such inflation from the year of this billing (2011) to the end of 2022, that $515.00 hourly rate for Mr. Davidson is $690.93.

* **Rhonda Wills (class of '94):** Ms. Wills works in Houston. Her online biography notes she focuses her practice on several areas, such as "problems at work (including unlawful pay, sexual harassment, discrimination, and injuries on the job)." On April 4, 2014, Judge Gray H. Miller awarded Ms. Wills's

---

[14]  https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=655

[15]  https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=515

law firm all fees requested in a Houston FLSA case—which included, under a lodestar method cross-check, a 1.29 multiplier from her hourly rate of $550.00 per hour. *See In re Wells Fargo Wage & Hour Employment Practices Litigation*, No. 4:11-md-02266 (Doc. 239) (S.D. Tex.) ("The request for $4.5 million in fees representing 30% of the settlement fund is APPROVED as fair and reasonable"); *id.* (Doc. 233) at pp. 20, 23, 24, 25 (Plaintiff's Corrected Unopposed Motion for Approval of the Settlement on Behalf of FLSA Collective Action Members: "Here, the Settling Plaintiffs' counsel seek $4.5 million for attorneys' fees (30% of the total settlement fund)[.] . . . A 'cross-check' of the *Johnson* factors further establishes the reasonableness of lead counsel's fee request. . . . Accordingly, the lodestar multiplier on the hours worked to date with respect to the Settling Plaintiffs' claims is 1.29. . . . Lead counsel's lodestar is based on reasonable hourly rates, consisting of the following ranges: $475-$550 for partners and of counsel; $150-$425 for associates and staff attorneys; and $75 for professional support staff. These rates are consistent with those charged in other significant FLSA actions and in the Texas legal market in general."); *id.* at (Doc. 233-4) at p. 18, ¶ 37 (Declaration of Rhonda H. Wills: "The hours, attendant rates and lodestar for the Wills Law Firm, PLLC in this matter are as follows . . . RHONDA H. WILLS (LEAD COUNSEL) $550[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $139.08 difference).[16] So, adjusted *only* for such inflation from the year of this court ruling (2014) to the end of 2022—and without regard to the 1.29 multiplier—that $550.00 hourly rate for Ms. Wills is $689.08.

\* <span style="color:red">Alan J. Marcuis (class of '98):</span> Mr. Marcuis works in Dallas. His online biography states that he "represents management in complex labor and employment law matters, including contract, trade secret and post-employment restrictive covenants, EEO litigation, collective bargaining and labor relations." In 2020, his law firm listed his hourly rate as $630.00 per hour in its fee request in a Houston bankruptcy case—for employment law work he did in 2019 such as "review David Fitch Texas Workforce Commission wage claim and supporting documents and analysis of same" and "conference regarding responses to Texas Workforce Commission denying wage claims" and "Review correspondence regarding former employees working for competitor and soliciting customers." *See In re: KP Eng., L.P.*, No. 19-34698 (Doc. 613) at pp. 18, 37, 85, 86, 97, 271, 279, 284 (Bankr. S.D. Tex. Houston) (Fee Application Summary Cover Sheet for Second Interim and Final Fee Application of Hunton Andrews Kurth LLP, Special Counsel to Debtor KP Engineering, LP, for Allowance and Payment of Fees and Expenses for the Period from August 23, 2019 through June 23, 2020). On October 1, 2020, <span style="color:red">Judge David R. Jones</span> approved the request for fees. *See id.* (Doc. 650). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=550

versus 2020—the year of the court approval of the fee request—a $51.79 difference.[17] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2022, that $630.00 hourly rate for Mr. Marcuis is $681.79.

**\* Rex Burch (class of '97):** Mr. Burch works in Houston, where he focuses his practice on labor and employment law. On October 11, 2016, Judge Alfred H. Bennett granted fees for work Mr. Burch did in a Houston FLSA case. *See St. John v. Nesco Service Co.*, No. 15-cv-00253 (Doc. 68) at p. 3 (S.D. Tex. Houston) ("Nesco does not take issue with the hourly rates charged by Plaintiff's counsel" but making an across-the-board reduction on time); *id.* (Doc. 63) at p. 5 (Plaintiff's Motion for an Award of Reasonable Attorney's Fees, Costs, and Expenses: "Richard J. (Rex) Burch . . . RATE . . . $565.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $109.04 difference from that 2016 rate of $565.00 per hour.[18] So, adjusted *only* for such inflation from the year of this court ruling (2016) to the end of 2022, that $565.00 hourly rate for Mr. Burch is $674.04.

**\* Jennifer L. Dotson (class of '93):** Ms. Dotson works as general counsel in Houston. She previously worked for a law firm in Houston. On September 25, 2015, Judge Nancy F. Atlas awarded fees requested for Ms. Dotson's work in a Houston ERISA case. *See Romano Woods Dialysis Ctr. v. Admiral Linen Serv., Inc.*, No. 4:14-cv-01125 (Doc. 67) at p. 16 (S.D. Tex. Houston) ("Based on this review, and a clear recollection of the litigation of this lawsuit, the Court finds that the $209,350.13 in attorneys' fees requested by Defendants is reasonable and appropriate.") (awarding all fees requested in Defendants' Motion for Fees and Costs (Doc. 62)). On July 24, 2015, attorney Kenneth E. Broughton testified that her rate for work on the case, which was a rate "discounted from the Firm's standard hourly rates," was "$495-$525." *See* (Doc. 62-1) at pp. 3-4, at ¶¶ 8 & 10 (Affidavit of Kenneth E. Broughton: "The fees are based on the number of hours Reed Smith's timekeepers have spent working on this case multiplied times their applicable hourly rates, which for this matter were discounted from the Firm's standard hourly rates. . . . Jennifer J. Dotson $490-$525."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015—a $122.46 difference from the year of that 2015 testimony.[19] So, adjusted *only* for

---

[17] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=630

[18] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=565

[19] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=525

such inflation from the year of this testimony and court award (2015) to the end of 2022, that $525.00 hourly rate for Ms. Dotson is $647.46.

* M. Todd Slobin (class of '97): Mr. Slobin works in Houston. His online biography notes: "Since 1998, I have exclusively handled employment law cases." On November 21, 2018, Magistrate Judge Christina A. Bryan determined $500.00 was a reasonable hourly rate for Mr. Slobin's work in a Houston FLSA case. *See Novick v. Shipcom Wireless, Inc.*, No. 4:16-cv-00730 (Doc. 100) at p. 6 (S.D. Tex. Houston) (Memorandum and Order: "$500 is a reasonable rate for the services provided by Todd Slobin in this case."). In the Summer of 2021, arbitrator and former Judge Susan Soussan approved a rate of $600 per hour for Mr. Slobin's work. *See Hawthorne v. KS Mgmt. Servs.*, No. 4:17-cv-02350 (Doc. 89-2) at p. 4, ¶ 14 (S.D. Tex. Houston) (Declaration of Todd Slobin dated December 22, 2021: "I recently arbitrated a case before the Honorable Judge Susan Soussan over the Summer in 2021. Upon a successful arbitration award, my hourly rate of $600 was approved."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $39.50 difference).[20] So, adjusted *only* for such inflation from the year of this arbitration award (2021) to the end of 2022, that $600.00 hourly rate for Mr. Slobin is $639.50.

* Stephanie K. Osteen (class of '97): Ms. Osteen works in Dallas. Her online biography states that "for the last twenty-five years, Stephanie has represented publicly traded and privately held companies, including Fortune 50-1000, middle market companies, private equity groups, and startups, in simple and complex employment litigation and transactional matters, over a wide range of industries." On April 13, 2017, her client sought sanctions to recover fees at a rate of $550 per hour incurred for her time in defending a Houston Deceptive Trade Practices Act (DTPA) case over a job posting for a staffing agency—for work such as traveling to Houston for a deposition that did not take place. *See Grivich v. Robert Half Int'l, Inc.*, No. 2016-57390 (269th Judicial District Court for Harris County, Texas) (Defendant Robert Half International, Inc.'s Motion for Sanctions at p. 8 ¶ 20: "Robert Half incurred significant costs, including travel and hotel expenses for Robert Half's lead counsel, attorneys' fees for appearing at and preparing for Plaintiff's deposition, costs of the court reporter and videographer, and fees in researching for and drafting this Motion. [*See* Itemized Accounting of Defendant's Fees and Costs, attached as Exhibit 15.]"); *id.* at Exhibit 15 ("Rate (per hour) $550" for work such as "Travel to and appear at Hunton & Williams LLP's Houston for deposition of Plaintiff and communications with client regarding same (5.5 hours); review and revise Defendant's Motion for Sanctions (1.0 hours)."). According to the Consumer Price Index for legal services as generated

---

[20] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=600

by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $83.58 difference).[21] So, adjusted *only* for such inflation from the year of this invoicing and motion (2017) to the end of 2022, that $550.00 hourly rate for Ms. Osteen is $633.58.

* ## Laura L. Ho (class of '94): Ms. Ho works in California. Her online biography states that she "has extensive experience representing employees, consumers, and voters in class, collective, and representative actions in California and nationally." On January 13, 2010, Judge Keith P. Ellison ruled that $450.00 per hour for her work in a Houston FLSA case was "reasonable and consistent with hourly rates charged by comparable attorneys in the relevant legal community." *See Roussell v. Brinker Int'l, Inc.*, No. H-05-3733 (Doc. 373) at p. 6 (S.D. Tex. Houston). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010 (a $173.20 difference).[22] So, adjusted *only* for such inflation from the year of Judge Ellison's ruling (2010) to the end of 2022, that $450.00 hourly rate for Ms. Ho is $623.20.

* ## J. Derek Braziel (class of '95): J. Derek Braziel works in Dallas where he focuses his practice on labor and employment law. On October 21, 2015, Judge David Hittner granted his firm fees in a Houston FLSA case. *See Gingrass v. TMG (The Moore Group, Inc.)*, No. 4:15-cv-00837 (Doc. 18) at p. 1 (S.D. Tex. Houston) ("The Court finds that Plaintiff has established by declaration that he and his counsel are entitled to recover from Defendant attorney's fees and costs of $7,258.95, which the Court finds to be a reasonable amount."). Judge Hittner's ruling was premised, in part, on a rate of $495.00 per hour for Mr. Braziel's work in that Houston FLSA case. *See id.* (Doc. 13-2) at p. 3, ¶ 11 (Declaration of Jesse H. Forester dated September 21, 2015: "The firm's lodestar (hours x hourly rates) on the hours expended on this matter, amounts to $6,658.95 (J. Forester with 13.50 hours x $295 = $3,982.50; J. Derek Braziel with 3.00 hours x $495 = $1,485.00; and Chief Paralegal Josey Gonzales with 6.11 hours x $195 = $1,191.45. The firm also has an additional $600.00 in costs in this matter for a total amount in fees and costs of $7,258.95."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $115.46 difference).[23] So, adjusted *only* for such inflation from the year of Judge Hittner's ruling (2015) to the end of 2022, that $495.00 hourly rate for Mr. Braziel is $610.46.

---

[21] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=550

[22] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=450

[23] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=495

\* **Marlene C. Williams (class of '97):** Ms. Williams works in Houston. Her online biography states that she "guides her clients through complex labor and employment matters, defending Fortune 100 companies in class action disputes and collective action litigation." On August 5, 2015, in a Corpus Christi employment discrimination and retaliation case, her law firm noted that her standard rate per hour was $495.00—though there was a lower negotiated effective rate per hour in that case. *See Arredondo v. Weatherford Int'l, LLC*, No. 2:14-cv-00170 (Doc. 89) at p. 1 (S.D. Tex. Corpus Christi) (Summary of Attorney Fees and Expenses: "Marlene Williams . . . STANDARD RATE PER HOUR: . . . 495"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $115.46 difference).[24] So, adjusted *only* for such inflation from the year of this standard hourly rate for Ms. Williams (2015) to the end of 2022, that $495.00 hourly rate for Ms. Williams is $610.46.

\* **Martin A. Shellist (class of '93):** Martin Shellist works in Houston. His online biography notes that he represents clients in employment matters. On December 2, 2011, Judge David Hittner ruled there was sufficient evidence that Mr. Shellist's requested hourly rate of $450.00 was reasonable in a Houston employment discrimination case. *See Dixon v. Texas Southern Univ.*, No. 4:10-cv-01045 (Doc. 102) at p. 10 (S.D. Tex. Houston) ("Based on the qualifications of Slobin and Shellist and the rates charged in the local community, this Court finds Dixon has submitted sufficient evidence that the rates charged were reasonable. Accordingly, this Court will adopt Dixon's proposed hourly rates: $400 per hour for Slobin and $450 per hour for Shellist."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $153.72 difference).[25] So, adjusted *only* for such inflation from the year of Judge Hittner's ruling (2011) to the end of 2022, that $450.00 hourly rate for Mr. Shellist is $603.72.

\* **Anthony C. Wills (class of '97):** Mr. Wills works in California but previously worked in Houston. On April 4, 2014, Judge Gray H. Miller awarded Mr. Wills's law firm all fees requested in a Houston FLSA case—which included, under a lodestar method cross-check, a 1.29 multiplier from Mr. Wills's hourly rate of $475.00 per hour. *See In re Wells Fargo Wage & Hour Employment Practices Litigation*, No. 4:11-md-02266 (Doc. 239) (S.D. Tex.) ("The request for $4.5 million in fees representing 30% of the settlement fund is APPROVED as fair and reasonable"); *id.* (Doc. 233) at pp. 20, 23, 24, 25 (Plaintiff's Corrected Unopposed Motion for Approval of the Settlement on Behalf of FLSA Collective Action

---

[24] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=495

[25] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=450

Members: "Here, the Settling Plaintiffs' counsel seek $4.5 million for attorneys' fees (30% of the total settlement fund)[.] . . . A 'cross-check' of the *Johnson* factors further establishes the reasonableness of lead counsel's fee request. . . . Accordingly, the lodestar multiplier on the hours worked to date with respect to the Settling Plaintiffs' claims is 1.29. . . . Lead counsel's lodestar is based on reasonable hourly rates, consisting of the following ranges: $475-$550 for partners and of counsel; $150-$425 for associates and staff attorneys; and $75 for professional support staff. These rates are consistent with those charged in other significant FLSA actions and in the Texas legal market in general."); *id.* at (Doc. 233-4) at p. 18, ¶ 37 (Declaration of Rhonda H. Wills: "The hours, attendant rates and lodestar for the Wills Law Firm, PLLC in this matter are as follows . . . ANTHONY C. WILLS (PARTNER) $475[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $120.11 difference).[26] So, adjusted *only* for such inflation from the year of this court ruling (2014) to the end of 2022—and without regard to the 1.29 multiplier—that $475.00 hourly rate for Mr. Wills is $595.11.

\* Stewart Hoffer (class of '94): Mr. Hoffer works in Houston. His online biography notes that his practice includes, but is not limited to, "Representation of Executives in Employment Matters" and "Labor and Employment Litigation." On August 27, 2015, Mr. Hoffer's client sought an award of attorneys' fees at the rate of $475.00 per hour for Mr. Hoffer's time in a Houston employment non-compete and commissions declaratory judgment case—for work such as "review and revise Motion for Summary Judgment." *See Goddard v. Total Safety U.S., Inc.*, No. 2015-04385 (11th Judicial District Court for Harris County, Texas) (Defendant Total Safety U.S. Inc.'s Motion for Determination Under *Epps v. Fowler* and Award of Attorney's Fees Under Declaratory Judgment Act at pp. 11-12 and Exhibit E: "Total Safety requests an award of reasonable and necessary attorney's fees in the amount of $21,817.50, which is a mere fraction of the total fees it incurred to defend Goddard's claims." . . . "[Mr. Hoffer's law firm, Hick Thomas LLC] billed Mr. Hoffer's time to Total Safety at $475 per hour (an hourly rate that was 20% lower than the hourly rates that Hick Thomas LLP bills Mr. Hoffer's time to other clients), . . . ."). The Court denied the request for fees altogether. *See id.* (Order Denying Defendant's Motion for Fees Under the Declaratory Judgment Act dated September 22, 2015). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $110.80 difference).[27] So, adjusted *only* for such inflation from the year of this discounted billing rate (2015) to the end of 2022, that $475.00 hourly rate for Mr. Hoffer is $585.80.

---

[26] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=475

[27] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=475

* **Carolyn A. Russell (class of '98):** Ms. Russell works in Houston. Her online biography notes that she "represents management in a variety of employment-related matters, including litigation involving age, disability, race and sex discrimination claims, covenants not to compete, trade secrets, wage and hour claims, ERISA claims, and other workplace torts." On October 18, 2016, Ms. Russell sought an award of attorneys' fees her client incurred for her work at a rate of $480.00 per hour in a Houston state court wage case. *See Garrett v. Prologistix Corp. NW PLX*, No. 1076687 (Harris County Court at Law No. 2) (Request for Entry of Attorneys' Fees at Exhibit A, Affidavit of Carolyn A. Russell (dated October 18, 2016) ¶ 2: "I represent the Defendant in the above-styled case. My hourly rate is $480"). The court granted fees but in a lower overall amount than that requested. *See id.* (Judgment dated July 11, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $92.64 difference).[28] So, adjusted *only* for such inflation from the year of this rate was billed (2016) to the end of 2022, that $480.00 hourly rate for Ms. Russell is $572.64.

* **Mark J. Oberti (class of '94):** Mr. Oberti works in Houston. His online biography states that he "is a highly effective employment attorney in Houston, winning numerous cases for executives, employers, and employees." On June 1, 2017, the United States Court of Appeals for the Fifth Circuit reversed a judgment against Mr. Oberti's client and instead, issued a judgment in Mr. Oberti's client's favor in a Houston ERISA case. *See Langley v. Howard Hughes Mgmt. Co., L.L.C.*, No. 16-20724 (5th Cir. June 1, 2017) ("It is ordered and adjudged that the judgment of the District Court is reversed, and judgment is rendered in favor of Langley in the amount of $255,000, plus attorney's fees of $18,970."). The amount of fees the Fifth Circuit awarded was based on Mr. Oberti's testimony and calculation including his $450.00 per hour rate billed to his client and as testified to in 2014. *See Langley v. Howard Hughes Mgmt. Co.*, No. 4:13-cv-03595 (Doc. 7) at p. 25 (S.D. Tex. Houston February 3, 2014) (Langley's Motion for Summary Judgment: "In this case, Langley's counsel's reasonable fees are $18,970.00"); *id.* (Doc. 7-9) at p. 3, ¶ 4 (Exhibit 9 Affidavit of Mark J. Oberti: "My rate on this case was $400 per hour, until January 1, 2014, and then $450 per hour after that.") (attaching firm invoice). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $113.79 difference).[29] So, adjusted *only* for

---

[28] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=480

[29] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=450

such inflation from the year of this rate was billed (2014) to the end of 2022, that $450.00 hourly rate for Ms. Oberti is $563.79.

\* R. Russell Hollenbeck (class of '94): Mr. Hollenbeck works in Houston. His online biography notes he is a civil appellate specialist. On March 25, 2020, Judge Andrew S. Hanen awarded a rate of $500.00 per hour for his work in a Houston employment discrimination and retaliation case. *See Davis v. Fort Bend County*, No. 4:12-cv-00131 (Doc. 108) at p. 5 (S.D. Tex. Houston) ("Russ Hollenbeck: $500 per hour[.] . . . The Court finds all of the hourly rates for the Wright Close & Barger professionals to be reasonable hourly rates among Houston law firms for a Title VII case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $41.10 difference).[30] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2022, that $500.00 hourly rate for Mr. Hollenbeck is $541.10.

\* Douglas B. Welmaker (class of '93): Mr. Welmaker works in Longview. His online biography states that he "has handled failure to pay overtime cases in Texas for over 15 years, and devotes 100% of his time to fighting wage theft on behalf of employees." On May 11, 2020, Judge Nelva Gonzales Ramos ruled $500.00 was a reasonable rate for Mr. Welmaker's work in a Corpus Christi FLSA case. *See Carranza v. Cirlos*, No. 2:18-cv-419 (Doc. 36) at p. 36 (S.D. Tex. Corpus Christi) ("Plaintiffs request an hourly rate of $500 per hour. The Court finds this is a reasonable rate. Mr. Welmaker has practiced for more than 25 years, and has focused almost exclusively on employment litigation during that time."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $41.10 difference).[31] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2022, that $500.00 hourly rate for Mr. Welmaker is $541.10.

\* Jim Staley (class of '98): Mr. Staley works in Houston. His online biography states that he "represents employers and management in all aspects of employment law." On March 28, 2017, in a Houston Uniformed Services Employment and Reemployment Rights Act (USERRA) military employment leave case, Mr. Staley testified that his ordinary billing rate is $465.00 per hour. *See Wright v. J.A.M. Distributing*, No. 4:16-cv-2663 (Doc. 32-1) at p. 2, ¶ 5 (S.D. Tex.) (Declaration of Jim Staley: "I am charging J.A.M. $325 per hour in this case. $325 per hour is a reasonable rate to charge for the legal services performed by myself and

---

[30] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=500

[31] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=500

is actually a substantial discount from my ordinary billing rate of $465."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $70.66 difference).[32] So, adjusted *only* for such inflation from the year of this testimony concerning his "ordinary billing rate" (2017) to the end of 2022, that $465.00 hourly rate for Mr. Staley is $535.66.

\* **Salar Ali Ahmed (class of '98):** Mr. Ahmed works in Houston. His online biography notes his practice area is labor and employment law. On August 28, 2015, in a Beaumont Fair Credit Reporting Act (FCRA) case involving allegations about credit checks of employees, Mr. Ahmed sought fees and testified that his rate for legal services in the case was $425.00 per hour—but that he typically charges between $350.00 per hour and $450.00 per hour. *See Landrum v. East Texas Medical Center Regional Healthcare System*, No. 4:14-cv-00848 (Doc. 44) at p. 9 (S.D. Tex. Beaumont) (Sworn Declaration of Salar Ali Ahmed in Support of Attorney's Fees: "My rate for legal services in this case is $425 per hour. This rate is within the range of my customary hourly fee. I typically charge between $350 and $450 per hour."). On August 31, 2015, Judge Keith P. Ellison awarded a flat amount of all fees requested as part of a settlement. *See id.* (Doc. 45) (Order Granting Joint Motion for Final Approval of Proposed Settlement and Final Judgment). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $104.97 difference).[33] So, adjusted *only* for such inflation from the year of this testimony (2015)—concerning the high-end of his typical rate of $450.00 per hour—to the end of 2022, that $450.00 hourly rate for Mr. Ahmed is $554.97.

\* **Charles A. Sturm (class of '97):** Mr. Sturm works in Houston. His online biography states that he "advises and represents employers, employees and executives in Houston and throughout Texas." On October 24, 2017, Judge Vanessa D. Gilmore ruled that $450.00 per hour was a reasonable hourly rate for Mr. Sturm's work in a Houston FLSA case. *See Gurule v. Land Guardian, Inc.*, No. 4:15-cv-03487 (Doc. 73) at p. 11 (S.D. Tex. Houston) ("Based upon this evidence, as well as the Court's own experience in the relevant community, case law and other authorities, the Court finds that $450 per hour is a reasonable hourly rate for an attorney of Mr. Sturm's skill and 20 years of experience."), *affirmed* No. 17-207210 (5th Cir. Dec. 27, 2018). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for

---

[32] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=465

[33] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=450

legal services are 15.20% higher in 2022 versus 2017 (a $68.38 difference).[34] So, adjusted *only* for such inflation from the year of this court ruling (2017) to the end of 2022, that $450.00 hourly rate for Mr. Strum is $518.38.

\* **George R. Gibson (class of '95):** Mr. Gibson works in Houston. His online biograph notes that he focuses his practice on litigation. In 2012, Mr. Gibson billed for his work in a Houston employment discrimination case at the rate of $375.00 per hour. *See Patterson v. Houston Indep. Sch. Dist.*, No 4:11-cv-01984 (Doc. 106-1) at p. 3 (S.D. Tex. Houston April 18, 2012) (Affidavit of Seth A. Miller, attaching invoices billed to client: "George R. Gibson's services cost $350 per hour in 2011 and $375 per hour in 2012"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $118.09 difference).[35] So, adjusted *only* for such inflation from the year of this testimony (2012) to the end of 2022, that $375.00 hourly rate for Mr. Gibson is $493.09.

\* **Trang Tran (class of '95):** Mr. Tran works in Houston. His online biography notes his practice of law has a "focus on prosecuting claims for wrongful discharge, discrimination, non-compete, theft of trade secret and breach of contract" and that he has experience prosecuting wage and hour cases. On August 31, 2020, Judge Vanessa D. Gilmore ruled that $450.00 per hour was a reasonable rate for work Mr. Tran did in a Houston FLSA case. *See Vinasco v. Swissport Cargo Services, LP*, No. 4:18-cv-01902 (Doc. 103) at pp. 5–6 (S.D. Tex. Houston) ("Accordingly, pursuant to the applicable law, the Court finds that the following fees, hours and expenses form a reasonable basis for an award of fees and costs for preparation and trial of this case . . . Trang Q. Tran . . . Rate . . . $450.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $36.99 difference).[36] So, adjusted *only* for such inflation from the year of this ruling (2020) to the end of 2022, that $450.00 hourly rate for Mr. Tran is $486.99.

---

[34] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=450

[35] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=375

[36] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=450

# *Classes of the 2000s*



**36** **lawyers listed**

**$659.84**

**average rate**

**$568.77**

**median rate**



# Classes of the 2000s: The Rates



**$1,385.21\***
Lauren Leyden (JD 2005)



$706.94\*
Fazila Issa (JD 2004)



$554.97\*
Nickolas G. Spiliotis (JD 2001)



$495.62\*
Soña Ramirez (JD 2002)



$1,326.97\*
R.D. Kohut (JD 2003)



$676.55\*
J. Marshall Horton (JD 2003)



$541.10\*
Austin Anderson (JD 2003)



$486.28\*
Mike Seely (JD 2007)



$1,260.76\*
Peter J. Mee (JD 2009)



$665.00\*
Stephen Romero (JD 2004)



$524.13\*
Fran Shuman (JD 2005)



$476.17\*
Nehal S. Anand (JD 2009)



$1,169.24\*
Edward Holzwanger (JD 2001)



$656.38\*
Zenobia Harris Bivens (JD 2008)



$512.62\*
Allan H. Neighbors, IV (JD 2001)



$432.88\*
Richard Schreiber (JD 2006)



$1,120.08\*
Brian Glenn Patterson (JD 2006)



$639.85\*
Katharine D. David (JD 2004)



$511.60\*
Adam D. Boland (JD 2004)



$426.65\*
Christopher Willett (JD 2009)



$858.21\*
Martina E. Vandenberg (JD 2000)



$639.50\*
Eric J. Cassidy (JD 2001)



$500.00\*
Clif Alexander (JD 2008)



$400.00\*
James M. Dore (JD 2008)



$844.12\*
Jamila Mensah (JD 2006)



$601.68\*
Michael A. Correll (JD 2009)



$500.00\*
Aaron Johnson (JD 2008)



$389.07\*
Sara C. Longtain (JD 2007)



$789.31\*
Matthew G. Nielsen (JD 2001)



$595.11\*
Alfonso Kennard, Jr. (JD 2002)



$500.00\*
Lakshmi Ramakrishnan (JD 2002)



$387.72\*
Scot Clinton (JD 2004)



$748.78\*
William J. Moore (JD 2005)



$582.58\*
Lauren C. Fabela (JD 2008)



$497.07\*
Daryl Sinkule (JD 2002)



**$351.92\***
DeAndrea C. Washington (JD 2009)

# *Classes of the 2000s: The Work*



\* **Lauren Leyden (class of '05):** Ms. Leyden works in New York. Her online biograph states that her practice of law focuses "on labor and pension matters in corporate and special situations transactions and in-and out-of-court restructurings" and she "[a]dvises companies, creditor groups and funds on complex workforce management issues." In 2020, her law firm billed her time at the rate of $1,280.00 per hour in a Houston bankruptcy case. *See In re: Southern Foods Group, LLC*, No. 19-36313 (Doc. 1263) at p. 39 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 3, 2019 through February 29, 2020: "LEYDEN, LAUREN . . . DEPT. . . . LABOR . . . 2019 RATE . . . $1,200.00 2020 RATE . . . $1,280.00"). On April 23, 2020, Judge David R. Jones approved the request for fees. *Compare id.* at p. 2 ("Total fees requested in this Application: $3,610,836.00") *with id.* (Doc. 1776) at p. 2 (ordering approving same: "Akin Gump shall be allowed interim compensation of fees in the amount of $3,610,836.00 and reimbursement of expenses in the amount of $37,756.86 for services rendered on behalf of the Committee for the period of December 3, 2019 to February 29, 2020."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $105.21 difference).[1] So, adjusted *only* for such inflation from the year of this billing and ruling (2020) to the end of 2022, that $1,280.00 hourly rate for Ms. Leyden is $1,385.21.").

\* **R.D. Kohut (class of '03):** Mr. Kohut works in New York. His online biography states that he "advises on all aspects of the employment relationship in transactional, counseling, and dispute resolution settings." In 2021, his law firm billed his time at the rate of $1,245.00 per hour in a Houston bankruptcy case—for such work as "Analyze employment payroll issues" and "Analyze employment issues" and "Analyze WARN Act complaint issues" and "Analyze employee termination issues." *See In re: Katerra Inc.*, No. 21-31861 (Doc. 1401) at pp. 11, 100, 101, 201 & 105 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP,

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1280

Attorneys for the Debtors and Debtors in Possession, for the Fee Period from June 6, 2021 through and including August 31, 2021: "R.D. Kohut . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . $1,245.00"). On November 22, 2021, Judge David R. Jones approved the request for fees. *Compare id.* at p. 2 ("Total fees and expenses requested in the Interim Fee Application: $8,920,859.76") *with id.* (Doc. 1493) at p. 1 (Order granting same: "The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $8,920,859.76 for the period set forth in the application."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $71.11 difference).[2] So, adjusted *only* for such inflation from the year of this court ruling (2021) to the end of 2022, that $1,245.00 hourly rate for Mr. Kohut is $1,326.97.

\* Peter J. Mee (class of '09): Mr. Mee works in Boston. His online biography states that he "practices transactional labor and employment law by assisting clients on national and international corporate transactions, negotiating and drafting complex employment agreements, onboarding executives, conducting reductions-in-force, and managing executive separations." In 2020, his firm billed his time at a rate of $1,165.00 per hour in a Houston bankruptcy case—for work such as "Review backstop services agreement." *See In re: Hornbeck Offshore Servs., Inc.*, No. 20-32679 (Doc. 269) at pp. 54, 85, 99 (Bankr. S.D. Tex. Houston) (Summary Cover Sheet to the First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from May 19, 2020 through and including June 19, 2020). On August 11, 2020, Judge David R. Jones approved the request for fees. *See id.* (Doc. 282). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $95.76 difference).[3] So, adjusted *only* for such inflation from the year of this billing and ruling (2020) to the end of 2022, that $1,165.00 hourly rate for Mr. Mee is $1,260.76.

\* Edward Holzwanger (class of '01): Mr. Holzwanger works in Washington D.C. His online biography states that he "concentrates on labor and employment counseling, particularly in the context of corporate transactions." In 2017, his firm billed his time at a rate of $1,015.00 per hour in a Houston bankruptcy case—for work such as "Correspond with B. Winger re collective bargaining agreements," "Review and analyze collective bargaining agreements," "correspond with K&E team re benefit issues," "Telephone conference with client and union re information request," and "Correspond with K&E team re pension plan

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=1245

[3] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1165

replacement (multiple)." *See In re: Genon Energy, Inc.*, No. 17-33695 (Doc. 1273) at pp. 2, 176, 179, 180, 421, 423, 431, 520, 544, 546, 753, 792 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from June 14, 2017 through and including September 30, 2017). On January 12, 2018, Judge David R. Jones approved the request for fees. *See id.* (Doc. 1317). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (an $154.24 difference).[4] So, adjusted *only* for such inflation from the year of this billing (2017) to the end of 2022, that $1,015.00 hourly rate for Mr. Holzwanger is $1,169.24.

\* Brian Glenn Patterson (class of '06): Mr. Patterson works in Houston. His online biography states that he "[r]epresents employers in all types of employment-related matters, including litigation." His firm billed his time in a Houston bankruptcy case—for work in 2019 such as "Review FLSA suit docket," "Review of pleadings in pending labor suit," "Attend to issues re: pending FLSA matters," "Analyze disclosure issues in connection with FLSA matters," "Revise discovery responses," "Review status of pending FLSA matter," "Review and revise draft workforce HSE manual," "Revise master services agreement provisions re EPLI coverage," and "Draft correspondence to Debtors re HSE manual, contractor training, and employment policy issues." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibit B, pp. 83, 200, 289 and Exhibit B-2, p. 62 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020). His hourly rate listed for 2020 is $1,035.00—and his hourly rate listed for 2019 is $945.00. *See id.* at Exhibit B-2, p. 62. On July 8, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). On February 24, 2016, Mr. Patterson submitted his affidavit in a Houston employment discrimination case in which his client sought sanctions. *See Bautista-Avellaneda v. Madison Resource Funding Corp.*, No. 2014-64411 (151st Judicial District Court for Harris County, Texas) (Affidavit of Brian Patterson attached as Exhibit 12 to Defendants' Second Motion to Dismiss with Prejudice and for Monetary Sanctions). Attached to Mr. Patterson's affidavit is his law firm invoice dated April 15, 2015, which states that his hourly rate at that time for work actually billed in that case was $675.00 per hour. *See id.* at p. 5 (for "review of docket control order"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $85.08 difference).[5] So, adjusted *only* for such inflation from the year of

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=1015

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=1035

this most-recently stated rate—the one for 2020—to the end of 2022, that $1,035.00 hourly rate for Mr. Patterson is $1,120.08.

\* **Martina E. Vandenberg (class of '00):** Ms. Vandenberg woks in Washington D.C. Her online biography notes that she works with the Human Trafficking Legal Center. Though Ms. Vandenberg is based in Washington, D.C., On November 30, 2017, Judge Keith P. Ellison determined Ms. Vandenberg's requested rate of $745.00 per hour was "fair and reasonable" for work she did in a Houston human trafficking [i.e., forced labor] case. *Adhikari v. Daoud & Partners*, No. 4:09-CV-1237 (Doc. 764) at pp. 28–29 (S.D. Tex. Houston) ("The requested rates, in descending order, are as follows: . . . $745 for Fryszman and Vandenberg; . . . The requested rates are fair and reasonable here too."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $113.21 difference).[6] So, adjusted *only* for such inflation from the year of Judge Ellison's determination to the end of 2022, that $745.00 hourly rate for Ms. Vandenberg is $858.21.

\* **Jamila Mensah (class of '06):** Ms. Mensah works in Houston. Her online biography states that "[h]er practice covers all areas of employment law, including extensive experience in discrimination, retaliation and wage and hour issues." In 2020, Ms. Mensah's law firm billed her time for work at the rate of $780.00 per hour in a Houston defamation/tortious interference case by a former employee against a former employer. *See Nath v. Baylor College of Medicine*, No. 2019-85080 (269th Judicial District Court for Harris County, Texas) (Declaration of Shauna J. Clark attached as Exhibit A to Defendant Baylor College of Medicine's Application for Attorneys' Fees, filed on June 30, 2020 at Tab 2, p. 4) ("Mensah, J . . . Rate . . . 780.00). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (an $64.12 difference).[7] So, adjusted *only* for such inflation from the year of this billing to the end of 2022, that $780.00 hourly rate for Ms. Mensah is $844.12.

\* **Matthew G. Nielsen (class of '01):** Mr. Nielsen works in Dallas. His online biography states that he "represents companies, boards, executives, and securities firms and professionals in internal and government investigations and litigation involving civil and criminal misconduct." On October 24, 2016, Judge Lynn Hughes awarded Mr. Nielsen's firm for work Mr. Nielsen did in a Houston ERISA severance benefits case. *See Langley v. Howard Hughes Mgmt.*

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=745

[7] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=780

*Co., Inc.*, Civil Action No. H-13-3595 (Docs. 27 & 28) (S.D. Tex. Houston) (granting fees requested in motion (Doc. 22)). Mr. John McDowell's affidavit in that matter, with bills attached, show Mr. Nielsen was billing his client at the rate of $630.00 per hour in the year 2014 for work in that case. *See id.* (Doc. 22-1) at p. 33 (bill showing time billed on February 28, 2014, invoice was $14,679.00 for 23.30 hours which equals a per-hour rate of $630.00, for work such as "Attention to finalizing answer and filing same" and "Attention to scheduling initial conference with court"). *See id.* at pp. 30–31. The award of fees itself was reversed on other grounds in *Langley v. Howard Hughes Mgmt. Co., L.L.C.*, No. 16-20724 (5th Cir. June 1, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $159.31 difference).[8] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $630.00 hourly rate for Mr. Nielsen is $789.31.

## \* William J. Moore (class of '05): Mr. Moore works in Plano as in-house counsel. He previously worked at a law firm as a trial lawyer. On February 2, 2017, Judge Elaine Palmer awarded fees for work Mr. Moore did in a Houston employment discrimination case—traveling to Houston over a discovery dispute. *See Hunter v. TPC Group, LLC*, 2016-16617 (215th Judicial District Court for Harris County, Texas) (Order signed February 2, 2017: "ORDERED AND ADJUDGED that Plaintiff pay the attorneys' fees and expenses incurred in connection with responding to this Motion to Compel in the amount of $5,356.88"). In its January 31, 2017, request for fees, Mr. Moore's firm noted that his billing rate is $650.00 per hour. *See id.* (Defendants' Supplement to their Response to Plaintiff's Motion to Compel and for In Camera Inspection at p. 4, n. 4: "Defendants' counsel, William Moore's (partner) billing rate is $650 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $98.78 difference).[9] So, adjusted *only* for such inflation from the year of this billing (2017) to the end of 2022, that $650.00 hourly rate for Mr. Moore is $748.78.

## \* Fazila Issa (class of '04): Ms. Issa works in Houston. Her online biography states that she "represents and counsels corporate management in a variety of industry sectors in all aspects of labor and employment law, including representation before administrative agencies and litigation in state and federal court." On June 26, 2019, in a Houston employment discrimination case and ERISA benefits case, Judge Kenneth M. Hoyt determined the fees Ms. Issa's firm sought for her work on the ERISA claims were reasonable. *See Gonzales v.*

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=630

[9] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=650

*ConocoPhillips Co.*, No. 4:17-cv-2374 (Doc. 108) (S.D. Tex. Houston) (ruling fee requested in Doc. 94 reasonable: "The Court is of the opinion that the fees and costs sought are reasonable."). Those fees actually billed to a client included Ms. Issa's rate of $640.00 per hour on an invoice dated September 27, 2018, for work such as "Review and finalize defendant's expert designation," "Review and finalize defendant's supplemental document production," and "Review and analyze plaintiff's second request for production and email communications with K. Jones and L. Knox." *See id.* (Doc. 94-3) at pp. 27–29. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $66.94 difference).[10] So, adjusted *only* for such inflation from the year of this billing (2018) to the end of 2022, that $640.00 hourly rate for Ms. Issa is $706.94.

**\* J. Marshall Horton (class of '03):** Mr. Horton works in Houston. His online biography states that he "focuses his practice on representing employers in litigation." On October 24, 2016, Judge Lynn Hughes awarded Mr. Horton's firm for work Mr. Horton did in a Houston ERISA severance benefits case. *See Langley v. Howard Hughes Mgmt. Co.*, Civil Action No. H-13-3595 (Docs. 27 & 28) (S.D. Tex. Houston) (granting fees requested in motion (Doc. 22)). Mr. John McDowell's affidavit in that matter, with bills attached, show Mr. Horton was billing his client at the rate of $540.00 per hour in the year 2014 for work in that case. *See id.* (Doc. 22-1) at p. 33 (bill showing time billed on February 28, 2014, invoice was $40,176.00 for 74.40 hours which equals a per-hour rate of $540.00, for work such as conducting research and drafting documents). *See id.* at pp. 29–33. The award of fees itself was reversed on other grounds in *Langley v. Howard Hughes Mgmt. Co.*, Civil Action No. 16-20724 (5th Cir. June 1, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014—a $136.55 difference from the year of that billing.[11] So, adjusted *only* for such inflation from the year of that billing (2014) to the end of 2022, that $540.00 hourly rate for Mr. Horton is $676.55.

**\* Stephen Romero (class of '04):** Mr. Romero works in San Antonio. His online biography states that he is an "Employment Law Attorney"—who worked at a law firm but now works in-house for a petroleum refinery company. In 2022, his prior law firm billed his time at the rate of $665.00 per hour for his work in a Houston bankruptcy case. *See In re Brazos Elec. Power Cooperative, Inc.*, No. 21-30725 (Doc. 1670) at pp. 86 (Bankr. S.D. Tex. Houston) ("Stephen Romero . . . Department . . . Employment and Labor . . . Hourly Billing Rate . . .

---

[10] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=640

[11] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=540

$665.00). On May 4, 2022, Judge David R. Jones approved the request for fees. *Compare id.* at p. 2 ("Total fees and expenses requested in this Application: . . . $4,026,454.97") *with id.* (Doc. 1751)  (Order Allowing Interim Compensation and Reimbursement of Expenses: "Applicant is allowed interim compensation and reimbursement of expenses in the amount of $4,026,454.97 for the period set forth in the application.").

\* **Zenobia Harris Bivens (class of '08):** Ms. Bivens worked in Houston. Her online biography noted that she focused her practice on business litigation. On September 13, 2019, Judge Nancy F. Atlas awarded Ms. Bivens a requested rate of $600.00 per hour for Ms. Bivens's work in a Houston False Claims Act employment retaliation case. *See Miniex v. Houston Housing Auth.*, No. 4:17-cv-00624 (Doc. 277) at p. 8 (S.D. Tex. Houston) ("The Court concludes Bivens's ($600), Mery's ($450), Hurta's ($325), and Thornton's ($375) requested rates are reasonable for this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $56.38 difference).[12] So, adjusted *only* for such inflation from the year of this court ruling (2019) to the end of 2022, that $600.00 hourly rate for Ms. Bivens's work in 2019 would be $656.38.

\* **Katharine D. David (class of '04):** Ms. David works in Houston as a public law attorney. On November 20, 2013, Judge Lynn N. Hughes awarded fees for time Ms. David worked on a First Amendment/constitutional free speech firing and employment retaliation case. *See Culbertson v. Lykos*, No. 4:12-cv-03644 (Doc. 69) (S.D. Tex. Houston) (granting fees requested in Doc. 45: "Rachel Palmer takes, jointly and severally, $82,101.00 in reasonable attorney's fees from Amanda Culbertson and Jorge Wong"), *reversed on other grounds* 790 F.3d 608 (5th Cir. 2015). The fee request included Ms. David's September 12, 2013, affidavit, which noted the fees actually incurred by her client in the lawsuit included her work at her hourly rate of $500.00. *See id.* (Doc. 45-1) at p. 2–3, ¶¶ 5 & 8 (Declaration of Katherine D. David attached as Exhibit A to Rachel Palmer's Motion for an Award of Court Costs, Reasonable Attorney's Fees and Other Expenses: "Based on the hourly rates and total number of hours billed, Gardere has charges of $82,101.00 for the legal services and expenses it has rendered to defend Rachel Palmer since May 1, 2013. . . . The current hourly rates of the aforementioned attorneys are as follows: . . . Kate David - $500."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 27.97% higher in 2022 versus 2013 (a $139.85 difference).[13] So, adjusted *only* for such inflation from the year of Judge

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=600

[13] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2022?amount=500

Hughes's ruling to the end of 2022, that $500.00 hourly rate for Ms. David is $639.85.

**\* Eric J. Cassidy (class of '01):** Mr. Cassidy works in Houston as a litigator. On November 10, 2021, Judge Kenneth M. Hoyt awarded $600.00 per hour for Mr. Cassidy's work in trial prosecuting a Houston FMLA case. *See Cobbin-Wooten v. Invesco Ltd.*, No. 4:19-cv-2389 (Doc. 142) at pp. 3-4 (S.D. Tex. Houston) ("Customarily, attorneys with the skills of the plaintiff's counsel are able to bill at a rate north of $500 per hour. However, the rate in Harris County and in federal court for an attorney with counsel's skills commands a reasonable fee of $450 per hour. That rate increases to $600 per hour for time in trial because counsel is away from his office."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $39.50 difference).[14] So, adjusted *only* for such inflation from the year of this $600 rate for trial work (2021) to the end of 2022, that $600.00 hourly rate for Mr. Cassidy is $639.50.

**\* Michael A. Correll (class of '09):** Mr. Correll works in Southlake as legal officer for a private company. At his previous law firm, he focused on representing employers in employment litigation representing. His previous law firm billed $550.00 per hour for his work in 2019 on a Houston employment commissions case. *See Trippie v. Workplace Solutions Inc.*, No. 201984986 (281st Judicial District Court for Harris County, Texas) (Defendant's Trial Exhibit 17, Bates Stamp No. WPS000948, for trial held April 1, 2021, Invoice 1/23/20 for work in 2019: "Michael A. Correll . . . Rate . . . 550.00 / hr"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $51.68 difference).[15] So, adjusted *only* for such inflation from the year of this billing to the end of 2022, that $550.00 hourly rate for Mr. Correll is $601.68.

**\* Alfonso Kennard, Jr. (class of '02):** Mr. Kennard works in Houston. His online biography states that his area of practice is "100% Labor and Employment." On August 1, 2014, Magistrate Judge Nancy K. Johnson awarded Mr. Kennard discovery sanctions for his work in a Houston FLSA case and, in doing so, approved of his requested hourly rate of $475.00. *See Magdaleno v. PCM Constr. Servs., LLC*, No. 4:12-cv-02862 (Doc. 109) at pp. 9–10 (S.D. Tex. Houston) ("Kennard stated that his billing rate is $475 per hour, . . . In the absence of evidence challenging these hourly rates, the court assumes that the requested rates are reasonable."). On September 12, 2014, Judge Sim Lake ordered defendants

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=600

[15] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=550

pay these sanctions. *See id.* (Doc. 116). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $120.11 difference).[16] So, adjusted *only* for such inflation from the year of these court rulings to the end of 2022, that $475.00 hourly rate for Mr. Kennard is $595.11.

\* Lauren Chapman Fabela (class of '08): Ms. Chapman works in Houston. Her online biography notes that she "practices primarily in the area of business litigation." On October 24, 2016, Judge Lynn Hughes awarded Ms. Chapman's firm for work Ms. Chapman did in a Houston ERISA severance benefits case. *See Langley v. Howard Hughes Mgmt. Co., Inc.*, Civil Action No. H-13-3595 (Docs. 27 & 28) (S.D. Tex. Houston) (granting fees requested in motion (Doc. 22)). Mr. John McDowell's affidavit in that matter, with bills attached, show Ms. Chapman's firm was billing its client at the rate of $465.00 per hour in the year 2014 for work in that case. *See id.* (Doc. 22-1) at pp. 26–27 (time billed on January 31, 2014, invoice was $1,069.50 for 2.30 hours which equals a per-hour rate of $465.00, for work such as "Analyze . . . organize and review proposed administrative record"). *See id.* at p. 26. The award of fees itself was reversed on other grounds in *Langley v. Howard Hughes Mgmt. Co., L.L.C.*, No. 16-20724 (5th Cir. June 1, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (an $117.58 difference).[17] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $465.00 hourly rate for Ms. Chapman is $582.58.

\* Nickolas G. Spiliotis (class of '01): Mr. Spiliotis works in Houston. His online biography states he is a partner in his law firm's "Labor & Employment Practice Group, where he counsels employers regarding a broad range of workplace issues." On August 5, 2015, in a Corpus Christi employment discrimination and retaliation case, his law firm noted that his standard rate per hour was $450.00—though there was a lower negotiated effective rate per hour in that case. *See Arredondo v. Weatherford Int'l, LLC*, No. 2:14-cv-00170 (Doc. 89) at p. 1 (S.D. Tex. Corpus Christi) (Summary of Attorney Fees and Expenses: "Nickolas Spiliotis . . . STANDARD RATE PER HOUR . . . 450"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $104.97 difference).[18] So, adjusted *only* for such inflation from the year of this stated rate (2015) to the end of 2022, that $450.00 hourly rate for Mr. Spiliotis is $554.97.

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=475

[17] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=465

[18] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=450

\* **Austin Anderson (class of '03):** Mr. Anderson works in Corpus Christi. His online biography states that he "focuses the majority of his time on large scale wage and hour litigation under the Fair Labor Standards Act." On January 27, 2020, Judge Nelva Gonzales Ramos found Mr. Anderson's hourly rate of $500.00 per hour was reasonable for his work in a Corpus Christi FLSA case. *See Vela v. M&G USA Corp.*, No. 2:17-cv-13 (Doc. 66) at p. 7–8 (S.D. Tex. Corpus Christi) ("Plaintiff's request for attorneys' fees is based on the work of . . . Clif Alexander (37 hours at $450 per hour); Austin Anderson (29 hours at $500 per hour); Lauren Braddy (18 hours at $400 per hour); . . . Plaintiff requests hourly rates ranging from $400 to $500 for the three attorneys working on this case. The Court finds these are reasonable rates."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $41.10 difference).[19] So, adjusted *only* for such inflation from the year of this ruling (2020) to the end of 2022, that $500.00 hourly rate for Mr. Anderson is $541.10.

\* **Fran Shuman (class of '05):** Ms. Shuman, formerly Fran Robin-Kantor Aden, works in Houston. Her online biography notes her practice areas included labor and employment law. On August 27, 2015, Ms. Shuman's client sought an award of attorneys' fees at the rate of $425.00 per hour for Ms. Shuman's time in a Houston employment non-compete and commissions declaratory judgment case—for work such "Review and analyze employment agreements and demand letters to prepare strategy for summary judgment motion" and "Review and analyze clients documents to obtain factual support for summary judgment motion that plaintiffs were fired for cause." *See Goddard v. Total Safety U.S., Inc.*, No. 2015-04385 (11th Judicial District Court for Harris County, Texas) (Defendant Total Safety U.S. Inc.'s Motion for Determination Under *Epps v. Fowler* and Award of Attorney's Fees Under Declaratory Judgment Act at pp. 11-12 and Exhibit E: "Total Safety requests an award of reasonable and necessary attorney's fees in the amount of $21,817.50, which is a mere fraction of the total fees it incurred to defend Goddard's claims." . . . "[Ms. Shuman's law firm, Hick Thomas LLC] billed Ms. Aden's time at $425.00 per hour."). The Court denied the request for fees altogether. *See id.* (Order Denying Defendant's Motion for Fees Under the Declaratory Judgment Act dated September 22, 2015). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $99.13 difference).[20] So, adjusted *only* for such inflation from the year of this billing rate (2015) to the end of 2022, that $425.00 hourly rate for Ms. Shuman is $524.13.

---

[19] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=500

[20] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=425

* **Allan H. Neighbors, IV (class of '01):** Mr. Neighbors works in Houston. His online biography states that he "spends the majority of his time advising, counseling, and training employers on strategies and practices to protect confidential information and trade secrets, guard against unfair competition, and manage litigation risks." In 2017, he billed his time at the rate of $445.00 per hour for his work in a Houston misappropriation of trade secrets case against former employees of a company. *See Quantlab Technologies Ltd. v. Godlevsky*, No. 4:09-cv-04039 (Doc. 884) at pp. 6–7, ¶ 19 (S.D. Tex. Houston) (Affidavit of Tim McInturf: "In fact, SKV and Littler have charged less to handle this matter than they often charge clients for similar matters . . . Littler's rates for its principal time-keepers increased incrementally by year as follows . . . Allan Neighbors . . . 2017 . . . $445"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017—a $67.62 difference from the year of that billed $445.00 hourly rate.[21] So, adjusted *only* for such inflation from the year that rate was billed (2017) to the end of 2022, that $445.00 hourly rate for Mr. Neighbors is $512.62.

* **Adam D. Boland (class of '04):** Mr. Boland works in San Antonio. His online biography states that he "focuses his practice on representing employers in all aspects of employment law." In 2021, his law firm billed his time at the rate of $480.00 per hour in a Houston bankruptcy case. *See In re: Newsco Int'l Energ. Servs. USA Inc.*, No. 19-36767 (Doc. 242) at p.13 (Bankr. S.D. Tex.) (Second and Final Application of Clark Hill Strasburger, Counsel for the Debtor, for Compensation and Reimbursement of Expenses for the Period December 4, 2019 through February 28, 2021: "Adam Boland . . . Attorney Specialty . . . Labor & Employment . . . Hourly Rate . . . $480.00."). On April 5, 2021, Judge David R. Jones approved the request for fees. *Compare id.* at p. 16 ("Applicant requests (i) final approval and allowance of fees of $482,525.50 and expenses in the amount of $9,338.34, for a total of $491,863.84 for fees and expenses during the Application Period from December 4, 2019 through February 28, 2021") *with id.* (Doc. 244) at p. 1 (order granting same: "Therefore, it is hereby ORDERED that the Final Application is granted, and fees in the amount of $482,525.50 and expenses in the amount of $9,338.34, for a total of $491,863.84 for the Period December 4, 2019 through February 28, 2021 are hereby approved and allowed."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $31.60 difference).[22] So, adjusted *only* for such inflation from the year of this

---

[21] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=445

[22] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=480

court ruling (2021) to the end of 2022, that $480.00 hourly rate for Mr. Boland is $511.60.

\* **Clif Alexander (class of '08):** Mr. Alexander works in Corpus Christi. His online biography states that his "practice focuses on pursuing wage and hour violations on behalf of employees across the United States in individual and large scale collective/class actions under the Fair Labor Standards Act." On June 3, 2022, Magistrate Judge Julie K. Hampton concluded that $500.00 per hour was an appropriate rate for Mr. Alexander's work prosecuting a Corpus Christi employment discrimination case. *See Oden v. Wellfirst Tech., Inc.*, No. 2:20-cv-00034 (Doc. 119) at pp. 19-20 (S.D. Tex. Corpus Christi) ("Considering, all these factors, the Court concludes that a rate of $500 per hour is appropriate for Mr. Alexander in this case. While he is experienced and obtained a strong result for his client, the case was not particularly complicated and a sum near the lower mid-range of other employment cases and similar attorneys is appropriate.").

\* **Aaron Johnson (class of '08):** Mr. Johnson works in Austin. His online biography notes that he is "dedicated to enforcing workers' rights under the Fair Labor Standards Act." On September 15, 2022, Magistrate Judge John A. Kazen found $500.00 was a reasonable hourly rate for Mr. Johnson's work prosecuting a Laredo FLSA case. *See Valdepena v. Nuestro Sagardo Corazon Primary Home Care, Inc.*, No. 5:19-cv-94 (Doc. 162) at p. 6 (S.D. Tex. Laredo) ("In summary, based upon the evidence presented by Plaintiffs in this case, the Court's own knowledge of rates in the relevant market, and relevant case law, the Court finds that the following hourly rates are reasonable for attorneys in the Southern District of Texas with the level of skills and expertise of Plaintiffs' counsel and paralegal, as follows: . . . Aaron Johnson $500").

\* **Lakshmi Ramakrishnan (class of '02):** Ms. Ramakrishnan works in Houston. Her online biography states that she "represent[s] employees—low-income agricultural workers and other employees involved in workplace disputes." On September 15, 2022, Magistrate Judge John A. Kazen found $500.00 was a reasonable hourly rate for Ms. Ramakrishnan's work prosecuting a Laredo FLSA case. *See Valdepena v. Nuestro Sagardo Corazon Primary Home Care, Inc.*, No. 5:19-cv-94 (Doc. 162) at p. 6 (S.D. Tex. Laredo) ("In summary, based upon the evidence presented by Plaintiffs in this case, the Court's own knowledge of rates in the relevant market, and relevant case law, the Court finds that the following hourly rates are reasonable for attorneys in the Southern District of Texas with the level of skills and expertise of Plaintiffs' counsel and paralegal, as follows: Lakshmi Ramakrishnan $500").

* **Daryl J. Sinkule (class of '02):** Mr. Sinkule currently works in Dallas but previously worked in Houston. His online biography states: "I focus my law practice on employment law civil litigation in state and federal courts and in administrative proceedings." On November 21, 2018, Magistrate Judge Christina A. Bryan determined $450.00 was a reasonable hourly rate for Mr. Sinkule's work in a Houston FLSA case. *See Novick v. Shipcom Wireless, Inc.*, No. 4:16-cv-00730 (Doc. 100) at p. 6 (S.D. Tex. Houston) ("Based on the above, the court concludes that $450 is a reasonable hourly rate for the serviced provided by Daryl Sinkule[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $47.07 difference).[23] So, adjusted *only* for such inflation from the year of this ruling (2018) to the end of 2022, that $450.00 hourly rate for Mr. Sinkule is $497.07.

* **Soña Ramirez (class of '04):** Ms. Ramirez works in San Antonio. Her online biography states that she "has represented companies in all aspects of employment law for over 15 years." In 2021, her law firm billed her time at the rate of $465.00 per hour in a Houston bankruptcy case. *See In re: Newsco Int'l Energ. Servs. USA Inc.*, No. 19-36767 (Doc. 242) at p.13 (Bankr. S.D. Tex.) (Second and Final Application of Clark Hill Strasburger, Counsel for the Debtor, for Compensation and Reimbursement of Expenses for the Period December 4, 2019 through February 28, 2021: "Sona Ramirez . . . Attorney Specialty . . . Labor & Employment . . . Hourly Rate . . . $465.00."). On April 5, 2021, Judge David R. Jones approved the request for fees. *Compare id.* at p. 16 ("Applicant requests (i) final approval and allowance of fees of $482,525.50 and expenses in the amount of $9,338.34, for a total of $491,863.84 for fees and expenses during the Application Period from December 4, 2019 through February 28, 2021") *with id.* (Doc. 244) at p. 1 (order granting same: "Therefore, it is hereby ORDERED that the Final Application is granted, and fees in the amount of $482,525.50 and expenses in the amount of $9,338.34, for a total of $491,863.84 for the Period December 4, 2019 through February 28, 2021 are hereby approved and allowed."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $30.62 difference).[24] So, adjusted *only* for such inflation from the year of this court ruling (2021) to the end of 2022, that $465.00 hourly rate for Ms. Ramirez is $495.62.

* **Mike Seely (class of '07):** Mr. Seely works in Houston. His online biography states that he is a trial lawyer. On November 20, 2013, Judge Lynn N.

---

[23] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=450

[24] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=465

Hughes awarded fees for time Mr. Seely worked on a First Amendment/constitutional free speech firing and employment retaliation case. *See Culbertson v. Lykos*, No. 4:12-cv-03644 (Doc. 69) (S.D. Tex. Houston) (granting fees requested in Doc. 45: "Rachel Palmer takes, jointly and severally, $82,101.00 in reasonable attorney's fees from Amanda Culbertson and Jorge Wong"), *reversed on other grounds* 790 F.3d 608 (5th Cir. 2015). The fees requested were based, in part, on September 12, 2013, testimony about Mr. Seely's rate of $380.00 per hour for his work on the case. *See id.* (Doc. 45-1) at p. 2–3, ¶¶ 5 & 8 (Declaration of Katherine D. David attached as Exhibit A to Rachel Palmer's Motion for an Award of Court Costs, Reasonable Attorney's Fees and Other Expenses: "Based on the hourly rates and total number of hours billed, Gardere has charges of $82,101.00 for the legal services and expenses it has rendered to defend Rachel Palmer since May 1, 2013. . . . The current hourly rates of the aforementioned attorneys are as follows: . . . Mike Seely - $380 . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 27.97% higher in 2022 versus 2013 (a $106.28 difference).[25] So, adjusted *only* for such inflation from the year of Judge Hughes's ruling to the end of 2022, that $380.00 hourly rate for Mr. Seely is $486.28.

* **Nehal S. Anand (class of '09):** Ms. Anand works in Houston. Her online biography states that she "advises and represents employers in a broad range of employment law matters arising under federal and state laws." On July 20, 2020, in response to an offer to reimburse for an hour of time in a Houston employment discrimination case, *Singhal v. Baylor College of Medicine*, No. 4:19-cv-01362 (S.D. Tex. Houston), Ms. Anand noted in an email that her hourly rate for work in that case is $440.00 per hour: "Nitin, my hourly rate for this case is $440." According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $36.17 difference).[26] So, adjusted *only* for such inflation from the year of this representation to the end of 2022, that $440.00 hourly rate for Ms. Anand is $476.17.

* **Richard Schreiber (class of '06):** Mr. Schreiber works in Houston. On March 18, 2020, Judge Hilda Tagle determined that $400.00 per hour was reasonable for his work in a Corpus Christi FLSA case. *See Herrera v. Brigham Resources, Inc.*, No. 2:17-CV-309 (Doc. 33) at pp. 10–11 (S.D. Tex. Corpus Christi) ("Given each attorney's experience and the cited caselaw, the Court determines that the following hourly rates are reasonable for each attorney: . . . $400 for Schreiber . . ."). According to the Consumer Price Index for legal services as

---

[25] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2022?amount=380

[26] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=440

generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $32.88 difference).[27] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2022, that $400.00 hourly rate for Ms. Schreiber is $432.88.

* **Christopher Willett (class of '09):** Mr. Willett works in Austin. His State Bar of Texas profile lists only "Labor-Employment" as his practice area. On September 24, 2019, Judge Nancy F. Atlas found that $390.00 per hour was a reasonable hourly rate for Mr. Willett's work in a Houston FLSA case. *See Chavez v. Shahini Corp.*, No. 4:19-cv-02324 (Doc. 9) at pp. 1–2, ¶ 5 (S.D. Tex. Houston) ("The court finds that the following hourly rates requested by Plaintiff are reasonable based on the market rates in the community for legal services on employment cases such as this . . . Christopher Willett, Attorney licensed 2009: $390/hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $36.65 difference).[28] So, adjusted *only* for such inflation from the year of this judicial finding to the end of 2022, that $390.00 hourly rate for Mr. Willett is $426.65.

* **James M. Dore (class of '08):** Mr. Dore works in Chicago, with Justicia Laboral, LLC. On January 11, 2023, Judge Lee F. Rosenthal found $400.00 per hour was a reasonable rate for Mr. Dore's work prosecuting a Houston FLSA case. *See Ruiz v. DNC Const.*, No. 22-1888 (Doc. 33) at p. 8 (S.D. Tex. Houston) ("Mr. Dore's sworn affidavit provides that his hourly rate of $400.00 is a reasonable attorney fee, comparable to other attorneys in the field. (Docket Entry No. 31-2). He has also provided time records showing that he worked 17.25 hours on this case. (Id.). The court finds that this fee and the amount of time spent is reasonable and awards Ruiz $6,900.00 in attorney's fees.").

* **Sara C. Longtain (class of '07):** Ms. Longtain works in Houston. Her online biography states that she "is an advocate for employers providing strategic, business-focused advice and legal representation in a full spectrum of employee-related matters." On December 22, 2011, her law firm charged $290.00 per hour for her work in a Houston employment agreement/non-compete case. *See Renewable Energy Group, Inc. v. Dascal*, No. 2011-51111 (190th Judicial District Court for Harris County, Texas) (Affidavit of Scott K. Davidson in Support of Attorney's Fees at p. 1, ¶ 3: "I prosecuted this case in accordance with an hourly fee agreement entered into between Renewable Energy Group, Inc. and Locke Lord LLP. My firm charged Renewable Energy Group, Inc. . . . $290.00 per hour for the

---

[27] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=400

[28] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=390

work of Sara Longtain, an associate with my firm."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $99.07 difference).[29] So, adjusted *only* for such inflation from the year of this billing (2011) to the end of 2022, that $290.00 hourly rate for Ms. Longtain is $389.07.

* **Scot Clinton (class of '04):** Mr. Clinton works in Houston. His online biography states that he "represents clients in a variety of real estate, construction, business and commercial litigation matters." On October 6, 2016, Judge Gray H. Miller ruled that $325.00 per hour was a reasonable rate for his work in an employment retaliation case. *See Thatcher v. Oakbend Med. Ctr.*, Civil Action No. H-14-3551 (Doc. 71) at p. 14 (S.D. Tex. Houston) ("The invoiced $325 per hour for Clinton's legal work is a reasonable rate."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $62.72 difference).[30] So, adjusted *only* for such inflation from the year of this ruling (2016) to the end of 2022, that $325.00 hourly rate for Mr. Clinton is $387.72.

* **DeAndrea C. Washington (class of '09):** Ms. Washington works in Houston. Her online biography states that she "focuses her practice on a variety of labor employment litigation matters." On October 29, 2013, in a Houston employment discrimination case, Teresa Valderrama testified that Ms. Washington's hourly rate was $275.00. *See Anderson v. Houston Community College*, No. 2012-40596 (334th Judicial District Court for Harris County, Texas) (Affidavit of Teresa S. Valderrama at p. 2, ¶5: "Her hourly rate is $275" though in that matter there was a lower specially negotiated rate). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 27.97% higher in 2022 versus 2013 (a $76.92 difference).[31] So, adjusted *only* for such inflation from the year of this testimony to the end of 2022, that $275.00 hourly rate for Ms. Washington is $351.92.

---

[29] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=290

[30] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=325

[31] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2022?amount=275

# *Classes of the 2010s*



## 40

**lawyers listed**

## $546.99

**average rate**

## $435.59

**median rate**



# Classes of the 2010s: The Rates

 **$1,154.14\*** Bryan M. O'Keefe (JD 2011)

 **$1,154.14\*** Michael A. Schulman (JD 2011)

 **$1,151.11\*** Sydney Jones (JD 2014)

 $1,007.22\* Wes Benter (JD 2018)

 $984.80\* Joshua K. Sekoski (JD 2012)

 $957.75\* Courtney L. Stahl (JD 2013)

 $919.87\* Scott L. Friedman (JD 2013)

 $899.24\* Katherine A. Brooker (JD 2012)

 $574.33\* Emery Gullickson Richards (JD 2014)

 $564.89\* Caitlin E. Gernert (JD 2014)

 $545.00\* Charles M. Rosson (JD 2010)

 $492.29\* Christopher R. Williams (JD 2016)

 $492.29\* Victoria Mery (JD 2012)

 $488.62\* Liane Noble (JD 2011)

 $478.06\* Michael Reed (JD 2012)

 $474.30\* Benjamin D. Williams (JD 2010)

 $469.83\* Curtis Waldo (JD 2010)

  $459.93\* Andrew Dunlap (JD 2011)

 $441.84\* Matt Heller (JD 2016)

$438.29\* Evan D. Lewis (JD 2019)

 $432.88\* Lindsay Itkin (JD 2010)

 $432.88\* Lauren Braddy (JD 2010)

 $431.99\* Alysson Ford Ouoba (JD 2011)

 $426.23\* Britney J. P. Prince (JD 2015)

 $425.47\* Michael J. Woodson (JD 2012)

 $421.01\* Drew N. Herrmann (JD 2014)

 $415.71\* E. Steve Smith (JD 2015)

 $400.81\* Angeles Garcia Cassin (JD 2013)

 $400.00\* Nick Lawson (JD 2012)

 $397.43\* Amanda E. Brown (JD 2013)

 $395.00\* Colleen Mulholland (JD 2015)

$381.76\* Samantha D. Seaton (JD 2013)

 $377.42\* Caitlin Boehne (JD 2012)

 $363.81\* Jay Forester (JD 2013)

 $357.90\* Brenna R. Lermon (JD 2014)

 $357.90\* Genevieve Estrada (JD 2013)

 $355.54\* Michael Adams-Hurta (JD 2015)

 $331.38\* Vijay Pattisapu (JD 2011)

 $328.19\* Dorian Vandenberg-Rodes (JD 2013)

  **$298.25\*** Ben Michael (JD 2013)

# *Classes of the 2010s: The Work*



* **Bryan M. O'Keefe (class of '11):** Mr. O'Keefe works in Washington D.C. His online biography notes that he is a member of his law firm's "Labor & Employment" department. In 2019, his prior law firm billed his time at the rate of $1,055.00 per hour in a Houston bankruptcy case—for work such as: "Correspond with K&E Corporate team re potential WARN Act implications" and "review and analyze case law research on constructive discharge triggering WARN Act." *See In re: Westmoreland Coal Co.*, No. 18-35672 (Doc. 2165) at pp. 82, 693 (Bankr. S.D. Tex. Houston) (Third Interim and Final Fee Application for the WMLP Debtors and the Supplement to the Final Fee Application of the WLB Debtors of Kirkland & Ellis LLP and Kirkland & Ellis International LLP Counsel to the Debtors: "Bryan M. O'Keefe . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . $1,055.00"). On August 20, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 2278). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $99.14 difference).[1] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2022, that $1,055.00 hourly rate for Mr. O'Keefe is $1,154.14.

* **Michael A. Schulman (class of '11):** Mr. Schulman works in Washington, D.C. His online biography states that he is a partner in his "firm's Global Employment and Labor Group." In 2019, his law firm billed his time at the rate of $1,055.00 per hour in a Houston bankruptcy case. *See In re: Parker Drilling Co.*, No. 18-36958 (Doc. 528) at pp. 5, 83 (Bankr. S.D. Tex. Houston) (First Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from December 12, 2018 through and including March 7, 2019: "Michael A. Schulman . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . $1,055.00"). On May 29, 2019, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 537). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=1055

9.40% higher in 2022 versus 2019 (a $99.14 difference).[2] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2022, that $1,055.00 hourly rate for Mr. Schulman is $1,154.14.

\* Sydney Jones (class of '14): Ms. Jones works in Washington D.C. Her online biography states that she "is a labor & employment partner" in her law firm. In 2021, her law firm billed her time at the rate of $1,080.00 per hour in a Houston bankruptcy case—for such work as "Analyze correspondence and information re PTO matters" and "review state wage and hour laws" and "Analyze WARN Act litigation and related documents." *See In re: Katerra Inc.*, No. 21-31861 (Doc. 1401) at pp. 11, 100 & 101 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Fee Period from June 6, 2021 through and including August 31, 2021: "Sydney Jones . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . $1,080.00"). On November 22, 2021, Judge David R. Jones approved the request for fees. *Compare id.* at p. 2 ("Total fees and expenses requested in the Interim Fee Application: $8,920,859.76") *with id.* (Doc. 1493) at p. 1 (Order granting same: "The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $8,920,859.76 for the period set forth in the application."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $71.11 difference).[3] So, adjusted *only* for such inflation from the year of this court ruling (2021) to the end of 2022, that $1,080.00 hourly rate for Ms. Jones is $1,151.11.

\* Wes Benter (class of '18): Mr. Benter works in Chicago. His online biography states that he "is an employment & labor associate" in his firm. In 2021, his law firm billed his time at the rate of $945.00 per hour in a Houston bankruptcy case—for such work as "Analyze form offer letters."

*See In re: Katerra Inc.*, No. 21-31861 (Doc. 1401) at pp. 11, 439 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Fee Period from June 6, 2021 through and including August 31, 2021: "Wes Benter . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . $945.00"). On November 22, 2021, Judge David R. Jones approved the request for fees. *Compare id.* at p. 2 ("Total fees and expenses

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=1055

[3] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=1080

requested in the Interim Fee Application: $8,920,859.76") *with id.* (Doc. 1493) at p. 1 (Order granting same: "The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $8,920,859.76 for the period set forth in the application."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $62.22 difference).[4] So, adjusted *only* for such inflation from the year of this court ruling (2021) to the end of 2022, that $945.00 hourly rate for Mr. Benter is $1,007.22.

\* Joshua K. Sekoski (class of '12): Mr. Sekoski works in Washington, D.C. His online biography states that he "[f]ocuses his practice on labor and employment litigation and strategic advice for public and private companies, trade associations and investment funds." In 2020, his law firm billed his time at the rate of $910.00 per hour in a Houston bankruptcy case—for work such as: "Prepare payment scenarios for safety data sheet to assess its compliance with the Fair Labor Standards Act," "Correspond with L. O'Donnell of Haynes Boone re pending FLSA matters," "Review and analyze workforce reduction issues," "Prepare workforce separation agreement template," "Correspond with A. Blakeway re employee severance issues," "Conduct research re potential labor issues," and "Conduct research re pending FLSA matters." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 60, 63, 487–89, 518, 562–63, 643 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Joshua K. Sekowski . . . Rate . . . $910.00"). On July 28, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $74.80 difference).[5] So, adjusted *only* for such inflation from the year of this billing and court ruling (2020) to the end of 2022, that $910.00 hourly rate for Mr. Sekoski is $984.80.

\* Courtney L. Stahl (class of '13): Ms. Stahl works in Houston. Her online biography states that her "practice covers a wide range of labor and employment matters, with a particular emphasis on noncompete, trade secret and other unfair competition disputes." In 2020, her law firm listed her rate for 2020 as $885.00 per hour in a Houston bankruptcy case. *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 63 (Bankr. S.D. Tex.

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=945

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=910

Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Stahl, Courtney L. . . . Rate . . . $885.00"—which was an $80 increase from her 2019 rate listed at "$805.00" per hour). On July 28, 2020, Judge Marvin Isgur approved the firm's request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $72.75 difference).[6] So, adjusted *only* for such inflation from the year of this stated rate (2020) to the end of 2022, that $885.00 hourly rate for Ms. Stahl is $957.75.

\* Scott L. Friedman (class of '13): Mr. Friedman works in Houston. His online biography states that he is currently "Employment & Litigation Counsel" in-house for an association—and previously worked for a law firm. In 2020, that previous law firm billed his time at the rate of $850.00 per hour in a Houston bankruptcy case—for work in 2020 such as: "Attend to open issues re workforce separation" and "Review analyses re labor issues." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 60, 64, 519, 563 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Friedman, Scott . . . LAB . . . 2020 Rate . . . $850.00"—a $75.00 per hour increase from his listed "2019 Rate" of "$775.00" per hour). On July 28, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $69.87 difference).[7] So, adjusted *only* for such inflation from the year of this billing and court ruling (2020) to the end of 2022, that $850.00 hourly rate for Mr. Friedman is $919.87.

\* Katherine A. Brooker (class of '12): Ms. Brooker works in Houston. Her online biography states that she is currently "Legal Director" in-house for a company, and previously worked for a law firm. In 2019, her previous law firm billed her time at the rate of $822.00 per hour in a Houston bankruptcy case—for work on "Labor Issues" and "Review [] EEOC Charge." *See In re: Bristow Group Inc.*, No. 19-3271 (Doc. 878-5) at Exhibit 5-V "Labor Issues," pp. 452–53 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Baker Botts L.L.P., Co-Counsel to the Debtors, for Allowance and Payment of Compensation for

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=885

[7] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=850

Services Rendered and Reimbursement of Expenses Incurred for the Period May 11, 2019 through July 31, 2019: "Brooker, K A . . . Rate . . . 822.00"). On December 6, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 930). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $77.24 difference).[8] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2022, that $822.00 hourly rate for Ms. Brooker is $899.24.

\* **Emery Gullickson Richards (class of '14):** Ms. Richards works in Houston. Her online biography states that she "routinely counsels organizations on employment law compliance, provides guidance to entities evaluating labor and employment aspects of business transactions, and conducts internal investigations and training programs in the workplace." In 2019, her law firm billed her time at the rate of $525.00 per hour in a Houston bankruptcy case. *See In re: Grizzly Energy, LLC*, No. 19-31786 (Doc. 658) at p. 34 (Bankr. S.D. Tex. Houston) (First Interim and Final Application of Blank Rome LLP, Co-counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from March 31, 2019 through July 16, 2019: "Richards, Emery . . . Dept. . . . L&E . . . Labor & Employment . . . Hourly Rate . . . $525.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $49.33 difference).[9] So, adjusted *only* for such inflation from the year of this billing (2019) to the end of 2022, that $525.00 hourly rate for Ms. Richards is $574.33.

\* Caitlin E. Gernert (class of '14): Ms. Gernert works in Houston. Her online biography states that she "focuses her practice on civil and complex commercial litigation matters in state and federal courts, with a particular emphasis on employment litigation, tort and product liability litigation, and fraud and fraudulent transfer litigation." In 2021, her firm billed her time at the "[d]iscounted rate" of $530.00 per hour in a Houston employment disability discrimination and retaliation case. *See Badaiki v. Cameron Int'l Corp.*, No. 4:19-cv-00371 (Doc. 119-1) at p. 4, ¶16 (S.D. Tex. Houston) (Declaration of James H. Nye: "Under its fee arrangement with Cameron, Winston & Strawn LLP charged significantly discounted rates for the Winston & Strawn LLP attorneys who worked on this matter as shown in Table 2 below. These discounted rates were negotiated with Cameron, representing rates that are typically materially less than those charged

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=822

[9] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=525

to and paid by the firm's civil litigation clients for similar matters. . . . Table 2 . . . Caitlin Gernert . . . Discounted rate 2021 . . . $530.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $34.89 difference).[10] So, adjusted *only* for such inflation from the year of this billing (2021) to the end of 2022, that $530.00 hourly rate for Ms. Gernert is $564.89.

\* **Charles M. Rosson (class of '10):** Mr. Rosson works in Houston. His online biography notes that the focus of his practice is complex commercial litigation. In 2014, his law firm at the time billed for his time at the rate of $435.00 per hour in a Houston breach of employment agreement case. *See Lotte Chem. Titan (M) Sendrian Berhad v. Wilder*, No. 4:14-cv-1116 (Doc. 16-6) at p. 10 (S.D. Tex. Houston) (an invoice dated May 27, 2014, attached to the affidavit of Phillip B. Dye, Jr. shows a charge of $6,198.75 for 14.25 hours of work Mr. Rosson did in that Houston employment case—which equates to $435.00 per hour (6,198.75 ÷ 14.25 = 435)). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $110.00 difference).[11] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $435.00 hourly rate for Mr. Rosson is $545.00.

\* **Christopher R. Williams (class of '16):** Mr. Williams works in Washington D.C. His online biography states that he "handles litigation and counseling matters on behalf of employers in a wide range of labor and employment matters." In 2019, his law firm billed his time at the rate of $450.00 per hour in a Houston bankruptcy case—for work such as: "Bargaining conference call with United Mine Workers regarding Beulah Mine Labor Agreement" and "Research regarding the ability of employer to refuse to pay vacation benefits during a strike." *See In re: Westmoreland Coal Co.*, No. 18-35672 (Doc. 2147-4) at pp. 10, 17 (Bankr. S.D. Tex. Houston) (Exhibit D Itemized Time Records of Professionals and Paraprofessionals January 7, 2019 – June 21, 2019 attached to First and Final Fee Application (WMLP Debtors) of Drinker Biddle & Reath LLP as Special Labor and Employment Benefits Counsel to the Debtors and Debtors in Possession for the Period of January 7, 2019 through June 21, 2019: "CR Williams . . . Rate . . . $450.00."). On August 14, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 2247). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal

---

[10]  https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=530

[11] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=435

services are 9.40% higher in 2022 versus 2019 (an $42.29 difference).[12] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2022, that $450.00 hourly rate for Mr. Williams is $492.29.

* **Victoria Mery (class of '12):** Ms. Mery works in New York but previously worked in Houston. On September 13, 2019, Judge Nancy F. Atlas ruled that $450.00 per hour was a reasonable rate for Ms. Mery's work in a Houston False Claims Act employment retaliation case. *See Miniex v. Houston Housing Auth.*, No. 4:17-cv-00624 (Doc. 277) at p. 8 (S.D. Tex. Houston) ("The Court concludes Bivens's ($600), Mery's ($450), Hurta's ($325), and Thornton's ($375) requested rates are reasonable for this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $42.29 difference).[13] So, adjusted *only* for such inflation from the year of this court ruling (2019) to the end of 2022, that $450.00 hourly rate for Ms. Mery is $492.29.

* **Liane Noble (class of '11):** Ms. Noble works in Austin. Her online profile notes that she is a prosecuting attorney with the United States Attorney's Office for the Western District of Texas. She previously worked for a law firm. In 2014, her law firm billed for her time at the rate of $390.00 per hour in a Houston breach of employment agreement case—for work such as "Draft and revise reply in support of Motion to Remand." *See Lotte Chem. Titan (M) Sendrian Berhad v. Wilder*, No. 4:14-cv-1116 (Doc. 16) at pp. 2–3, ¶ 6 (S.D. Tex. Houston) ("A summary of fees charged by each attorney in this matter follows . . . Attorney . . . Liane Noble . . . Rate . . . $390[.] . . ."); *id.* (Doc. 16-7) at p. 4 ("Draft and revise reply in support of Motion to Remand"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $98.62 difference).[14] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $390.00 hourly rate for Ms. Noble is $488.62.

* **Michael Reed (class of '12):** Mr. Reed works in Houston. His online biography states that he "guides clients through labor and employment matters, including litigation surrounding discrimination, sexual harassment, and wrongful termination." On April 13, 2017, his client sought sanctions to recover fees at a rate of $415.00 per hour incurred for his time in defending a Houston Deceptive

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=450

[13] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=450

[14] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=390

Trade Practices Act (DTPA) case over a job posting for a staffing agency—for work such as preparing for and attending a deposition that did not take place. *See Grivich v. Robert Half Int'l, Inc.*, No. 2016-57390 (269th Judicial District Court for Harris County, Texas) (Defendant Robert Half International, Inc.'s Motion for Sanctions at p. 8 ¶ 20: "Robert Half incurred significant costs, including travel and hotel expenses for Robert Half's lead counsel, attorneys' fees for appearing at and preparing for Plaintiff's deposition, costs of the court reporter and videographer, and fees in researching for and drafting this Motion. [*See* Itemized Accounting of Defendant's Fees and Costs, attached as Exhibit 15.]") (Exhibit 15: "Michael Reed . . . Rate (per hour) . . . $415.00 . . . Arrive at Hunton & Williams LLP's Houston office to prepare for and attend deposition of Plaintiff and communicate with client regarding same . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $63.06 difference).[15] So, adjusted *only* for such inflation from the year of this invoicing and motion (2017) to the end of 2022, that $415.00 hourly rate for Mr. Reed is $478.06.

\* **Benjamin D. Williams (class of '10):** Mr. Williams works in Atlanta but in 2021, he worked in Houston. His online biography states that he represents clients with Employment & Labor issues. In 2021, his prior firm billed his time at the "[d]iscounted rate" of $445.00 per hour in a Houston employment disability discrimination and retaliation case. *See Badaiki v. Cameron Int'l Corp.*, No. 4:19-cv-00371 (Doc. 119-1) at p. 4, ¶16 (S.D. Tex. Houston) (Declaration of James H. Nye: "Under its fee arrangement with Cameron, Winston & Strawn LLP charged significantly discounted rates for the Winston & Strawn LLP attorneys who worked on this matter as shown in Table 2 below. These discounted rates were negotiated with Cameron, representing rates that are typically materially less than those charged to and paid by the firm's civil litigation clients for similar matters. . . . Table 2 . . . Benjamin Williams . . . Discounted rate 2021 . . . $445.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $29.30 difference).[16] So, adjusted *only* for such inflation from the year of this billing (2021) to the end of 2022, that $445.00 hourly rate for Mr. Williams is $474.30.

\* **Curtis Waldo (class of '10):** Mr. Waldo works in Houston. His online biography states that "[h]is practice focuses on representing owners of critical infrastructure in construction disputes and other commercial matters." On

---

[15] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=415

[16] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=445

September 25, 2015, Judge Nancy F. Atlas awarded fees requested for Mr. Waldo's work in a Houston ERISA case. *See Romano Woods Dialysis Ctr. v. Admiral Linen Serv., Inc.*, No. 4:14-cv-01125 (Doc. 62-1) (S.D. Tex. Houston) ("Based on this review, and a clear recollection of the litigation of this lawsuit, the Court finds that the $209,350.13 in attorneys' fees requested by Defendants is reasonable and appropriate.") (awarding all fees requested in Defendants' Motion for Fees and Costs (Doc. 62)). The court-approved request for fees included work Mr. Waldo did at an hourly rate of $375.00—including work done and billed on invoices in 2014 at that rate. *See id.* (Doc. 62-1) at pp. 17, 21, 25, 29, 34, 41 (Affidavit of Kenneth E. Broughton, for work such as "Review and revise motion to dismiss" and "Review discovery requests and initial disclosures to plaintiff and co-defendant" and "Draft answer and defenses to Plaintiff's complaint" and "Draft objections and responses to Plaintiff's discovery requests" and "Draft and revise proposed agreed protective order" and "Review and revise mediation statement"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $94.83 difference).[17] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $375.00 hourly rate for Mr. Waldo is $469.83.

\* Andrew Dunlap (class of '11): Mr. Dunlap works in Houston. His online biography states that he "[r]epresents workers across the United States, in Courts and Arbitrations, to recover the damages they suffered at the hands of their employers." On March 18, 2020, Judge Hilda Tagle determined that $425.00 per hour was reasonable for his work in a Corpus Christi FLSA case. *See Herrera v. Brigham Resources, Inc.*, No. 2:17-CV-309 (Doc. 33) at p. 10 (S.D. Tex. Corpus Christi) ("Given each attorney's experience and the cited caselaw, the Court determines that the following hourly rates are reasonable for each attorney: . . . $425 for Dunlap . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $34.93 difference).[18] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2022, that $425.00 hourly rate for Mr. Dunlap is $459.93.

\* Matt Heller (class of '16): Mr. Heller is currently listed as an "inactive" attorney on the Texas Bar website. His online biography notes that his practice areas included labor and employment. On June 26, 2019, in a Houston employment discrimination case and ERISA benefits case, Judge Kenneth M. Hoyt determined the fees Mr. Heller's firm sought for his work on the ERISA

---

[17] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=375

[18] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=425

claims were reasonable. *See Gonzales v. ConocoPhillips Co.*, No. 4:17-cv-2374 (Doc. 108) (S.D. Tex. Houston) (ruling fee requested in Doc. 94 reasonable: "The Court is of the opinion that the fees and costs sought are reasonable."). Those fees actually billed to a client included Mr. Heller's rate of $400.00 per hour on an invoice dated September 27, 2018, for work such as "Draft letter to opposing counsel regarding supplementation of deficient discovery responses for Fazila Issa" and "Research." *See id.* (Doc. 94-3) at pp. 25, 27, 29. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services is 10.46% higher in 2022 versus 2018 (a $41.84 difference).[19] So, adjusted *only* for such inflation from the year of this billing (2018) to the end of 2022, that $400.00 hourly rate for Mr. Heller is $441.84.

* **Evan D. Lewis (class of '19):** Mr. Lewis works in Houston. His online biography states that he "is a litigator who focuses his practice on intellectual property and complex commercial litigation." In 2020, his firm billed his time at the "[d]iscounted rate" of $405.00 per hour in a Houston employment disability discrimination and retaliation case. *See Badaiki v. Cameron Int'l Corp.*, No. 4:19-cv-00371 (Doc. 119-1) at p. 4, ¶16 (S.D. Tex. Houston) (Declaration of James H. Nye: "Under its fee arrangement with Cameron, Winston & Strawn LLP charged significantly discounted rates for the Winston & Strawn LLP attorneys who worked on this matter as shown in Table 2 below. These discounted rates were negotiated with Cameron, representing rates that are typically materially less than those charged to and paid by the firm's civil litigation clients for similar matters. . . . Table 2 . . . Evan Lewis . . . Discounted rate 2020 . . . $405.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $33.29 difference).[20] So, adjusted *only* for such inflation from the year of this billing (2020) to the end of 2022, that $405.00 hourly rate for Mr. Lewis is $438.29.

* **Lindsay Itkin (class of '10):** Ms. Itkin works in Houston. Her online biography states that she "represents clients in state and federal court and in arbitration in litigation involving violations of the Fair Labor Standards Act and analogous state wage laws, managing cases from intake to resolution." On March 18, 2020, Judge Hilda Tagle determined that $400.00 per hour was reasonable for her work in a Corpus Christi FLSA case. *See Herrera v. Brigham Resources, Inc.*, No. 2:17-CV-309 (Doc. 33) at pp. 10–11 (S.D. Tex. Corpus Christi) ("Given each attorney's experience and the cited caselaw, the Court determines that the following hourly rates are reasonable for each attorney: . . . $400 for Itkin

[19] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=400

[20] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=405

. . .”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $32.88 difference).[21] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2022, that $400.00 hourly rate for Ms. Itkin is $432.88.

\* **Lauren Braddy (class of ’10):** Ms. Braddy works in Corpus Christi. Her online biography states that she “focuse[s] her practice on wage and hour litigation under the Fair Labor Standards Act, representing clients in collective and class actions across the United States.” On January 27, 2020, Judge Nelva Gonzales Ramos found that $400.00 per hour was a reasonable rate for Ms. Braddy’s work in a Corpus Christi FLSA case. *See Vela v. M&G USA Corp.*, No. 2:17-cv-13 (Doc. 66) at pp. 7–8 (S.D. Tex. Corpus Christi) (“Plaintiff’s request for attorneys’ fees is based on the work of . . . Lauren Braddy (18 hours at $400 per hour); . . . Plaintiff requests hourly rates ranging from $400 to $500 for the three attorneys working on this case. The Court finds these are reasonable rates.”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $32.88 difference).[22] So, adjusted *only* for such inflation from the year of this court finding (2020) to the end of 2022, that $400.00 hourly rate for Ms. Braddy is $432.88.

\* **Alysson Ford Ouoba (class of ’11):** Ms. Ouoba works in Washington, D.C. Her online biography states that she is a human rights attorney. On November 30, 2017, Judge Keith P. Ellison determined Ms. Ouoba’s requested rate of $375.00 was “fair and reasonable” for work she did in a Houston human trafficking [i.e., forced labor] case. *See Adhikari v. Daoud & Partners*, No. 4:09-CV-1237 (Doc. 764) at pp. 28–29 (S.D. Tex. Houston) (“The requested rates, in descending order, are as follows: $910 for Sellers; $790 for Webber; $745 for Fryszman and Vandenberg; $375 for the fellows, Saunders and Ouoba; and $280 for the paralegals and law clerks, McKeon, Krause, and Lam. . . . The requested rates are fair and reasonable here too.”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $56.99 difference).[23] So, adjusted *only* for such inflation from the year of this court ruling (2017) to the end of 2022, that $375.00 hourly rate for Ms. Ouoba is $431.99.

---

[21] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=400

[22] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=400

[23] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=375

* **Britney J. P. Prince (class of '15):** Ms. Prince works in Irving. Her online biography notes that she works in-house for a company but previously a firm. And her "practice includes involvement in federal and state administrative actions and investigations with agencies such as the Equal Employment Opportunity Commission ("EEOC"), the Texas Workforce Commission ("TWC"), the US Department of Labor, and both federal and state court actions." On February 2, 2017, Judge Elaine Palmer awarded fees for work Ms. Prince did in a Houston employment discrimination case—traveling to Houston over a discovery dispute. *See Hunter v. TPC Group, LLC*, 2016-16617 (215th Judicial District Court for Harris County, Texas) (Order Denying Plaintiff's Motion to Compel). In a January 31, 2017, request for fees, her firm noted her billing rate in that case: "Defendants' counsel, Britney Prince's (associate) billing rate is $370 per hour, and she has spent approximately 12.0 hours in conducting legal research, drafting a Response to Plaintiff's Motion, and preparing for the hearing on the Motion, totaling $4,440." *See id.* (Defendants' Supplement to their Response to Plaintiff's Motion to Compel and for In Camera Inspection). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $56.23 difference).[24] So, adjusted *only* for such inflation from the year of this court ruling (2017) to the end of 2022, that $370.00 hourly rate for Ms. Prince is $426.23.

* **Michael J. Woodson (class of '12):** Mr. Woodson works in Austin. His online biography states that he "advises clients on complex commercial litigation matters, with an emphasis on enforcement and all aspects of labor and employment issues." On August 5, 2015, in a Corpus Christi employment discrimination and retaliation case, his law firm noted that his standard rate per hour was $345.00—though there was a lower negotiated effective rate per hour in that case. *See Arredondo v. Weatherford Int'l, LLC*, No. 2:14-cv-00170 (Doc. 89) at p. 1 (S.D. Tex. Corpus Christi) (Summary of Attorney Fees and Expenses: "Michael Woodson . . . STANDARD RATE PER HOUR . . . 345"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $80.47 difference).[25] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2022, that $345.00 hourly rate for Mr. Woodson is $425.47.

---

[24] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=370

[25] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=345

\* **Drew N. Herrmann (class of '17):** Mr. Herrmann works in Fort Worth. His online biography states that he "has long-been a champion for employee rights, working diligently throughout his career to combat injustices in the workplace." On July 26, 2021, Judge Lynn N. Hughes ruled that $395.00 per hour was a reasonable rate for Mr. Herrmann's work prosecuting a Houston FLSA case. *See Ettorre v. New York Pizzeria, Inc.*, No. H-19-245 (Doc. 65) at pp.1-2 (S.D. Tex. Houston) ("Ettorre may recover $73,095 in reasonable attorney's fees from Russo's This accounts for: (a) 170 hours at $395 per hour by Drew Herrmann; . . . . This fee calculation is reasonable because difficult and complexity of this case as it involved a nuanced and novel area of federal labor law. . . Ettorre's counsel is experienced and charged a reasonable rate for labor law attorneys."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $26.01 difference).[26] So, adjusted *only* for such inflation from the year of Judge Hughes's ruling (2021) to the end of 2022, that $395.00 hourly rate for Mr. Herrmann is $421.01.

\* **E. Steve Smith (class of '15):** Mr. Smith works in Dallas. His online biography states that he has "experience representing clients in a wide variety of complex commercial litigation." His law firm billed $380.00 per hour for his work in 2019 on a Houston employment commissions case. *See Trippie v. Workplace Solutions Inc.*, No. 201984986 (281st Judicial District Court for Harris County, Texas) (Defendant's Trial Exhibit 17, Bates Stamp No. WPS000948, for trial held April 1, 2021, Invoice 1/23/20 for work in 2019: "E. Steve Smith . . . Rate . . . 380.00 / hr"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $35.71 difference).[27] So, adjusted *only* for such inflation from the year of this billing to the end of 2022, that $380.00 hourly rate for Mr. Smith is $415.71.

\* **Angeles Garcia Cassin (class of '13):** Ms. Cassin works in Houston. Her online biography states that she "focuses her practice on commercial litigation and labor and employment matters." On August 5, 2015, in a Corpus Christi employment discrimination and retaliation case, her law firm noted that her standard rate per hour was $325.00—though there was a lower negotiated effective rate per hour in that case. *See Arredondo v. Weatherford Int'l, LLC*, No. 2:14-cv-00170 (Doc. 89) at p. 1 (S.D. Tex. Corpus Christi) (Summary of Attorney

---

[26] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=395

[27] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=380

Fees and Expenses: "Angeles Garcia . . . STANDARD RATE PER HOUR . . . 325"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $75.81 difference).[28] So, adjusted *only* for such inflation from the year of this stated rate (2015) to the end of 2022, that $325.00 hourly rate for Ms. Cassin is $400.81.

* **Nick Lawson (class of '12):** Mr. Lawson works in Houston. His online biography states that he "is a commercial litigator that focuses on class and collective actions around the country." On January 3, 2023, Judge George C. Hanks, Jr. found $400.00 per hour was a reasonable rate for Mr. Lawson's work prosecuting a Houston FLSA case. *See Chamberlain v. Waller County Asphalt Inc.*, No. 4:19-cv-4941 (Doc. 155) at pp. 6-7 (S.D. Tex. Houston) ("The Court finds lead attorney Lawson's credentials and experience level to be comparable to the lead attorney in *Sheffield*, and thus finds $400 an hour to be a reasonable rate for Lawson.").

* **Amanda E. Brown (class of '13):** Ms. Brown works in Dallas and Houston. Her online biography notes that she "represents employers in litigation, arbitration, and administrative agency actions concerning both federal and state labor and employment laws." In 2017, her firm billed at the rate of $345.00 per hour for her work in a Houston employment discrimination case. *See Lyde v. The Boeing Co.*, No. 4:16-cv-3293 (Doc. 16-4) at p. 2 (S.D. Tex. Houston) (Affidavit of Ann Marie Arcadi dated August 2, 2017: "Ms. Brown was licensed in 2013 and is a member in good standing of the State Bar of Texas. Her practice also focuses on complex and single-plaintiff litigation and labor and employment matters. Ms. Brown also performed various legal work on this matter, and her billing rate was $345.00 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $52.43 difference).[29] So, adjusted *only* for such inflation from the year of this testimony (2017) to the end of 2022, that $345.00 hourly rate for Ms. Brown is $397.43.

* **Colleen Mulholland (class of '15):** Ms. Mulholland works in Colorado. But her online biography states that "she previously worked as a staff attorney at the Equal Justice Center in San Antonio, Texas, where she handled employment related litigation on behalf of low-wage working people." On

---

[28] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=325

[29] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=345

September 15, 2022, Magistrate Judge John A. Kazen found $395.00 was a reasonable hourly rate for Ms. Mulholland's work prosecuting a Laredo FLSA case. *See Valdepena v. Nuestro Sagardo Corazon Primary Home Care, Inc.*, No. 5:19-cv-94 (Doc. 162) at p. 6 (S.D. Tex. Laredo) ("In summary, based upon the evidence presented by Plaintiffs in this case, the Court's own knowledge of rates in the relevant market, and relevant case law, the Court finds that the following hourly rates are reasonable for attorneys in the Southern District of Texas with the level of skills and expertise of Plaintiffs' counsel and paralegal, as follows: . . . Colleen Mulholland $395").

\* Samantha D. Seaton (class of '13): Ms. Seaton works in Houston. Her State Bar of Texas online profile notes that labor-employment is one of her practice areas. On October 18, 2016, in a Houston state-court wage case, Ms. Seaton's firm sought an award of attorneys' fees her client incurred for her work. *See* Request for Entry of Attorneys' Fees, filed in *Garrett v. Prologistix Corp. NW PLX*, No. 1076687 (Harris County Court at Law No. 2). In support of that request, there is testimony representing that her client incurred fees for her work at an hourly rate of $320.00. *See id.* at Exhibit A, Affidavit of Carolyn A. Russell (dated October 18, 2016) ¶ 3 ("Ms. Seaton also represents the Defendant in the above-styled case, and her hourly rate is $320.00"). The court granted fees but in a lower overall amount than that requested. *See id.* Judgment (dated July 11, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $61.76 difference).[30] So, adjusted *only* for such inflation from the year of this billing (2016) to the end of 2022, that $320.00 hourly rate for Ms. Seaton is $381.76.

\* Caitlin Boehne (class of '12): Ms. Boehne works in Austin. Her online biography notes that she litigates employment law claims for low-wage workers. On September 24, 2019, Judge Nancy F. Atlas found that $345.00 per hour was a reasonable hourly rate for Ms. Boehne's work in a Houston FLSA case. *See Chavez v. Shahini Corp.*, No. 4:19-cv-02324 (Doc. 9) at pp. 1–2, ¶ 9 (S.D. Tex. Houston) ("The court finds that the following hourly rates requested by Plaintiff are reasonable based on the market rates in the community for legal services on employment cases such as this . . . Caitlin Boehne, Attorney licensed 2012: $345/hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $32.42 difference).[31] So, adjusted *only* for such

---

[30] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=320

[31] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=345

inflation from the year of this court finding (2019) to the end of 2022, that $320.00 hourly rate for Ms. Boehne is $377.42.

**\* Jay Forester (class of '13):** Mr. Forester works in Dallas. His online biography notes that he handles collective and class actions. On October 21, 2015, Judge David Hittner granted his former firm fees in a Houston FLSA case. *See Gingrass v. TMG (The Moore Group, Inc.)*, No. 4:15-cv-00837 (Doc. 18) at p. 1 (S.D. Tex. Houston) ("The Court finds that Plaintiff has established by declaration that he and his counsel are entitled to recover from Defendant attorney's fees and costs of $7,258.95, which the Court finds to be a reasonable amount."). Judge Hittner's ruling was premised, in part, on a rate of $295.00 per hour for Mr. Forester's work in that Houston FLSA case. *See id.* (Doc. 13-2) at p. 3, ¶ 11 (Declaration of Jesse H. Forester dated September 21, 2015: "The firm's lodestar (hours x hourly rates) on the hours expended on this matter, amounts to $6,658.95 (J. Forester with 13.50 hours x $295 = $3,982.50; J. Derek Braziel with 3.00 hours x $495 = $1,485.00; and Chief Paralegal Josey Gonzales with 6.11 hours x $195 = $1,191.45). The firm also has an additional $600.00 in costs in this matter for a total amount in fees and costs of $7,258.95."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $68.81 difference).[32] So, adjusted *only* for such inflation from the year of Judge Hittner's ruling (2015) to the end of 2022, that $295.00 hourly rate for Mr. Forester is $363.81.

**\* Brenna R. Lermon (class of '14):** Ms. Lermon works in Houston. Her online biography states that she "regularly represents employers in responding to government agency investigations. A substantial portion of her practice consists of giving employers day-to-day operations advice and drafting employment contracts, handbooks and other policies." On June 30, 2016, Ms. Lermon's firm sought sanctions in a Houston FLSA case after alleging a plaintiff failed to show for a deposition—and testified that her client incurred fees at her hourly rate of $300.00. *See Edwards v. 4JLJ, LLC*, No. 2:15-cv-00299 (Doc. 70-10) at p. 4 (S.D. Tex. Houston) (Affidavit of Brenna L[ermon] Hill: "Task . . . Preparation and Attendance of Deposition . . . Rate . . . $300.00 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[33] So, adjusted *only* for such inflation from the year of this billing (2016) to the end of 2022, that $300.00 hourly rate for Ms. Lermon is $357.90.

---

[32] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=295

[33] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

**\* Genevieve Estrada (class of '13):** Ms. Estrada works in Houston. Her State Bar of Texas profile notes that "Labor-Employment" is one of her two practice areas. On January 26, 2016, Magistrate Judge George Hanks found $300.00 per hour to be a reasonable rate for Ms. Estrada's work in a Houston FLSA case. *See Rouse v. Target Corp.*, 181 F. Supp. 3d 379, 385, No. 3:15-cv-48 (Doc. 33) (S.D. Tex. Galveston) ("[T]he Court finds that $300 per hour is a reasonable hourly rate for an attorney of Estrada's skills and expertise in the Southern District."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[34] So, adjusted *only* for such inflation from the year of this billing (2016) to the end of 2022, that $300.00 hourly rate for Ms. Estrada is $357.90.

**\* Michael Adams-Hurta (class of '15):** Mr. Adams-Hurta works in Houston. He is an appellate attorney. On September 13, 2019, Judge Nancy F. Atlas awarded Mr. Adams-Hurta's prior firm a requested rate of $325.00 per hour for his work in a Houston False Claims Act employment retaliation case. *See Miniex v. Houston Housing Auth.*, No. 4:17-cv-00624 (Doc. 277) at p. 8 (S.D. Tex. Houston) ("The Court concludes Bivens's ($600), Mery's ($450), Hurta's ($325), and Thornton's ($375) requested rates are reasonable for this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (an $30.54 difference).[35] So, adjusted *only* for such inflation from the year of this court ruling (2019) to the end of 2022, that $325.00 hourly rate for Mr. Adams-Hurta is $355.54.

**\* Vijay Pattisapu (class of '11):** Mr. Pattisapu works in Houston. His online biography states that he is an "[e]xperienced trial advocate in employment law and civil/business dispute matters." On August 16, 2018, Judge Hilda Tagle found that $300.00 was an appropriate hourly billing rate for Mr. Pattisapu's work in a Corpus Christi FLSA case. *See Salas v. Warrior Energy Servs. Corp.*, No. 2:15-cv-00374 (Doc. 35) at p. 8 (S.D. Tex. Corpus Christi) ("The Court . . . (2) FINDS that $425 and $300 are the appropriate hourly billing rates for Buenker and Pattisapu, respectively, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $31.38

---

[34]  https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

[35]  https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=325

difference).[36] So, adjusted *only* for such inflation from the year of this court ruling (2018) to the end of 2022, that $300.00 hourly rate for Mr. Pattisapu is $331.38.

**\* Dorian Vandenberg-Rodes (class of '13):** Ms. Vandenberg-Rodes works in Houston. Her online biography states that she "practices employment law exclusively." On August 22, 2019, Judge Nancy F. Atlas determined $300.00 was a reasonable hourly rate for Ms. Vandenberg-Rodes's work in a Houston employment discrimination case. *See Rebollar v. Ortega Medical Clinic, P.L.L.C.*, No. 4:18-cv-0846 (Doc. 33) at p. 5 (S.D. Tex. Houston) ("Rebollar asserts that Slobin's reasonable rate for employment-related cases is $500 per hour and Vandenberg-Rodes's is $300. Defendants do not challenge these rates. The Court agrees these rates are reasonable in light of the attorneys' experience and knowledge of employment law. Accordingly, the Court will award Rebollar attorney fees at her counsel's requested rates."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (an $28.19 difference).[37] So, adjusted *only* for such inflation from the year of this court ruling (2019) to the end of 2022, that $300.00 hourly rate for Ms. Vandenberg-Rodes is $328.19.

**\* Ben Michael (class of '13):** Mr. Michael works in Austin. On January 27, 2016, his prior firm applied for fees in a Houston FLSA case. *See Willis v. Full Service Const. Inc.*, No. 4:11-cv-1673 (Doc. 71) at p. 3, ¶ 9 (S.D. Tex. Houston) (Plaintiffs' Application for Award of Attorney's Fees, Costs and Expenses: "The reasonable fee that Plaintiffs request is the lodestar amount, $91,825.00. This is based on an hourly rate of . . . $250.00 for Benjamin Michael ('Michael')".). On February 26, 2016, Judge Kenneth Hoyt granted the full amount of these requested fees, which included this rate of $250.00 per hour for Mr. Michael's work in that Houston FLSA case. *See id.* (Doc. 76) at p. 1 ("It is, therefore, ORDERED, ADJUDGED, AND DECREED that the plaintiffs are awarded $91,825.00 in attorney's fees[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $48.25 difference).[38] So, adjusted *only* for such inflation from the year of this court ruling (2016) to the end of 2022, that $250.00 hourly rate for Mr. Michael is $298.25.

---

[36] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=300

[37] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=300

[38] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=250

# East Texas





EDTX† summary of rates listed for
labor and employment law work:

# 69 lawyers: $1,219.41 to $270.55

| Rate | Name / JD Year | Rate | Name / JD Year |
|------|----------------|------|----------------|
| $1,219.41* | Alan J. Robin (JD 1975) | $513.64* | Rebecca Predovan (JD 2009) |
| $968.36* | Douglas E. Hamel (JD 1976) | $500.00* | Tanner G.M. Franklin (JD 2015) |
| $968.36* | W. Carl Jordan (JD 1974) | $500.00* | Scott Brady (JD 1997) |
| $925.00* | Rogge Dunn (JD 1983) | $493.30* | John Werner (JD 1993) |
| $896.63* | Gwen J. Samora (JD 1992) | $488.87* | Ron Chapman (JD 1995) |
| $835.00* | Carrie B. Hoffman (JD 1993) | $486.99* | James D. Sanford (JD 2005) |
| $750.00* | Greg McAllister (JD 2011) | $480.59* | Michelle Mahony (JD 1997) |
| $750.00* | Brian Shaw (JD 2006) | $477.20* | Seth Grove (JD 2009) |
| $717.30* | Vanessa Griffith (JD 1994) | $462.64* | Marina Lyons (JD 2013) |
| $715.70* | Joshua J. Iacuone (JD 2002) | $462.47* | Corinna Chandler (JD 2009) |
| $703.43* | Laura Reasons (JD 2007) | $462.47* | Julia C. Hatcher (JD 1997) |
| $701.26* | Gabrielle Wirth (JD 1982) | $441.84* | James M. Loren (JD 1995) |
| $681.44* | Tara Porterfield (JD 1996) | $440.00* | Brooke Bahlinger (JD 2019) |
| $681.44* | Christopher V. Bacon (JD 1990) | $438.29* | Christopher Willett (JD 2009) |
| $662.76* | Marc S. Hepworth (JD 1998) | $431.64* | Mark Frasher (JD 1996) |
| $662.76* | Gregg I. Shavitz (JD 1994) | $417.55* | David Bergen (JD 2015) |
| $662.76* | David A. Roth (JD 1991) | $417.55* | Olivia C. Mallary (JD 2015) |
| $662.76* | Charles Gershbaum (JD 1990) | $405.82* | Shana Khader (JD 2011) |
| $637.96* | Aaron Goldstein (JD 2003) | $401.69* | Corey E. Devine (JD 2006) |
| $634.17* | Andrew S. Golub (JD 1991) | $400.00* | Sean F. Hightower (JD 2013) |
| $607.53* | Alan Quiles (JD 1995) | $400.00* | James M. Dore (JD 2008) |
| $607.53* | Christine M. Duignan (JD 1991) | $386.61* | Timothy D. Craig (JD 2003) |
| $600.00* | Philip Bohrer (JD 1984) | $385.00* | Anna Richardson (JD 2017) |
| $600.00* | Bryan Collins (JD 1984) | $385.00 | Michael Myers (JD 2001) |
| $585.80* | Trey Branham (JD 1999) | $364.52* | Janine Kapp (JD 2015) |
| $574.39* | Camar R. Jones (JD 2003) | $364.52* | Logan A. Pardell (JD 2015) |
| $573.84* | Tim Garrigan (JD 1983) | $364.52* | Joshua Cittadino (JD 2014) |
| $552.30* | Paolo Meireles (JD 2010) | $351.71* | Stephanie Gharakhanian (JD 2013) |
| $550.00* | Sara Richey (JD 2010) | $336.90* | Andrew Jason Magid (JD 2012) |
| $550.00* | Clayton D. Craighead (JD 2008) | $331.38* | Rachael Rustmann (JD 2013) |
| $546.78* | Robert G. "Bobby" Lee (JD 1993) | $325.86* | Megan Dixon (JD 2012) |
| $542.66* | Robert J. Wood (JD 1992) | $325.00* | Benjamin J. Newman (JD 2016) |
| $536.85* | Charles M.R. Vethan (JD 1994) | $292.19* | Reema Ali (JD 2018) |
| $536.85* | Joseph L. Lanza (JD 1992) | $270.55* | Sean Goldhammer (JD 2016) |
| $534.68* | Donald D. Gamburg (JD 1995) | | |

† Courts note the relevant community for fees is district-wide—not by city or division. *See, e.g., Lewallen v. City of Beaumont*, 394 Fed. Appx. 38, 46 (5th Cir. 2010); *Treadway v. Otero*, No. 2:19-CV-244 (Doc. 157) at p. 9 (S.D. Tex. Oct. 6, 2020) (citing cases and concluding: "When it comes to parsing between divisions, it appears that it is the district, rather than the division, that should govern the decision.").



# Classes of the 1970s: The Rates



## $1,219.41*
Alan J. Robin
(JD 1975)

## $968.36*
Douglas E. Hamel
(JD 1976)





## $968.36*
W. Carl Jordan
(JD 1974)

# *Classes of the 1970s: The Work*



\* **Alan J. Robin (class of '75):** Mr. Robin works in Houston. An online biography states that his practice includes employee benefits and executive compensation. He billed for work in a Lufkin race discrimination in employment case—in 2009 (or before), his rate was $850 per hour. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 41, PageID# 12892, 12896 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon dated January 15, 2009: "Current Rate if Still Employed . . . Robin, Alan . . . $850"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $369.41 difference).[1] Adjusted *only* for such inflation from the year of this testimony (2009) to the end of 2022, that $850.00 hourly rate for Mr. Robin is $1,219.41.

\* **Douglas E. Hamel (class of '76):** Mr. Hamel works in Houston. An online biography notes his practice areas include labor and employment law. In or *before* 2009, he billed for work in a Lufkin race discrimination in employment case—his rate was $675.00 per hour. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at p. 38, PageID# 12893 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon dated January 15, 2009: "Last Rate Billed On This Case . . . Hamel, Douglas . . . $675"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $293.36 difference).[2] Adjusted *only* for such inflation from the year of this testimony (2009) to the end of 2022, that $675.00 hourly rate for Mr. Hamel is $968.36.

\* **W. Carl Jordan (class of '74):** Mr. Jordan worked in Houston— but is no longer practicing law. An online biography notes that "for approximately 40 years, he practiced in the field of employment and labor law." In or *before* 2009, he billed for work in a Lufkin race discrimination in employment case—his rate

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=850

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=675

was $675.00 per hour. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 41, PageID# 12892, 12896 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon dated January 15, 2009: "Current Rate" . . . Jordan, Carl . . . $675"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $293.36 difference).[3] Adjusted *only* for such inflation from the year of this testimony (2009) to the end of 2022, that $675.00 hourly rate for Mr. Jordan is $968.36.

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=675



<div style="background:red">

# *Classes of the 1980s: The Rates*

</div>



## $925.00*
Rogge
Dunn
(JD 1983)



## $600.00*
Philip
Bohrer
(JD 1984)



## $701.26*
Gabrielle
Wirth
(JD 1982)



## $600.00*
Bryan
Collins
(JD 1984)

## $573.84*
Tim
Garrigan
(JD 1983)



# *Classes of the 1980s: The Work*



\* **Rogge Dunn (class of '83):** Mr. Dunn works in Dallas. His online biography notes that he handles employment matters and is a board-certified specialist in labor and employment law. On February 9, 2022, Judge Amos Mazzant ruled that Mr. Dunn's requested rate of $925.00 per hour was reasonable in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Dunn . . . Rate . . . $925 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

\* **Gabrielle Wirth (class of '82):** Ms. Wirth works in both California and Montana. Her online biography states that she "is currently the head of the Southern California and Montana Labor & Employment departments at" her law firm. In 2020, her law firm sought fees at the rate of $648.00 per hour (representing her hourly rate of $720.00 per hour minus a 10% discount) for this sort of work she did in a Sherman bankruptcy case: "Conferences with J Pleitz regarding composition of individuals subject to RIF (.4); review memos regarding remote employees (.6); review revised list (.3); research state WARN act or other notice for layoff requirements (.5)" and "Revise WARN Act template and notice to agencies (.3); review updated list and complete research on requirements of other states (.7) meet with J. Pleitz regarding editing exhibit with positions for inclusion to notice to state officials (.3); respond to question regarding reserving right to claim WARN did not apply, review regulations and edit language for same (.2); meet with J. Pleitz, review new emails and finalize notices (.2)" *See In re: Nuvectra Corp.*, No. 19-43090 (Doc. 364) at p. 3, (Doc. 364-3) at Exhibit C, p. 1, and (Doc. 364-6) at Exhibit F, pp. 46, 47 (Bankr. E.D. Tex. Sherman) (Summary of Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period November 12, 2019 through June 2, 2020). On August 12, 2020, Judge Brenda T. Rhoades approved the request for fees. *See id.* (Doc. 386). According to

the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $53.26 difference).[1] Adjusted *only* for such inflation from the year of Judge Rhoades's approval (2020) to the end of 2022, that $648.00 hourly rate for Ms. Wirth is $701.26.

\* **<span style="color:red">Philip Bohrer (class of '84):</span>** Mr. Bohrer works in Baton Rouge. His law firm's online biography states: "Bohrer Brady Employment Law of Baton Rouge provides winning legal counsel for labor law cases." On October 13, 2022, Judge Sean D. Jordan found a rate of $600 per hour was reasonable for Mr. Bohrer's time prosecuting a Sherman FLSA case. *See Espinosa v. Prime Choice Urgent Care, PLLC*, No. 4:12-cv-835-SDJ (Doc. 28) at p. 6, PageID #: 229 (E.D. Tex. Sherman) ("Attorney Philip Bohrer's billing rate in this case is $600 per hour, . . . The Court finds that the requested hourly rates are reasonable in light of counsel's experience, the relevant rates for similar attorneys in the community, and the specific facts of the case.").

\* **<span style="color:red">Bryan Collins (class of '84):</span>** Mr. Collins works in Dallas. His online biography states that he "has been Board Certified in Labor & Employment Law by the Texas Board of Legal Specialization since 1997 and his practice for more than 35 years almost exclusively has involved Labor and Employment matters." On February 9, 2022, <span style="color:red">Judge Amos Mazzant</span> ruled that Mr. Collins's requested rate of $925.00 per hour was reasonable in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Bryan Collins . . . Rate . . . $600.00 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

\* **<span style="color:red">Tim Garrigan (class of '83):</span>** Mr. Garrigan works in Nacogdoches. His practice areas include a focus on labor and employment law work. On April 2, 2009, <span style="color:red">Judge Ron Clark</span> awarded a rate of $400.00 per hour for Mr. Garrigan's work in a Lufkin race discrimination in employment case. *See McClain v. Lufkin Indus., Inc.*, No. 9:97-cv-063 (Doc. 621) at pp. 12–13 (E.D. Tex. Lufkin) (citing evidence and concluding: "The court will therefore apply a $400/hr rate for the work performed by Mr. Garrigan"). The Fifth Circuit affirmed the fee award but reversed with instructions for the district court to consider the higher home rates of the out-of-state attorneys who worked on the case in East Texas in setting

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=648

recovery of their fees. *See McClain v. Lufkin Indus., Inc.*, 649 F.3d 374, 387 (5th Cir. 2011) ("As a result, the trial court erred in failing to calculate the initial lodestar using the rates Goldstein Demchak attorneys typically charge in their own home district. The court, on remand, must reconsider the fee award using those rates as a starting point."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $173.84 difference).[2] Adjusted *only* for such inflation from the date of Judge Clark's ruling (2009) to the end of 2022, that $400.00 hourly rate for Mr. Garrigan is $573.84.

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=400

# *Classes of the 1990s*



## 25 lawyers listed

## $595.78 average rate

## $585.80 median rate



# Classes of the 1990s: The Rates

 **$896.63\*** Gwen J. Samora (JD 1992)

 **$662.76\*** David A. Roth (JD 1991)

 **$542.66\*** Robert J. Wood (JD 1992)

 **$480.59\*** Michelle Mahony (JD 1997)

 **$835.00\*** Carrie B. Hoffman (JD 1993)

 **$662.76\*** Charles Gershbaum (JD 1990)

 **$536.85\*** Charles M.R. Vethan (JD 1994)

 **$462.47\*** Julia C. Hatcher (JD 1997)

 **$717.30\*** Vanessa Griffith (JD 1994)

 **$634.17\*** Andrew S. Golub (JD 1991)

 **$536.85\*** Joseph L. Lanza (JD 1992)

 **$441.84\*** James M. Loren (JD 1995)

 **$681.44\*** Tara Porterfield (JD 1996)

 **$607.53\*** Alan Quiles (JD 1995)

 **$534.68\*** Donald D. Gamburg (JD 1995)

 **$431.64\*** Mark Frasher (JD 1996)

 **$681.44\*** Christopher V. Bacon (JD 1990)

 **$607.53\*** Christine M. Duignan (JD 1991)

 **$500.00\*** Scott Brady (JD 1997)

 **$662.76\*** Marc S. Hepworth (JD 1998)

  **$585.80\*** Trey Branham (JD 1999)

 **$493.30\*** John Werner (JD 1993)

 **$662.76\*** Gregg I. Shavitz (JD 1994)

**$546.78\*** Robert G. "Bobby" Lee (JD 1993)

**$488.87\*** Ron Chapman (JD 1995)

# *Classes of the 1990s: The Work*



* **Gwen J. Samora (class of '92):** Ms. Samora works in Houston. Her online biography notes that she is an appellate specialist. In or before 2009, she worked on a Lufkin employment race discrimination case and her hourly rate for that work was $625.00. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at p. 38, PageID #: 12893 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Samora, Gwen . . . Last Rate Billed On This Case . . . $625"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $271.63 difference).[1] Adjusted *only* for such inflation from the year of that billed rate (2009) to the end of 2022, that $625.00 hourly rate for Ms. Samora is $896.63.

* **Carrie B. Hoffman (class of '93):** Ms. Hoffman works in Dallas. Her online biography states that she "represents and counsels major employers nationwide in all areas of labor and employment law across a wide range of industries including retail and hospitality." In a Sherman bankruptcy case, her law firm has her hourly rate listed as $835.00 for employment law work in 2021 such as, "Review employment agreement; prepare email regarding same." *See In re: Spherature Investments LLC*, No. 20-42492 (Doc. 760) & (Doc, 760-3) at p. 1 & (760-8) at p. 128 (E.D. Tex. Bankr. Sherman) (Summary of Second Interim and Final Application of Foley & Lardner LLP, as Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 21, 2020 through November 12, 2021) ("Carrie B. Hoffman . . . Department Group, or Section . . . Labor & Employment . . . FYE 2021 Hourly Rate . . . $835 . . ."). On January 12, 2022, Judge Brenda T. Rhoades granted the request for payment of these fees. *See id.* (Doc. 798).

* **Vanessa Griffith (class of '94):** Ms. Griffith works in Dallas. Her online biography states that she "represents and advises employers in all aspects of employment law, including internal client investigations." In or *before* 2009, she billed for work in a Lufkin race discrimination in employment case—and her

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=625

rate as of 2009 was listed as $500 per hour. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 41, PageID #: 12892, 12896 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Under 10.00 hours . . . Griffith, Vanessa . . . Last Rate Billed . . . 390"; but that her "Current Rate" as of the date of testimony in January of 2009 was "500"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009—a $217.30 difference from that stated rate of $500.00 in 2009.[2] Adjusted *only* for such inflation from the year of that stated rate (2009) to the end of 2022, that $500.00 hourly rate for Ms. Griffith is $717.30.

* ## Tara Porterfield (class of '96): Ms. Porterfield works in Austin. Her online biography states that she "focuses her practice on employment litigation and counseling." In or *before* 2009, she billed for work in a Lufkin employment race discrimination case—her rate was listed as $475 per hour. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37–38, PageID# 12892 & 12893 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Over 10.00 hours . . . Porterfield, Tara . . . Last Rate Billed . . . 475"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009—a $206.44 difference from that billed rate of $475.00 in 2009.[3] Adjusted *only* for such inflation from the year of that billed rate for work in a Lufkin employment case (2009) to the end of 2022, that $475.00 hourly rate for Ms. Porterfield is $681.44.

* ## Christopher V. Bacon (class of '90): Mr. Bacon works in Houston. His online biography states that his "practice is primarily devoted to litigating employment matters on behalf of private employers." He billed for work in a Lufkin employment race discrimination case and, in 2009, testified that his last rate was $475.00 per hour. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37–38, PageID #: 12892 & 12893 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Over 10.00 hours . . . Bacon, Chris . . . Last Rate Billed . . . 475"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009—a $206.44 difference from that billed rate of $475.00 in 2009.[4] Adjusted *only* for such inflation from the year of that billed rate for work in a Lufkin

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=500

[3] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=475

[4] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=475

employment case (2009) to the end of 2022, that $475.00 hourly rate for Mr. Bacon is $681.44.

## * Marc S. Hepworth (class of '98): Mr. Hepworth works in New York. His online biography states that he "has been lead or co-lead counsel in cases across the country wherein employees have been denied their overtime wages." On December 20, 2018, Judge Amos Mazzant found Mr. Hepworth's $600.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "Marc Hepworth . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $62.76 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[5] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $600.00 hourly rate for Mr. Hepworth is $662.76.

## * Gregg I. Shavitz (class of '94): Mr. Shavitz works in Florida. His online biography states that he "helps employees, whether it be Wage and Hour cases, or Equal Pay Act Claims, or Discrimination matters." On December 20, 2018, Judge Amos Mazzant found Mr. Shavitz's $600.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "Gregg Shavitz . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $62.76 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[6] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $600.00 hourly rate for Mr. Shavitz is $662.76.

## * David A. Roth (class of '91): Mr. Roth works in New York. His law firm's online biography states that they "represent victimized employees in

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=600

[6] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=600

New York and throughout the United States since 2008." On December 20, 2018, Judge Amos Mazzant found a $600.00 hourly rate for Mr. Roth's work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "David Roth . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $62.76 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[7] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $600.00 hourly rate for Mr. Roth is $662.76.

## * Charles Gershbaum (class of '90): Mr. Gershbaum works in

New York. His online biography states that his law firm "concentrates on employment litigation, representing only the employees." On December 20, 2018, Judge Amos Mazzant found Mr. Gershbaum's $600.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "Charles Gershbaum . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $62.76 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[8] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $600.00 hourly rate for Mr. Gershbaum is $662.76.

## * Andrew S. Golub (class of '91): Mr. Golub works in Houston.

His online biography states that "[h]is practice focuses on employment and civil rights-related counseling and litigation." On April 12, 2021, Judge Michael J. Truncale concluded that Mr. Golub's requested rate of $595.00 per hour was reasonable for work done in a Beaumont FLSA case. *See Jackson v. Mistry Hospitality LLC*, No. 1:19-CV-00422 (Doc. 49) at p. 3, PageID #: 233 (E.D. Tex. Beaumont) ("The Court also concludes that an hourly rate of $595.00 is reasonable. Mr.

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=600

[8] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=600

Golub's education, experience, and qualifications support the reasonableness of this rate."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021—a $39.17 difference from that hourly rate of $595.00 Judge Truncale concluded was reasonable in 2021.[9] Adjusted *only* for such inflation from the year of Judge Truncale's conclusion (2021) to the end of 2022, that $595.00 hourly rate for Mr. Golub is $634.17.

\* Alan Quiles (class of '95): Mr. Quiles works in Florida. His online biography states that he "represented plaintiffs and management in employment claims for over 20 years in State and Federal Courts." On December 20, 2018, Judge Amos Mazzant found a $550.00 hourly rate for Mr. Quiles's work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $550.00 per hour: "Alan Quiles . . . Rate . . . $550 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $57.53 difference from that hourly rate of $550.00 Judge Mazzant found reasonable in 2018.[10] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $550.00 hourly rate for Mr. Quiles is $607.53.

\* Christine M. Duignan (class of '91): Ms. Duignan works in Florida. Her online biography states that she "has devoted her practice to advocating for workers' rights." On December 20, 2018, Judge Amos Mazzant found a $550.00 hourly rate for Ms. Duignan's work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $550.00 per hour: "Christine Duignan . . . Rate . . . $550 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $57.53 difference from that hourly rate of $550.00 Judge Mazzant found reasonable in 2018.[11]

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=595

[10] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=550

[11] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=550

Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $550.00 hourly rate for Ms. Duignan is $607.53.

**\* Trey Branham (class of '99):** Ms. Branham works in Dallas. On August 11, 2015, Judge Amos Mazzant ruled that $475.00 per hour was a reasonable rate for Mr. Branham's work in a Sherman FLSA case. *See Grimm v. Moore, et al.*, No. 4:14-CV-329 (Doc. 34) at pp. 3–4, PageID #: 622–23 (E.D. Tex. Sherman) ("Based on a declaration submitted to the Court, the attorneys seek to be compensated at the following hourly rate: $475 per hour for Charles Branham[.] . . . Based on their respective levels of experience, the Court finds that the hourly rates submitted in this case are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015—a $110.80 difference from that hourly rate of $475.00 Judge Mazzant found reasonable in 2015.[12] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2015) to the end of 2022, that $475.00 hourly rate for Mr. Branham is $585.80.

**\* Robert G. "Bobby" Lee (class of '93):** Mr. Lee works in Dallas. His online biography notes that he "specializes in employment law, representing employers, executives, and other employees in all facets of the employment relationship." On April 24, 2018, Judge Amos Mazzant ruled that Mr. Lee's request for fees was reasonable in a Sherman FLSA case. *See Cole v. Wilcox, MD PA*, No. 4:17-CV-00367 (Doc. 18) at p. 3, PageID #: 111 (E.D. Tex. Sherman) ("After reviewing Plaintiff's motion, the Court finds that Plaintiff's request is reasonable and should be granted."). That request was based on an hourly rate of $495.00 per hour for Mr. Lee's work in that Sherman FLSA case. *See id.* (Doc. 16) at p. 1, ¶ 2, PageID #: 84 (Plaintiff's Amended Application for Attorneys' Fees and Costs and Brief in Support: "The reasonable fee Plaintiff requests is $7,101.00. This is based on an hourly rate of $495.00 for Robert (Bobby) Lee[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $51.78 difference from that hourly rate of $495.00 Judge Mazzant found reasonable in 2018.[13] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $495.00 hourly rate for Mr. Lee is $546.78.

**\* Robert J. Wood (class of '92):** Mr. Wood works in Dallas. His online biography states that he "has represented many employers in enforcing noncompete agreements against former employees and ensuring that the

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=475

[13] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=495

employers' common-law rights are protected." On October 30, 2006, Senior Judge Richard A. Schell found that $340.00 per hour was a reasonable rate for Mr. Wood's work in a Sherman non-compete employment case. *See LaDue v. LaFrance Corp.*, No. 4:06-cv-350 (Doc. 75) at p. 5, PageID #: 1257 (E.D. Tex. Sherman) ("[T]he court finds that the hourly rates submitted by the attorneys and paralegal are reasonable. Accordingly, pursuant to the lodestar analysis, the attorneys' fees are as follows: . . . Robert J. Wood – 1.5 hours Å~ $340/hour ' $510.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 59.61% higher in 2022 versus 2006—a $202.66 difference from that hourly rate of $340.00 Senior Judge Schell found reasonable in 2006.[14] Adjusted *only* for such inflation from the year of Senior Judge Schell's finding (2006) to the end of 2022, that $340.00 hourly rate for Mr. Wood is $542.66.

## * Charles M.R. Vethan (class of '94): Mr. Vethan works in Houston. His online biography notes that he is a civil trial specialist. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $450.00 per hour for Mr. Vethan's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Lanza and Mr. Vethan billed their time at a rate of $450 per hour, while Mr. Grove, Mr. Colvin, and Mr. Walker billed their time at a rate of $400 per hour. Mr. Singhe billed his time at $275 per hour, and Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $86.85 difference from that hourly rate of $450.00 Judge Guirola found reasonable in 2016.[15] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2022, that $450.00 hourly rate for Mr. Vethan is $536.85.

## * Joseph L. Lanza (class of '92): Mr. Lanza works in San Antonio. His online biography states that he "litigates cases ranging from the enforcement of non-competition provisions in contracts, misappropriation of trade secrets, breaches of contract and fiduciary duties, and patent and trademark infringement." On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $450.00 per hour for Mr. Lanza's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) (Judge Louis Guirola, Jr.) ("Mr. Lanza and Mr. Vethan billed their

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2006-to-2022?amount=335

[15] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=450

time at a rate of $450 per hour, while Mr. Grove, Mr. Colvin, and Mr. Walker billed their time at a rate of $400 per hour. Mr. Singhe billed his time at $275 per hour, and Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $86.85 difference from that hourly rate of $450.00 Judge Guirola found reasonable in 2016.[16] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2022, that $450.00 hourly rate for Mr. Lanza is $536.85.

\* <span style="color:red">Donald D. Gamburg (class of '95):</span> Mr. Gamburg works in Philadelphia. His online biography states that he "has an extensive employment litigation practice." On October 30, 2006, Senior Judge Richard A. Schell found that $335.00 per hour was a reasonable rate for Mr. Gamburg's work in a Sherman non-compete employment case. *See LaDue v. LaFrance Corp.*, No. 4:06-cv-350 (Doc. 75) at p. 5, PageID #: 1257 (E.D. Tex. Sherman) ("[T]he court finds that the hourly rates submitted by the attorneys and paralegal are reasonable. Accordingly, pursuant to the lodestar analysis, the attorneys' fees are as follows: . . . Donald D. Gamburg – 3.1 hours x $335/hour = $1,038.50"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 59.61% higher in 2022 versus 2006—a $199.68 difference from that hourly rate of $335.00 Senior Judge Schell found reasonable in 2006.[17] Adjusted *only* for such inflation from the year of Senior Judge Schell's finding (2006) to the end of 2022, that $335.00 hourly rate for Mr. Gamburg is $534.68.

\* <span style="color:red">Scott Brady (class of '97):</span> Mr. Brady works in Baton Rouge. His online biography states that he "dedicates his practice to helping injured people." On October 13, 2022, <span style="color:red">Judge Sean D. Jordan</span> found a rate of $500 per hour was reasonable for Mr. Brady's time prosecuting a Sherman FLSA case. *See Espinosa v. Prime Choice Urgent Care, PLLC*, No. 4:12-cv-835-SDJ (Doc. 28) at p. 6, PageID #: 229 (E.D. Tex. Sherman) ("[i]t also appears that attorney Scott Brady performed work on the case at $500 per hour., . . . The Court finds that the requested hourly rates are reasonable in light of counsel's experience, the relevant rates for similar attorneys in the community, and the specific facts of the case.").

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=450

[17] https://www.officialdata.org/Legal-services/price-inflation/2006-to-2022?amount=335

\* **John Werner (class of '93):** Mr. Werner works in Beaumont. His online biography notes that his practice areas include labor and employment law. On September 2, 2015, Judge Ron Clark awarded Mr. Werner's firm attorneys' fees in a Beaumont FLSA case—the amount Magistrate Judge Keith F. Giblin recommended on August 12, 2015. *See Rivera v. Evergreen Fabrication & Indus. Servs., Inc.*, No 1:14-cv-76 (Doc. 14) at pp. 1–2, PageID #: 237–38 (E.D. Tex. Beaumont) ("Pursuant to Judge Giblin's recommendation, the Court awards damages in the amount of $8,460.00; $3,970.00 in attorneys' fees[.] . . ."); *id.* (Doc. 13) at p. 13, PageID #: 236 ("The undersigned further recommends that the Court enter judgment in favor of the plaintiff and assess judgment against the defendant. The judgment should award the plaintiff $8,460.00 in damages, $3,970.00 in attorneys' fees . . ."). The recommendation was for the full amount of fees requested, which was calculated using an hourly rate of $400.00 for Mr. Werner's work. *See id.* (Doc. 9) at p. 6, PageID #: 57 (Plaintiff's Motion for Default Judgment: "Multiplying the total number of hours expended in this matter by the hourly rates of the undersigned counsel, Plaintiff is entitled to reasonable and necessary attorney fees in the amount of $3,970, plus taxable court costs."); *id.* (Doc. 9-1) at pp. 1–2, PageID #: 216–17 (Affidavit of Mark W. Frasher: "John Werner's hourly rate is $400, which rate is reasonable for a lawyer practicing in this community with the same or similar experience. . . . My total fees are $2,730 and John Werner's total fees are $1,240 for a total fee of $3,970."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015—a $93.30 difference from that hourly rate of $400.00 that both Judge Clark and Magistrate Judge Giblin awarded in 2015.[18] Adjusted *only* for such inflation from the year of these judges' rulings (2015) to the end of 2022, that $400.00 hourly rate for Mr. Werner is $493.30.

\* **Ron Chapman, Jr. (class of '95):** Mr. Chapman works in Dallas. His online biography states that he is a "zealous advocate in high-stakes labor and employment matters, including litigation and appeals in courts across the country, as well as proceedings before the EEOC, DOL, NLRB, OSHA, and other federal, state, and local governmental agencies." In 2010, he testified that his rate charged to a client [in a Marshall FLSA case] was $353.00 per hour. *See Champion v. ADT Security Servs., Inc.*, No. 2:08-cv-00417-TJW (Doc. 54-1) at p. 2, ¶ 6, PageID #: 695: (E.D. Tex. Marshall) ("My hourly rate charged to the client in this matter is $353.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010—a $135.87 difference from that hourly rate of

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=400

$353.00 in 2010.[19] Adjusted *only* for such inflation from the year of this testimony (2010) to the end of 2022, that $353.00 hourly rate is $488.87.

* **Michelle Mahony (class of '97):** Ms. Mahony works in Houston. Her online biography states that "[f]or over twenty years, Michelle has counseled and defended both large and small employers in matters covering a wide range of traditional employment and wage and hour matters." In or before 2009 she worked on a Lufkin employment race discrimination case and her hourly rate for that work was $335.00. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at p. 38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Timekeepers Billing Over 10.00 hours . . . Mahoney, Mary [sic] . . . Last Rate Billed On This Case . . . $335"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009—a $145.59 difference from that billed rate of $335.00 in 2009.[20] Adjusted *only* for such inflation from the year of that stated rate (2009) to the end of 2022, that $335.00 hourly rate for Ms. Mahoney is $480.59.

* **Julia C. Hatcher (class of '97):** Ms. Hatcher works in Galveston. Her online biography notes that she has a general practice that also includes litigating employment discrimination. On March 17, 2015, Judge Ron Clark awarded her requested hourly rate of $375.00 for work she did in a Lufkin employment discrimination case. *See Combs v. City of Huntington, Texas*, No. 9:12-cv-00210 (Doc. 101) at pp. 5–6, Page ID #: 780–81 (E.D. Tex. Lufkin) ("Plaintiff's motion for attorney's fees requests an hourly rate for Ms. Hatcher of $375[.] . . . Defendant submitted no contravening evidence about prevailing local rates. Accordingly, given Ms. Hatcher's affidavit about her own experience and the court's observations of Ms. Hatcher's ability in trial, without intending to set any precedent, Mr. Garrigan's affidavit supports Ms. Hatcher's requested hourly fee of $375 per hour."), *vacated and remanded on other grounds*, No. 15-40436 (5th Cir. July 15, 2016). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015—a $87.47 difference from Judge Clark's award of $375.00 per hour in 2015.[21] Adjusted *only* for such inflation from the year of Judge Clark's ruling (2015) to the end of 2022, that $375.00 hourly rate for Ms. Hatcher is $462.47.

---

[19] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=353

[20] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=335

[21] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=375

\* **James M. Loren (class of '95):** Mr. Loren works in Florida. His online biography states that he "has litigated cases involving personal injury, employment discrimination, unpaid overtime class actions." On October 12, 2018, Magistrate Judge John D. Love found that Mr. Loren's requested rate of $400.00 per hour was reasonable for work in Tyler FLSA case. *See Montes v. Metro Materials and Machinery, LLC*, No. 6:18-cv-00367-RWS (Doc. 11) at p. 6, PageID #: 47 (E.D. Tex. Tyler) ("Plaintiff requests fees for 8.5 hours billed in connection with matter (5.4 hours by associate Rachael Rustmann at $300.00 per hour and 3.1 hours for partner James Loren at $400.00 per hour). Id. at ¶ 9. This amounts to total fees of $2,860.00 in this matter. . . . The Court finds such request to be reasonable and finds that Plaintiff is entitled to $2,860.00 in attorney's fees."). On January 7, 2019, Judge Robert W. Schroeder III found no error in these determinations. *See id.* (Doc. 15) at pp. 2-3 (Order Adopting Report and Recommendation of United States Magistrate Judge) ("Using the "lodestar" method, the Magistrate Judge then determined that Plaintiff was entitled to $2,860.00 in attorney's fees. . . . The Court similarly finds no plain error in these determinations."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $41.84 difference from that hourly rate of $400.00 Magistrate Judge Love found reasonable in 2018.[22] Adjusted *only* for such inflation from the year of Magistrate Judge Love's finding (2018) to the end of 2022, that $400.00 hourly rate for Mr. Loren is $441.84.

\* **Mark Frasher (class of '96):** Mr. Frasher works in Beaumont. On September 2, 2015, Judge Ron Clark awarded Mr. Frasher's firm attorneys' fees in a Beaumont FLSA case—the amount Magistrate Judge Keith F. Giblin recommended on August 12, 2015. *See Rivera v. Evergreen Fabrication & Indus. Servs., Inc.*, No 1:14-cv-76 (Doc. 14) at pp. 1–2, PageID #: 237–38 (E.D. Tex. Beaumont) ("Pursuant to Judge Giblin's recommendation, the Court awards damages in the amount of $8,460.00; $3,970.00 in attorneys' fees . . ."); *id.* (Doc. 13) at p. 13, PageID #: 236 ("The undersigned further recommends that the Court enter judgment in favor of the plaintiff and assess judgment against the defendant. The judgment should award the plaintiff $8,460.00 in damages, $3,970.00 in attorneys' fees . . ."). The recommendation was for the full amount of fees requested, which was calculated using an hourly rate of $350.00 for Mr. Frasher's work. *See id.* (Doc. 9) at p. 6, PageID #: 57 (Plaintiff's Motion for Default Judgment: "Multiplying the total number of hours expended in this matter by the hourly rates of the undersigned counsel, Plaintiff is entitled to reasonable and necessary attorney fees in the amount of $3,970, plus taxable court costs."); *id.* (Doc. 9-1) at p. 1, PageID #: 216 (Affidavit of Mark W. Frasher: "My hourly rate in this matter is $350, which rate is reasonable for a lawyer practicing in this community with the

---

[22] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=600

same or similar experience. . . . My total fees are $2,730 and John Werner's total fees are $1,240 for a total fee of $3,970."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015—a $81.64 difference from that hourly rate of $350.00 that both Judge Clark and Magistrate Judge Giblin awarded in 2015.[23] Adjusted *only* for such inflation from the year of these judges' rulings (2015) to the end of 2022, that $350.00 hourly rate for Mr. Frasher is $431.64.

---

[23] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=350

# *Classes of the 2000s*



## 15 **lawyers listed**

## $525.56

**average rate**

## $486.99

**median rate**



# Classes of the 2000s: The Rates


**$750.00***
Brian
Shaw
(JD 2006)


$550.00*
Clayton D.
Craighead
(JD 2008)


$438.29*
Christopher
Willett
(JD 2009)


$715.70*
Joshua J.
Iacuone
(JD 2002)


$513.64*
Rebecca
Predovan
(JD 2009)


$401.69*
Corey E.
Devine
(JD 2006)


$703.43*
Laura E.
Reasons
(JD 2007)


$486.99*
James D.
Sanford
(JD 2005)


$400.00*
James M.
Dore
(JD 2008)


$637.96*
Aaron
Goldstein
(JD 2003)


$477.20*
Seth
Grove
(JD 2009)


$386.61*
Timothy D.
Craig
(JD 2003)


$574.39*
Camar R.
Jones
(JD 2003)


$462.47*
Corinna
Chandler
(JD 2009)


**$385.00***
Michael
Myers
(JD 2001)

# *Classes of the 2000s: The Work*



**\* Brian Shaw (class of '06):** Mr. Shaw works in Dallas. His online biography states that he handles disputes involving employment. On February 9, 2022, Judge Amos Mazzant ruled that $750.00 per hour was reasonable for his work in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Brian Shaw . . . Rate . . . $750.00 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

**\* Joshua Iacuone (class of '03):** Mr. Iacuone works in Dallas. His online biography states that he "represents a variety of clients in employment, personal injury, and business litigation cases — on both sides of the docket." On February 9, 2022, Judge Amos Mazzant ruled that Mr. Iacuone's requested rate of $715.70 per hour was reasonable in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Iacuone . . . Rate . . . $715.70 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

**\* Laura E. Reasons (class of '07):** Ms. Reasons works in Chicago. Her online biography states she "is a labor and employment attorney serving clients in matters ranging from workplace discrimination to counseling on compliance and best practices." On June 16, 2020, Judge Robert W. Schroeder III ruled that Ms. Reasons's hourly rate of $650.00 per hour was reasonable for work she did in a Texarkana FLSA case. *See Waggoner v. VSE Corp.*, No. 5:18-cv-00058 (Doc. 155) at p. 14, PageID #: 2608 (E.D. Tex. Texarkana) ("The Court finds the hourly rates reported by Plaintiffs' counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community and

the specific facts of this case. . . . Laura Reasons performed a large percentage of the work performed by lawyers at the rate of $650 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $53.43 difference from that hourly rate of $650.00 that Judge Schroeder found was reasonable in 2020.[1] Adjusted *only* for such inflation from the year of Judge Schroeder's finding (2020) to the end of 2022, that $650.00 hourly rate for Ms. Reasons is $703.43.

* **Aaron Goldstein (class of '03):** Mr. Goldstein works in Seattle. His online biography states that he "advises businesses and provides litigation expertise on all employment and trade secret related matters, from non-competition agreements and data theft, to discrimination and harassment claims under Oregon, Washington, and federal law." He billed for employment law work he did in a Sherman bankruptcy case. *See In re: Nuvectra Corp.*, No. 19-43090 (Doc. 364) at p. 3, (Doc. 364-3) at Exhibit C, p. 1, and (Doc. 364-6) at Exhibit F, pp. 2, 45, 46, 48 (Bankr. E.D. Tex. Sherman) (Summary of Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period November 12, 2019 through June 2, 2020) (for work such as "Review correspondence from L. Kalesnik, analyze various WARN Act issue, and correspond with L. Kalesnik regarding same" and "Continue researching and analyzing federal WARN Act issues (1.4); review correspondence from B. Schmidt regarding new facts relevant to analysis (.3); analyze proposed reduction in force in light of same (.7); draft memorandum regarding WARN Act analysis (1.3)" and "Correspond with case team multiple times regarding strategy for WARN Act and related issues (.5); confer with B. Schmidt regarding outstanding facts necessary before providing a comprehensive WARN Act analysis (.8); analyze overall strategy in light of information from case team (1.2)" and "Research WARN Act constructive discharge issues related to contemplated reduction in force (.7); correspond with case team regarding same (.3); review WARN Act resources and correspond with case team regarding same (.4)" and "Analyze and research multiple WARN Act issues related to release agreement and possible exceptions to WARN Act application"). For that work, the "Stated Rate" was $595.00 per hour—though his firm said it applied a 10% discount to arrive at "$589.50" [which is not actually a 10% discount] and that was the charge for work done in 2019. *See id.* (Doc. 364) at p. 3. On August 12, 2020, Judge Brenda T. Rhoades approved the request for fees. *See id.* (Doc. 386). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $48.46 difference from that hourly rate of $589.50 that was a part of the fees Judge Rhoades approved in 2020.[2] Adjusted *only* for such inflation from

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=650

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=589.50

the year of Judge Rhoades's fee award (2020) to the end of 2022, that $589.50 hourly rate for Mr. Goldstein is $637.96.

\* **Camar R. Jones (class of '03):** Mr. Jones works in Florida. His online biography states that he "has extensive experience representing employees who have been the victims of overtime and minimum wage violations, as well as discrimination, harassment, wrongful termination, and retaliation." On December 20, 2018, Judge Amos Mazzant determined Mr. Jones's $520.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $520.00 per hour: "Camar Jones . . . Rate . . . $520 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—an $54.39 difference from that hourly rate of $520.00 that Judge Mazzant found reasonable in 2018.[3] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $520.00 hourly rate for Mr. Jones is $574.39.

\* **Clayton D. Craighead (class of '08):** Mr. Craighead works in Houston. His online biography states that he "handles all aspects of civil litigation, including employment disputes, . . . ." On March 28, 2023, Judge Michael J. Truncale ruled that $550.00 per hour was a reasonable rate for his work prosecuting a Beaumont employment discrimination case. *See Harmon v. Texas Dep't. of Criminal Justice*, No. 1:20-cv-00460 (Doc. 108) at p. 4, PageID #: 3192 (E.D. Tex. Beaumont) ("Given their time in practice, the number of cases on these types of issues, and the expertise witnessed by the judge in this case, the rate of $550 per hour for Sara Richey and Clayton Craighead is appropriate and reasonable.").

\* **Rebecca Predovan (class of '09):** Ms. Predovan works in New York. Her online biography states that she "concentrates her practice in FLSA class action lawsuits, civil litigation, federal employment and labor law." On December 20, 2018, Judge Amos Mazzant found Ms. Predovan's $465.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=520

fees and reporting lodestar rate of $465.00 per hour: "Rebecca Predovan . . . Rate . . . $465"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $48.64 difference from that hourly rate of $465.00 that Judge Mazzant found reasonable in 2018.[4] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $465.00 hourly rate for Ms. Predovan is $513.64.

\* James D. Sanford (class of '05): Mr. Sanford works in Dallas. His online biography notes he "counsels and advocates for clients in the area of labor and employment law." On January 8, 2020, Judge Amos L. Mazzant found that $450.00 per hour was a reasonable hourly rate for Mr. Sanford's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC*, No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are $450/hour for James Sanford[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $36.99 difference from that hourly rate of $450.00 that Judge Mazzant found reasonable in 2020.[5] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2022, that $450.00 hourly rate for Mr. Sanford is $486.99.

\* Seth Grove (class of '09): Mr. Grove works in San Antonio. His online biography notes that his practice areas include Fair Labor Standards Act claims. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $400.00 per hour for Mr. Grove's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Lanza and Mr. Vethan billed their time at a rate of $450 per hour, while Mr. Grove, Mr. Colvin, and Mr. Walker billed their time at a rate of $400 per hour. Mr. Singhe billed his time at $275 per hour, and Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $77.20 difference from that hourly rate of $400.00 Judge Guirola found reasonable in 2016.[6]

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=465

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=450

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=400

Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2022, that $400.00 hourly rate for Mr. Grove is $477.20.

\* **Corinna Chandler (class of '09):** Ms. Chandler works in Dallas and she focuses her practice on employment law. On August 11, 2015, Judge Amos Mazzant ruled that $375.00 per hour was a reasonable rate for Ms. Chandler's work in a Sherman FLSA case. *See Grimm v. Moore, et al.*, No. 4:14-CV-329 (Doc. 34) at pp. 3–4, PageID #: 622–23 (E.D. Tex. Sherman) ("Based on a declaration submitted to the Court, the attorneys seek to be compensated at the following hourly rate . . . $375 per hour for Corinna Chandler. . . . Based on their respective levels of experience, the Court finds that the hourly rates submitted in this case are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015—a $87.47 difference from that hourly rate of $375.00 Judge Mazzant found reasonable in 2015.[7] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2015) to the end of 2022, that $375.00 hourly rate for Ms. Chandler is $462.47.

\* **Christopher Willett (class of '09):** Mr. Willett works in Austin with the Equal Justice Center—a "a non-profit law firm and employment justice organization which empowers low-income families, workers, and communities to achieve fair treatment in the workplace." On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Mr. Willett did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Mr. Willett's hourly rate of $405.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees [Dkt. #82] is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 [Dkt. 82-1 at 3]. Ms. Khader's hourly rate is $375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $33.29 difference from that hourly

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=375

rate of $405.00 that these judges found was reasonable in 2020.[8] Adjusted *only* for such inflation from the year of these judges' rulings (2020) to the end of 2022, that $405.00 hourly rate for Mr. Willett is $438.29.

\* **Corey E. Devine (class of '06):** Mr. Devine works in Houston. His online biography states that he "focuses his practice on traditional employment, wage and hour, and unfair competition disputes and counseling, especially for clients in the energy industry." On or before 2009, he billed for work in a Lufkin employment race discrimination case. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Over 10.00 hours . . . Devine, Corey . . . Last Rate Billed . . . 210" but that his "Current Rate" as of the date of testimony in January of 2009 was "280"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009—a $121.69 difference from the year of that "current rate."[9] Adjusted *only* for such inflation from the year of that testified "current rate" (2009) to the end of 2022, that $280.00 hourly rate for Mr. Devine is $401.69.

\* **James M. Dore (class of '08):** Mr. Dore works in Chicago, with Justicia Laboral, LLC. On August 9, 2022, Judge Amos L. Mazzant ruled that $400 per hour was reasonable and appropriate for Mr. Dore's work prosecuting a Sherman FLSA case. *See Alejandro v. Property Care Solutions LLC*, No. 4:22-cv-00029 (Doc. 11) at p. 13, PageID #: 67 (E.D. Tex. Sherman) ("Dore has a $400 hourly rate. . . . The Court also concludes the hourly rates are reasonable.").

\* **Timothy D. Craig (class of '03):** Mr. Craig works in Nacogdoches. His practice areas include labor and employment law. On February 20, 2018, Magistrate Judge Roy S. Payne found that Mr. Craig was worthy of the $350.00 per hour rate requested for work in a Marshall employment discrimination and retaliation case. *See Fisher v. Lufkin Indus., Inc.*, No. 2:12-CV-423 (Doc. 127) at p. 4, PageID #: 2053 (E.D. Tex. Marshall) ("The Court is not as familiar with Mr. Craig, but finds his work in this case worthy of the $350 hourly rate requested."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $36.31 difference from the year of Magistrate Judge Payne's finding.[10] Adjusted *only* for such inflation from the year of Magistrate Judge Payne's finding (2018) to the end of 2022, that $350.00 hourly rate for Mr. Craig is $386.61.

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=405

[9] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=280

[10] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=350

\* Michael Myers (class of '01): Mr. Myers works in Dallas. On February 9, 2022, Judge Amos Mazzant ruled that $385.00 per hour was reasonable for his work in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Michael Myers . . . Rate . . . $385.00 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

# *Classes of the 2010s*



# 21

**lawyers listed**

# $409.91

**average rate**

# $385.00

**median rate**



# Classes of the 2010s: The Rates

 **$750.00***
Greg
McAllister
(JD 2011)

 $552.30*
Paolo
Meireles
(JD 2010)

 $550.00*
Sara
Richey
(JD 2010)

 $500.00*
Tanner G. M.
Franklin
(JD 2015)

 $462.64*
Marina
Lyons
(JD 2013)

 $440.00*
Brooke C.
Bahlinger
(JD 2019)

 $417.55*
David
Bergen
(JD 2015)

 $417.55*
Olivia C.
Mallary
(JD 2015)

 $405.82*
Shana
Khader
(JD 2011)

 $400.00*
Sean F.
Hightower
(JD 2013)

 $385.00*
Anna
Richardson
(JD 2017)

 $364.52*
Janine
Kapp
(JD 2015)

 $364.52*
Logan A.
Pardell
(JD 2015)

 $364.52*
Joshua
Cittadino
(JD 2014)

 $351.71*
Stephanie
Gharakhanian
(JD 2013)

 $336.90*
Andrew Jason
Magid
(JD 2012)

 $331.38*
Rachael
Rustmann
(JD 2013)

 $325.86*
Megan
Dixon
(JD 2012)

 $325.00*
Benjamin J.
Newman
(JD 2016)

$292.19*
Reema
Ali
(JD 2018)

 **$270.55***
Sean
Goldhammer
(JD 2016)

# Classes of the 2010s: The Work



**\* Greg McAllister (class of '11):** Mr. McAllister works in Dallas. His online biography states that he "represents employers and individuals regarding noncompete/nonsolicit, trade secrets, overtime, business disputes, and executive compensation." On February 9, 2022, Judge Amos Mazzant ruled that the rate of $750.00 per hour was reasonable for Mr. McAllister's work in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Greg McAllister . . . Rate . . . $750.00 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

**\* Paolo Meireles (class of '10):** Mr. Meireles works in Florida. His online biography states that his "practice focuses on class and collective action cases seeking unpaid wages on behalf of current and former employees nationwide." On December 20, 2018, Judge Amos Mazzant found Mr. Meireles's $500.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $500.00 per hour: "Paolo Meireles . . . Rate . . . $500"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $52.30 difference from that hourly rate of $500.00 Judge Mazzant found reasonable in 2018.[1] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $500.00 hourly rate for Mr. Meireles is $552.30.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=500

**\* Sara Richey (class of '10):** Ms. Richey works in Houston. Her online biography notes that her practice areas include "Labor-Employment." On March 28, 2023, Judge Michael J. Truncale ruled that $550.00 per hour was a reasonable rate for her work prosecuting a Beaumont employment discrimination case. *See Harmon v. Texas Dep't. of Criminal Justice*, No. 1:20-cv-00460 (Doc. 108) at p. 4, PageID #: 3192 (E.D. Tex. Beaumont) ("Given their time in practice, the number of cases on these types of issues, and the expertise witnessed by the judge in this case, the rate of $550 per hour for Sara Richey and Clayton Craighead is appropriate and reasonable.").

**\* Tanner G.M. Franklin (class of '15):** Ms. Franklin works in Etoile. On December 1, 2022, Judge Michael J. Truncale found that Mr. Franklin's request for fees at a rate of $500.00 per hour was reasonable for his work prosecuting a Texas Whistleblower Act employment case. *See Mahan v. Texas Dep't. of Public Safety*, No. 9:20-cv-00119 (Doc. 113) at p. 2, PageID #: 3463 (E.D. Tex. Lufkin) ("Plaintiffs request the follow hourly rates: $500.00/hour for Mr. Tanner G. M. Franklin's services . . . After considering the relevant factors and the evidence provided by Plaintiffs, the Court finds that Plaintiffs' request for attorneys' fees incurred at the district court level is reasonable.").

**\* Marina Lyons (class of '13):** Ms. Lyons works in Seattle. Her online biography states that she "has extensive experience litigating employment issues and has advised clients concerning wage and hour disputes, discrimination, breach of contract, non-compete claims, investigations by governmental agencies, and drafting employment handbooks and policies." She billed for employment law work she did in a Sherman bankruptcy case. *See In re: Nuvectra Corp.*, No. 19-43090 (Doc. 364) at p. 3, (Doc. 364-3) at Exhibit C, p. 1, and (Doc. 364-6) at Exhibit F, p. 46 (Bankr. E.D. Tex. Sherman) (Summary of Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period November 12, 2019 through June 2, 2020) (for work including "Further research and analyze the way in which courts determine the location of the site of employment for purposes of telecommuting employees under the Worker Adjustment and Retraining Notification Act"). For that work, the "Stated Rate" was $475.00 per hour—though her firm applied a 10% discount yielding $427.50 per hour, and that was the charge for work done in 2019. *See id.* On August 12, 2020, Judge Brenda T. Rhoades approved the request for fees. *See id.* (Doc. 386). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $35.14 difference).[2] Adjusted *only* for such inflation from the year of Judge

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=427.50

Rhoades's approval (2020) to the end of 2022, that $427.50 hourly rate for Ms. Lyons is $462.64.

* **Brooke C. Bahlinger (class of '19):** Ms. Bahlinger works in Dallas. Her online biography states that she "represents clients in all aspects of labor and employment matters, including trial strategy, pleadings and motion practice, discovery, mediation, settlement, trial and appeal." In a Sherman bankruptcy case, her law firm has her hourly rate listed as $440.00 for employment law work in 2021 such as, "Consult with team and B. Smith regarding noncompete and consideration issues; research and analyze case law regarding non-compete consideration and severance; analyze authentication issue with affidavit." *See In re: Spherature Investments LLC*, No. 20-42492 (Doc. 760) at p.1 & (760-3) at p. 1 & (Doc. 760-8) at p. 117 (Bankr. E.D. Tex. Sherman) (Summary of Second Interim and Final Application of Foley & Lardner LLP, as Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 21, 2020 through November 12, 2021) ("Brooke C. Bahlinger . . . FYE 2021 Hourly Rate . . . $440 . . ."). On January 12, 2022, Judge Brenda T. Rhoades granted the request for payment of these fees. *See id.* (Doc. 798).

* **David Bergen (class of '15):** Mr. Bergen works in Houston. His online biography notes that he represents injured plaintiffs. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $350.00 per hour for Mr. Bergen's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $67.55 difference from that hourly rate of $350.00 Judge Guirola found reasonable in 2016.[3] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2022, that $350.00 hourly rate for Mr. Bergen is $417.55.

* **Olivia C. Mallary (class of '15):** Ms. Mallary works in Louisiana. Her online biography notes that her practice areas include employment law. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $350.00 per hour for Ms. Mallary's work in a Sherman FLSA case. *See Vassallo v. Goodman*

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=350

*Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $67.55 difference from that hourly rate of $350.00 Judge Guirola found reasonable in 2016.[4] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2022, that $350.00 hourly rate for Ms. Mallary is $417.55.

\* Shana Khader (class of '11): Ms. Khader works in Washington D.C. but previously worked in Dallas—where her she "represented workers in challenging abusive employment practices through class and individual litigation, policy advocacy, and community organizing." On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Ms. Khader did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Ms. Khader's hourly rate of $375.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees (Dkt. #82) is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 (Dkt. 82-1 at 3). Ms. Khader's hourly rate is $375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $30.82 difference from that hourly rate of $375.00 that these judges found was reasonable in 2020.[5] Adjusted *only* for such inflation from the year of these judges' rulings (2020) to the end of 2022, that $375.00 hourly rate for Ms. Khader is $405.82.

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=350

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=375

\* **Sean F. Hightower (class of '13):** Mr. Hightower works in Nacogdoches. On December 1, 2022, Judge Michael J. Truncale found that a rate of $400.00 per hour was reasonable for his work prosecuting a Texas Whistleblower Act employment case. *See Mahan v. Texas Dep't. of Public Safety*, No. 9:20-cv-00119 (Doc. 113) at p. 2, PageID #: 3463 (E.D. Tex. Lufkin) ("Plaintiffs request the follow hourly rates: . . . $400.00/hour for Mr. Sean F. Hightower's services. . . . After considering the relevant factors and the evidence provided by Plaintiffs, the Court finds that Plaintiffs' request for attorneys' fees incurred at the district court level is reasonable.").

\* **Anna Richardson (class of '17):** Ms. Richardson works in Dallas. Her online biography states that her practice "is primarily focused on complex business and employment disputes, including cases involving allegations of breach of contract, breach of fiduciary duty, fraud, tortious interference, conversion, and trade secret misappropriation." On February 9, 2022, Judge Amos Mazzant ruled that $385.00 per hour was reasonable for her work in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Anna Richardson . . . Rate . . . $385.00 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

\* **Janine Kapp (class of '15):** Ms. Kapp works in New York. On December 20, 2018, Judge Amos Mazzant determined Ms. Kapp's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Janine Kapp . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $34.52 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[6] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $330.00 hourly rate for Ms. Kapp is $364.52.

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=330

**\* Logan A. Pardell (class of '15):** Mr. Pardell works in Florida. His online biography states that he "focuses his practice on nationwide complex class and collective action litigation, including claims for unpaid overtime wages, unpaid bonuses, meal and rest break violations, unreimbursed business expenses, Equal Pay Act violations and ERISA violations." On December 20, 2018, Judge Amos Mazzant determined Mr. Pardell's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Logan Pardell . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $34.52 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[7] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $330.00 hourly rate for Mr. Pardell is $364.52.

**\* Joshua Cittadino (class of '14):** Mr. Cittadino works in New Jersey. His online biography states that he "has defended employee's rights against unfair employment practices in both state and federal court." On December 20, 2018, Judge Amos Mazzant found Mr. Cittadino's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Joshua Cittadino . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $34.52 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[8] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $330.00 hourly rate for Mr. Cittadino is $364.52.

---

[7]

[8] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=330

\* **Stephanie Gharakhanian (class of '13):** Ms. Gharakhanian works in Austin. She previously served as special counsel for the Workers Defense Project—"a community organization for low-wage, immigrant workers in the Texas construction industry." On January 8, 2020, Judge Amos L. Mazzant found that $325.00 per hour was a reasonable hourly rate for Ms. Gharakhanian's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC*, No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are . . . $325/hour for Stephanie Gharakhanian[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $26.71 difference from that hourly rate of $325.00 that Judge Mazzant found reasonable in 2020.[9] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2022, that $325.00 hourly rate for Ms. Gharakhanian is $351.71.

\* **Andrew Jason Magid (class of '13):** Ms. Magid works in Dallas. His online practice area lists "Labor-Employment" as his practice area. On September 12, 2018, Magistrate Judge K. Nicole Mitchell awarded fees based, in part, on a rate of $305.00 per hour for Mr. Magid's work in a Tyler alleged employment discrimination case. *See Farris v. Ben E. Keith Co.*, No. 6:17-cv-301 (Doc. 137) at p. 4, PageID #: 3210 (E.D. Tex. Tyler) ("Defendant requests an hourly rate of . . . $305 per hour for attorney Magid . . . . Plaintiff's response does not dispute that these rates are reasonable hourly rates."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $31.90 difference from that hourly rate of $305.00 used in Magistrate Judge Mitchell's 2018 decision.[10] Adjusted *only* for such inflation from the year of Magistrate Judge Mitchell's decision (2018) to the end of 2022, that $305.00 hourly rate for Mr. Magid is $336.90.

\* **Rachael Rustmann (class of '13):** Ms. Rustman works in Nashville. Her online biography states that she "focuses her practice primarily on cases involving wage and hour violations on an individual and collective action basis." On October 12, 2018, Magistrate Judge John D. Love found that Mr. Loren's requested rate of $400.00 per hour was reasonable for work in Tyler FLSA case. *See Montes v. Metro Materials and Machinery, LLC*, No. 6:18-cv-00367-RWS (Doc. 11) at p. 6, PageID #: 47 (E.D. Tex. Tyler) ("Plaintiff requests fees for 8.5 hours billed

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=325

[10] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=305

in connection with matter (5.4 hours by associate Rachael Rustmann at $300.00 per hour and 3.1 hours for partner James Loren at $400.00 per hour). Id. at ¶ 9. This amounts to total fees of $2,860.00 in this matter. . . .  The Court finds such request to be reasonable and finds that Plaintiff is entitled to $2,860.00 in attorney's fees."). On January 7, 2019, Judge Robert W. Schroeder III found no error in these determinations. *See id.* (Doc. 15) at pp. 2-3 (Order Adopting Report and Recommendation of United States Magistrate Judge) ("Using the "lodestar" method, the Magistrate Judge then determined that Plaintiff was entitled to $2,860.00 in attorney's fees. . . . The Court similarly finds no plain error in these determinations."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $31.38 difference from that hourly rate of $300.00 Magistrate Judge Love found reasonable in 2018.[11] Adjusted *only* for such inflation from the year of Magistrate Judge Love's finding (2018) to the end of 2022, that $300.00 hourly rate for Ms. Rustmann is $331.38.

* ## Megan Dixon (class of '12): Ms. Dixon works in Dallas. Her online biography notes that she "focuses on providing efficient and effective representation in employment disputes." On April 24, 2018, Judge Amos Mazzant found her firm's request for fees was reasonable in a Sherman FLSA case. *See Cole v. Wilcox, MD PA*, No. 4:17-CV-00367 (Doc. 18) at p. 3, PageID #: 111 (E.D. Tex. Sherman) ("After reviewing Plaintiff's motion, the Court finds that Plaintiff's request is reasonable and should be granted"); *id.* (Doc. 16) at p. 6, ¶ 14, PageID #: 89 (Plaintiff's Amended Application for Attorneys' Fees and Costs and Brief in Support, seeking $295.00 per hour for Ms. Dixon's work). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $30.86 difference from that hourly rate of $295.00 that Judge Mazzant found reasonable in 2018.[12] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $295.00 hourly rate for Ms. Dixon is $325.86.

* ## Benjamin J. Newman (class of '16): Mr. Newman works in Austin. On December 1, 2022, Judge Michael J. Truncale found that a rate of $350.00 per hour was reasonable for his work prosecuting a Texas Whistleblower Act employment case. *See Mahan v. Texas Dep't. of Public Safety*, No. 9:20-cv-00119 (Doc. 113) at p. 2, PageID #: 3463 (E.D. Tex. Lufkin) ("Plaintiffs request the follow hourly rates: . . . $325.00/hour for Mr. Benjamin J. Newman's services. . . . After considering the relevant factors and the evidence provided by Plaintiffs, the

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=300

[12] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=295

Court finds that Plaintiffs' request for attorneys' fees incurred at the district court level is reasonable.").

\* Reema Ali (class of '18): Ms. Ali works in Dallas. She is currently a non-practicing attorney with Equal Justice Works, a non-profit organization. She is working on a project "of integrated employment and immigration legal services for vulnerable immigrant workers to holistically combat workplace exploitation and improve immigration protection." She previously worked as an attorney for Equal Justice Center. On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Ms. Ali did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Ms. Ali's hourly rate of $270.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees (Dkt. #82) is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 (Dkt. 82-1 at 3). Ms. Khader's hourly rate is $375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $22.19 difference from that hourly rate of $270.00 that these judges found was reasonable in 2020.[13] Adjusted *only* for such inflation from the year of these judges' rulings (2020) to the end of 2022, that $270.00 hourly rate for Ms. Ali is $292.19.

\* Sean Goldhammer (class of '16): Mr. Goldhammer works in Dallas for the Workers Defense Project—"a community organization for low-wage, immigrant workers in the Texas construction industry." On January 8, 2020, Judge Amos L. Mazzant found that $250.00 per hour was a reasonable hourly rate for Mr. Goldhammer's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC*, No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are . . . $250/hour for Sean Goldhammer[.] . . ."). According to the Consumer Price

---

[13] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=270

Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $20.55 difference from that hourly rate of $250.00 that Judge Mazzant found was reasonable in 2020.[14] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2022, that $250.00 hourly rate for Mr. Goldhammer is $270.55.

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=250

# *West Texas*





WDTX† summary of rates listed for
labor and employment law work:

# 78 lawyers: $986.18 to $277.48

| Rate | Name / JD Year | Rate | Name / JD Year |
|------|----------------|------|----------------|
| $986.18* | Ricardo G. Cedillo (JD 1979) | $468.97* | Andrew Vickers (JD 2012) |
| $968.36* | Stephen E. Fox (JD 1987) | $450.00* | Blayne Fisher (JD 2013) |
| $943.44* | Jesse J. Gelsomini (JD 1986) | $441.84* | Corey E. Tanner (JD 2011) |
| $924.94* | Felicity A. Fowler (JD 1992) | $438.29* | Christopher Willett (JD 2009) |
| $860.00* | M. Scott McDonald (JD 1987) | $437.59* | Megan K. Mechak (JD 2003) |
| $842.01* | Eric J. Taube (JD 1983) | $432.12* | Jairo N. Castellanos (JD 2015) |
| $824.90* | Kelly D. Hine (JD 1997) | $431.99* | Stephen Key (JD 1994) |
| $750.00* | Raymond Mort (JD 1994) | $431.64* | J. Derek Braziel (JD 1995) |
| $750.00* | Michael P. Royal (JD 1992) | $431.64* | Joseph Bourbois (JD 1994) |
| $708.78* | David Weiser (JD 1986) | $427.35* | Edmond S. Moreland, Jr. (JD 1997) |
| $639.97* | Colin W. Walsh (JD 2011) | $417.55* | Robert Notzon (JD 1996) |
| $639.97* | Kalandra N. Wheeler (JD 2005) | $414.20* | Kristen Elizondo (JD 2007) |
| $627.68* | Mario A. Barrera (JD 1984) | $407.62* | Eric Johnston (JD 2005) |
| $626.44* | John Wenke (JD 1993) | $403.19* | Stephanie S. Rojo (JD 2003) |
| $626.44* | John P. Mobbs (JD 1992) | $401.62* | Adam D. Boland (JD 2004) |
| $600.62* | Laura O'Donnell (JD 1996) | $399.69* | Emily Frost (JD 2002) |
| $596.50* | Galvin B. Kennedy (JD 1996) | $390.00* | Lucas Meng (JD 2017) |
| $591.71* | Rebecca L. Fisher (JD 1994) | $389.59* | Caitlin Boehne (JD 2012) |
| $589.80* | Shafeeqa W. Giarratani (JD 2005) | $389.07* | Mauro Ramirez (JD 2007) |
| $575.55* | William S. Helfand (JD 1987) | $382.89* | Gregory Placzek (JD 2009) |
| $565.41* | Michael Shaunessy (JD 1987) | $382.89* | Vanessa Kinney (JD 2007) |
| $559.57* | Douglas B. Welmaker (JD 1993) | $375.86* | Kerry O'Brien (JD 2002) |
| $546.99* | Josh Sanford (JD 2001) | $369.98* | Meredith Matthews (JD 2006) |
| $525.00* | Andrew R. Gray (JD 2017) | $365.00* | Joshua H. Sisam (JD 2011) |
| $524.13* | Rachhana T. Srey (JD 2004) | $361.60* | Carmen Artaza (JD 2006) |
| $524.13* | Paul J. Lukas (JD 1991) | $357.90* | John Neuman (JD 2012) |
| $519.39* | Ramon Bissmeyer (JD 1993) | $357.90* | Aaron Johnson (JD 2008) |
| $512.82* | Maria Karos (JD 1993) | $357.90* | Manuel Quinto-Pozos (JD 2007) |
| $512.82* | Judy Jetelina (JD 1985) | $357.90* | Matt Bachop (JD 2006) |
| $507.56* | Robert G. "Bobby" Lee (JD 1993) | $346.30* | Alicia M. Grant (JD 2016) |
| $503.22* | Stephen J. Romero (JD 2004) | $339.15* | Alexander M. Baggio (JD 2009) |
| $502.11* | Taj Clayton (JD 2005) | $334.04* | Phillip J. Moss (JD 2010) |
| $500.00* | Lauren Braddy (JD 2010) | $331.38* | Melinda Arbuckle (JD 2011) |
| $492.29* | Lawrence Morales II (JD 2005) | $328.19* | Afroz Baig (JD 2015) |
| $486.99* | Elizabeth Higginbotham (JD 1993) | $328.19* | Steve Rauls (JD 2011) |
| $486.99* | Thomas H. Padgett, Jr. (JD 1989) | $313.22* | Michael L. Parsons (JD 2011) |
| $479.63* | Edward M. "Ted" Smith (JD 1994) | $300.84* | Allison Hartry (JD 2012) |
| $477.20* | Don J. Foty (JD 2006) | $287.99* | Collin Wynne (JD 2010) |
| $469.45* | Holly Williams (JD 1993) | $277.48* | Jay Forester (JD 2013) |

[†] Courts note the relevant community for fees is district-wide—not by city or division. *See, e.g., Lewallen v. City of Beaumont*, 394 Fed. Appx. 38, 46 (5th Cir. 2010); *Treadway v. Otero*, No. 2:19-CV-244 [Doc. 157] at p. 9 (S.D. Tex. Oct. 6, 2020) (citing cases and concluding: "When it comes to parsing between divisions, it appears that it is the district, rather than the division, that should govern the decision.").



# Classes of the 1970s: The Rates

## Ricardo G. Cedillo (JD 1979)

## $986.18*



# *Classes of the 1970s: The Work*



\* **Ricardo G. Cedillo (class of '79):** Mr. Cedillo works in San Antonio. His online biography states that "he has earned an international reputation as one of the top trial attorneys." On April 10, 2012, Judge Xavier Rodriguez awarded fees in a San Antonio FLSA case and that fee award included work Mr. Cedillo did at the hourly rate of $750.00. *See Barrera v. MTC, Inc.*, No. 5:10-cv-00665 (Doc. 77) (W.D. Tex. San Antonio) ("Defendant has tendered affidavits explaining that it incurred $3,379 in attorney's fees in preparing for and attending the depositions in question and preparing the motion for sanctions. Defendant also incurred $451.75 in costs. Plaintiffs have not objected to these requested fees and costs. Plaintiffs Andrade and Molina are ordered to pay to Defendant a total of $3,830.75 within fourteen days of this Order."); *id.* Defendant's Submission of Attorneys' Fees and Expenses (Doc. 73) at pp. 2–3, ¶ 2 ("As shown by the attached evidence of Defendant's counsel (Cox Smith Matthews Incorporated and Davis, Cedillo & Mendoza, Inc.), Defendant incurred a total of $3,379.00 in attorneys' fees in preparing for and attending the depositions, as well as drafting its Motion for Sanctions, among other necessary tasks, and incurred a total of $451.75 in costs for a grand total of $3,830.75."); *id.* Affidavit of Ramon D. Bissmeyer in Support of Submission of Attorneys' Fees and Expenses (Doc. 73-1) at pp. 4–5, ¶¶ 7–8 ("Defendant MTC has incurred $2,004.00 in attorneys' fees in connection with its Motion for Sanctions and the above-described related tasks. . . .."); Declaration of Mark W. Kiehne in Support of Attorneys' Fees and Expenses (Doc. 73-2) at p. 2, ¶¶ 7–8 ("Ricardo G. Cedillo - $750 (1 hour x $750/hour) . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $236.18 difference).[1] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $750 hourly rate for Mr. Cedillo is $986.18.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=750

# *Classes of the 1980s*



# 10 lawyers listed

# $709.10
**average rate**

# $668.23
**median rate**



# *Classes of the 1980s: The Rates*



**$968.36***
Stephen E. Fox
(JD 1987)



**$627.68***
Mario A. Barrera
(JD 1984)



**$943.44***
Jesse J. Gelsomini
(JD 1986)



**$575.55***
William S. Helfand
(JD 1987)



**$860.00***
M. Scott McDonald
(JD 1987)



**$565.41***
Michael Shaunessy
(JD 1987)



**$842.01***
Eric J. Taube
(JD 1983)



**$512.82***
Judy Jetelina
(JD 1985)



**$708.78***
David Weiser
(JD 1986



**$486.99***
Thomas "Tom" H. Padgett, Jr.
(JD 1989)

# *Classes of the 1980s: The Work*



**\* Stephen E. Fox (class of '87):** Mr. Fox works in Dallas. His online biography states that his "advice/counseling and trial practice is focused on complex business and employment litigation." In a 2009 fee agreement for work in an Austin breach of employment compensation agreement case he noted that his standard hourly rate was $675. *See Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) (Fee Agreement dated February 19, 2009 attached to Declaration of William T. Jacks: "For example, my standard rate is $675/hr."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $293.36 difference).[1] Adjusted *only* for such inflation from the year of this stated standard billing rate (2009) to the end of 2022, that $675.00 standard hourly rate for Mr. Fox is $968.36.

**\* Jesse J. Gelsomini (class of '86):** Mr. Gelsomini works in The Woodlands. His online biography states that he "helps clients in all industries efficiently resolve matters related to employee benefits, ERISA, and executive compensation." In 2015, his firm listed his standard hourly rate as $765.00 for employment work in an Austin bankruptcy case. *See In re: Dune Energy, Inc.*, No. 15-10336 (Doc. 322) at pp. 2, 33, (Doc. 322-1) at pp. 44, 45, 181, (Doc. 322-4) at p. 1 (Bankr. W.D. Tex. Austin) (Chapter 11 First Interim Fee Application Summary, for work that included "Review of the Dune Energy, Inc. Employees Severance Plan document (.4); research and draft memo regarding whether the Plan is subject to ERISA (.4); review the consequences of ERISA preemption and whether the benefits provided under the Plan are vested prior to termination of employment (.5); analyze the amendment and termination provisions in the Plan (.5); draft correspondence regarding the same (.2)."). On July 28, 2015, Judge H. Christopher Mott granted fees that included this $765.00 per hour rate. *See id.* (Doc. 322-1) at p. 44. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $178.44 difference).[2] Adjusted *only* for such

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=675

[2] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=765

inflation from the date of this award to the end of 2022, that $765 hourly rate for Mr. Gelsomini is $943.44.

\* **M. Scott McDonald (class of '87):** Mr. McDonald works in Dallas. His online biography states that he "has represented clients in all areas of employment and labor law for more than 20 years." In 2022, he billed at the rate of $860.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: "For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive."); *id.* at p. 15, ¶ 7 (Declaration of Michael P. Royal: "M. Scott McDonald is a Shareholder with Littler . . . . His rate in this action is $860.00 . . . ."). On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. McDonald at that $860.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

\* **Eric J. Taube (class of '83):** Mr. Taube works in Austin. His online biography states that he has extensive experience in several practice areas, including "employment disputes." In 2021, he billed for work at the hourly rate of $790 in an Austin employment case involving claims of wrongful employment termination and defamation. *See Lanham v. AWR Servs., Inc.*, No. D-1-GN-20-003923 (419th Judicial District Court for Travis County, Texas) (Second Supplemental Declaration of Andrew Vickers filed April 8, 2021) at p. 2, ¶ 4 ("By agreement with our client, the current hourly billing rate for services performed from January 1, 2021 through March 11, 2020 [sic] for this matter is $440 for me (a partner), $790 for Eric Taube (a partner), and $205 for Ann Marie Jezisek and Kristen Warner (paralegals). I am familiar with rates charges [sic] by attorneys in Texas for litigation matters and these rates are reasonable when compared to customary rates in Texas for lawsuits such as this one."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor

Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $52.01 difference).[3] Adjusted *only* for such inflation from 2021 to the end of 2022, that $790 hourly billing rate for Mr. Taube is $842.01.

\* **David Weiser (class of '86):** Mr. Weiser works in Austin. His online biography notes that his "practice concentrates on representation of employees before state and federal courts, the EEOC, and the MSPB, in both individual and class action litigation." On January 11, 2021, Miriam G. Harvey, the Director of the Office of Civil Rights and Diversity for the United States Department of the Treasury issued a Final Agency Decision in which Mr. Weiser's requested rate of $665 for work in a federal sector employment disability discrimination case. *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F at pp. 6, 12 ("Further, FS contended that the attorney's fees were based on the Laffey Matrix, which provides hourly rates to attorneys in the Washington, DC-Baltimore area, whereas Complainant's attorneys are in Texas, and therefore the hourly rates should be reduced. . . . [W]ith respect to attorney's fees, we find the number of hours, the hourly rate, and the services itemized to be reasonable. . . . Complainant is entitled to an award of $66,907 in attorney's fees . . . ."); *see also* Reply Declaration of David Weiser Regarding Attorneys Fees filed in *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F at p. 4, ¶ 4 ("This hourly rate ($665) applies to Texas clients who pay for my services in advance, and also for those Texas clients who have a contingency fee arrangement for my representation."); Complainant's Reply to Arguments Submitted by Bureau of the Fiscal Services filed in *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F on November 24, 2020 (requesting a total lodestar of "$66,907.00" in fees based, in part, on Mr. Weiser's requested hourly rate of "$665"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $43.78 difference).[4] Adjusted *only* for such inflation from 2021 to the end of 2022, that $665.00 hourly billing rate for Mr. Weiser is $708.78.

\* **Mario A. Barrera (class of '84):** Mr. Berrera works in San Antonio. His online biography describes him as "a labor and employment partner" in his law firm. In 2020, he billed his work in a San Antonio employment termination case at the hourly rate of $580. *See Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) (Affidavit of Mario A. Barrera dated July 9, 2020: "I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=790

[4] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=665

this lawsuit based on an hourly fee. . . . My hourly billing rate on this matter is $580.”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $47.68 difference).[5] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $580.00 hourly billing rate for Mr. Barrera is $627.68.

* William S. Helfand (class of '87): Mr. Helfand works in Houston. His online biography notes that his "labor and employment law practice focuses on the defense of both public and private employers throughout Texas and the United States." In or before 2021, he contracted to represent the Texas Attorney General in a Texas Whistleblower Act case brought by former employees of that office in *Brickman v. Office of the Attorney General of the States of Texas*, No. D-1-GN-20-006861 (250th Judicial District Court for Travis County, Texas). *See* Emma Platoff, *Texas attorney general's office paying lead lawyer $540 per hour to defend against whistleblower lawsuit*, Texas Tribune (Dec. 14, 2020); Outside Counsel Contract OAG Contract No. 2021-302-0051 ("Addendum B . . . Rates . . . William S. Helfand – Partner . . . Hourly Rate . . . $540"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (an $35.55 difference).[6] Adjusted *only* for such inflation from the year of this government-contracted billing rate to the end of 2022, that $540.00 hourly billing rate for Mr. Helfand is $575.55.

* Michael Shaunessy (class of '87): Mr. Shaunessy works in Austin. His online biography states that his "practice involves commercial litigation, employment litigation, and defending governmental entities." On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=580

[6] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=540

for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.* (Doc. 30-5) (billing statements). As only one other partner—and one associate—are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate was $310. On March 29, 2012, Judge Fred Biery adopted the report and recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $135.41 difference).[7] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $430 hourly rate for Mr. Shaunessy is $565.41.

\* Judy Jetelina (class of '85): Ms. Jetelina works in San Antonio. Her online biography states that she "has practiced exclusively in the area of labor and employment for more than 25 years." On February 16, 2012, Judge Harry Lee Hudspeth awarded $390 per hour for work she did in an Equal Pay Act case. *See Wojcik v. Ameripath San Antonio 5.01(A) Corp.*, No. SA-10-CA-335-H (Doc. 74) at p. (W.D. Tex. San Antonio) (". . . , the Court finds that the following are reasonable amounts for the services of each professional: . . . Ms. Jetelina: .17 hours x $390 per hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $122.82 difference).[8] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $390 hourly rate for Ms. Jetelina is $512.82.

\* Thomas "Tom" H. Padgett, Jr. (class of '89): Mr. Padgett works in Houston. His online biography states that he is a civil rights lawyer. On March 3, 2020, for work prosecuting a Waco employment discrimination case, Judge Jim Meyer granted Mr. Padgett $450.00 per hour. *See Abens v. Providence Health Servs. of Waco*, No. 2015-908-4 (170th Judicial District Court for McClennan County, Texas) (final judgment at p. 5) ("Thomas H. Padgett, Jr. is hereby awarded fees in a total amount of $57,465.00. Mr. Padgett billed 127.7 hours and bills at a rate of $450.00 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $36.99 difference).[9] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $450 hourly rate for Mr. Padgett is $486.99.

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=430

[8] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=390

[9] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=450

# *Classes of the 1990s*



## 22 lawyers listed

## $567.78 average rate

## $521.76 median rate



# Classes of the 1990s: The Rates

 **$924.94***
Felicity A. Fowler (JD 1992)

 **$600.62***
Laura O'Donnell (JD 1996)

 **$512.82***
Maria Karos (JD 1993)

 **$431.64***
J. Derek Braziel (JD 1995)

 **$824.90***
Kelly D. Hine (JD 1997)

 **$596.50***
Galvin B. Kennedy (JD 1996)

 **$507.56***
Robert G. "Bobby" Lee (JD 1993)

 **$431.64***
Joseph Bourbois (JD 1994)

 **$750.00***
Raymond Mort (JD 1994)

 **$591.71***
Rebecca L. Fisher (JD 1994)

 **$486.99***
Elizabeth L. Higginbotham (JD 1993)

 **$427.35***
Edmond S. Moreland, Jr. (JD 1997)

 **$750.00***
Michael P. Royal (JD 1992)

 **$559.57***
Douglas B. Welmaker (JD 1993)

 **$479.63***
Edward M. "Ted" Smith (JD 1994)

 **$417.55***
Robert Notzon (JD 1996)

 **$626.44***
John Wenke (JD 1993)

 **$524.13***
Paul J. Lukas (JD 1991)

 **$469.45***
Holly Williams (JD 1993)

 **$626.44***
John P. Mobbs (JD 1992)

 **$519.39***
Ramon Bissmeyer (JD 1993)

 **$431.99***
Stephen Key (JD 1994)

bankruptcy case. *See In re: Dune Energy, Inc.*, No. 15-10336 (Doc. 322) at p. 2, (Doc. 322-1) at pp. 43, 44, 45, (Doc. 322-4) at p. 1 (Bankr. W.D. Tex. Austin) (Chapter 11 First Interim Fee Application Summary describing her work that included "Review and analyze client's severance policy (.4); review and analyze client's previous termination letter for layoffs (.4); review and analyze employee benefits motion and order (.4); prepare correspondence providing employment law advice concerning potential layoffs (.4)" and "Review and revise termination letter for laid off employees (.5); attention to termination of severance plan (.5)" and "Attention to cancellation of severance plan and communications with client regarding terminations and correspondence related to same (.2).")". On July 28, 2015, Judge H. Christopher Mott granted fees that included this rate. *See id.* (Doc. 322-1) at p. 44. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $174.94 difference).[1] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $750.00 hourly rate for Ms. Fowler is $924.94.

## * Kelly D. Hine (class of '97): Mr. Hine works in Dallas. His online

biography states: "Many of his matters arise from a breakdown in relations between companies and their employees, shareholders, clients or vendors. He frequently advises on cases involving breaches of fiduciary duty, trade secret theft and nondisclosure and noncompetition agreements." In 2009, his client agreed to pay his firm $575.00 per hour—a discount from his unstated standard rate—for work in a breach of compensation agreement case filed in Austin by an employee. *See Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) (Fee Agreement dated February 19, 2009, attached to Declaration of William T. Jacks: "$575/hr. for Kelly's services" and "Please note that these rates are discounted from our standard rates"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $249.90 difference).[2] Adjusted *only* for such inflation from the year of this stated standard billing rate (2009) to the end of 2022, that $575.00 *discounted* hourly rate for Mr. Hine is $824.90.

## * Raymond Mort (class of '94): Mr. Mort works in Austin. His

online biography states that he is a patent attorney. In 2022, he billed at the rate of $750.00 per hour for his work prosecuting an Austin breach of employment agreement case. *See MWK Recruiting, Inc. v. Jowers*, No. 1:18-cv-00444 (Doc. 347-2) at p. 3, ¶ 8 (Declaration of Raymond W. Mort, III: "As itemized in the attached

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=750

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=575

listing of time and task entry records, my amount of time spent prosecuting MWK's breach of contract claims, upon which the Court found in favor of MWK, were 1,080.75 hours. My hourly rate for this work was $750 an hour. Based on my experience, the billable rate I charged for this matter is a reasonable rate for the Austin market and the Western District of Texas.").

* Michael P. Royal (class of '92): Mr. Royal works in Dallas. His online biography states that he "has more than 25 years of experience representing regional, national, and international clients in multiparty complex and class action litigation in state and federal courts, specifically addressing wage and hour and discrimination issues." In 2022, he billed at the rate of $750.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: "For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive."); *id.* at p. 13, ¶ 3 (Declaration of Michael P. Royal: "My rate in this Action of $750.00 is reasonable for a shareholder with my years of experience in unfair competition cases such as this one in the Austin area."). On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. Royal at that $750.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

* John Wenke (class of '93): Mr. Wenke works in El Paso. His online biography states that he "is an Employment Law Attorney practicing in the area of employment discrimination, wrongful termination, retaliation, and sexual harassment." On March 4, 2014, Judge Angie Juarez Barill issued a judgment that included attorneys' fees for work Mr. Wenke did in an El Paso employment discrimination case. *See Vielma v. ACC Holding, Inc.*, No 2011-DCV-04851 (346th Judicial District Court for El Paso County, Texas) (Judgment: "It is further ORDERED, ADJUDGED AND DECREED that Plaintiff ANTONIO VIELMA have and recover from Defendant ACC Holding, Inc. d/b/a AIR CARGO CARRIERS, INC. his attorney fees in the amount of two hundred and thirty-nine thousand,

four hundred and forty-five dollars ($239,445.00) for services rendered in this Court through the date of this judgment."). The hourly rate Judge Barill awarded then in 2014 appears to have been $500.00 per hour. *Compare* Brief of Appellee, filed January 10, 2015, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 44 n. 7 (Tex. Ct. App.—El Paso) ("Vielma requested attorney fees for 517.77 hours necessary to the successful pursuit of his discrimination claim through trial, at the rate of $500 per hour, for a total of $258,885. (9RR:9). The trial court awarded $239,445. (CR:1627). Appellant assumes that the court reduced the hours, rather than the hourly rate.") *with* Brief of Appellant, filed November 22, 2014, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 17 (Tex. Ct. App.—El Paso) (arguing that "The Trial Court Awarded An Extravagant $500 Per Hour As A Reasonable Hourly Rate And Only Discounted The Hours Expended By Ten Percent For The Numerous Unsuccessful Claims."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $126.44 difference).[3] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $500 hourly rate for Mr. Wenke is $626.44.

* <span style="color:red">John P. Mobbs (class of '92):</span> Mr. Mobbs works in El Paso. His practice areas include civil appeals. On March 4, 2014, <span style="color:red">Judge Angie Juarez Barill</span> issued a judgment that included attorneys' fees for work Mr. Mobbs did in an El Paso employment discrimination case. *See Vielma v. ACC Holding, Inc.*, No 2011-DCV-04851 (346th Judicial District Court for El Paso County, Texas) (Judgment: "It is further ORDERED, ADJUDGED AND DECREED that Plaintiff ANTONIO VIELMA have and recover from Defendant ACC Holding, Inc. d/b/a AIR CARGO CARRIERS, INC. his attorney fees in the amount of two hundred and thirty-nine thousand, four hundred and forty-five dollars ($239,445.00) for services rendered in this Court through the date of this judgment."). The hourly rate Judge Barill awarded then in 2014 appears to have been $500.00 per hour. *Compare* Brief of Appellee, filed January 10, 2015, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 44 n. 7 (Tex. Ct. App.—El Paso) ("Vielma requested attorney fees for 517.77 hours necessary to the successful pursuit of his discrimination claim through trial, at the rate of $500 per hour, for a total of $258,885. (9RR:9). The trial court awarded $239,445. (CR:1627). Appellant assumes that the court reduced the hours, rather than the hourly rate.") *with* Brief of Appellant, filed November 22, 2014, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 17 (Tex. Ct. App.—El Paso) (arguing that "The Trial Court Awarded An Extravagant $500 Per Hour As A Reasonable Hourly Rate And Only Discounted The Hours Expended By Ten Percent For The Numerous Unsuccessful Claims."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=500

2014 (a $126.44 difference).[4] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $500 hourly rate for Mr. Mobbs is $626.44.

\* <span style="color:red">Laura O'Donnell (class of '96):</span> Laura O'Donnell works in San Antonio. Her online biography states that "her practice includes employment litigation, client counseling, executive investigations, executive agreements, nationwide employment-law compliance projects, and employment aspects of M&A and other corporate transactions." On December 9, 2020, her law firm filed a motion seeking attorneys' fees for her work defending a San Antonio FLSA case. *See Harrington v. Southwestern Bell Telephone L.P.*, No. 5:20-CV-00770-JKP-RBF (Doc. 31) at p. 6 (W.D. Tex. San Antonio) (Defendants' Motion for Attorneys' Fee Award: "As set forth in the attached Declaration of Laura E. O'Donnell, Defendants incurred attorneys' fees both in connection with their Response to Plaintiff's motion and in preparing for the duly-noticed hearing that Plaintiffs' counsel failed to attend. See Ex. A (filed under seal). The amount of time spent on the Response and preparing for the hearing and the rates charged by defense counsel are reasonable, considering the questions in this case, the time required, the relevant legal skill, and the qualifications of the attorneys involved, as well as the customary fees for defending cases such as this one. See Ex. A."); Though her law firm's fee bills / invoices themselves—the referenced Exhibit—were later sealed, other filings in the case seem to reveal that her rate for work in 2020 on that case was $555.00 per hour. *See Harrington v. Southwestern Bell Telephone L.P.*, No. 5:20-CV-00770-JKP-RBF (Doc. 36) at p. 11 (W.D. Tex. San Antonio) (Plaintiffs' Response in Opposition to Defendants' Motion for Attorneys' Fee Award: "At her rate of $555.00 a hour, that amounts to fees of $832.50. This is based on the billing entry of 0.5 hours for attendance at the hearing, and one hour of preparation time for the hearing. Plaintiffs' do not object to Ms. O'Donnell's rate and find that her experience, credentials and rate are similar to the education, credentials, experience and reasonable rates for plaintiffs' counsel, Mr. Braziel, Mr. Brown and Mr. Dunn."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $45.62 difference).[5] Adjusted *only* for such inflation from the date of this billed rate to the end of 2022, that $555 hourly rate for Ms. O'Donnell is $600.62.

\* <span style="color:red">Galvin B. Kennedy (class of '96):</span> Mr. Kennedy works in Houston. His online biography notes that he "champions the rights of employees in all sectors from oil field workers to nurses." On January 8, 2016, <span style="color:red">Judge Robert Pitman</span> awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy*

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=500

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=555

*Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Kennedy's rate of $500 per hour. *See id.* (Doc. 19) at pp. 2-3 (motion for fees and costs) ("Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . .3 hours for Galvin Kennedy, president of firm, at the rate of $500 per hour;"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $96.50 difference).[6] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $500.00 hourly rate for Mr. Kennedy is $596.50.

\* <span style="color:red">Rebecca L. Fisher (class of '94):</span> Ms. Fisher works in San Antonio. Her online biography notes that she "practices Federal Employment Law throughout the nation" — representing federal sector government employees. On July 11, 2012, the United States Equal Employment Opportunity Commission determined it was error for an administrative law judge to award her less than her requested hourly rate of $450 per hour for work representing a Texas-based post office employee in a disability employment discrimination case. *See Linda Towns v. Patrick R. Donohue*, Appeal No. 0120112091 ("Upon review, we find that the AJ erred in reducing the Attorney's hourly rate from $450.00 to $246.00."); *see also Cox v. Brennan*, No. 2:14-cv-00810-JRG-RSP (Doc. 88-1) at p. 5, PageID #978, ¶ 15 (E.D. Tex. May 10, 2017) (Declaration of Rebecca Fisher: "I have been awarded $450 per hour for over ten years by the Commission and by Federal Agencies" (*Linda Towns v. Patrick R. Donohue*, Appeal No. 220112091 (July 11, 2012) . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $141.71 difference).[7] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $450.00 hourly rate for Ms. Fisher is $591.71.

\* <span style="color:red">Douglas B. Welmaker (class of '93):</span> Mr. Welmaker works in Longview. His online biography states that he "devotes 100% of his time to fighting wage theft on behalf of employees." On May 5, 2021, <span style="color:red">Magistrate Judge Ronald C. Griffin</span> ruled—in a report and recommendation—that $525 per hour was a reasonable rate for Mr. Welmaker's work in a Midland/Odessa FLSA case. *See Garcia v. Von Grist, Inc.*, No. MO:20-CV-00093 (Doc. 21) at p. 12 (W.D. Tex. May 5, 2021) (Report and Recommendation) ("The time records attached to Mr. Welmaker's declaration indicate that Mr. Welmaker expended 8.4 hours at an

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=500

[7] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=450

hourly rate of $525.00 and his paralegal expended 2.9 hours. . . . Having reviewed Mr. Welmaker's declaration, the undersigned finds that this hourly rate is reasonable for an attorney practicing in the field of employment law with comparable experience to Mr. Welmaker."). On May 27, 2021, Judge David Counts adopted that report and recommendation. *See id.* (Doc. 23) at p. 1 (W.D. Tex. May 5, 2021) ("Order Adopting Report and Recommendation"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $34.57 difference).[8] Adjusted *only* for such inflation from the year of these rulings to the end of 2022, that $525.00 hourly rate for Mr. Welmaker is $559.57.

\* **Paul J. Lukas (class of '91):** Mr. Lukas works in Minneapolis. His online biography states that he "is a committed advocate for employee rights." On November 10, 2015, Judge Sam Sparks determined $425.00 was a reasonable hourly rate for work Mr. Lukas did in an Austin FLSA case. *See Clark v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at pp. 15–16 (W.D. Tex. Austin) ("Consequently, the Court finds Srey's claimed $425 per hour rate reasonable in light of her experience and skill and the rates of Austin-area attorneys, but reduces Lukas's claimed rate from $525 to $425."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $99.13 difference).[9] Adjusted *only* for such inflation from the date of this determination to the end of 2022, that $425.00 hourly rate for Mr. Lukas is $524.13.

\* **Ramon Bissmeyer (class of '93):** Mr. Bissmeyer works in San Antonio. His online biography states that he "represent[s] employers in managing their employees, whether through the evaluation or disciplinary processes (and creating proper documentation of these efforts), administrative proceedings before state/federal agencies (such as the Texas Workforce Commission, EEOC and Department of Labor) or litigation in state and federal courts." On April 10, 2012, Judge Xavier Rodriguez awarded fees in a San Antonio FLSA case and that fee award included work Mr. Bissmeyer did at the hourly rate of $395.00. *See Barrera v. MTC, Inc.*, No. 5:10-cv-00665 (Doc. 77) (W.D. Tex. San Antonio) ("Defendant has tendered affidavits explaining that it incurred $3,379 in attorney's fees in preparing for and attending the depositions in question and preparing the motion for sanctions. Defendant also incurred $451.75 in costs. Plaintiffs have not objected to these requested fees and costs. Plaintiffs Andrade and Molina are ordered to pay to Defendant a total of $3,830.75 within fourteen days of this Order."); *id.* (Doc. 73) at pp. 2–3, ¶ 2 (Defendant's Submission of Attorneys' Fees and

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=525

[9] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=425

Expenses: "As shown by the attached evidence of Defendant's counsel (Cox Smith Matthews Incorporated and Davis, Cedillo & Mendoza, Inc.), Defendant incurred a total of $3,379.00 in attorneys' fees in preparing for and attending the depositions, as well as drafting its Motion for Sanctions, among other necessary tasks, and incurred a total of $451.75 in costs for a grand total of $3,830.75."); *id.* (Doc. 73-1) at pp. 1, 4–5, ¶¶ 4, 7–8 (Affidavit of Ramon D. Bissmeyer in Support of Submission of Attorneys' Fees and Expenses: "At the time of the deposition in question, my hourly fee for this matter was $395.00 per hour. . . . Defendant MTC has incurred $2,004.00 in attorneys' fees in connection with its Motion for Sanctions and the above-described related tasks. . . . Further, attached to this affidavit is a copy of the invoice for services rendered by the court reporter for attending the depositions of Plaintiffs Andrande and Molina and taking the Certificates of Non-Appearance, in the amount of $300, and which services were paid by Cox Smith[fn]."); *id.* (Doc. 73-2) at p. 2, ¶¶ 7–8 (Declaration of Mark W. Kiehne in Support of Attorneys' Fees and Expenses: "Ricardo G. Cedillo - $750 (1 hour x $750/hour) Mark W. Kiehne - $625 (2.5 hours x $250/hour) Total $1375. . . . In addition, MTC incurred an additional expense in the amount of $151.75 for the court reporter's certificate of non-appearance of Plaintiff Javier Andrade."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $124.39 difference).[10] Adjusted *only* for such inflation from the date of this award (2012) to the end of 2022, that $395.00 hourly rate for Mr. Bissmeyer is $519.39.

\* <span style="color:red">Maria Karos (class of '90):</span> Ms. Karos works in Dallas. Her online biography notes that she "focuses her practice on high-stakes catastrophic injury cases and complex business litigation matters." On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.*

---

[10] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=395

(Doc. 30-5) (billing statements). As only one other partner—and one associate—are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate was $310. On March 29, 2012, Judge Fred Biery adopted the report and recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $122.82 difference).[11] Adjusted *only* for such inflation from the year of this billing (2012) to the end of 2022, that $390 hourly rate for Ms. Karos is $512.82.

* **Robert G. "Bobby" Lee (class of '93):** Mr. Lee works in Dallas. His online biography notes that he "specializes in employment law, representing employers, executives, and other employees in all facets of the employment relationship." On July 5, 2012, Judge Lee Yeakel awarded $386.00 per hour for work Mr. Lee did in an Austin FLSA case. *See Flowers v. Interra Hydro, Inc.*, No. 1:11-CV-421-LY (Doc. 35) at p. 3 (W.D. Tex. Austin) ("the court adopts Interra's suggested rate of $386 per-hour as the hourly rate for Mr. Lee."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $121.56 difference).[12] Adjusted *only* for such inflation from the date of this award (2012) to the end of 2022, that $386.00 hourly rate for Mr. Lee is $507.56.

* **Elizabeth L. Higginbotham (class of '93):** Ms. Higginbotham works in San Antonio. Her online biography states that she "is a *nurse attorney* in private practice who works with nurses across the State of Texas as well as nurses in Texas practicing under a multi-state compact license." On March 3, 2020, Judge Jim Meyer rendered judgment that included fees at a rate of $450.00 per hour for Ms. Higginbotham's work prosecuting a Waco employment discrimination case. *See Abens v. Providence Health Servs. of Waco*, No. 2015-908-4 (170th Judicial District Court for McClennan County, Texas) (final judgment at p. 4: "Elizabeth Higginbotham is hereby awarded fees in the amount of $118,225.00. This amount is based on 256.5 hours of work and rates which ranged as follows: . . . Through the date of trial, Ms. Higginbotham billed 207.4 hours at a rate of $450.00 per hour . . . .). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $36.99 difference).[13] Adjusted

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=390

[12] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=386

[13] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=450

*only* for such inflation from the year of this ruling to the end of 2022, that $450 hourly rate for Ms. Higginbotham is $486.99.

\* Edward M. "Ted" Smith (class of '94): Mr. Smith works in Austin. His online biography notes that he "specializes in representing employers in all aspects of the employer-employee relationship, from training and advice to litigation and appeal." On October 1, 2021, Magistrate Judge Dustin M. Howell granted fees as discovery sanctions in an Austin FLSA case. *See McNamara v. Your Fare, Inc.*, No. 1:21-cv-00140-LY (Doc. 31) at pp. 1-2 (W.D. Tex. Austin) ("Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions is GRANTED. IT IS FURTHER ORDERED: . . . that Defendants' counsel of record, Constangy, Brooks, Smith & Prophete, LLP, pay to Plaintiff's counsel of record, Cornell Smith Mierl Brutocao Burton, LLP, the amount of $3,825 within twenty-one (21) days of this Order, as payment of Plaintiff's reasonable attorneys' fees incurred in conjunction with this Motion."). The amount of fees was premised on the requested rate of $450 per hour for Mr. Smith's work. *See id.* (Doc. 20) at p. 6 (Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions: "Mr. Smith's hourly billable rate is $450, . . . ."); *id.* (Doc. 23-1) at pp. 3-4 (Exhibit 1 to Plaintiff's Sur-reply to Defendants' Response to Motion to Compel Discovery Responses and Request for Sanctions: "Plaintiff respectfully requests that the Court: . . . order Defendants and their counsel of record, jointly and severally, to pay Plaintiff her reasonable expenses, including attorneys' fees in the amount of $3,825, within seven (7) days of the Court's Order."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $29.63 difference).[14] Adjusted *only* for such inflation from the year of this ruling (2021) to the end of 2022, that $450 hourly rate for Mr. Smith is $479.63.

\* Holly Williams (class of '93): Ms. Williams works in Midland. Her online biography states that she "is the only attorney in the Permian Basin who is Board Certified by the Texas Board of Legal Specialization in Labor and Employment Law." On June 22, 2018, Judge David Counts granted Ms. Williams's request for attorneys' fees in a Midland/Odessa employment discrimination case. *See Roberts v. Brinkerhoff Inspection, Inc.*, No. 7:16-cv-00342 (Doc. 86) at p. 1 (W.D. Tex. Midland/Odessa) ("After due consideration, the Court GRANTS Plaintiff's unopposed motions for attorney fees and expenses pursuant to 42 U.S.C. § 2000e-5(k) for the amounts requested in the motions and described in the proposed judgment."). The granted request itself was premised on an hourly rate of $425.00 for the work Ms. Williams did in the case. *See id.* (Doc. 80) at p. 3 (Plaintiff's Unopposed Motion for Attorneys' Fees: "Plaintiff requests an hourly rate of $425 for lead counsel Holly Williams[.] . . ."). According to the Consumer

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=450

Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $44.45 difference).[15] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $425 hourly rate for Ms. Williams is $469.45.

\* **Stephen Key (class of '94):** Mr. Key works in Dallas. His online biography states that his "practice is limited to the representation of management in matters of employment litigation, governmental regulation and union relations." In 2017, Mr. Key testified concerning his fees for work in a San Antonio FLSA case. *See Espinosa v. Stevens Tanker Division, LLC*, No. 5:15-cv-879-XR (Doc. 94) (W.D. Tex. San Antonio) (Affidavit of Stephen C. Key, with billing statement attached as Exhibit 1, filed in Defendant Stevens Tanker Division, LLC's Motion for Fees). His firm's billing statement shows he billed $375.00 per hour for 2017 work in the case. *See id.* at p. 24. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $56.99 difference).[16] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $375.00 hourly rate for Mr. Key is $431.99.

\* **J. Derek Braziel (class of '95):** Mr. Braziel works in Dallas. On December 8, 2015, Judge David Alan Ezra ruled that $350.00 per hour was a reasonable rate for Mr. Braziel's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) at pp. 16–17 (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . J. Derek Braziel . . . $350"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $81.64 difference).[17] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $350 hourly rate for Mr. Braziel is $431.64.

\* **Joseph Bourbois (class of '94):** Mr. Bourbois works in San Antonio. His online biography states that he practices "in all areas of commercial law, construction law, employment law, false advertising law, personal injury law, and complex litigation." In 2015, he billed for his work in an Austin employment discrimination case at the hourly rate of $350.00. *See Santos v. Wincor Nixdorf, Inc.*, No. 1:16-cv-00440-RP (Doc. 82-1) at p. 2 (W.D. Tex. Austin) (Affidavit of Mario A. Barrera: "Our firm charged Defendant . . . $350.00 per hour for Joseph A.

---

[15] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=425

[16] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=375

[17] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=350

Bourbois's (Counsel) time[.]. . ."); *id.* (Doc. 82-2) at p. 4 (Invoice dated November 10, 2015: "Joseph A. Bourbois . . . Counsel . . . Rate . . . $350.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $81.64 difference).[18] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $350 hourly rate for Mr. Bourbois is $431.64.

\* Edmond S. Moreland, Jr. (class of '97): Mr. Moreland worked in Wimberley. His online biography stated that he "maintained a special emphasis on labor and employment law." On May 9, 2012, Magistrate Judge Andrew Austin ruled that Mr. Moreland's requested hourly rate of $325.00 for work in an Austin FLSA case was reasonable. *See Ransom v. M. Patel Enters., Inc.*, No. 1:10-cv-00857 (Doc. 194) at p. 6 (W.D. Tex. Austin) ("The Court concludes that Moreland's requested hourly rate of $325 is reasonable in light of his experience and skill and the rates of similar attorneys practicing in the Austin area."), *reversed on other grounds* 734 F.3d 377 (5th Cir. 2013). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $102.35 difference).[19] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $325 hourly rate is $427.35.

\* Robert Notzon (class of '96): Mr. Notzon works in Austin. His online biography notes that his practice areas include labor and employment law. On March 15, 2016, Judge Sam Sparks awarded an hourly rate of $350.00 for Mr. Notzon's work in an Austin FLSA case. *See Saldivar v. Austin Indep. Sch. Dist.*, No. 14-CA-00117 (Doc. 97) at p. 12 (W.D. Tex. Austin) ("AISD does not challenge Saldivar's counsel's rate of $350 per hour, and therefore the Court finds this hourly rate reasonable for the Austin area."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $67.55 difference).[20] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $350 hourly rate for Mr. Notzon is $417.55.

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=350

[19] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=325

[20] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=350

# *Classes of the 2000s*



## 25 lawyers listed

## $434.12
### average rate

## $403.19
### median rate



# Classes of the 2000s: The Rates

 **$639.97\*** Kalandra N. Wheeler (JD 2005)

 $477.20\* Don J. Foty (JD 2006)

 $399.69\* Emily Frost (JD 2002)

 $357.90\* Aaron Johnson (JD 2008)

 $589.80\* Shafeeqa W. Giarratani (JD 2005)

 $438.29\* Christopher Willett (JD 2009)

 $389.07\* Mauro Ramirez (JD 2007)

 $357.90\* Manuel Quinto-Pozos (JD 2007)

 $546.99\* Josh Sanford (JD 2001)

 $437.59\* Megan K. Mechak (JD 2003)

 $382.89\* Gregory Placzek (JD 2009)

 $357.90\* Matt Bachop (JD 2006)

 $524.13\* Rachhana T. Srey (JD 2004)

 $414.20\* Kristen Elizondo (JD 2007)

 $382.89\* Vanessa Kinney (JD 2007)

 **$339.15\*** Alexander M. Baggio (JD 2009)

 $503.22\* Stephen J. Romero (JD 2004)

 $407.62\* Eric Johnston (JD 2005)

 $375.86\* Kerry O'Brien (JD 2002)

 $502.11\* Taj Clayton (JD 2005)

 $403.19\* Stephanie S. Rojo (JD 2003)

 $369.98\* Meredith Matthews (JD 2006)

 $492.29\* Lawrence Morales II (JD 2005)

 $401.62\* Adam D. Boland (JD 2004)

 $361.60\* Carmen Artaza (JD 2006)

# *Classes of the 2000s: The Work*



\* **Kalandra N. Wheeler (class of '05):** Ms. Wheeler works in Houston. Her online biography states that she "represents employees with various types of claims, including Title VII of the Civil Rights Act, the Family Medical Leave Act (FMLA), the Age Discrimination in Employment Act (ADEA), the Americans with Disabilities Act (ADA), and the Fair Labor Standards Act (FLSA)." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for her work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually"). The fees request was based, in part, on her stated rate of $585.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 13 (Declaration Under Penalty of Perjury of Colin W. Walsh: "The firm's hourly rate for Kalandra N. Wheeler, who became a partner shortly after trial of this case, is also currently [since January 2019, when she became board certified in labor and employment law] $585/hour. This is the rate this firm charged and received for Ms. Wheeler's time in the San Antonio market."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs) . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $54.97 difference).[1] Adjusted *only* for such inflation from the date of Judge Lamberth's award (2019) to the end of 2022, that $585.00 hourly rate for Ms. Wheeler is $639.97.

\* **Shafeeqa W. Giarratani (class of '05):** Ms. Giarratani works in Austin. Her online biography notes that she "represents employers in federal and state court and before administrative agencies and regulatory agencies such as the Equal Employment Opportunity Commission, the Texas Workforce Commission, and the Office of Federal Contract Compliance Programs." On December 18, 2020, in a Dallas case involving allegations of race discrimination in employment, there was testimony stating her *standard* hourly rate in 2020 was $545.00

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=585

per hour. *See Ibarra v. Jacobs Eng. Group, Inc.*, No. 3:19-cv-01437-C (Doc. 41-1) at p. 12, ¶ 21 (N.D. Tex. Dallas) (Declaration of John M. Barcus) ("Shafeeqa W. Giarratani's standard rate for 2020 is $545 per hour[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $44.80 difference).[2] Adjusted *only* for such inflation from the year of this billing rate (2020) to the end of 2022, that $545.00 hourly rate for Ms. Giarratani is $589.80.

## * Josh Sanford (class of '01): Mr. Sanford works in Little Rock, Arkansas but is licensed in Texas and his firm keeps an office in San Antonio. His online biography notes that he "practices almost exclusively in employment litigation, focusing on wage and hour law." On August 14, 2019, Judge Royce C. Lamberth awarded Mr. Sanford's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on Mr. Sanford's requested rate of $500 per hour. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Doc. 168) (Declaration of Attorney Josh Sandford, filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs, listing rate: "Sanford, J. $500.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $46.99 difference).[3] Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2022, that $500.00 hourly rate for Mr. Sanford is $546.99.

## * Rachhana T. Srey (class of '04): Ms. Srey works in Minneapolis. Her online biography states that she "has extensive litigation experience, primarily dedicating her legal practice to national wage and hour complex class and collective action employment litigation." On November 10, 2015, Judge Sam Sparks determined $425.00 was a reasonable hourly rate for Ms. Srey's work in an Austin FLSA case. *See Clark v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at pp. 15–16 (W.D. Tex. Austin) ("Consequently, the Court finds Srey's claimed $425 per hour rate reasonable in light of her experience and skill and the rates of Austin-area attorneys, but reduces Lukas's claimed rate from $525 to $425.").

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=545

[3] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=500

According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $99.13 difference).[4] Adjusted *only* for such inflation from the year of Judge Sparks's determination (2015) to the end of 2022, that $425.00 hourly rate for Ms. Srey is $524.13.

\* **Stephen J. Romero (class of '04):** Mr. Romero works in San Antonio. His online biography states that he is an "Employment Law Attorney"—who worked at a law firm but now works in-house for a petroleum refinery company. In 2020, his prior law firm billed his work in a San Antonio employment termination case to a client at the hourly rate of $465.00. *See Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) (Affidavit of Mario A. Barrera: "I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. . . . Stephen J. Romero, Counsel at NRF, has spent .75 hours reviewing cases and preparing the Motion. Mr. Romero's hourly rate is $465."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $38.22 difference).[5] Adjusted *only* for such inflation from the year of this billing (2020) to the end of 2022, that $465 hourly rate for Mr. Romero is $503.22.

\* **Taj Clayton (class of '05):** Mr. Clayton works in Dallas. In 2009, his client agreed to pay his firm $350.00 per hour—a discount from his unstated standard rate—for work in a breach of compensation agreement case filed in Austin by an employee. *See Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) (Fee Agreement dated February 19, 2009, attached to Declaration of William T. Jacks: "$350/hr. for Taj's services" and "Please note that these rates are discounted from our standard rates"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $152.11 difference).[6] Adjusted *only* for such inflation from the year of this fee agreement (2009) to the end of 2022, that $350 *discounted* hourly rate for Mr. Clayton is $502.11.

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=425

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=465

[6] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=350

* **Lawrence Morales II (class of '05):** Mr. Morales works in San Antonio. He is certified by the Texas Board of Legal Specialization as a labor and employment law specialist. On March 19, 2019, Judge David Briones granted Mr. Morales's law firm's request for attorneys' fees in an El Paso FLSA case. *See Bally v. Dreams Cabaret, LLC*, No. EP-CV-30-DB (Doc. 93) at p. 1 (W.D. Tex. El Paso) ("Plaintiffs ask the Court to award them $111,084.50 in attorney's fees and enter a final judgment in this case. After due consideration, the Court is of the opinion that Plaintiffs' Motion should be granted."). This amount of fees granted was based, in part, on Mr. Morales's requested rate of $450 per hour. *See id.* (Doc. 92) at pp. 6 & 7 (Plaintiff's Motion for Attorneys' Fees and Costs and for Entry of Final Judgment: "Based on the lodestar analysis, Plaintiffs seek $111,084.50 in attorneys' fees . . . Mr. Morales and Ms. Hartry performed all attorney work on this case. Mr. Morales's billing rate of $450 per hour is reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $42.29 difference).[7] Adjusted *only* for such inflation from the year of Judge Briones's ruling (2019) to the end of 2022, that $450.00 hourly rate for Mr. Morales is $492.29.

* **Don J. Foty (class of '06):** Mr. Foty works in Houston. His online biography notes that his areas of practice include wage and hour cases. On January 8, 2016, Judge Robert Pitman awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Foty's rate of $400 per hour. *See id.* (Doc. 19) at p. 2 (motion for fees and costs: "Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . 29.2 hours for Don Foty, attorney in charge, at the rate of $400 per hour;"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $77.20 difference).[8] Adjusted *only* for such inflation from the year of Judge Pitman's fee award (2016) to the end of 2022, that $400.00 hourly rate for Mr. Foty is $477.20.

* **Christopher Willett (class of '09):** Mr. Willett works in Austin with the Equal Justice Center—a "a non-profit law firm and employment justice organization which empowers low-income families, workers, and communities to

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=450

[8] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=400

achieve fair treatment in the workplace." On August 10, 2020, Magistrate Judge Susan Hightower ruled that $405.00 per hour was a reasonable rate for Mr. Willett's work in an Austin FLSA case. *See Barrientos v. Mikatsuki Int'l, Inc.*, No. 1:18-CV-00934-RP (Doc. 38) at p. 10, 2020 WL 4581883 (W.D. Tex. Austin) (noting time records "5.5 hours of work by licensed attorney Christopher J. Willett at $405 per hour ($2,227.50)" and ruling: "After carefully reviewing the time records and declaration, the Court finds the hours expended on the case, and the hourly rates charged, are reasonable."). On September 4, 2020, Judge Robert Pitman adopted Magistrate Judge Susan Hightower's report and recommendation that fees be awarded on that rate. *See id.* (Doc. 39) at p. 2 ("the Court accepts and adopts the report and recommendation as its own order."). On May 13, 2020, Judge Sam Sparks ruled Mr. Willett's requested fees were reasonable in an Austin FLSA case. *See Raya v. Yocham*, No. 1:17-cv-00820 (Doc. 33) at p. 5 (W.D. Tex. Austin) ("The Court also concludes Mr. Willett has shown the rates he charged is appropriate for the Austin, Texas community and is in line with fees awarded by judges in this District under similar circumstances."). The requested rate ruled reasonable was $405.00 per hour. *See id.* (Doc. 28) at p. 13 (Plaintiff's Motion for Default Judgment Against Defendant Howard Yocham and Capitol Area Resources Corp.: "Willett's declaration sets forth the market rates in the Austin area, as well as the credentials, experience, and expertise of each attorney whose work is the basis of Plaintiffs' motion for attorney fees. (Ex. C, ¶ 3). The recorded lodestar includes 17.2 hours at the rate of $405 per hour for attorney Christopher Willett, for a total of $6,966.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $33.29 difference).[9] Adjusted *only* for such inflation from the year of these rulings (2020) to the end of 2022, that $405.00 hourly rate for Mr. Willett is $438.29.

## * Megan K. Mechak (class of '03): Mr. Mechak works in Washington, D.C. Her online biography states that her work is "representing unions" and "protecting workers across the nation." On January 3, 2019, Magistrate Judge Andrew W. Austin found a rate of $400.00 per hour was reasonable for her work in an Austin wrongful termination in employment case. *See Harper v. Travis County Emergency Servs. Dist. 5*, No. 1-17-cv-01174-AWA (W.D. Tex. Austin) ("Plaintiff's counsel billed its partners' work at $400 per hour and its associate's work (who did the bulk of the work) at $300 per hour. . . . [T]he Court, based on its experience and discretion, finds the ourly rates billed to be reasonable. . . . 4.6 hours @ $400/hr (Woodley & Mechak) = $1,840; 17.9 hours @ $300/hr (Baig ) = $5,370; $1,840 + $5,370 = $7,210."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $37.59 difference).[10]

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=405

[10] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=400

Adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $400.00 hourly rate for Ms. Mechak is $437.59.

**\* Kristen Elizondo (class of '07):** Ms. Elizondo works in San Antonio. Her online biography notes that prior to joining her current law firm, her practice "focused on general civil defense and employment litigation." On February 16, 2012, Judge Harry Lee Hudspeth awarded $315 per hour for work she did in a San Antonio Equal Pay Act case. *See Wojcik v. Ameripath San Antonio 5.01(A) Corp.*, No. SA-10-CA-335-H (Doc. 74) at p. (W.D. Tex. San Antonio) (". . . , the Court finds that the following are reasonable amounts for the services of each professional: . . . Ms. Elizondo:  10.29 hours x $315 per hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2021 versus 2012 (a $99.20 difference).[11] Adjusted *only* for such inflation from the year of Judge Hudspeth's fee award (2012) to the end of 2022, that $315 hourly rate for Ms. Elizondo is $414.20.

**\* Eric Johnston (class of '05):** Mr. Johnston works in Austin. His online biography states that he "represents clients in a variety of practice areas with a primary focus on complex litigation matters ranging from employment law to government liability and products liability law." On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.* (Doc. 30-5) (billing statements). As only one other partner—and one associate—are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate Eric Johnston was $310. On March 29, 2012, Judge Fred Biery adopted the report and

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=315

recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $97.62 difference).[12] Adjusted *only* for such inflation from the year of this billing and court determinations (2012) to the end of 2022, that $310 hourly rate for Mr. Johnston is $407.62.

\* **Stephanie S. Rojo (class of '03):** Ms. Rojo works in Austin. Her online biography states that she "represents employers and their leadership in discrimination and retaliation lawsuits and charges of discrimination, wage claims, suits for breach of contract and various employment-related torts, and suits for violation of state and federal statutes, such as the FLSA, the FMLA, WARN, and the Texas workers' compensation retaliation statute." On February 7, 2018, she sought fees as sanctions in an Austin Equal Pay Act and alleged employment discrimination case involving a pro se plaintiff. *See Phillips v. Austin Diagnostic Clinic Surgery Center*, No. 1:17-cv-00940 (Doc. 18) (W.D. Tex. Austin) (Defendant Austin Diagnostic's Brief in Support of Motion for Attorneys' Fees Pursuant to Local Rule CV-7). The rate Ms. Rojo sought was $350.00 per hour for work listed on a firm invoice attached to her affidavit—a rate she testified her client actually incurred in 2017. *See id.* (Doc. 18-2) at p. 7 (Invoice dated February 7, 2018: "Stephanie Rojo Partner 14.30 hours 350"); *id.* (Doc. 18-1) at pp. 2–3, ¶ 7 and p. 4, ¶ 12 (Affidavit of Stephanie S. Rojo: "I began representing Austin Diagnostic in this case on or around February 2017, and a reasonable billing rate for a counsel with my experience is $350 per hour in this case. . . . In my opinion, these attorneys' fees incurred and to be incurred by Austin Diagnostic are reasonable, customary, and necessary when judged by the standards for fees and related expenses in the State of Texas."). Judge Sam Sparks, however, limited the fees awarded to ten hours and assigned an associate rate of $250.00 per hour. *See id.* (Doc. 21) at p. 5 (Order of March 1, 2018: "Given the minimal amount of work necessary to defend this lawsuit, the Court estimates approximately ten hours of work were required to draft Austin Diagnostic's seven-page motion to dismiss. The Court adopts the reasonable hourly rate provided by Austin Diagnostic for an associate lawyer, $250 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $15.20 difference from the rate *incurred*).[13] Adjusted *only* for such inflation from the year of this incurred billing (2017) to the end of 2022, that $350.00 hourly rate for Ms. Rojo is $403.19.

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=310

[13] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=350

* **Adam D. Boland (class of '04):** Mr. Boland works in San Antonio. His online biography states that he "focuses his practice on representing employers in all aspects of employment law." In 2010, he testified that his hourly rate for work in defending a San Antonio FLSA case was $290 per hour. *See Borzello v. Texas Shine, Inc.*, No. SA-cv-0026-XR (Doc. 13-7) at p. 2, ¶¶ 4-5 (W.D. Tex. San Antonio) (Affidavit of Adam D. Boland: "I am an attorney of record for Defendant Texas Shine, Inc. ('TSI'). . . . My hourly rate on this matter is $290 an hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010 (a $111.62 difference).[14] Adjusted *only* for such inflation from the year of this billing (2010) to the end of 2022, that $290 hourly rate for Mr. Boland is $401.62.

* **Emily Frost (class of '02):** Ms. Frost works in Austin. Her online biography notes that she "provides employment law services to both employees and employers." On July 9, 2021, Judge James R. Nowlin ruled that her rate of $375 per hour for work done prosecuting an Austin FLSA case was appropriate in the community. *See Menefee v. N-Title, LLC*, No. A-19-CV-00737-JRN (Doc. 64) at p. 20 (W.D. Tex. Austin) ("Plaintiff submits an affidavit from Emily Frost. Ms. Frost's affidavit states her rate during this case was $325 per hour until 2021 when it increased to $375 per hour, that she has practiced law since 2002, and that she is Board Certified in Labor and Employment Law. . . . The Court finds that the hourly rates charged in this case are appropriate hourly rates in the community for this type of work."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $24.69 difference).[15] Adjusted *only* for such inflation from the year of this ruling (2021) to the end of 2022, that $375.00 hourly rate for Ms. Frost is $399.69.

* **Mauro Ramirez (class of '07):** Mr. Ramirez works in Houston. His online biography states: "Since 2007, Mauro has devoted his career to litigating discrimination, harassment, retaliation, unlawful termination, and other matters related to the workplace in Houston and across the State of Texas." On September 20, 2011, Judge Philip R. Martinez granted fees as a sanction for work in an El Paso employment discrimination and retaliation case. *See Santana v. Bergelectric Corp.*, No. EP-CV-281-PRM (Doc. 24) at p. 5 (W.D. Tex. El Paso) ("the Court is of the opinion that one hour's preparation is appropriate; therefore reasonable expense for preparation is $290."). This was the rate Mr. Ramirez's law firm requested for Mr. Ramirez's time. *See id.* (Doc. 18) at p. 4 (Defendant's

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=290

[15] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=375

Submission of Fees and Costs Associated with the Status Conference of August 31, 2011, using $290 per hour as rate and stating: "I further certify that the hourly rate noted hereinabove reflects the actual rate charged to the client; and that it reflects the usual and customary rate billed by me to Bergelectric on this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $99.07 difference).[16] Adjusted *only* for such inflation from the year of Judge Martinez's ruling (2011) to the end of 2022, that $290.00 hourly rate for Ms. Ramirez is $389.07.

## * Gregory Placzek (class of '09): Mr. Placzek presently works in Arkansas but previously worked in San Antonio. His online biography notes that he "has represented thousands of employees in his career as an employment attorney." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for his work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually[.]"). The fees request was based on the rate of $350.00 per hour. *See id.* (Doc. 152-1) at p. 7, ¶ 15 (Declaration Under Penalty of Perjury of Colin W. Walsh: "His rate now in the San Antonio market, based on the qualifications he possessed when he charged time in this matter, would be $395/hour, but the firm has elected in this motion to seek fees for his time at $350/hour, which is a reasonable rate."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs, seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $32.89 difference).[17] Adjusted *only* for such inflation from the year of Judge Lamberth's ruling (2019) to the end of 2022, that $350.00 hourly rate for Mr. Placzek is $382.89.

## * Vanessa Kinney (class of '07): Ms. Kinney works in Little Rock, Arkansas but her law firm keeps an office in San Antonio. Her online biography notes that she "focuses her practice primarily in the area of employment law." On August 14, 2019, Judge Royce C. Lamberth awarded Ms. Kinney's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=290

[17] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=350

amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on Ms. Kinney's rate of $350.00 per hour. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Declaration of Attorney Josh Sanford filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 168)) (listing rate: "Kinney, V. $350.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $32.89 difference).[18] Adjusted *only* for such inflation from the year of Judge Lamberth's finding (2019) to the end of 2022, that $350.00 hourly rate for Ms. Kinney is $382.89.

* **Kerry O'Brien (class of '02):** Mr. O'Brien works in Austin. His law firm's online biography states: "We help employees, executives, and contractors recover their compensation – commissions, bonuses, equity, and overtime." On April 25, 2014, Judge Sam Sparks ruled that the requested rate of $300 per hour for Mr. O'Brien's work in an Austin FLSA case was reasonable. *See Rivera v. Eloy Herrera*, No. A-12-CA-1080-SS (Doc. 35) at p. 2 (W.D. Tex. Austin) ("Rivera's counsel represents he spent 16.3 hours on this case, and his legal assistant spent 0.9 hours on the case. Their respective hourly rates are $300 and $125. The Court finds these amounts to be reasonable, and awards the lodestar figure of $5,002.50."); *id.* (Doc. 31) at p. 5 (Plaintiff's Motion for Attorney's Fees: "Therefore, in accordance with the evidence, the Court is requested to award attorney fees . . . , which includes 16.3 hours by Kerry O'Brien multiplied by $300 / hour . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $75.86 difference).[19] Adjusted *only* for such inflation from the year of Judge Sparks's ruling (2014) to the end of 2022, that $300.00 hourly rate for Mr. O'Brien is $375.86.

* **Meredith Black-Matthews (class of '06):** Ms. Black-Matthews works in Dallas. Her online biography states that her "practice focuses on employment litigation, specifically wage and hour litigation." On December 8, 2015, Judge David Alan Ezra ruled that $300.00 per hour was a reasonable rate for Ms. Black-Matthews's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . Meredith Matthews . . . $300[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics,

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=350

[19] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=300

the prices for legal services are 23.33% higher in 2022 versus 2015 (a $69.98 difference).[20] Adjusted *only* for such inflation from the year of Judge Ezra's ruling (2015) to the end of 2022, that $300.00 hourly rate for Ms. Black-Matthews is $369.98.

**Carmen Artaza (class of '06):** Ms. Artaza works in Dallas. Her online biography states that she has "practiced employment law exclusively since graduating law school in 2006." On July 5, 2012, Judge Lee Yeakel awarded $275 per hour for work Ms. Artaza did in an Austin FLSA case. *See Flowers v. Interra Hydro, Inc.*, No. 1:11-CV-421-LY (Doc. 35) at p. 3 (W.D. Tex. Austin) ("Thus, Flowers's rates of $275 per-hour for associates Artaza and . . . are sustained."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $86.60 difference).[21] Adjusted *only* for such inflation from the date of Judge Yeakel's award (2012) to the end of 2022, that $275 hourly rate for Ms. Artaza is $361.60.

**Aaron Johnson (class of '08):** Mr. Johnson works in Austin. His online biography states that his is a law firm "dedicated to enforcing workers' rights under the Fair Labor Standards Act—the federal law that guarantees overtime pay and minimum wages—together with other state and federal wage laws." On June 13, 2016, Judge Robert Pitman granted fees at the rates requested in a San Antonio FLSA case. *See Mohammadi v. Nwabuisi*, No. 5:12-cv-00042 (Doc. 148) at p. 9 (W.D. Tex. San Antonio) ("In light of these precedents, the Court concludes rates requested by Plaintiff and used in her lodestar calculation are reasonable and appropriate given the prevailing rates in the local legal market."). The hourly rate requested for Mr. Johnson's work was $300.00. *See id.* (Doc. 136) at p. 5 (Plaintiff's Third Motion for Attorney's Fees and Costs: "In this motion, Plaintiff's Counsel seeks the following rates in order to account for attorney tenure and current legal market conditions: Mr. Moss at $280/hour, Mr. Johnson at $300/hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[22] Adjusted *only* for such inflation from the year of Judge Pitman's ruling (2016) to the end of 2022, that $300.00 hourly rate for Mr. Johnson is $357.90.

---

[20] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=300

[21] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=275

[22] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

* **Manuel Quinto-Pozos (class of '07):** Mr. Quinto-Pozos works in Austin. His online biography states that he "practices employee-and union-side labor and employment law." On April 29, 2016, Judge Karin Crump awarded fees for work done in an Austin employment discrimination and retaliation case. *See Vigil v. City of Austin, Texas*, Cause No. D-1-GN-13-001742 (200th Judicial District Court for Travis County, Texas) (Final Judgment at p. 4: "Based upon the evidence presented to the Court, and the arguments of counsel, Plaintiff's motion for reasonable attorneys' fees and costs is hereby granted."). The fees requested and granted used an hourly rate of $300.00 for Mr. Quinto-Pozos's work. *See id.* (Plaintiff's Motion for Entry of Judgment & Award of Attorneys' Fees, dated March 24, 2016, at p. 3: "Manuel Quinto-Pozos . . . Hourly Rate Claimed . . . $300.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[23] Adjusted *only* for such inflation from the year of Judge Crump's ruling (2016) to the end of 2022, that $300.00 hourly rate for Mr. Quinto-Pozos is $357.90.

* **Matt Bachop (class of '06):** Mr. Bachop works in Austin. His online biography notes that his practice areas include employment law. On April 29, 2016, Judge Karin Crump awarded fees for work done in an Austin employment discrimination and retaliation case. *See Vigil v. City of Austin, Texas*, Cause No. D-1-GN-13-001742 (200th Judicial District Court for Travis County, Texas) (Final Judgment at p. 4: "Based upon the evidence presented to the Court, and the arguments of counsel, Plaintiff's motion for reasonable attorneys' fees and costs is hereby granted."). The fees requested and granted used an hourly rate of $300.00 for Mr. Bachop's work. *See id.* (Plaintiff's Motion for Entry of Judgment & Award of Attorneys' Fees, dated March 24, 2016, at p. 3: "Matt Bachop . . . Hourly Rate Claimed . . . $300.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[24] Adjusted *only* for such inflation from the year of Judge Crump's ruling to the end of 2022, that $300.00 hourly rate for Mr. Bachop is $357.90.

* **Alexander M. Baggio (class of '09):** Mr. Baggio's online biography states that he "has worked on class and collective actions across the country, including those involving Rule 23 and the Fair Labor Standards Act (FLSA), as well as claims arising from employment contracts." Mr. Baggio is based in Minneapolis. On November 10, 2015, Judge Sam Sparks determined $275.00 was a reasonable hourly rate for work Mr. Baggio did in an Austin FLSA case. *See Clark*

---

[23] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

[24] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

*v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at p. 16 (W.D. Tex. Austin) ("Centene does not raise any specific objection to the hourly rate of $275 claimed by Alexander Baggio, and the Court finds it reasonable for the same reasons."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $64.15 difference).[25] Adjusted *only* for such inflation from the year of Judge Sparks's finding (2015) to the end of 2022, that $275.00 hourly rate for Mr. Baggio is $339.15.

---

[25] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=275

# *Classes of the 2010s*



**20** lawyers listed

**$390.40** average rate

**$361.45** median rate



# Classes of the 2010s: The Rates


**$639.97\*** Colin W. Walsh (JD 2011)


$441.84\* Corey E. Tanner (JD 2011)


$357.90\* John Neuman (JD 2012)


$328.19\* Steve Rauls (JD 2011)


$525.00\* Andrew R. Gray (JD 2017)


$432.12\* Jairo N. Castellanos (JD 2015)


$346.30\* Alicia M. Grant (JD 2016)


$313.22\* Michael L. Parsons (JD 2011)


$500.00\* Lauren Braddy (JD 2010)


$390.00\* Lucas Meng (JD 2017)


$334.04\* Phillip J. Moss (JD 2010)


$300.84\* Allison Hartry (JD 2012)


$468.97\* Andrew Vickers (JD 2012)


$389.59\* Caitlin Boehne (JD 2012)w


$331.38\* Melinda Arbuckle (JD 2011)


$287.99\* Collin Wynne (JD 2010)


$450.00\* Blayne Fisher (JD 2013)


$365.00\* Joshua H. Sisam (JD 2011)


$328.19\* Afroz Baig (JD 2015)


**$277.48\*** Jay Forester (JD 2013)

# *Classes of the 2010s: The Work*



**\* Colin W. Walsh (class of '11):** Mr. Walsh works in Austin. His online biography states that his "practice focuses on representing workers against employers in cases involving discrimination, retaliation, unpaid wages, unpaid overtime, contract disputes, and whistleblowing actions." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for Mr. Walsh's work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at pp 14–15, 17 (W.D. Tex. San Antonio) ("For these efforts, Johnson's attorneys charge rates from $125 to $585 depending on the particular lawyer's experience, reputation, and ability; the weighted average hourly rate is roughly $445 . . . To support these rates' reasonableness, Walsh provides an affidavit from a disinterested fee-paying San Antonio client acknowledging he currently pays Walsh $585 hourly to litigate federal employment matters in San Antonio. . . . Southwest Research argues those rates are too high, citing the Texas state bar's four-year-old survey listing a $258 median hourly rate for San Antonio employment lawyers and a $250 median hourly rate for small San Antonio law firms, and noting only 5.1% of attorneys bill over $500 hourly. . . . Whatever probative value this survey has, it does not erode the evidence supporting the rates' reasonableness, particularly since other judges in this district have approved much higher hourly rates for less complicated cases . . . To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, . . ."). The fees request was based, in part, on Mr. Walsh's stated rate of $585.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 12 (Declaration Under Penalty of Perjury of Colin W. Walsh: "My current hourly rate—a rate that clients pay me when they choose representation on an hourly basis rather than on a contingency fee basis—is $585/hour. I charge and receive this rate in the Austin market (where I office) *and* in the San Antonio market (where I frequently have clients)."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022

versus 2019 (a $54.97 difference).[1] Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2022, that $585.00 hourly rate for Mr. Walsh is $639.97.

\* Andrew R. Gray (class of '17): Mr. Gray works in Austin. His online biography states that he "represents and counsels employers on all aspects of workplace privacy and information security." In 2022, he billed at the rate of $525.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: "For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive."); *id.* at p. 15, ¶ 8 (Declaration of Michael P. Royal: "His rate in this Action is $525.00, which is reasonable for the type of complex unfair competition litigation in this Action in the Austin area."). On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. Gray's work at that $525.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

\* Lauren Braddy (class of '10): Ms. Braddy works in Corpus Christi. Her online biography states that she "focuse[s] her practice on wage and hour litigation under the Fair Labor Standards Act, representing clients in collective and class actions across the United States." On August 24, 2022, Judge Jason Pulliam found a rate of $500 per hour was reasonable for her work in prosecuting a San Antonio FLSA case. *See Champion v. Phaselink Util. Solutions, LLC*, No. SA-22-cv-00145 (Doc. 19) at p. 19 (W.D. Tex. San Antonio) ("According to the Affidavit, . . . Lauren Baddy, a Senior Attorney billed 8.3 hours at a rate of $500/hour . . . the Court . . . finds the time billed by Senior Attorney Lauren Braddy of $4,150.00 to be reasonable.").

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=585

**\* Andrew Vickers (class of '12):** Mr. Vickers works in Austin. His online biography states that his experience includes labor and employment matters. In 2021, he billed for work at the hourly rate of $440 in an Austin employment case involving claims of wrongful employment termination and defamation. *See Lanham v. AWR Servs., Inc.*, No. D-1-GN-20-003923 (419th Judicial District Court for Travis County, Texas) (Second Supplemental Declaration of Andrew Vickers filed April 8, 2021 at p. 2, ¶ 4: "By agreement with our client, the current hourly billing rate for services performed from January 1, 2021 through March 11, 2020 [sic] for this matter is $440 for me (a partner), $790 for Eric Taube (a partner), and $205 for Ann Marie Jezisek and Kristen Warner (paralegals). I am familiar with rates charges by attorneys in Texas for litigation matters and these rates are reasonable when compared to customary rates in Texas for lawsuits such as this one."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $28.97 difference).[2] Adjusted *only* for such inflation from the year of this billed rate (2021) to the end of 2022, that $440.00 hourly rate for Mr. Vickers is $468.97.

**\* Blayne Fisher (class of '13):** Ms. Fisher works in San Antonio. Her online biography states: "Since joining the legal team of Anderson Alexander, Blayne has focused her practice on wage and hour litigation under the Fair Labor Standards Act. In addition to FLSA cases, Blayne continues to represent individuals and businesses in first party insurance litigation." On August 24, 2022, Judge Jason Pulliam found a rate of $450 per hour was reasonable for her work in prosecuting a San Antonio FLSA case. *See Champion v. Phaselink Util. Solutions, LLC*, No. SA-22-cv-00145 (Doc. 19) at p. 19 (W.D. Tex. San Antonio) ("According to the Affidavit, . . . Blayne Fisher billed 8.6 hours at a rate of $450/hour . . . . The Court finds the fees billed and assessed by attorney Blayne Fisher of $3,870.00 to be reasonable . . . .").

**\* Corey E. Tanner (class of '11):** Ms. Tanner works in Austin. Her online biography notes that her practice areas include labor and employment law. On December 18, 2020, in a Dallas case involving allegations of race discrimination in employment, there was testimony stating her standard hourly rate in 2018 and 2019 was approximately $400.00 per hour. *See Ibarra v. Jacobs Eng. Group, Inc.*, No. 3:19-cv-01437-C (Doc. 41-1) at p. 12, ¶ 21 (N.D. Tex. Dallas) (Declaration of John M. Barcus: "Prior to my involvement in the lawsuit, Corey E. Tanner, an associate in the Firm's Austin office who became licensed to practice law in Texas

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=440

in 2011, performed the majority of the work on the case. Her standard rate for 2018 and 2019 was approximately $400.”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $41.84 difference).[3] Adjusted *only* for such inflation from the year of this stated rate in 2018 to the end of 2022, that $400.00 hourly rate for Ms. Tanner is $441.84.

**\* Jairo N. Castellanos (class of '15):** Mr. Castellanos works in Austin. His online biography states that he "has practiced employment law his entire career." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for Mr. Castellanos's work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually[.]"). The fees request was based, in part, on Mr. Castellanos's stated rate of $395.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 14 (Declaration Under Penalty of Perjury of Colin W. Walsh: "The firm's current (since January 2017) rate for associate Jairo N. Castellanos is $395/hour. This is the rate the firm charges and receives for Mr. Castellanos's time in the San Antonio market."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $37.12 difference).[4] Adjusted *only* for such inflation from the year of Judge Lamberth's award (2019) to the end of 2022, that $395.00 hourly rate for Mr. Castellanos is $432.12.

**\* Lucas Meng (class of '17):** Mr. Meng works in Austin. His online biography states that he "he defends clients in a wide variety of employment law matters." In 2022, he billed at the rate of $390.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: "For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive."); *id.* at p. 15, ¶ 9 (Declaration of Michael P. Royal: "His rate in this Action is $390.00, which is reasonable

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=400

[4] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=395

for the type of complex unfair competition litigation in this Action in the Austin area." On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. Meng's work at that 390.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

**\* Caitlin Boehne (class of '12):** Ms. Boehne works in Austin. Her online biography states that she has "experience handling impact employment law claims for low-wage, immigrant workers." On August 10, 2020, Magistrate Judge Susan Hightower ruled that $360.00 per hour was a reasonable rate for Ms. Boehne's work in an Austin FLSA case. *See Barrientos v. Mikatsuki Int'l, Inc.*, No. 1:18-CV-00934-RP (Doc. 38) at p. 10, 2020 WL 4581883 (W.D. Tex. Austin) (noting time records "14.7 hours of work by licensed attorney Caitlin Boehne at a rate of $360 per hour (totaling $5,112, after write-offs and reductions) . . ." and ruling "After carefully reviewing the time records and declaration, the Court finds the hours expended on the case, and the hourly rates charged, are reasonable."). On September 4, 2020, Judge Robert Pitman adopted Magistrate Judge Susan Hightower's report and recommendation that fees be awarded on that rate. *See id.* (Doc. 39). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $29.59 difference).[5] Adjusted *only* for such inflation from the year of these court rulings (2020) to the end of 2022, that $360.00 hourly rate for Ms. Boehne is $389.59.

**\* Joshua H. Sisam (class of '11):** Ms. Boehne works in Boerne. His testimony is that he has "experience in civil litigation, including employment disputes." *Leininger v. Marriott Int'l Inc.*, No. 5:21-cv-01160 (Doc. 7) at p. 2, ¶ 9 (W.D. Tex. San Antonio Jan. 26, 2022). In 2022, he sought fees at the rate of $365.00 per hour for his work in a San Antonio employment discrimination case. *See id.* ("Staff . . . JHS . . . rate . . . $365 . . . Total Attorney Fees for Second Remand . . . $6,075.00."). On February 9, 2022, Judge Jason Pulliam granted all the fees

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=360

requested for that second remand motion. *See id.* (Doc. 11) at p. 2 ("Upon consideration of Leininger's Motion for attorney fees and expenses and evidentiary support, IT IS HEREBY ORDERED Marriott shall pay Leininger a total of $6,075.00 for the reasonable attorney fees, costs, and expenses incurred in filing the second Motion to Remand.").

**\* John Neuman (class of '12):** Ms. Neuman works in Houston.  His online biography notes that the "primary focus of John's practice is the recovery of unpaid wages." On January 8, 2016, Judge Robert Pitman awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Neuman's rate of $300 per hour. *See id.* (Doc. 19) at p. 2 (motion for fees and costs: "Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . 27.4 hours for John Neuman, associate, at the rate of $300 per hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[6] Adjusted *only* for such inflation from the year of Judge Pitman's fee award (2016) to the end of 2022, that $300.00 hourly rate for Mr. Neuman is $357.90.

**\* Alicia M. Grant (class of '16):** Ms. Grant works in San Antonio. Her online biography states that her "practice focuses on all aspects of product liability actions, mass torts, and complex commercial litigation in state and federal courts, including class actions and multi-district litigation." In 2020, her law firm billed her work in a San Antonio employment termination case to a client at the hourly rate of $320.00. *See Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) (Affidavit of Mario A. Barrera: "I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. . . . Alicia M. Grant, Associate at NRF, has spent 2.4 hours reviewing cases and the hearing transcript and preparing the Motion. Ms. Grant's hourly rate is $320."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $26.30 difference).[7] Adjusted *only* for such inflation from

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

[7] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=320

the year of this billing (2020) to the end of 2022, that $320 hourly rate for Ms. Grant is $346.30.

* **Philip J. Moss (class of '10):** Mr. Moss currently works in San Antonio for the United States Equal Employment Opportunity Commission—and previously worked in San Antonio for the Equal Justice Center, where he represented low-wage earners in employment matters. On June 13, 2016, Judge Robert Pitman granted fees at the rates requested in a San Antonio FLSA case. *See Mohammadi v. Nwabuisi*, No. 5:12-cv-00042 (Doc. 148) at p. 9 (W.D. Tex. San Antonio) ("In light of these precedents, the Court concludes rates requested by Plaintiff and used in her lodestar calculation are reasonable and appropriate given the prevailing rates in the local legal market."). The hourly rate requested for Mr. Moss's work was $280.00. *See id.* (Doc. 136) at p. 5 (Plaintiff's Third Motion for Attorney's Fees and Costs: "In this motion, Plaintiff's Counsel seeks the following rates in order to account for attorney tenure and current legal market conditions: Mr. Moss at $280/hour, Mr. Johnson at $300/hour[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $54.04 difference).8 Adjusted *only* for such inflation from the year of Judge Pitman's ruling on rates (2016) to the end of 2022, that $280 hourly rate for Mr. Moss is $334.04.

* **Melinda Arbuckle (class of '11):** Ms. Arbuckle works in Dallas for "Wage and Hour Firm." On September 20, 2018, Judge Alia Moses ruled that a reasonable hourly rate for her work in a Del Rio FLSA case was $300 per hour. *See Cruz v. Maverick County*, No. DR-14-CV-050-AM (Doc. 115) at p. 8 (W.D. Tex. Del Rio) ("Based on all of these factors, the Court finds that the lodestar amount for both Mr. Levy and Ms. Arbuckle should be adjusted downward. The Court finds that a reasonable hourly fee for both attorneys is $300 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $31.38 difference).9 Adjusted *only* for such inflation from the year of Judge Moses's finding (2018) to the end of 2022, that $300 hourly rate for Ms. Arbuckle is $331.38.

* **Afroz Baig (class of '15):** Ms. Baig works in Oakland and previously worked in Washington, D.C. On January 3, 2019, Magistrate Judge Andrew W.

---

8 https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=280

9 https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=300

Austin found a rate of $300.00 per hour was reasonable for her work in an Austin wrongful termination in employment case. *See Harper v. Travis County Emergency Servs. Dist. 5*, No. 1-17-cv-01174-AWA (W.D. Tex. Austin) ("Plaintiff's counsel billed its partners' work at $400 per hour and its associate's work (who did the bulk of the work) at $300 per hour. . . . [T]he Court, based on its experience and discretion, finds the ourly rates billed to be reasonable. . . . 4.6 hours @ $400/hr (Woodley & Mechak) = $1,840; 17.9 hours @ $300/hr (Baig ) = $5,370; $1,840 + $5,370 = $7,210."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $28.19 difference).10 Adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $400.00 hourly rate for Ms. Baig is $328.19.

## \* Steve Rauls (class of '11): Mr. Rauls works in Little Rock, Arkansas but his law firm keeps an office in San Antonio. His online biography notes that he "primarily represents employees who have been unfairly denied their full pay." On August 14, 2019, Judge Royce C. Lamberth awarded Mr. Rauls's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on the requested rate of $300 per hour for Mr. Rauls's time. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Declaration of Attorney Josh Sanford filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 168): listing rate: "Rauls, S. $300.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $28.19 difference).11 Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2022, that $300.00 hourly rate for Mr. Rauls is $328.19.

## \* Michael L. Parsons (class of '11): Mr. Parsons works in Austin. On October 8, 2014, Judge Xavier Rodriguez ruled $250.00 per hour was a reasonable rate for Mr. Parson's work in a San Antonio FLSA case. *See Meesook v. Grey Canyon Family Medicine, P.A.*, No. 5:13-cv-729-XR (Doc. 39), 2014 WL 5040133 (W.D. Tex. San Antonio) ("Plaintiff asserts that . . . $250/hour is appropriate for Michael Parsons. . . . Based on the affidavits and evidence submitted by

---

10 https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=300

11 https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=300

Plaintiffs attorneys, the Court finds that the requested rates are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $63.22 difference).12 Adjusted *only* for such inflation from the year of Judge Rodriguez's fee award (2014) to the end of 2022, that $250 hourly rate for Mr. Parsons is $313.22.

## * Allison Hartry (class of '12): Ms. Hartry works in San Antonio.

Her online biography notes that she focuses her practice on labor and employment law. On March 19, 2019, Judge David Briones granted Ms. Hartry's law firm's request for attorneys' fees in an El Paso FLSA case. *See Bally v. Dreams Cabaret, LLC*, No. EP-CV-30-DB (Doc. 93) at p. 1 (W.D. Tex. El Paso) ("Plaintiffs ask the Court to award them $111,084.50 in attorney's fees and enter a final judgment in this case. After due consideration, the Court is of the opinion that Plaintiffs' Motion should be granted."). This amount of fees granted was based, in part, on Ms. Hartry's requested rate of $275 per hour. *See id.* (Doc. 92) at pp. 6, 7 & 9 (Plaintiff's Motion for Attorneys' Fees and Costs and for Entry of Final Judgment: "Based on the lodestar analysis, Plaintiffs seek $111,084.50 in attorneys' fees . . . Mr. Morales and Ms. Hartry performed all attorney work on this case. . . . Ms. Hartry's standard billing rate of $275.00 per hour is reasonable. . . . During the time period most of the attorney's fees were incurred litigating this case, Ms. Hartry charged clients, and clients paid her, an hourly rate of $275.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $25.84 difference).13 Adjusted *only* for such inflation from the year of Judge Briones's ruling to the end of 2022, that $275.00 hourly rate for Ms. Hartry is $300.84.

## * Collin Wynne (class of '10): Mr. Wynne works in Amarillo. His

online biography lists several practice areas, including labor and employment. On January 30, 2017, Judge David Counts determined that the requested rate of $250.00 per hour was reasonable for work Mr. Wynne did in a Midland/Odessa FLSA case. *See Carley v. Crest Pumping Technologies, LLC*, No. 7:15-cv-00161 (Doc. 134) at p. 10 (W.D. Tex. Midland/Odessa) ("With these reductions, the Court determines the lodestar fee is $160,932.18 in fees and costs as set forth below . . . Timekeeper . . . Rate . . . Collin Wynne . . . $250.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $37.99

---

12 https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=250

13 https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=275

difference).14 Adjusted *only* for such inflation from the year of Judge Counts's determination (2017) to the end of 2022, that $250 hourly rate for Mr. Wynne is $287.99.

**\*** **Jay Forester (class of '13):** Mr. Forester works in Dallas. His law firm's online biography states that he and another member of his law firm "oversee[] the firm's unpaid wages and overtime practice and handle[] cases nationwide." On December 8, 2015, Judge David Alan Ezra ruled that $225.00 per hour was a reasonable rate for Mr. Forester's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . Jay Forester . . . $225"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $52.48 difference).15 Adjusted *only* for such inflation from the year of Judge Ezra's ruling (2015) to the end of 2022, that $225 hourly rate for Mr. Forester is $277.48.

---

14 https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=250

15 https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=225

## DECLARATION OF KYLA GAIL COLE

I, Kyla Gail Cole, under penalty of perjury, hereby declare and state the following:

1.      My name is Kyla Gail Cole.  I am over the age of 18, of sound mind, and have personal knowledge of the following.  I am a member in good standing of the Bar of the State of Texas.   I am also a member of the bars of the Northern, Southern, Eastern and Western Districts of Texas and the Fifth Circuit Court of Appeals.

2.      My opinions expressed in this declaration are based on my personal knowledge, and on my education, training, and experience as a trial attorney practicing law in the State of Texas and in federal courts located in Texas, on the Texas Disciplinary Rules of Professional Conduct, and a review of the billing and time records in this case.

3.      In forming my opinions, I have considered the type of litigation involved, as well as the parties and counsel involved, and I have evaluated the following factors, among others: the time and labor required; the novelty and difficulty of the questions involved; the skill requisite to perform the legal services properly; the likelihood that the acceptance of the particular employment will preclude other employment by the attorneys involved; the fee customarily charged in the locality for similar legal services; the amount involved and the results obtained; the time limitations imposed by the client or by the circumstances; the nature and length of the professional relationship with the client; the experience, reputation, and ability of the attorneys involved; whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered; and awards in similar cases.

4.      I received a B.A. degree in Liberal Arts from the University of Texas in 1998.  I received a J.D. from Texas Tech University School of Law in 2001.  I graduated magnum cum laude and was ranked in the top 10% of my graduating class.

5.      Following receipt of my J.D. in 2001, I commenced employment with Janette Johnson & Associates. I worked as an associate attorney at this law firm through April 2004, concentrating almost solely on representation of employees in employment discrimination matters. During most of the time at the firm, I managed my own case docket, focusing on litigation of sex, age, race, national origin, retaliation, Family Medical Leave Act and disability discrimination cases. During that time, I conducted and defended a dozen depositions; argued several motions and pretrial matters in state and federal trial courts; represented clients in over twenty mediations, and assisted with significant briefing of summary judgment responses, Daubert motions and responses and motions to compel in dozens of cases.

6.      From April of 2004 until February of 2016, I worked as an associate attorney and a partner at Waters & Kraus, PLLC. During these years, I managed a national products liability practice. I litigated mesothelioma cases in approximately sixteen different states. At last count I was admitted pro hac vice over sixty times and for a period of time I was also licensed in Pennsylvania. I have started eight mesothelioma jury trials as first or second chair, taking three to verdict, obtaining a seven-figure verdict in Tarrant County, Texas. I have also served as pretrial counsel in eight Texas Asbestos MDL pretrials, where Judge Davidson ruled on all motions, admitted all exhibits, ruled on all deposition designations, and prepared the case for trial before it was remanded to the originating court for jury trial. I managed every aspect of mesothelioma litigation and supervised and trained a dozen associates. I have defended or taken over five hundred depositions, briefed and argued hundreds of motions. I managed all aspects of mesothelioma ligation except appeals.

7.      Beginning in 2012, I also developed and managed the firm's mass tort practice. I supervised the team that served as Plaintiffs' Liaison counsel for the Zimmer Durom MDL. In addition, Waters & Kraus managed a docket of over 100 defective Zimmer Durom hip cases in three

2

jurisdictions (the federal MDL in New Jersey District Court, St. Clair County, Illinois and Los Angeles, California). I was responsible for finding, hiring, developing, and defending the medical, design and FDA expert witnesses used by Plaintiffs in the litigation, as well as deposing and challenging the defense expert witnesses and was one of two attorneys who deposed the Zimmer corporate witnesses for the litigation. I served as trial counsel in three Zimmer hip cases taken to a jury verdict.

8.      I also managed the firm's vaginal mesh docket representing over 1,500 women with vaginal mesh injuries. I was responsible for every aspect of this litigation from case procurement, intake, medical review, filing, discovery, deposition, and settlement. I supervised a team of over twenty attorneys and support staff working on this litigation. Waters & Kraus was not liaison counsel for these cases, and I left the firm before any of our cases were tried.

9.      From February 2016- December 2018 I was a partner in the law firm of Cole Reichek, PLLC. I have been a partner in the law firm of Neill Legler Cole, PLLC or Cole Legler, PLLC since January of 2019. These firms exclusively represent employees in employment disputes and litigation. In these firm, I have conducted approximately fifty more depositions, thirty more mediations and a dozen hearings and court appearances in employment law matters. I have also participated as first or second chair in three jury trials, five arbitration hearings and three administrative hearings under chapter 21 of the Texas Education Act.

10.      I have had significant leadership involvement in the labor and employment law community in Dallas. I served as the President of the DFW National Employment Lawyers Association from March of 2020 through January of 2024. I served as the Treasurer of the Texas Employment Lawyers' Association from May of 2019 to April of 2021, as the Secretary from May of 2021 through April of 2023 and as the President since April of 2023. I also served as the treasurer for the Dallas Bar Association Labor & Employment section in 2023 and as the Secretary in 2024. I have

been a member of the Texas Employment Lawyers' Association since approximately 2016. I have delivered continuing legal education presentations to attorneys at the Dallas Bar Association Labor & Employment Law Section and at University of Texas CLE sponsored seminars on employment law issues and have educated non lawyer groups on various employment laws in several non-legal seminar environments.

11.    Throughout my career I have primarily worked in employment and labor cases on behalf of employees or personal injury cases on behalf of Plaintiffs. I have conducted numerous depositions, mediations, hearings and court appearances in employment law matters. I have also participated as first or second chair in multiple arbitration hearings, administrative hearings and trials.

12.    My most recent hourly rate approved in an arbitration by a former United States Magistrate for the Northern District of Texas is $550.00.

13.    After consultation with other practitioners, review of judgments including fee awards in employment cases, and in light of experience levels, I believe that the rate of $650 per hour for Donald E. Uloth's services is well within the range of rates prevailing in this legal community for locally based attorneys with his level of expertise. In reviewing the Texas Employment Lawyer's Attorneys' Fee Yearbook and the underlying court orders and invoices, I note that the following Dallas Labor and Employment attorneys with far less experience than Mr. Uloth were awarded the following rates. The rates below do not account for inflation.

- Karen C. Denney, Haynes & Boone partner, 2002 graduate- awarded $565/hour before a 10% across the board discount in 2015 in *Garofalo v. Taco Bueno, LP*, No. 3:14-cv-02616-M-BH [Doc. 34] at p. 13 (N.D. Tex. Dallas);
- Brian P. Lauten, Brian Lauten, P.C., 2001 graduate- awarded $500/hour in 2010 in *Nassar v. University of Texas Southwestern Medical Center*, No. 3:09-CV-1337 [Doc. 160] (N.D. Tex. Dallas),*reversed on other grounds;*
- Joe Gillespie, Gillespie Sanford, LLP, 2002 graduate- awarded $450/hour in 2012 in *Black v. Settlepou, P.C.*, No. 3:10-CV-1418-K [Doc. 133] at p. 8 (N.D. Tex. Dallas); and

4

- John Michael Gaddis, Winston & Strawn partner, 2009 partner- Steve Fox testified that Mr. Gaddis' hourly rate was $485 in 2014 in *Highland Capital Management, L.P. v. Daugherty*, No. 05-14-01215-CV (68th Judicial District Court for Dallas County, Texas). *See, p. 34-48 of exhibit 2.*

14.    Through these experiences, I have become familiar with the demands that complex federal litigation makes upon the attorneys and equally familiar with the skills it takes to prosecute such a case from discovery, pre-trial motions, trial and appeal to a successful completion in federal, state court and arbitration.

15.    I have reviewed the declaration of Mr. Uloth. I am familiar with his resume and vitas, and his level of experience. That experience demonstrates that he is a lawyer with specialized expertise and skills.

16.    I am familiar with the prevailing market rate for attorneys who litigate employment and labor cases in and around Dallas, Texas. Prevailing rates for attorneys who I describe as "senior lawyers" practicing in Dallas, range from $400 to $1000 per hour, and mid-level lawyer rates range from $300 to $450 per hour, and young-level lawyer at $200 to $275. This statement of rates is commensurate with respect to the rates contained within the Texas Employment Lawyers' Association Attorneys' Fee Yearbook.

17.    Having considered the factors referred to above, it is my opinion that the rates and total fees being requested by Mr. Uloth, as reflected in his declaration, and the exhibits attached to that declaration, are reasonable and necessary. The rates charged as documented in the exhibits attached to the declaration are reasonable and comparable to rates charged by attorneys with similar experience and expertise practicing in Dallas/Fort Worth for employment discrimination matters.

18.    In my opinion, the requested attorneys' fees are reasonable and necessary in light of the *Arthur Andersen* factors and the factors set forth in Rule 1.04 of the Texas Disciplinary

Rules of Professional Conduct. The rates requested by the attorneys in this case are within the range of prevailing rates of Dallas, Texas. Additionally, when the specialized expertise of the attorney is taken into account, the requested rates are more than reasonable.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Executed on December 19, 2024.

_____

Kyla Gail Cole

6

---

### DECLARATION OF BARRY S. HERSH

---

Pursuant to 28 U.S.C. § 1746, I make the following declaration subject to the penalties for perjury:

1.        My name is Barry S. Hersh. I am over 18 years of age, of sound mind, and capable of making this declaration.  I have personal knowledge of the facts stated herein and they are all true and correct.

2.        I am an employment attorney with Hersh Law Firm, P.C., located in Dallas, TX.    I am board certified in Labor and Employment Law by the Texas Board of Legal Specialization.

3.        I make this declaration in support of Plaintiff's application for reasonable attorney fees. For the Court's convenience, I have divided this declaration into sections preceded by subheadings.

**Education, Experience, and Qualifications**

4.        I received my undergraduate degree with high distinction from the University of Michigan in Ann Arbor, MI, where I was a member of the Phi Beta Kappa honor society.

5.        I graduated with honors from The University of Texas School of Law in Austin, TX in 1998.  I served as a judicial intern for Texas Supreme Court Justice, Nathan Hecht, while I was in law school.

6.        After law school, from September 1998 until May 2004, I was an attorney in the Labor & Employment Law sections of Jenkens & Gilchrist, P.C., and Haynes & Boone L.L.P. in Dallas.

7.        In June 2004, I founded Hersh Law Firm P.C., a Dallas-based employment litigation law firm that represents individuals and small businesses involved in labor and employment disputes.

8.        I am licensed to practice law in the State of Texas and have been since November 1998.  I am admitted to practice in all of the U.S. District Courts located in the State of Texas as well as the U.S. Court of Appeals for the Fifth Circuit.  I am in good standing in each of the courts for which I am admitted to practice.

9.        I am a member of the Labor and Employment Law and Litigation sections of the State Bar of Texas.  I am also a member of the Labor and Employment Law section of the Dallas Bar Association.  I am also a member of the National Employment Lawyers Association and the Texas Employment Lawyers Association.

Declaration of Barry S. Hersh– Page 1

10.      As noted previously, I am Certified in Labor and Employment Law by the Texas Board of Legalization Specialization and have been since the first year I was eligible for certification in 2003.  I understand that, for the most recent period for which statistics are available, only about one percent of the more than 100,000 or more attorneys who are members of the State Bar of Texas are certified in Labor and Employment Law by the Texas Board of Legalization Specialization.

11.      My entire practice is dedicated to employment law counseling and litigation with a special emphasis on representing individuals.  I practice mostly in the U.S. District Court for the Northern District of Texas, the U.S. District Court for the Eastern District of Texas, and the state courts located in and around Dallas County, Texas.

12.      Over the years, I have received recognition from my peers and media outlets for my employment litigation practice.  This includes:

- *Texas Monthly*, "Super Lawyer - Employment Litigation - Plaintiff," 2014-2024;
- *D Magazine*, "Best Lawyers in Dallas," Labor & Employment, 2016-2017.
- *Texas Monthly*, "Super Lawyer Rising Star - Employment Litigation," 2005, 2009-2013; and
- *D Magazine*, "Best Lawyers Under 40," 2006.

13.      From time to time, I am also quoted or provide legal commentary to news outlets and other publications on employment law issues.  I have not maintained a listing of these instances.

### Reasonable Hourly Rate and Customary Fee

14.      I am familiar with the rates charged and billed for employment litigation work in the U.S. District Court for the Northern District of Texas, Dallas Division.  This familiarity is based on personal experience and observation, submitting fee applications in connection with my own law practice, retaining co-counsel in connection my law practice, and research conducted by myself and others.

15.      My customary hourly rate is $650.00 per hour for new matters.  This is the rate that the law firm actually bills hourly-paying clients.  It is also the rate that the law firm is paid by new clients in 2024.  This hourly rate is within (and perhaps even a bit below) the range of reasonable hourly rates for labor and employment lawyers in this community of comparable skill, experience, reputation and ability, as set forth in the *2023 Attorneys' Fees Hourly Rate Yearbook: Employment*.

16.      I am familiar with Don Uloth's experience, reputation, and ability as an attorney focusing his practice on employment litigation representing employees and other workers.  Don is a 1989 law school graduate, has 35 years of litigation experience, and is a former attorney at a major labor and employment law boutique law firm.  He is rated as AV Preeminent by Martindale-Hubble.  He is a competent and talented lawyer.  In the past, I have conferred with Don on one or more of his cases (but not in connection with

Declaration of Barry S. Hersh– Page 2

this current matter). Separately, I also have sought out Don's input on my own cases because I consider Don to be very knowledgeable.  I do not hesitate to refer prospective new clients to Don when my law firm is unable to assist an individual because of our heavy caseload or other reasons.  Don and I also associate together through the Texas Employment Lawyers Association.

17.     Based on my experience outlined above and my consideration of the information referenced above, it is my opinion that **$650.00 per hour** is within the reasonable range in the Northern District of Texas, Dallas Division, for work performed by Don prosecuting an unlawful employment practices case.

18.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 19th day of December, 2024.

Barry S. Hersh
Dallas, TX
State Bar No. 24001114

Declaration of Barry S. Hersh– Page 3