IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
|     Defendant | § | |

**PLAINTIFF'S AMENDED EXHIBIT LIST**

Plaintiff Reena S. Mathew submits the following (attached) list of the exhibits she plans to offer into evidence at trial, or before trial should the Court decide to pre-admit exhibits:

                    Respectfully submitted,

                    /s/ Donald E. Uloth
                    Donald E. Uloth
                    Texas Bar No. 20374200
                    Donald E. Uloth, P.C.
                    18208 Preston Road, Suite D-9 # 261
                    Dallas, Texas 75252
                    Phone: (214) 989-4396
                    Email: don.uloth@uloth.pro
                    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on January 31, 2025 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

                    /s/ Donald E. Uloth
                    Donald E. Uloth

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
|     Defendant | § | |

**PLAINTIFF'S AMENDED EXHIBIT LIST**

| No. | Description |
|---|---|
| 1. | Offer letter<br>SC 771-772 |
| 2. | Progressive Discipline Policy 2013<br>SC 10464-10470 |
| 3. | Job description, Human Resources Business Partner<br>SC 8348-8350 |
| 4. | 2012 Annual Objectives<br>SC 987-990 |
| 5. | 2014 Santander Performance Review (Reena Mathew)<br>SC 121-138 |
| 6. | 2015 Mid-Year Review<br>Mathew 5-9 |
| 7. | Email re Confidential - Performance Review Feedback<br>SC 44-45 |
| 8. | Emails re Termination Tyrone Wilson<br>SC 1449-50 |
| 9. | IMs between Mathew and Hullum<br>SC 2732 |
| 10. | Emails re Byron N.<br>SC 1013-1014 |
| 11. | Emails re 2015 goals<br>SC 3093-3094 |
| 12. | Emails re Perfect Attendance Question<br>SC 4015-4017 |
| 13. | Email Hullum to Mathew re Reallocation of duties<br>SC 758-759 |
| 14. | Emails re HR Business Partner Model<br>SC 4138-4139 |

| | |
|---|---|
| 15. | IMs between Mathew and Hullum<br>Mathew 256-257 |
| 16. | Email re HR Org Chart – Updated (plus the attached chart)<br>SC 10106-10111 |
| 17. | Elad broadcast email re HR Org Change Announcement<br>SC 8380-8381 |
| 18. | Outlook calendar documents scheduling an introductory meeting between Mathew and Adriano for 8/26/15<br>SC 3993 and SC 3994 |
| 19. | Email Mathew to Adriano re PTO Request<br>SC 6972 |
| 20. | Email from Yessica Adriano re Team Meeting Recap<br>SC 5719 |
| 21. | Emails re New Leadership<br>SC 5763-5764 |
| 22. | Emails re Perfect Attendance Proposal, plus attachment<br>SC 3244-3246 |
| 23. | Emails re Perfect Attendance Proposal<br>SC 5798 |
| 24. | Emails re Perfect Attendance Proposal plus attachment<br>SC 5709-5710 |
| 25. | Emails re Perfect Attendance Proposal<br>SC 7518 |
| 26. | Emails re Perfect Attendance Proposal<br>Mathew 3-4 |
| 27. | Email re DA's<br>SC 4074 |
| 28. | IMs between Mathew and Adriano<br>ECF Doc. 25, App.174 [this page has no Bates number] |
| 29. | Emails re Investigation Checklist (5)<br>SC 5492 |
| 30. | Emails re Perfect Attendance Proposal<br>Mathew 282-284 |
| 31. | Emails re Investigation Template<br>SC 5910-5913 |
| 32. | IMs between Mathew and Adriano<br>SC 2773 |
| 33. | IMs between Mathew and Adriano<br>SC 2752 |
| 34. | Emails re Loss Recovery Team - LEW<br>SC 9926 |
| 35. | Email Elad to Blackburn re Reena Mathew - Confidential<br>SC 1690 |
| 36. | Email Elad to Whatley (no subject)<br>SC 7514 |

*Plaintiff's Exhibit List*                                                                                                   *Page 2*

| 37. | Emails re Reena: Workload<br>SC 6293-6294 |
|---|---|
| 38. | Email Adriano to Elad re Time Line of Events (plus attachment)<br>SC 5252-5255 |
| 39. | Emails re PTO<br>Mathew 17-18 |
| 40. | Email Hullum to Adriano re Reena<br>SC 7444-7456 |
| 41. | Email Adriano to Elad re Reena PIP<br>SC 5408-5409 |
| 42. | Performance Improvement Plan<br>SC 1154-1156 |
| 43. | Email Adriano to Elad re Reena<br>SC 1056-1057 |
| 44. | Email Elad to Blackburn re Reena Mathew<br>SC 1691 |
| 45. | Email Adriano to Elad re Time Line of Events<br>SC 7206-7209 |
| 46. | Email Mathew to Elad re Meeting<br>SC 3927 |
| 47. | Emails re Reena<br>SC 7441 |
| 48. | Email Mathew to Watley re Hello<br>SC 1709 |
| 49. | Emails re Herman<br>Mathew 34-37 |
| 50. | Emails re Hello.<br>SC 1710-1711. |
| 51. | Emails re Reena Mathew – Confidential<br>SC 1702-1703 |
| 52. | Email Mathew to Shaffer re Thank You<br>Mathew 38-39 |
| 53. | Emails re Leave Early Requests<br>SC 1119 |
| 54. | Email Mathew to Adriano re Recap of Conversation with Deirdre Crouch<br>SC 3215 |
| 55. | Emails between Mathew and Blackburn re Hello<br>SC 3123-3124 |
| 56. | Email from Elad to Blackburn re Meeting with Reena - Notes<br>SC 1120-1121 |
| 57. | Emails between Elad and Hullum re Reena<br>SC 1118 |
| 58. | Email Adriano to Mathew re Follow up<br>SC 1153 |
| 59. | Emails re Reena Notes<br>SC 928-930 |

| | | |
|---|---|---|
| 60. | Emails re Thank You<br>SC 2909-2910 | |
| 61. | Emails re Reena Mathew<br>SC 4970-4972 | |
| 62. | Emails between Blackburn and Shaffer re Default Deadline Reminder<br>SC 4984-4985 | |
| 63. | Email Adriano to Elad re D. Crouch - Investigation Summary<br>SC 5429-31 | |
| 64. | Emails re Investigation Material<br>SC 8463 | |
| 65. | Emails re Investigation Material<br>SC 4801 | |
| 66. | Emails re D. Crouch - Investigation Summary- CONFIDENTIAL<br>SC 9897-9899 | |
| 67. | Emails re Perfect Attendance Proposal<br>SC 3530-3531 | |
| 68. | Emails re Reena – Dr. Appt.<br>SC 757 | |
| 69. | Email from Shaffer re Reena<br>SC 5112 | |
| 70. | Final Report for HR.<br>SC 21-30 | |
| 71. | Emails re Holiday Pay<br>Mathew 42-44 | |
| 72. | Emails re Holiday Pay<br>SC 4058-4060 | |
| 73. | Emails re Approval FMLA for Reena Mathew EMPID 103696<br>SC 666-668 | |
| 74. | Emails re Reena Mathew<br>SC 4983 | |
| 75. | Emails re R. Mathew<br>SC 14-15 | |
| 76. | Emails re Update and next steps regarding your issues<br>SC 3410 | |
| 77. | Emails re: Headcount<br>SC 9165-9166 | |
| 78. | Emails re 8585 Coverage<br>SC 6502 | |
| 79. | Email Adriano to Elad re Updated PIP and Action Plan- Use this one<br>SC 6306 | |
| 80. | Email Adriano to Elad re Updated PIP and Action Plan- Use this one<br>SC 6306 | |
| 81. | Emails between Adriano and Elad re Reena – Docs<br>SC 6892 | |
| 82. | 90 Day Action Plan (a draft)<br>SC 10330 | |

| | |
|---|---|
| 83. | 90 Day Action Plan<br>Mathew 47-48 |
| 84. | Performance Improvement Plan and Timeline of Events<br>Mathew 49-55 |
| 85. | Emails re Meeting you requested (plus attachment)<br>SC 4169-4176 |
| 86. | Emails re Reena Meeting Recap 01/15/16<br>SC 1053-1054 |
| 87. | Emails re Last Chance to Register for February Monthly Luncheon<br>SC 747-750 |
| 88. | Emails re Perfect Attendance Proposal<br>SC 6481-6482 |
| 89. | Email Shaffer to Mathew re Reminder<br>SC 5102 |
| 90. | Emails Mathew to Adriano re Appts/Time Off<br>Mathew 84-85 |
| 91. | Emails re Summary of our conversation from last Wednesday<br>SC 275-281 |
| 92. | Letter from Gabrielle Klepper to Monte Hurst<br>Mathew 81-83 |
| 93. | Email Mathew to Adriano re Summary of Meeting<br>SC 4104 |
| 94. | Emails re Summary of Meeting<br>SC 6812-6813 |
| 95. | Email Adriano to Mathew re Example of Investigation summary- confidential<br>SC 6694-6696 |
| 96. | Letter from Monte Hurst to Gabrielle Klepper<br>Mathew 86 |
| 97. | Investigation Notes re Rosalinda Coronado interview<br>SC 2971 |
| 98. | Email Mathew to Adriano re Investigation Summary<br>SC 2955-2956 |
| 99. | IMs between Mathew and Adriano<br>SC 2648-2649 |
| 100. | Emails re Reena Meeting Recap 01/15/16<br>SC 662-664 |
| 101. | Emails re Term<br>SC 9264-9265 |
| 102. | Emails to Catessa Malone<br>SC 6838, 6606-6607, 6550-2, 6276, 5919, 5484-5486, 4776 |
| 103. | Emails re Investigation Summary<br>SC 8291-8293 |
| 104. | Email Mathew to Adriano re Recap<br>SC 3260 |
| 105. | Emails between Mathew and Adriano re Recap<br>SC 1079-1080 |

| | | |
|---|---|---|
| 106. | Emails re Recap<br>SC 2937-2940 | |
| 107. | Emails re Recap<br>SC 4026-4028 | |
| 108. | Emails re Recap<br>SC 687-689 | |
| 109. | Emails re Reena 90 Day Action Plan<br>SC 6415 | |
| 110. | Emails re Reena 90 Day Action Plan<br>SC 9172-9173 | |
| 111. | Emails re Revised<br>SC 6503-6504 | |
| 112. | 30 Day Review<br>6924-6932 | |
| 113. | Email Mathew to Adriano re Recap of Meeting<br>SC 2100 | |
| 114. | Emails re Attendance Recognition Program<br>SC 9502-0503 | |
| 115. | Emails re Attendance Recognition Program<br>SC 6781-6783 | |
| 116. | Emails re Attendance Recognition Program<br>SC 2215-2216 | |
| 117. | Emails re Attendance Recognition Program<br>SC 6385-6386 | |
| 118. | Emails re Attendance Report<br>SC 2177-2178 | |
| 119. | Emails re Attendance Report<br>SC 657-658 | |
| 120. | Emails re Attendance Report<br>SC 7005-7007 | |
| 121. | Emails re Attendance Report<br>SC 6575-6582 | |
| 122. | Emails re Attendance Report<br>Mathew 291-296 | |
| 123. | Emails re Recap of Meeting<br>SC 10116-10117 | |
| 124. | Emails re Recap of Meeting<br>SC 8015-8016 | |
| 125. | Emails re Recap of Meeting<br>SC 5971-5972 | |
| 126. | Emails re Recap of Meeting<br>SC 9550-9552 | |
| 127. | Emails re Recap of Meeting<br>SC 5740-5471 | |
| 128. | Email Mathew to Adriano re Recap<br>SC 2148-2149 | |

| | | |
|---|---|---|
| 129. | Emails re Attendance Report.<br>Mathew 297-305 | |
| 130. | Emails re Recap<br>SC 6937-6938 | |
| 131. | Emails re Recap<br>SC 5685-5686 | |
| 132. | Emails re Recap<br>SC 5259-5260 | |
| 133. | Emails re Recap<br>SC 6633-6634 | |
| 134. | Emails re Attendance Recognition Program<br>SC 2038 | |
| 135. | Emails between Elad and Shaffer re Reena<br>SC 9308 | |
| 136. | Emails re Attendance Recognition Program<br>SC 2515-2516 | |
| 137. | Email Adriano to Elad re LEW Crew<br>SC 5211 | |
| 138. | IMs between Mathew and Adriano<br>SC 4245 | |
| 139. | Email Adriano to Elad<br>SC 5759 | |
| 140. | IMs between Mathew and Adriano<br>SC 2635-2636 | |
| 141. | Email Mathew to Adriano re Investigation Summary--Brittany Brodie<br>Mathew 320-321 | |
| 142. | Emails re Investigation Summary--Brittany Brodie<br>SC 4461-4462 | |
| 143. | Email Adriano to Elad re Investigation Summary--Brittany Brodie<br>SC 6687-6688 | |
| 144. | Email Adriano to Elad re Investigation Summary--Brittany Brodie<br>SC 6353-6354 | |
| 145. | Emails re Brittanny Brodie- Term Recommendation<br>SC 7979-7981 | |
| 146. | Emails between Elad and Shaffer re Reena Mathew<br>SC 8785 | |
| 147. | Email Adriano to Hanes re Rev. Reena 90 Day Action Plan - 90 Day Check In<br>SC 6452 | |
| 148. | March 23, 2016 Meeting Recap<br>SC 2422-2427 | |
| 149. | 90 Day Review<br>SC 717-719 | |
| 150. | Emails re Reena Mathew<br>SC 1736 -1737 | |

| | |
|---|---|
| 151. | Emails Mathew to Blackburn, Burns re Hello, plus the attachments<br>M 322-24 [this is just the email – all of the attachments have been produced, they are Bates numbered, and the attachments will be included in this exhibit] |
| 152. | Mathew's comments added to the March 23, 2016 Meeting Recap and the 90 Day Review<br>SC 3544-3551 |
| 153. | Termination letter<br>SC 5631 |
| 154. | EEOC Charge of Discrimination<br>SC 102 |
| 155. | EEOC Determination<br>Mathew 168-169 |
| 156. | EEOC Conciliation Failure and Notice of Rights<br>SC 103-106 |
| 157. | Headcount emails and the attached spreadsheets (the pages included in ECF Doc. 35 and numbered App. 310-385) |
| 158. | Documents showing YEI points awarded to Mathew<br>Mathew 25-6 |
| 159. | YEI points charts from each party's summary judgment appendix<br>ECF Doc. 25, App. 071-108<br>ECF Doc. 35, App. 386-387 |
| 160. | Medical records from 11/07/2106.<br>SC 11365-11368 |
| 161. | 2015 Annual Performance Review (Reena Mathew)<br>SC 936-943 |
| 162. | Email from Boyd to Adriano re Early Departure<br>SC 7650 |
| 163. | Messages between Boyd and Adriano re PTO Request<br>SC 8387 |
| 164. | Emails between Adriano and Hullum re Reena<br>SC 5678 |
| 165. | Emails between Boyd and Adriano re Tomorrow<br>SC 8134 |
| 166. | Email from Elad to Adriano re today<br>SC 9798 |
| 167. | Email from Boyd to Adriano re Today<br>SC 10187 |
| 168. | Emails from Boyd and Adriano re PTO Update and Request<br>SC 6898 |
| 169. | Email from Adriano to Mathew and Boyd re Yaeli<br>SC 5542 |
| 170. | Demonstrative Aid – Timeline of events 2011-2016 |
| 171. | Demonstrative Aid – Timeline of the second PIP |
| 172. | Demonstrative Aid re Headcount spreadsheets |