# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
| | § | |
| Plaintiff(s), | § | |
| v. | § | Civil Action No. **3:23-CV-01494-N** |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
| | § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Friday, February 7, 2025 at 2:00 PM,**
Executed at: **7010 STATFORD DRIVE, ROWLETT, TX 75089**
at **1:55 PM,** on **Saturday, February 8, 2025,** by individually and personally delivering to the within named:

### TINA MOHAN

a true copy of this

### SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

and tendered a witness fee of $65.00 in Cash for one day's attendance and mileage allowed by law, per FRCP 45(b)(1).

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

**My name is Ryan McColm, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, February 10, 2025

By: _____
Ryan McColm - PSC 6317 - Exp 01/31/27
served@specialdelivery.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 3:23-CV-01494-N |
| SANTANDER CONSUMER USA INC., | § § § § | |
| *Defendant.* | § | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Tina Mohan, 7010 Statford Drive, Rowlett, Texas 75089

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court for the Northern District of Texas, Dallas Division 1100 Commerce Street Dallas, Texas 75242 | Courtroom No.: 1504 |
|---|---|
| | Date and Time: March 3, 2025, at 9:00 a.m. |

The following provisions of FED. R. CIV. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   February 7, 2025

By: *Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Brumbalow
State Bar No. 24076499
KBrumbalow@hallettperrin.com

Clayton S. Carter
State Bar No. 24120750
CCarter@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142

*Counsel for Defendant
Santander Consumer USA Inc.*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, (if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who

resides there, on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of*

*organization)* _____ on *(date)*

_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

RETURN / AFFIDAVIT
PROOF / ATTACHED