


### UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § § § | |
| Plaintiff(s), | § | |
| v. | § § | Civil Action No. <u>3:23-CV-01494-N</u> |
| SANTANDER CONSUMER USA INC., | § § § | |
| Defendant(s). | § § | |

### RETURN OF SERVICE

Came to my hand on **Friday, February 7, 2025 at 1:57 PM,**
Executed at: **6010 WEST SPRING CREEK PARKWAY, PLANO, TX 75024**
at **4:02 PM,** on **Friday, February 7, 2025**, by individually and personally delivering to the within named:

### YESSICA PEREZ

a true copy of this

### SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

and tendered a witness fee of $85.00 in Cash for one day's attendance and mileage allowed by law, per FRCP 45(b)(1).

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

**My name is Adil Tadli, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, February 10, 2025

By: _____
Adil Tadli - PSC 1208 - Exp 05/31/26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § § § § | |
| *Plaintiff,* | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 3:23-CV-01494-N |
| SANTANDER CONSUMER USA INC., | | |
| *Defendant.* | | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Yessica Perez, 560 Lockton Lane, Prosper, Texas 75078

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court for the Northern District of Texas, Dallas Division 1100 Commerce Street Dallas, Texas 75242 | Courtroom No.: 1504 |
|---|---|
| | Date and Time: March 3, 2025, at 9:00 a.m. |

The following provisions of FED. R. CIV. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   February 7, 2025

By: *Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Brumbalow
State Bar No. 24076499
KBrumbalow@hallettperrin.com

Clayton S. Carter
State Bar No. 24120750
CCarter@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142

*Counsel for Defendant*
*Santander Consumer USA Inc.*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, (if any)* _____

was received by me on *(date)* _____.

☐     I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who

resides there, on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐     I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of*

*organization)* _____ on *(date)*

_____; or

☐     I returned the summons unexecuted because _____; or

☐     Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*



RETURN / AFFIDAVIT
PROOF / ATTACHED