IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S MATHEW, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No.  3:23-CV-01494-N |
| SANTANDER CONSUMER USA INC, | § § § | |
| Defendant. | § § | |

## ORDER OF REFERENCE

Under Authority of 28 U.S.C. §636(b), this case is referred to United States Magistrate Judge Brian McKay for a settlement conference at his earliest convenience.

In addition, defendant is ordered to respond to plaintiff's previous settlement offer at least 24 hours before the conference.

SIGNED February 14, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE