## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S AMENDED EXHIBIT LIST

TO THE CHIEF UNITED STATES DISTRICT JUDGE DAVID C. GODBEY:

Pursuant to the Court's Order Resetting Trial [Doc. No. 31], Defendant Santander

Consumer USA Inc. ("Santander") hereby submits the following Amended Exhibit List:

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 1 | 8/22/24 | Declaration of Yessica Perez | | | | |
| 2 | 8/22/24 | Declaration of Sabrina Boyd | | | | |
| 3 | 8/22/24 | Declaration of Stephanie Elad | | | | |
| 4 | 8/22/24 | Declaration of Tina Mohan | | | | |
| 5 | 3/2/22 | Declaration of Fatma Rizvan | SC000165-166 | | | |
| 6 | 3/7/22 | Declaration of Nicole Prior | SC000210-212 | | | |
| 7 | 3/7/22 | Declaration of Christina Stout | SC000203-205 | | | |
| 8 | 3/7/22 | Declaration of Whitney Andres | SC000167-169 | | | |
| 9 | 2013 | Excerpts of Santander 2013 Associate Handbook | SC000860-906 | | | |
| 10 | 2015-2016 | Santander You Earned It Tenure Audits | SC010411 | | | |
| 11 | 9/5/13 | Instant Message Exchange Between Mathew and Hortensia Perez | SC011277-278 | | | |
| 12 | 2/14/14 | Instant Message Exchange Between Mathew and Ms. Turilli | SC002847 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 13 | 3/13/14 | Instant Message Exchange Between Mathew and Hortensia Perez | SC011279 | | | |
| 14 | 11/21/14 | Instant Message Exchange Between Mathew and Ms. Turilli | SC002655 | | | |
| 15 | 12/1/14 | Instant Message Exchange Between Mathew and Mr. Vinson | SC011280 | | | |
| 16 | 1/22/15 | E-mail Exchange Between Ms. Elad and Ms. Turilli | SC001449-1450 | | | |
| 17 | 1/22/15 | E-mail Exchange Between Mathew and Ms. Turilli | SC000042-43 | | | |
| 18 | 2/15-12/15 | Addendum Timeline of Mathew Events | SC004172-4176 | | | |
| 19 | 4/1/15 | Instant Message Exchange Between Mathew and Ms. Hullum | SC002732 | | | |
| 20 | 4/5/15 | E-mail Exchange Between Ms. McDonnell and Ms. Hullum | SC000802-803 | | | |
| 21 | 4/3/15 | E-mail Exchange Between Mr. Holt and Ms. Hullum | SC000810-814 | | | |
| 22 | 4/6/15 | E-mail Message From Ms. Andres to Ms. Hullum | SC000799-800 | | | |
| 23 | 4/9/15 | E-mail Exchange Between Mathew and Ms. Hullum | SC003720-3721 | | | |
| 24 | 4/9/15 | E-mail Exchange Between Mathew and Ms. Hullum | SC003862-3863 | | | |
| 25 | 5/18/15 | E-mail Message From Mathew to Ms. Hullum | SC003416 | | | |
| 26 | 12/17/15 | E-mail Exchange Between Ms. Hullum and Ms. Lagunes | SC001332 | | | |
| 27 | 7/10/15 | E-mail Exchange Between Mathew and Ms. Hullum | SC003731-3732 | | | |
| 28 | 8/12/15 | E-mail Exchange Between Mathew and Mr. Wiener | SC003077-3079 | | | |
| 29 | 8/13/15 | E-mail Message From Mathew to Ms. Hullum | SC004392-4393 | | | |
| 30 | 2/15/15 | E-mail Exchange Between Ms. Perez and Ms. Malone | SC006276 | | | |
| 31 | 9/15-10/15 | Mathew Outlook Calendar Invites to Ms. Perez | SC003002-3003, 3012-3013, 4180-4181, 4098-4099 | | | |
| 32 | 9/9/15 | E-mail Message From Ms. Perez to Ms. Boyd, Mathew, and Ms. Perez | SC005719 | | | |
| 33 | 9/15 | Ms. Hullum's 2015 Mid-Year Review of Reena Mathew | SC001484-1495 | | | |
| 34 | 9/17/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002656 | | | |
| 35 | 9/25/15 | E-mail Message From Ms. Perez to Ms. Elad | SC007192 | | | |
| 36 | 10/29/15 | E-mail Message From Ms. Perez to Ms. Elad | SC006640 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 37 | 10/29/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002730 | | | |
| 38 | 11/2/15 | E-mail Message From Ms. Elad to Ms. Perez | SC007323 | | | |
| 39 | 11/16/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002773 | | | |
| 40 | 11/20/15 | Instant Message Exchange Between Mathew and Mr. Dieckmann | SC010471 | | | |
| 41 | 11/20/15 | E-mail Exchange Between Mathew and Ms. Boyd | SC011275-011276 | | | |
| 42 | 11/21/15 | E-mail Message From Ms. Crouch to Ms. Kelch | SC009007-9008 | | | |
| 43 | 11/24/15 | E-mail Exchange Between Ms. Elad and Ms. Perez | SC008392 | | | |
| 44 | 11/21/15 | E-mail Message From Ms. Elad to Ms. Blackburn | SC001067 | | | |
| 45 | 11/24/15 | E-mail Exchange Between Ms. Elad and Ms. Whatley | SC007514 | | | |
| 46 | 11/24/15 | E-mail Exchange Between Ms. Elad and Ms. Perez | SC008392-8393 | | | |
| 47 | 11/25/15 | E-mail Exchange Between Ms. Elad and Ms. Hanes | SC009619-9620 | | | |
| 48 | 12/1/15 | Santander Consumer USA, Inc. Performance Improvement Plan | SC005409-5412 | | | |
| 49 | 12/8/15 | E-mail Exchange Between Ms. Perez and Ms. Elad | SC006128-6129 | | | |
| 50 | 12/10/15 | E-mail Message From Ms. Elad to Ms. Blackburn | SC001120-1121 | | | |
| 51 | 12/10/15 | E-mail Message From Ms. Hullum to Ms. Elad | SC001118, 1152 | | | |
| 52 | 12/15/15 | E-mail Message From Ms. Perez to Ms. Elad | SC005429-5431 | | | |
| 53 | 12/22/15 | E-mail Exchange Between Mr. Shaffer and Ms. Elad | SC000004-5 | | | |
| 54 | 12/28/15 | E-mail Exchange Between Mathew and Ms. Perez | SC004058-4060 | | | |
| 55 | 12/31/15 | E-mail Exchange Between Ms. Blackburn and Ms. Elad | SC000014-15 | | | |
| 56 | 1/13/16 | E-mail Exchange Between Ms. Perez and Ms. Elad | SC000009 | | | |
| 57 | 2016 | Santander Consumer USA, Inc. 90 Day Performance Improvement Plan | SC000708-716 | | | |
| 58 | 1/18/16 | E-mail Exchange Between Ms. Elad and Ms. Perez | SC001053-1054 | | | |
| 59 | 1/27/16 | E-mail Message from Mathew to Mathew | SC002926-2932 | | | |
| 60 | 1/27/16 | E-mail Exchange Between Mathew and Mr. Shaffer | SC005140-5145 | | | |
| 61 | 2016 | Mr. Shaffer Final Report of Reena Mathew | SC000021-30 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 62 | 2/1/16 | E-mail Message from Mathew to Ms. Perez | SC004104 | | | |
| 63 | 2/15-12/15 | Addendum Timeline of Events - Mathew | SC004172-4176 | | | |
| 64 | 2/23/16 | E-mail Exchange Between Ms. Elad and Mathew | SC001047-1049, 9650-9652 | | | |
| 65 | 3/29/16 | E-mail Exchange Between Ms. Elad and Ms. Hanes | SC000931-933 | | | |
| 66 | 4/14/16 | E-mail Exchange Between Mr. Shaffer and Ms. Elad | SC008785-8786, 717-719 | | | |
| 67 | 11/24/15 | Instant Message Exchange Between Mathew and Ms. Perez | SC002752 | | | |
| 68 | 3/28/16 | E-mail Exchange Between Ms. Perez and Ms. Elad | SC006633-6634 | | | |
| 69 | 3/21/16 | E-mail Exchange Between Ms. Perez and Ms. Hanes | SC005961-5962 | | | |
| 70 | 2013 | Santander Consumer USA, Inc. Progressive Discipline Policy 2013 | SC010464-10470 | | | |
| 71 | 1/18/16 | E-mail Exchange Between Ms. Hullum and Ms. Elad | SC001105-1107 | | | |
| 72 | 10/11/24 | Declaration of Sabrina Boyd | | | | |
| 73 | 2012 | R. Mathew's 2012 Annual Objectives | SC000987-990 | | | |
| 74 | 7/30/15 | E-mail message from R. Mathew to A. Hullum | SC000837 | | | |
| 75 | 8/24/15 | HR Org. Change Announcement from S. Elad | SC008380-8381 | | | |
| 76 | 11/23/15 | E-mail message from R. Mathew to Y. Perez | SC004226-4227 | | | |
| 77 | 11/24/15 | E-mail message from R. Mathew to Y. Perez | SC004491-4492 | | | |
| 78 | 1/11/16 | E-mail message exchange between S. Elad, S. Shaffer, A. Hullum, and Y. Perez | SC008177-8179 | | | |
| 79 | 3/8/16 | Instant Message Exchange Between R. Mathew and S. Boyd | SC001799-1802 | | | |
| 80 | 4/8/16 | E-mail message from R. Mathew to Y. Perez | SC004212-4213 | | | |
| 81 | 1/18/16 | E-mail to Stephen Shaffer from Reena Mathew | SC004169-4176 | | | |
| 82 | 9/14/15 | Event: One on One | SC002358 | | | |
| 83 | 3/10/16 | E-mail to Reena Mathew from Yessica Adriano, Subject: FW: Investigation Summary-Jacqueline M. Smith | SC005273-5275 | | | |
| 84 | 4/1/24 | Plaintiff's Amended Answers to Defendant's First Set of Interrogatories | | | | |
| 85 | 2015 | Activity at a Glance | SC000852-853 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| 86 | 11/5/15 | E-mail to yadriano from YouEarnedIt | SC007909-007910 | | | |
| 87 | 3/3/2015 | E-mail to Angeline Hullum from Reena Mathew, Subject: RE: Annette Williams | SC000018 | | | |
| 88 | 7/2/2015 | E-mail dated to Hortensia Perez from Yessica Adriano, Subject: RE: Associate Cedric Phillips | SC005321-323 | | | |
| 89 | 11/18/2015 | E-mail dated to Yessica Adriano from Angeline Hullum, Subject: RE: Reena and Sabrina Annual Review | SC009280 | | | |
| 90 | 12/8/2015 | E-mail 2015 to Yessica Adriano from Jeffrey Wiener, Subject Summary of HR Conversation | SC007933-934 | | | |
| 91 | 12/10/2015 | E-mail to Stephanie Elad from Yessica Adriano, Subject: FW: Leave Early Requests | SC001119 | | | |
| 92 | 8/20/13 | Instant message exchange from Mathew to Ms. Hullum | SC002616 | | | |
| 93 | 11/16/15 | Instant message exchange from Mathew to Ms. Perez | SC0011282 | | | |
| 94 | 9/5/13 | Instant message exchange from Mathew to Hortensia Perez | SC011277-278 | | | |
| 95 | 1/1/14 | Instant message exchange from Mathew to Mr. Vinson | SC011280 | | | |
| 96 | 3/22/16 | E-mail exchange between Ms. Perez and Mathew | SC005740-741 | | | |
| 97 | 3/11/16 | E-mail exchange between Ms. Elad and Mathew | SC002071-2072 | | | |
| 98 | 3/24/16 | E-mail exchange between Mathew and Ms. Perez | SC006355-6356 | | | |
| 99 | 4/19/16 | E-mail message from Ms. Blackburn to Mr. Shaffer | SC001738-1739 | | | |
| 100 | 4/1/16 | Instant message exchange between Mathew and Ms. Boyd | SC002901-2905 | | | |
| 101 | 4/18/16 | E-mail message from Ms. Perez to Ms. Elad | SC005630 | | | |
| 102 | 4/19/16 | E-mail exchange including e-mail messages in which Mathew sent to Ms. Blackburn, Mr. Burns and to her personal e-mail account and attachments | SC003542-3543, 3552, 3553, 3544, 2027, 2177, 4234, 4245, 4212,3190, 3556, 3133 | | | |
| 103 | 2014 | Santander's Information Security Policy | SC004548-4557 | | | |
| 104 | 1/28/16 | E-mail message from Mathew to her personal e-mail address | SC003062 | | | |
| 105 | 2015 | Mathew's 2015 Annual Performance Review | SC000936-000943 | | | |
| 106 | 2024 | No records affidavit for Mathew's Baylor Scott & White | SC011292-303 | | | |

| EXH NO. | DATE | DESCRIPTION | BATES | OFF. | OBJ. | ADM. |
|---|---|---|---|---|---|---|
| | | Obstetrics & Gynecology – Frisco medical records | | | | |
| 107 | 2024 | No records affidavit for Mathew's Baylor Scott & White Obstetrics & Gynecology – Frisco billing records | SC011304-314 | | | |
| 108 | 2024 | Mathew's medical records from Baylor Scoot & White Dallas Diagnostic Association - Plano | SC011330-397 | | | |
| 109 | 5/5/16 | Facebook messages between Mathew and Heather Hutto-Leon | Mathew 336-338 | | | |
| 110 | 2016-2019 | Facebook messages between Mathew and Demetrice Vasquez-Patton | Mathew 340-43 | | | |
| 111 | 8/28/16 | Facebook messages between Mathew and Lyndy Parnell | Mathew 355-356 | | | |
| 112 | 5/12/16 | Texas Workforce Commission Unemployment Benefits file of Mathew | Mathew 209-250 | | | |
| 113 | 1/18/16 | E-mail message from Mathew to her personal e-mail address | Mathew 011 | | | |
| 114 | 1/18/16 | E-mail message from Mathew to her personal e-mail address | Mathew 012-013 | | | |
| 115 | 12/8/15 | E-mail message from Mathew to her personal e-mail address | Mathew 014-015 | | | |
| 116 | 12/6/15 | E-mail message from Mathew to her personal e-mail address | Mathew 017-018 | | | |
| 117 | 12/1/15 | E-mail message from Mathew to her personal e-mail address | Mathew 023-024 | | | |
| 118 | 12/5/15 | E-mail message from Mathew to her personal e-mail address | Mathew 028-029 | | | |
| 119 | 1/19/16 | E-mail message from Mathew to her personal e-mail address | Mathew 042-044 | | | |
| 120 | 2/19/16 | E-mail message from Mathew to her personal e-mail address | Mathew 087-089 | | | |
| 121 | 3/1/16 | E-mail message from Mathew to her personal e-mail address | Mathew 090-091 | | | |
| 122 | 2011-2016 | Demonstrative exhibit regarding the timeline of events related to Mathew's employment | | | | |
| 123 | | Demonstrative exhibit regarding "You Earned It" points | | | | |
| 124 | | Demonstrative exhibit regarding the business organization of Santander's HR department | | | | |
| 125 | | The entire EEOC file[1] | | | | |

[1] Santander only offers this exhibit for the purpose of optional completeness should the Court deny Santander's Motion in Limine as to the EEOC Conciliation of Failure and Notice of Rights Letter (Ex. 156) and the EEOC Determination (Ex. 155). If the Court grant's Santander's Motion in Limine, Santander does not intend to seek to admit this exhibit for trial.

Respectfully submitted,

**HALLETT & PERRIN, P.C.**
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142


By:    *Monte K. Hurst*
      Monte K. Hurst
      State Bar No. 00796802
      Monte.Hurst@hallettperrin.com

      Clayton S. Carter
      State Bar No. 24120750
      CCarter@hallettperrin.com

      *Counsel for Defendant Santander*
      *Consumer USA Inc.*


## CERTIFICATE OF SERVICE

On February 21, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served Plaintiff's counsel as follows electronically or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure:

Mr. Donald E. Uloth
DONALD E. ULOTH, P.C.
18208 Preston Road, Suite D-9 #261
Dallas, Texas 75248
Don.Uloth@uloth.pro


*Monte K. Hurst*
Monte K. Hurst