**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **REENA S. MATHEW,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:23-CV-01494-N** |
| | § | |
| **SANTANDER CONSUMER USA INC.,** | § | |
| | § | |
| *Defendant.* | § | |

# DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## SECOND AMENDED TRIAL EXHIBIT LIST

**TO THE CHIEF UNITED STATES DISTRICT JUDGE DAVID C. GODBEY:**

Pursuant to Rule 26(a)(3)(B of the Federal Rules of Civil Procedure, Defendant Santander

Consumer USA Inc. ("Santander") files its Objections to Plaintiff Reena Mathew's ("Mathew")

Second Amended Exhibit List [ECF No. 114], as follows:

## I.
## OBJECTIONS

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 1 | Offer letter | SC000771-772 | No objection. |
| 2 | Progressive Discipline Policy 2013 | SC010464-10470 | No objection. |
| 3 | Job description, Human Resources Business Partner | SC008348-8350 | No objection. |
| 4 | 2012 Annual Objectives | SC000987-990 | No objection. |
| 5 | 2014 Santander Performance Review (Reena Mathew) | SC000121-138 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 6 | 2015 Mid-Year Review | Mathew 5-9 | No objection. |
| 7 | Email re Confidential - Performance Review Feedback | SC000044-45 | Objections:<br>1. Not relevant.  Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. |
| 8 | Emails re Termination Tyrone Wilson | SC001449-50 | No objection. |
| 9 | IMs between Mathew and Hullum | SC002732 | No objection. |
| 10 | Emails re Byron N. | SC001013-1014 | No objection. |
| 11 | Emails re 2015 goals | SC003093-3094 | No objection. |
| 12 | Emails re Perfect Attendance Question | SC004015-4017 | No objection. |
| 13 | Email Hullum to Mathew re Reallocation of duties | SC000758-759 | No objection. |
| 14 | Emails re HR Business Partner Model | SC004138-4139 | No objection. |
| 15 | IMs between Mathew and Hullum | Mathew 256-257 | Objection:<br>1. Hearsay.  Fed R. Evid. 802. |
| 16 | Email re HR Org Chart – Updated (plus the attached chart) | SC010106-10111 | No objection. |
| 17 | Elad broadcast email re HR Org Change Announcement | SC008380-8381 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 18 | Outlook calendar documents scheduling an introductory meeting between Mathew and Adriano for 8/26/15 | SC003993 and SC 3994 | No objection. |
| 19 | Email Mathew to Adriano re PTO Request | SC006972 | No objection. |
| 20 | Email from Yessica Adriano re Team Meeting Recap | SC005719 | No objection. |
| 21 | Emails re New Leadership | SC005763-5764 | No objection. |
| 22 | Emails re Perfect Attendance Proposal, plus attachment | SC003244-3246 | No objection. |
| 23 | Emails re Perfect Attendance Proposal | SC005798 | No objection. |
| 24 | Emails re Perfect Attendance Proposal plus attachment | SC005709-5710 | Objection:<br>1. This is merely a less inclusive e-mail thread of Plaintiff's proposed exhibit number 26. It therefore has no probative value and may mislead the jury, cause undue delay, waste time, and needlessly present cumulative evidence.  Fed. R. Evid. 403. |
| 25 | Emails re Perfect Attendance Proposal | SC007518 | Objection:<br>1. This is merely a less inclusive e-mail thread of Plaintiff's proposed exhibit number 26. It therefore has no probative value and may mislead the jury, cause undue delay, waste time, and needlessly present cumulative evidence.  Fed. R. Evid. 403. |
| 26 | Emails re Perfect Attendance Proposal | Mathew 3-4 | No objection. |
| 27 | Email re DA's | SC004074 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 28 | IMs between Mathew and Adriano ECF Doc. 25, App.174 | [this page has no Bates number] | No objection. |
| 29 | Emails re Investigation Checklist (5) | SC005492 | No objection. |
| 30 | Emails re Perfect Attendance Proposal | Mathew 282-284 | No objection. |
| 31 | Emails re Investigation Template | SC005910-5913 | No objection. |
| 32 | IMs between Mathew and Adriano | SC002773 | No objection. |
| 33 | IMs between Mathew and Adriano | SC002752 | No objection. |
| 34 | Emails re Loss Recovery Team - LEW | SC009926 | No objection. |
| 35 | Email Elad to Blackburn re Reena Mathew - Confidential | SC001690 | No objection. |
| 36 | Email Elad to Whatley (no subject) | SC007514 | No objection. |
| 37 | Emails re Reena: Workload | SC006293-6294 | No objection. |
| 38 | Email Adriano to Elad re Time Line of Events (plus attachment) | SC005252-5255 | No objection. |
| 39 | Emails re PTO | Mathew 17-18 | No objection. |
| 40 | Email Hullum to Adriano re Reena | SC007444-7456 | No objection. |
| 41 | Email Adriano to Elad re Reena PIP | SC005408-5409 | No objection. |
| 42 | Performance Improvement Plan | SC001154-1156 | No objection. |
| 43 | Email Adriano to Elad re Reena | SC001056-1057 | No objection. |
| 44 | Email Elad to Blackburn re Reena Mathew | SC001691 | No objection. |
| 45 | Email Adriano to Elad re Time Line of Events | SC007206-7209 | No objection. |
| 46 | Email Mathew to Elad re Meeting | SC003927 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 47 | Emails re Reena | SC007441 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 48 | Email Mathew to Whatley re Hello | SC001709 | No objection. |
| 49 | Emails re Herman | Mathew 34-37 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed R. Evid. 802. |
| 50 | Emails re Hello. | SC001710-1711. | No objection. |
| 51 | Emails re Reena Mathew – Confidential | SC001702-1703 | Objection:<br>1. Hearsay. Fed R. Evid. 802. |
| 52 | Email Mathew to Shaffer re Thank You | Mathew 38-39 | No objection. |
| 53 | Emails re Leave Early Requests | SC001119 | No objection. |
| 54 | Email Mathew to Adriano re Recap of Conversation with Deirdre Crouch | SC003215 | No objection. |
| 55 | Emails between Mathew and Blackburn re Hello | SC003123-3124 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 56 | Email from Elad to Blackburn re Meeting with Reena - Notes | SC001120-1121 | No objection. |
| 57 | Emails between Elad and Hullum re Reena | SC001118 | No objection. |
| 58 | Email Adriano to Mathew re Follow up | SC001153 | No objection. |
| 59 | Emails re Reena Notes | SC000928-930 | No objection. |
| 60 | Emails re Thank You | SC002909-2910 | No objection. |
| 61 | Emails re Reena Mathew | SC004970-4972 | No objection. |
| 62 | Emails between Blackburn and Shaffer re Default Deadline Reminder | SC004984-4985 | Objections:<br>1. Not relevant.  Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. |
| 63 | Email Adriano to Elad re D. Crouch - Investigation Summary | SC005429-31 | No objection. |
| 64 | Emails re Investigation Material | SC008463 | No objection. |
| 65 | Emails re Investigation Material | SC004801 | No objection. |
| 66 | Emails re D. Crouch - Investigation Summary-CONFIDENTIAL | SC009897-9899 | No objection. |
| 67 | Emails re Perfect Attendance Proposal | SC003530-3531 | Objection:<br>1. Hearsay.  Fed R. Evid. 802. |
| 68 | Emails re Reena – Dr. Appt. | SC00757 | No objection. |
| 69 | Email from Shaffer re Reena | SC005112 | No objection. |
| 70 | Final Report for HR. | SC000021-30 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 71 | Emails re Holiday Pay | Mathew 42-44 | No objection. |
| 72 | Emails re Holiday Pay | SC004058-4060 | No objection. |
| 73 | Emails re Approval FMLA for Reena Mathew EMPID 103696 | SC000666-668 | Objections: <br> 1. Not relevant. Fed. R. Evid. 401. <br> 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 74 | Emails re Reena Mathew | SC004983 | Objections: <br> 1. Not relevant. Fed. R. Evid. 401. <br> 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 75 | Emails re R. Mathew | SC0014-15 | No objection. |
| 76 | Emails re Update and next steps regarding your issues | SC003410 | No objection. |
| 77 | Emails re: Headcount | SC009165-9166 | No objection. |
| 78 | Emails re 8585 Coverage | SC006502 | No objection. |
| 79 | Email Adriano to Elad re Updated PIP and Action Plan- Use this one | SC006306 | No objection. |
| 80 | Email Adriano to Elad re Updated PIP and Action Plan- Use this | SC006306 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | one | | |
| 81 | Emails between Adriano and Elad re Reena – Docs | SC006892 | No objection. |
| 82 | 90 Day Action Plan (a draft) | SC010330 | No objection. |
| 83 | 90 Day Action Plan | Mathew 47-48 | No objection. |
| 84 | Performance Improvement Plan and Timeline of Events | Mathew 49-55 | No objection. |
| 85 | Emails re Meeting you requested (plus attachment) | SC004169-4176 | No objection. |
| 86 | Emails re Reena Meeting Recap 01/15/16 | SC001053-1054 | No objection. |
| 87 | Emails re Last Chance to Register for February Monthly Luncheon | SC000747-750 | No objection. |
| 88 | Emails re Perfect Attendance Proposal | SC006481-6482 | No objection. |
| 89 | Email Shaffer to Mathew re Reminder | SC005102 | No objection. |
| 90 | Emails Mathew to Adriano re Appts/Time Off | Mathew 84-85 | No objection. |
| 91 | Emails re Summary of our conversation from last Wednesday | SC000275-281 | No objection. |
| 92 | Letter from Gabrielle Klepper to Monte Hurst | Mathew 81-83 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 93 | Email Mathew to Adriano re Summary of Meeting | SC004104 | No objection. |
| 94 | Emails re Summary of Meeting | SC006812-6813 | No objection. |
| 95 | Email Adriano to Mathew re Example of Investigation summary-confidential | SC006694-6696 | No objection. |
| 96 | Letter from Monte Hurst to Gabrielle Klepper | Mathew 86 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 97 | Investigation Notes re Rosalinda Coronado interview | SC002971 | No objection. |
| 98 | Email Mathew to Adriano re Investigation Summary | SC002955-2956 | No objection |
| 99 | IMs between Mathew and Adriano | SC002648-2649 | No objection. |
| 100 | Emails re Reena Meeting Recap 01/15/16 | SC000662-664 | No objection. |
| 101 | Emails re Term | SC009264-9265 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 102 | Emails to Catessa Malone | SC006838, 6606-6607, 6550-2, 6276, 5919, 5484-5486, 4776 | No objection. |
| 103 | Emails re Investigation Summary | SC008291-8293 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 104 | Email Mathew to Adriano re Recap | SC003260 | No objection. |
| 105 | Emails between Mathew and Adriano re Recap | SC001079-1080 | No objection. |
| 106 | Emails re Recap | SC002937-2940 | No objection. |
| 107 | Emails re Recap | SC004026-4028 | No objection. |
| 108 | Emails re Recap | SC000687-689 | No objection. |
| 109 | Emails re Reena 90 Day Action Plan | SC006415 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802.<br>4. Privilege. Fed, R. Evid. 502.<br>5. Santander has also moved to exclude this evidence and testimony regarding this evidence in its Motion for |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | Limine due to expected improper arguments regarding Santander's decision to hire legal representation relating to Mathew's accusations. |
| 110 | Emails re Reena 90 Day Action Plan | SC009172-9173 | Objections: 1. Not relevant.  Fed. R. Evid. 401. 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. 3. Hearsay. Fed. R. Evid. 802. 4. Privilege. Fed, R. Evid. 502. 5. Santander has also moved to exclude this evidence and testimony regarding this evidence in its Motion for Limine due to expected improper arguments regarding Santander's decision to hire legal representation relating to Mathew's accusations. |
| 111 | Emails re Revised | SC006503-6504 | Objections: 1. Not relevant.  Fed. R. Evid. 401. 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. 3. Hearsay. Fed. R. Evid. 802. 4. Privilege. Fed, R. Evid. 502. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | 5. Santander has also moved to exclude this evidence and testimony regarding this evidence in its Motion for Limine due to expected improper arguments regarding Santander's decision to hire legal representation relating to Mathew's accusations. |
| 112 | 30 Day Review | SC006924-6932 | No objection. |
| 113 | Email Mathew to Adriano re Recap of Meeting | SC002100 | No objection. |
| 114 | Emails re Attendance Recognition Program | SC009502-0503 | No objection. |
| 115 | Emails re Attendance Recognition Program | SC006781-6783 | No objection. |
| 116 | Emails re Attendance Recognition Program | SC002215-2216 | No objection. |
| 117 | Emails re Attendance Recognition Program | SC006385-6386 | No objection. |
| 118 | Emails re Attendance Report | SC002177-2178 | No objection. |
| 119 | Emails re Attendance Report | SC000657-658 | No objection. |
| 120 | Emails re Attendance Report | SC007005-7007 | No objection. |
| 121 | Emails re Attendance Report | SC006575-6582 | No objection. |
| 122 | Emails re Attendance Report | Mathew 291-296 | Objection: 1. Not relevant. Fed. R. Evid. 401. |
| 123 | Emails re Recap of Meeting | SC010116-10117 | No objection. |
| 124 | Emails re Recap of Meeting | SC008015 - 8016 | Objections: 1. Not relevant. Fed. R. Evid. 401. 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802.<br>4. Privilege. Fed, R. Evid. 502.<br>5. Santander has also moved to exclude this evidence and testimony regarding this evidence in its Motion for Limine due to expected improper arguments regarding Santander's decision to hire legal representation relating to Mathew's accusations. |
| 125 | Emails re Recap of Meeting | SC005971-5972 | No objection. |
| 126 | Emails re Recap of Meeting | SC009550-9552 | No objection. |
| 127 | Emails re Recap of Meeting | SC005740-5471 | No objection. |
| 128 | Email Mathew to Adriano re Recap | SC002148-2149 | No objection. |
| 129 | Emails re Attendance Report. | Mathew 297-305 | Objections:<br>1. Not relevant. Fed. R. Evid. 401. |
| 130 | Emails re Recap | SC006937-6938 | No objection. |
| 131 | Emails re Recap | SC005685-5686 | No objection. |
| 132 | Emails re Recap | SC005259-5260 | No objection. |
| 133 | Emails re Recap | SC006633-6634 | No objection. |
| 134 | Emails re Attendance Recognition Program | SC002038 | No objection. |
| 135 | Emails between Elad and Shaffer re Reena | SC009308 | No objection. |
| 136 | Emails re Attendance Recognition Program | SC002515-2516 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 137 | Email Adriano to Elad re LEW Crew | SC005211 | No objection. |
| 138 | IMs between Mathew and Adriano | SC004245 | No objection. |
| 139 | Email Adriano to Elad | SC005759 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802. |
| 140 | IMs between Mathew and Adriano | SC002635-2636 | No objection. |
| 141 | Email Mathew to Adriano re Investigation Summary--Brittany Brodie | Mathew 320-321 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802. |
| 142 | Emails re Investigation Summary--Brittany Brodie | SC004461-4462 | Objections:<br>4. Not relevant. Fed. R. Evid. 401.<br>5. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | 6. Hearsay. Fed. R. Evid. 802. |
| 143 | Email Adriano to Elad re Investigation Summary--Brittany Brodie | SC006687-6688 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802. |
| 144 | Email Adriano to Elad re Investigation Summary--Brittany Brodie | SC006353-6354 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802. |
| 145 | Emails re Brittany Brodie- Term Recommendation | SC007979-7981 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802. |
| 146 | Emails between Elad and Shaffer re Reena Mathew | SC008785 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 147 | Email Adriano to Hanes re Rev. Reena 90 Day Action Plan - 90 Day Check In | SC006452 | Objections:<br>1. Not relevant.  Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403.<br>3. Hearsay. Fed. R. Evid. 802.<br>4. Privilege. Fed, R. Evid. 502.<br>5. Santander has also moved to exclude this evidence and testimony regarding this evidence in its Motion for Limine due to expected improper arguments regarding Santander's decision to hire legal representation relating to Mathew's accusations. |
| 148 | March 23, 2016 Meeting Recap | SC002422-2427 | No objection. |
| 149 | 90 Day Review | SC00717-719 | No objection. |
| 150 | Emails re Reena Mathew | SC001736 -1737 | No objection. |
| 151 | Emails Mathew to Blackburn, Burns re Hello, plus the attachments | M 322-24 [this is just the email – all of the attachments have been produced, they are Bates numbered, and the attachments will be included in this exhibit] | Objection:<br>1. Hearsay. Fed. R. Evid. 802. |
| 152 | Mathew's comments added to the March 23, 2016 Meeting Recap and the 90 Day Review | SC003544-3551 | No objection. |
| 153 | Termination letter | SC005631 | No objection. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 154 | EEOC Charge of Discrimination | SC000102 | Objections:<br>1. Not relevant.  Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. |
| 155 | EEOC Determination | Mathew 168-169 | Objections:<br>2. Not relevant.  Fed. R. Evid. 401.<br>3. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403.<br>4. Hearsay. Fed. R. Evid. 802.<br>5. Santander has also moved to exclude this evidence and testimony regarding this evidence in its Motion for Limine which more thoroughly explains why this proposed exhibit and references to it should not be permitted at trial. |
| 156 | EEOC Conciliation Failure and Notice of Rights | SC000103-106 | Objections:<br>1. Not relevant.  Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | cumulative evidence. Fed. R. Evid. 403. <br> 3. Hearsay. Fed. R. Evid. 802. <br> 4. Santander has also moved to exclude this evidence and testimony regarding this evidence in its Motion for Limine which more thoroughly explains why this proposed exhibit and references to it should not be permitted at trial. |
| 157 | Headcount emails and the attached spreadsheets | (the pages included in ECF Doc. 36 and numbered App. 310-385) | Objection: <br> 1. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 158 | Documents showing YEI points awarded to Mathew | Mathew 25-6 | No objection. |
| 159 | YEI points charts from each party's summary judgment appendix | ECF Doc. 25, App. 071-108 ECF Doc. 35, App. 386-387 | No objection. |
| 160 | Medical records from 11/07/2106. | SC011365-11368 | No objection. However, the entire record (SC011330-397) should be admitted as opposed to just certain pages handpicked by Mathew. |
| 161 | 2015 Annual Performance Review (Reena Mathew) | SC000936-943 | No objection. |
| 162 | Email from Boyd to Adriano re Early Departure | SC007650 | Objections: <br> 1. Not relevant. Fed. R. Evid. 401. <br> 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 163 | Messages between Boyd and Adriano re PTO Request | SC008387 | Objections: 1. Not relevant. Fed. R. Evid. 401. 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 164 | Emails between Adriano and Hullum re Reena | SC005678 | Objections: 1. Not relevant. Fed. R. Evid. 401. 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 165 | Emails between Boyd and Adriano re Tomorrow | SC008134 | Objections: 1. Not relevant. Fed. R. Evid. 401. 2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 166 | Email from Elad to Adriano re today | SC009798 | Objections: 1. Not relevant. Fed. R. Evid. 401. 2. Probative value is substantially outweighed by |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 167 | Email from Boyd to Adriano re Today | SC010187 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 168 | Emails from Boyd and Adriano re PTO Update and Request | SC006898 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |
| 169 | Email from Adriano to Mathew and Boyd re Yaeli | SC005542 | Objections:<br>1. Not relevant. Fed. R. Evid. 401.<br>2. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403. |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| 170 | Demonstrative Aid – Timeline of events September 2015 through April 2016 | | Objection:<br>1. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. |
| 171 | Demonstrative Aid – Timeline of second PIP as instructed vs. as conducted | | Objection:<br>1. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. |
| 172 | Demonstrative Aid re Headcount spreadsheets | | Objection:<br>1. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403. |
| 173 | 2013 Santander Performance Review (Reena Mathew) | SC011372 | No Objection |
| 174 | Santander Holdings USA, Inc. and Subsidiaries Consolidated Balance Sheet | SC010645 | Objections:<br>1. Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  Fed. R. Evid. 403.<br>2. Santander has also moved to |

| Pl.'s Ex. No. | Description | Beginning Bates No. (Deposition Exhibit No.) | Objections |
|---|---|---|---|
| | | | exclude this evidence and testimony regarding this evidence in its Motion for Limine which more thoroughly explains why this proposed exhibit and references to it should not be permitted at trial, or alternatively, should only be presented at the second phase of trial should the Court grant Santander's Motion to Bifurcate. |

Respectfully submitted,

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142


By:  *Monte K. Hurst*

        Monte K. Hurst
        State Bar No. 00796802
        Monte.Hurst@hallettperrin.com

        Clayton S. Carter
        State Bar No. 24120750
        CCarter@hallettperrin.com

        *Counsel for Defendant*
        *Santander Consumer USA Inc.*


## <u>CERTIFICATE OF SERVICE</u>

On February 24, 2025, I filed the foregoing document with the Clerk of the Court of the U.S. District Court for the Northern District of Texas. I hereby certify that I have served the document on Plaintiff's counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

    Mr. Donald E. Uloth
    DONALD E. ULOTH, P.C.
    18208 Preston Road, Suite D-9 # 261
    Dallas, Texas 75248
    Don.Uloth@uloth.pro

                *Monte K. Hurst*
                Monte K. Hurst