IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S MATHEW, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:23-CV-1494-N | |
| § | | |
| SANTANDER CONSUMER § | | |
| USA INC, § | | |
| Defendant. § | | |

## SETTLEMENT CONFERENCE REPORT

Under the Court's February 14, 2025 order referring the case for settlement conference (Dkt. No. 99), United States Chief District Judge David C. Godbey referred this case to the undersigned United States magistrate judge to conduct a settlement conference.

The undersigned held an in-person settlement conference on February 25, 2025. The parties and counsel attended and participated as required, and the parties have reached an agreement to settle this case.

**DATED**: February 25, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE