IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC., | § | |
| | § | |
| *Defendant.* | § | |

# JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Plaintiff Reena Mathew and Defendant Santander Consumer USA Inc. (collectively, "Parties") hereby submit this motion for extension of the deadline set by this Court's February 25, 2025 Order (Doc. 120).

On February 25, 2025, the Parties signed a settlement agreement that required each of the parties to take specified actions. Due to unforeseen circumstances, one of the specified actions has not been completed. The Parties therefore request a 14-day extension of time to file the dismissal papers required by the Court's February 25, 2025 Order.

Respectfully submitted,

*Counsel for Plaintiff Reena Mathew*

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Donald E. Uloth, P.C.
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Fax: (972) 777-6951
Email: don.uloth@uloth.pro
Counsel for Plaintiff

*Counsel for Defendant Santander Consumer USA Inc.:*

Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Clayton S. Carter
State Bar No. 24120750
CCarter@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
(t) 214.953.0053
(f) 214.922.4142

CERTIFICATE OF SERVICE

 I certify that on March 27, 2025 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

            /s/ Donald E. Uloth
            Donald E. Uloth