IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REENA S. MATHEW,<br>　　Plaintiff | §<br>§<br>§ | |
| v. | § | Civil Action No. 3:23-cv-01494-N |
| | § | |
| SANTANDER CONSUMER USA INC.,<br>　　Defendant | §<br>§<br>§ | |

**ORDER**

The Court has before it and has considered the Joint Motion to Dismiss, and finds the motion should be granted. This case is hereby dismissed with prejudice, each side to bear its own attorneys' fees and costs.

Signed April 22, 2025.

_____
David C. Godbey
Chief United States District Judge

1